# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLACKWATER SECURITY CONSULTING, LLC, a Delaware Limited Liability Company; and BLACKWATER LODGE AND TRAINING CENTER, INC., a Delaware Corporation<br><br>                              Plaintiffs,<br><br>vs.<br><br>WESTCHESTER SURPLUS LINES INSURANCE COMPANY, a Georgia Corporation<br>                              and<br>EVANSTON INSURANCE COMPANY, an Illinois Corporation<br>                              and<br>FIDELITY AND CASUALTY COMPANY OF NEW YORK, a South Carolina Corporation<br>                              and<br>LIBERTY INSURANCE UNDERWRITERS, a Massachusetts Corporation<br><br>                              Defendants. | CIVIL ACTION NO. 05-6020 |

## ENTRY OF APPEARANCE AND DEMAND FOR JURY TRIAL

Kindly enter our appearances on behalf of Defendant, Westchester Surplus Lines Insurance Company, in the above-captioned matter.

Defendant, by its undersigned counsel, hereby requests a trial by jury of twelve members plus two alternates.

                                        BY: /s/ Francis J. Deasey (Valid Code FD1214)
                                             /s/ James W. Daly (Valid Code JD1216)
                                                FRANCIS J. DEASEY, ESQUIRE (Atty. ID 25699)
                                                JAMES W. DALY, ESQUIRE (Atty. ID 37660)
                                                Deasey, Mahoney & Bender, Ltd.
                                                1800 John F. Kennedy Boulevard, Suite 1300
                                                Philadelphia, PA 19103
                                                215-587-9400 (PHONE)/215-587-9456 (FAX)
                                                fjdeasey@dmbphila.com
DATED:   12/19/05                               jwdaly@dmpphila.com