# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BLACKWATER SECURITY, CONSULTING, LLC, ET AL.** <br> Plaintiffs, <br> <br> v. <br> <br> **WESTCHESTER SURPLUS LINES INSURANCE COMPANY, ET AL.** <br> Defendants. | CIVIL ACTION NO. 05-CV-6020 |

## ORDER

**AND NOW**, this _____ day of January, 2006, upon consideration of the Stipulation by Counsel for extension of time to respond to the Complaint, **IT IS HEREBY ORDERED and DECREED** that Defendant Westchester Surplus Lines Insurance Company shall file a responsive pleading to Plaintiff's Complaint on or before January 30, 2006.

**IT IS FURTHER ORDERED** that Defendant Fidelity and Casualty Company of New York shall file a responsive pleading to Plaintiff's Complaint on or before February 15, 2006.

BY THE COURT:

_____
Hon. Petrese B. Tucker, U.S.D.J.