IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BLACKWATER SECURITY CONSULTING, LLC, a Delaware Limited Liability Company; and BLACKWATER LODGE AND TRAINIING CENTER, INC., a Delaware Corporation, | : : : : : : | |
| Plaintiffs, | : : | |
| vs. | : : : | NO. 05-6020 |
| WESTCHESTER SURPLUS LINES INSURANCE COMPANY, a Georgia Corporation; EVANSTON INSURANCE COMPANY, an Illinois Corporation; FIDELITY AND CASUALTY COMPANY OF NEW YORK, a South Carolina Corporation; and LIBERTY INSURANCE UNDERWRITERS, a Massachusetts Corporation, | : : : : : : : : : | |
| Defendants. | : | |

NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

Kindly enter my Appearance on behalf of defendant, Liberty International Underwriters, improperly named as Liberty Insurance Underwriters, in the above-captioned matter.

Dated: February 6, 2006               POST & SCHELL, P.C.


                                                By:   /s/  *John C. Sullivan*
                                                      JOHN C. SULLIVAN, ESQUIRE
                                                      Attorney ID # 32262
                                                      Signature Validation Code: JCS7648
                                                      Four Penn Center
                                                      1600 John F. Kennedy Boulevard
                                                      Philadelphia, PA  19103-2808
                                                      (215) 587-1000
                                                      *Attorneys for Defendant,*
                                                      *Liberty International Underwriters*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Entry of Appearance was served on this 6th day of February 2006, upon the following counsel of record via First-Class Mail, postage prepaid.

Dennis J. Valenza, Esquire
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
*Counsel for Plaintiffs, Blackwater Security Consulting, LLC and Blackwater Lodge and Training Center, Inc.*

Francis Deasey, Esquire
James W. Daly, Esquire
DEASEY, MAHONEY & BENDER, LTD.
1800 John F. Kennedy Boulevard, Ste. 1300
Philadelphia, PA 19103
*Counsel for Defendant, Westchester Surplus Lines Insurance Company*

Francis P. Burns, III
LAVIN, O'NEIL, RICCI, CEDRONE, & DISIPIO
190 North Independence Mall West
6th and Race Streets
Ste. 500
Philadelphia, PA 19106
*Counsel for Defendant, Evanston Insurance Company*

STACEY Z. JUMPER, ESQUIRE