UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLACKWATER SECURITY CONSULTING, LLC, a Delaware Limited Liability Company; and BLACKWATER LODGE AND TRAINING CENTER, INC., a Delaware Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>WESTCHESTER SURPLUS LINES INSURANCE COMPANY, a Georgia Corporation; EVANSTON INSURANCE COMPANY, an Illinois Corporation; FIDELITY AND CASUALTY COMPANY OF NEW YORK, a South Carolina Corporation; and LIBERTY INSURANCE UNDERWRITERS, a Massachusetts Corporation,<br><br>Defendants. | CIVIL ACTION NO. 05-CV-06020 |

## STIPULATION EXTENDING TIME

It is hereby stipulated and agreed by and between the undersigned counsel that Defendant, Liberty International Underwriters, improperly named as Liberty Insurance Underwriters, shall have an extension of time until February 21, 2006 to answer, move or otherwise plead to Plaintiff's Declaratory Judgment Complaint. No prior extensions have been granted.

MORGAN, LEWIS & BOCKIUS LLP

*/s/ Dennis J. Valenza*
Dennis J. Valenza, Esquire
1701 Market Street
Philadelphia, Pennsylvania 19103
215-963-5000
Attorney for Plaintiffs, Blackwater Security Consulting, LLC and Blackwater Lodge and Training Center, Inc.

POST & SCHELL, P.C.

*/s/ John C. Sullivan*
John C. Sullivan, Esquire
Four Penn Center
1600 John F. Kennedy boulevard
Philadelphia, PA 19103
215-587-1487
Attorney for Defendant,
Liberty International Underwriters

SO ORDERED:

_____
U.S.D.J.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Stipulation Extending Time was served on this 6th day of February 2006, upon the following counsel of record via First-Class Mail, postage prepaid.

Dennis J. Valenza, Esquire
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
*Counsel for Plaintiffs, Blackwater Security Consulting, LLC and Blackwater Lodge and Training Center, Inc.*

Francis Deasey, Esquire
James W. Daly, Esquire
DEASEY, MAHONEY & BENDER, LTD.
1800 John F. Kennedy Boulevard, Ste. 1300
Philadelphia, PA 19103
*Counsel for Defendant, Westchester Surplus Lines Insurance Company*

Francis P. Burns, III
LAVIN, O'NEIL, RICCI, CEDRONE, & DISIPIO
190 North Independence Mall West
6th and Race Streets
Ste. 500
Philadelphia, PA 19106
*Counsel for Defendant, Evanston Insurance Company*

STACEY Z. JUMPER, ESQUIRE