IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Blackwater Security Consulting, LLC and<br>Blackwater Lodge and Training Center, Inc.<br><br>v.<br><br>Westchester Surplus Lines Insurance<br>Company; Evanston Insurance Company;<br>Fidelity and Casualty Company of New York;<br>and Liberty Insurance Underwriters | :<br>:<br>:  Civil Action No. 05 6020<br>:<br>:  Judge Petrese B. Tucker<br>:<br>:<br>:<br>: |

**ENTRY OF APPEARANCE**

**TO THE CLERK OF THE COURT:**

Kindly enter my appearance on behalf of defendant, Evanston Insurance Company, with regard to the above-captioned matter.

             LAVIN, O'NEIL, RICCI, CEDRONE & DISIPIO

             _____
             Francis P. Burns III, Esquire
             Attorney ID # 27537
             Suite 500, 190 N. Independence Mall West
             6th & Race Streets
             Philadelphia, PA  19106
             (215) 627-0303
             Attorneys for Defendant,
Dated:  February 9, 2006         Evanston Insurance Company