BLACKWATER SECURITY CONSULTING, LLC et al v. WESTCHESTER SURPLUS LINES INSURANCE COMPANY et al                                  Doc. 8

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLACKWATER SECURITY CONSULTING, LLC, a Delaware Limited Liability Company; and BLACKWATER LODGE AND TRAINING CENTER, INC., a Delaware Corporation,<br><br>              Plaintiff,<br><br>v.<br><br>WESTCHESTER SURPLUS LINES INSURANCE COMPANY, a Georgia Corporation; EVANSTON INSURANCE COMPANY, an Illinois Corporation; FIDELITY AND CASUALTY COMPANY OF NEW YORK, a South Carolina Corporation; and LIBERTY INSURANCE UNDERWRITERS, a Massachusetts Corporation,,<br><br>              Defendant. | Civil Action No. 05-6020 (PBT) |

## STIPULATION BY COUNSEL

It is hereby stipulated by and between Harvey Bartle, IV, counsel for Plaintiffs, Blackwater Security Consulting LLC and Blackwater Lodge and Training Center, Inc., and William Briggs, Jr., counsel for Defendant Fidelity and Casualty Company of New York, that the time within which Defendant Fidelity and Casualty Company of New York may file a responsive pleading to Plaintiffs' Complaint is hereby extended until February 21, 2006. The parties previously stipulated that Fidelity plead or otherwise respond to the complaint by February 15, 2006.

333096 v 1

Dockets.Justia.com

Dated: February 10, 2006

By: /s/ _____
    Harvey Bartle, IV (I.D. No. 91566)
    Morgan, Lewis & Bockius LLP
    1111 Pennsylvania Avenue, NW
    Washington, DC 20004
    (202) 739-3000 (telephone)
    (202) 739-3001 (facsimile)

*Counsel for Plaintiff*

By: /s/ _____
    William H. Briggs, Jr.
    Paul C. Vitrano (Bar No. 76759)
    Erik M. Pritchard
    Ross, Dixon & Bell, LLP
    2001 K Street, NW
    Washington, DC 20006-1040
    (202) 662-2000 (telephone)
    (202) 662-2190 (facsimile)

*Counsel for Defendant Fidelity and Casualty Company of New York*

SO ORDERED _____
                        Tucker, J.