IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA



Blackwater Security Consulting, LLC and
Blackwater Lodge and Training Center, Inc.

   v.

Westchester Surplus Lines Insurance
Company; Evanston Insurance Company;
Fidelity and Casualty Company of New York;
and Liberty Insurance Underwriters

   v.

: Civil Action No. 05 6020
:
: Judge Petrese B. Tucker



**STIPULATION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE PLEAD**

It is hereby STIPULATED and AGREED by plaintiffs and defendant, Evanston Insurance Company, acting through their counsel of record, that the time for defendant to answer or otherwise plead in response to plaintiffs' complaint is hereby extended to and includes Thursday, March 9, 2006.

This Stipulation is submitted pursuant to Local Rule 7.4(b)(2). No prior extension has been granted. The stipulated extension is for a period not exceeding thirty (30) additional days to respond.

**MORGAN, LEWIS & BOCKIUS LLP**

_____  Date: 2/6/06
Dennis J. Valenza, Esquire (PA # 35130)
Counsel for Plaintiffs

**LAVIN, O'NEIL, RICCI, CEDRONE & DiSIPIO**

_____  Date: 2/6/06
Francis P. Burns III, Esquire (PA # 27537)
Counsel for Defendant,
Evanston Insurance Company

*comp. 11/16*