

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BLACKWATER SECURITY CONSULTING, LLC, a Delaware Limited Liability Company; and BLACKWATER LODGE AND TRAINING CENTER, INC., a Delaware Corporation

Plaintiffs,

vs.

WESTCHESTER SURPLUS LINES INSURANCE COMPANY, a Georgia Corporation

and

EVANSTON INSURANCE COMPANY, an Illinois Corporation

and

FIDELITY AND CASUALTY COMPANY OF NEW YORK, a South Carolina Corporation

and

LIBERTY INSURANCE UNDERWRITERS, a Massachusetts Corporation

Defendants.

CIVIL ACTION NO. 05-6020



RECEIVED
FEB - 6 2006

FILED
FEB 2 1 2006
MICHAEL E. KUNZ, Clerk
Dep. Clerk

### STIPULATION ADDITIONAL EXTENSION OF TIME

It is hereby stipulated by and between Francis J. Deasey, Esquire, counsel for Defendant, Westchester Surplus Lines Insurance Company and Howard Wier, Esquire, counsel for Plaintiffs, Blackwater Security Consulting, LLC and Blackwater Lodge and Training Center, Inc. that the time within which Defendant, Westchester Surplus Lines Insurance Company must file an Answer to Plaintiffs' Complaint is hereby extended up to and including February 9, 2006 (the Answer is presently due pursuant to the initial extension of time on January 30, 2006) due to the illness of counsel for Westchester Surplus Lines Insurance Company.

BY: _____
HARVEY BARTLE, IV, ESQUIRE (ID #91566)
Morgan, Lewis & Bockius, LLP
1111 Pennsylvania Avenue NW
Washington, DC 20004
202-739-3000 (PHONE)/202-739-3001 (FAX)

BY: /s/ Francis J. Deasey (Valid Code FD1214)
/s/ James W. Daly (Valid Code JD1216)
FRANCIS J. DEASEY, ESQUIRE ( ID 25699)
JAMES W. DALY, ESQUIRE (Atty. ID 37660)
Deasey, Mahoney & Bender, Ltd.
1800 John F. Kennedy Boulevard, Suite 1300
Philadelphia, PA 19103
215-587-9400 (PHONE)/215-587-9456 (FAX)
fjdeasey@dmbphila.com
jwdaly@dmpphila.com

_Petrese B. Tucker_
2/17/06                    J.

2ND REQUEST
ans. due 1/30

RCM:
All Counsel

Plaintiff requests that the Court reverse the decision of the Commissioner and rule that she may receive benefits. In the alternative, Plaintiff requests that the Court remand the matter to the Commissioner for receipt of further evidence.

Respectfully Submitted,


__EAS5913_____
ERIC A. SHORE, ESQUIRE
1015 Chestnut Street, Suite 702
Philadelphia, PA 19107
(215) 627-9999
Attorney for Plaintiff

<u>CERTIFICATE OF SERVICE</u>

I, Eric A. Shore, Esquire, hereby certify that on the          day of 2006, I
electronically filed with the Clerk of Court a true and correct copy of the foregoing Plaintiff's
Motion for Summary Judgment and Brief.

EAS5913
ERIC A. SHORE, ESQUIRE
Attorney for Plaintiff

**FILED**

FEB 1 7 2006

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

19