IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BLACKWATER SECURITY CONSULTING,
LLC, a Delaware Limited Liability Company;
and BLACKWATER LODGE AND
TRAINING CENTER, INC., a Delaware
Corporation,

    Plaintiff,

v.

WESTCHESTER SURPLUS LINES
INSURANCE COMPANY, a Georgia
Corporation; EVANSTON INSURANCE
COMPANY, an Illinois Corporation;
FIDELITY AND CASUALTY COMPANY
OF NEW YORK, a South Carolina
Corporation; and LIBERTY INSURANCE
UNDERWRITERS, a Massachusetts
Corporation,,

    Defendant.

Civil Action No. 05-6020 (PBT)



FILED
FEB 2 3 2006
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## STIPULATION BY COUNSEL

It is hereby stipulated by and between Harvey Bartle, IV, counsel for Plaintiffs, Blackwater Security Consulting LLC and Blackwater Lodge and Training Center, Inc., and William Briggs, Jr., counsel for Defendant Fidelity and Casualty Company of New York, that the time within which Defendant Fidelity and Casualty Company of New York may file a responsive pleading to Plaintiffs' Complaint is hereby extended until February 21, 2006. The parties previously stipulated that Fidelity plead or otherwise respond to the complaint by February 15, 2006.

333096 v 1

RECEIVED
FEB 1 4 2006
TUCKER, PETRESE B.

Dated: February 10, 2006

By: /s/ _____
    Harvey Bartle, IV (I.D. No. 91566)
    Morgan, Lewis & Bockius LLP
    1111 Pennsylvania Avenue, NW
    Washington, DC 20004
    (202) 739-3000 (telephone)
    (202) 739-3001 (facsimile)

*Counsel for Plaintiff*

By: /s/ _____
    William H. Briggs, Jr.
    Paul C. Vitrano (Bar No. 76759)
    Erik M. Pritchard
    Ross, Dixon & Bell, LLP
    2001 K Street, NW
    Washington, DC 20006-1040
    (202) 662-2000 (telephone)
    (202) 662-2190 (facsimile)

*Counsel for Defendant Fidelity and Casualty Company of New York*

SO ORDERED _____
    Tucker, J.   2/27/06

cm:
Bartle
Vitrano

- 2 -

333096 v 1