BLACKWATER SECURITY CONSULTING, LLC et al v. WESTCHESTER SURPLUS LINES INSURANCE COMPANY et al    Doc. 15

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Blackwater Security Consulting, LLC and Blackwater Lodge and Training Center, Inc. | : <br> : <br> : Civil Action No. 05 6020 |
| v. | : <br> : Judge Petrese B. Tucker |
| Westchester Surplus Lines Insurance Company; Evanston Insurance Company; Fidelity and Casualty Company of New York; and Liberty Insurance Underwriters | : <br> : <br> : <br> : |

**STIPULATION FOR EXTENSION OF TIME**
**TO ANSWER OR OTHERWISE PLEAD**

It is hereby STIPULATED and AGREED by plaintiffs and defendant, Evanston Insurance Company, acting through their counsel of record, that the time for defendant to answer plaintiffs' complaint is hereby extended to and includes Thursday, March 16, 2006. One prior thirty-day extension to answer or otherwise plead has been granted.

MORGAN, LEWIS & BOCKIUS LLP

_____    Date: March 8, 2006
Dennis J. Valenza, Esquire (PA # 35130)
Counsel for Plaintiffs

LAVIN, O'NEIL, RICCI, CEDRONE & DiSIPIO

_____    Date: March 7, 2006
Francis P. Burns III, Esquire (PA # 27537)
Counsel for Defendant,
Evanston Insurance Company

J.

Dockets.Justia.com