IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Blackwater Security Consulting, LLC, and Blackwater Lodge and Training Center, Inc.<br><br>v.<br><br>Westchester Surplus Lines Insurance Company; Evanston Insurance Company; Fidelity and Casualty Company of New York; and Liberty Insurance Underwriters | Civil Action No. 05-CV-06022<br><br>Judge Petrese B. Tucker |

### STIPULATION FOR EXTENSION OF TIME
### TO ANSWER OR OTHERWISE PLEAD

It is hereby STIPULATED and AGREED by plaintiffs and defendant, Evanston Insurance Company, acting through their counsel of record, that the time for plaintiffs to answer or otherwise plead in response to Evanston Insurance Company's Counterclaim is hereby extended to and includes Thursday, May 4, 2006.

This Stipulation is submitted pursuant to Local Rule 7.4(b)(2). No prior extension has been granted. The stipulated extension is for a period not exceeding thirty (30) additional days to respond.

LAVIN, O'NEILL, RICCI, CEDRONE & DiSIPIO

_____   Date: 4/5/06
Francis P. Burns III, Esquire (PA No. 27537)
Counsel for Defendant,
Evanston Insurance Company

MORGAN, LEWIS & BOCKIUS LLP

_____   Date: 4/5/06
Dennis J. Valenza, Esquire (PA No. 35130)
Counsel for Plaintiffs
Blackwater Security Consulting, LLC, and
Blackwater Lodge and Training Center, Inc.

ENTERED
APR 17 2006
CLERK OF COURT

BY THE COURT:

_____ J.