IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Blackwater Security Consulting, LLC and Blackwater Lodge and Training Center, Inc. | : : : Civil Action No. 05 6020 |
| v. | : : Judge Petrese B. Tucker |
| Westchester Surplus Lines Insurance Company; Evanston Insurance Company; Fidelity and Casualty Company of New York; and Liberty Insurance Underwriters | : : : : |

## ORDER

AND NOW, this ____ day of _____, 2006, upon consideration of the Motion to Transfer filed by defendants Evanston, Fidelity and Liberty, and plaintiff's answer to the motion, and following oral argument held before this Court on _____, IT IS HEREBY ORDERED AND DECREED that defendants' Motion to Transfer is GRANTED.

IT IS FURTHER ORDERED that the Clerk of the Court shall transfer this action to the United States District Court for the Eastern District of North Carolina.

_____
Hon. Petrese B. Tucker