IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLACKWATER SECURITY CONSULTING, LLC, a Delaware Limited Liability Company; and BLACKWATER LODGE AND TRAINING CENTER, INC., a Delaware Corporation,<br><br>*Plaintiffs*,<br><br>v.<br><br>WESTCHESTER SURPLUS LINES INSURANCE COMPANY, a Georgia Corporation; EVANSTON INSURANCE COMPANY, an Illinois Corporation; FIDELITY AND CASUALTY COMPANY OF NEW YORK, a South Carolina Corporation; and LIBERTY INSURANCE UNDERWRITERS, a Massachusetts Corporation,<br><br>*Defendants*. | **Civil Action No. 05-6020 (PBT)** |

**CONSENT MOTION FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a)**

Pursuant to Local Rule 7.1 of the United States District Court for the Eastern District of Pennsylvania, Plaintiffs Blackwater Security Consulting, LLC, and Blackwater Lodge and Training Center, Inc. (collectively "Blackwater"), by undersigned counsel, hereby respectfully request a nine day extension, from May 3, 2006, up to and including May 12, 2006, to respond to the motion of Defendants Evanston Insurance Company, Fidelity & Casualty Company of New York, and Liberty International Underwriters, Inc. (collectively "Defendants") to transfer the venue of this action to the United States District Court for the Eastern District of North Carolina

1

pursuant to 28 U.S.C. § 1404(a).[1] Blackwater makes this request because its counsel, as the result of prior obligations, has not had the opportunity to consider and to fully respond to Defendants' motion. Counsel for all of the Defendants have consented to this motion. A proposed Order is attached.

                                    Respectfully submitted,

                                    Dennis J. Valenza
                                    MORGAN, LEWIS & BOCKIUS LLP
                                    1701 Market Street
                                    Philadelphia, Pennsylvania 19103
                                    215.963.5000
                                    215.963.5001 (facsimile)

                                    Paul A. Zevnik
                                    Howard T. Weir
                                    Harvey Bartle, IV
                                    MORGAN, LEWIS & BOCKIUS LLP
                                    1111 Pennsylvania Avenue, NW
                                    Washington, D.C. 20004
                                    202.739.3000
                                    202.739.3001 (facsimile)

Date: May 1, 2006

---

[1]     Defendant Westchester Surplus Lines Insurance Company consented to the motion to transfer venue but did not join in the motion.