# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLACKWATER SECURITY CONSULTING, LLC, a Delaware Limited Liability Company; and BLACKWATER LODGE AND TRAINING CENTER, INC., a Delaware Corporation<br>　　　　　　　　　　　　　Plaintiffs,<br>vs.<br>WESTCHESTER SURPLUS LINES INSURANCE COMPANY, a Georgia Corporation<br>　　　　　and<br>EVANSTON INSURANCE COMPANY, an Illinois Corporation<br>　　　　　and<br>FIDELITY AND CASUALTY COMPANY OF NEW YORK, a South Carolina Corporation<br>　　　　　and<br>LIBERTY INSURANCE UNDERWRITERS, a Massachusetts Corporation<br>　　　　　　　　　　　　　Defendants. | CIVIL ACTION NO. 05-6020 |

### DEFENDANT, WESTCHESTER SURPLUS LINES INSURANCE COMPANY'S RESPONSE TO DEFENDANTS' MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a)

Defendant, Westchester Surplus Lines Insurance Company (hereinafter "Westchester") by and through its undersigned counsel hereby responds, in part, to Defendants' Motion to Transfer Venue as follows:

1.　　It is admitted that Westchester does business and has contacts in North Carolina.

2.　　It is admitted that Westchester is incorporated in Georgia and has a principal place of business in Roswell, Georgia.

8.　　It is admitted that Westchester is aware of no relationship between Pennsylvania and the issues in dispute in this action, none of the events related to the issuance of Westchester's policy took place in Pennsylvania and there are no witnesses or documents relating to the issuance of Westchester's policy located in Pennsylvania.

WHEREFORE, Answering Defendant, Westchester Surplus Lines Insurance Company consents to Defendants' Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a).

                                                        BY: /s/ Francis J. Deasey (Valid Code FD1214)
                                                           /s/ James W. Daly (Valid Code JD1216)
                                                               FRANCIS J. DEASEY, ESQUIRE (Atty. ID 25699)
                                                               JAMES W. DALY, ESQUIRE (Atty. ID 37660)
                                                              Deasey, Mahoney & Bender, Ltd.
                                                              1800 John F. Kennedy Boulevard, Suite 1300
                                                              Philadelphia, PA 19103
                                                              215-587-9400 (PHONE)/215-587-9456 (FAX)
                                                              fjdeasey@dmbphila.com

DATED:   May 1, 2006                    jwdaly@dmpphila.com

## CERTIFICATE OF SERVICE

I, FRANCIS J. DEASEY, ESQUIRE, hereby certify that a true and correct copy of the Defendant, Westchester Surplus Lines Insurance Company's Response to Defendants' Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) , was served this date, via United States First Class Mail, postage prepaid, to all counsel of record addressed as follows:

| | |
|---|---|
| Dennis J. Valenza, Esquire<br>Morgan, Lewis & Bockius, LLP<br>1701 Market Street<br>Philadelphia, PA 19103-2921<br>215-963-5000 (PHONE)<br>215-963-5001 (FAX) | Paul A. Zevnick, Esquire<br>Harvey Bartle, IV, Esquire<br>Morgan, Lewis & Bockius, LLP<br>1111 Pennsylvania Avenue, NW<br>Washington, D.C. 20004<br>202-739-3000 (PHONE)<br>202-739-3001 (FAX) |
| John C. Sullivan, Esquire<br>Post & Schell, P.C.<br>Four Penn center<br>1600 John F. Kennedy Boulevard<br>Philadelphia, PA 19103 | |
| L. D. Simmons, II, Esquire<br>Helms, Mulliss, Wicker<br>201 N. Tryon Street<br>Charlotte, NC 28202 | Francis P. Burns, III, Esquire<br>Lavin, O'Neill, Riccio, Cedrone & DiSipio<br>190 North Independence Mall West<br>Suite 500, 6th & Race Streets<br>Philadelphia, PA 19106 |
| William Briggs, Jr., Esquire<br>Ross, Dixon & Bell, LLP<br>2001 K Street NW<br>Washington, DC 20006-1040 | |

BY: /s/ Francis J. Deasey (Valid Code FD1214)
/s/ James W. Daly (Valid Code JD1216)
FRANCIS J. DEASEY, ESQUIRE (Atty. ID 25699)
JAMES W. DALY, ESQUIRE (Atty. ID 37660)
Deasey, Mahoney & Bender, Ltd.
1800 John F. Kennedy Boulevard, Suite 1300
Philadelphia, PA 19103
215-587-9400 (PHONE)/215-587-9456 (FAX)
fjdeasey@dmbphila.com
jwdaly@dmpphila.com

DATED:   May 1, 2006