IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA



| | |
|---|---|
| BLACKWATER SECURITY CONSULTING, LLC, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> WESTCHESTER SURPLUS LINES INSURANCE COMPANY, et al., <br><br> *Defendants*. | Civil Action No. 05-6020 (PBT) <br><br> **ORDER** <br><br> FILED <br> MAY 0 1 2006 <br> MICHAEL E. KUNZ, Clerk <br> By_____ Dep. Cler' |

Upon consideration of the motion of Plaintiffs Blackwater Security Consulting, LLC, and Blackwater Lodge and Training Center, Inc. (collectively "Plaintiffs") for an extension of time to respond to the motion of Defendants Evanston Insurance Company, Fidelity & Casualty Company of New York, and Liberty International Underwriters, Inc. (collectively "Defendants") to transfer venue pursuant to 28 U.S.C. § 1404(a), and counsel for Plaintiffs having represented that counsel for Defendants consented to this motion, and for good cause shown,

It is on this ___3rd___ day of May 2006,

ORDERED that Plaintiffs' motion for an extension of time to respond to Defendants' motion to transfer venue pursuant to 28 U.S.C. § 1404(a) is GRANTED; and it is further

ORDERED that Plaintiffs shall file their response to Defendants' motion to transfer venue pursuant to 28 U.S.C. § 1404(a) by May 12, 2006.

_____
Tucker, J.

cc: Sullivan  Burns
    Vitrono   Peasey
    Daly      Valenza
    Bottle

1-WA/2562126.1