IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLACKWATER SECURITY CONSULTING, LLC, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> WESTCHESTER SURPLUS LINES INSURANCE COMPANY, *et al.*, <br><br> *Defendants*. | Civil Action No. 05-6020 (PBT) |

**CERTIFICATION OF SERVICE**

I hereby certify that on May 12, 2006, true and correct copies of the Certification of Harvey Bartle, IV in support of Plaintiffs' Opposition to Certain Defendants' Motion to Transfer Venue, and exhibits attached thereto, which are too lengthy to be filed electronically, were served, via first class mail postage prepaid on the following:

Francis J. Deasey
Deasey, Mahoney & Bender, Ltd.
1800 John F. Kennedy Blvd.
Suite 1300
Philadelphia, Pa 19103-2978

Paul C. Vitrano
William Briggs
Ross Dixon & Bell, LLP
2001 K St., NW
Washington, DC 20006

John C. Sullivan
Post & Schell PC
1600 John F. Kennedy Blvd
Four Penn Center
Philadelphia, Pa 19103-2808

Francis P. Burns, III
Lavin O'Neil Ricci Cedrone & Disipio
190 North Independence Mall West
6th & Race Streets, Suite 500
Philadelphia, Pa 19106

L.D. Simmons, II
Helms Mulliss & Wicker PLLC

1-WA/2567842.1

201 North Tryon Street
Charlotte, NC 28202

I further certify that on May 12, 2006, a true and correct copy of the of the Certification of Harvey Bartle, IV in support of Plaintiffs' Opposition to Certain Defendants' Motion to Transfer Venue, and exhibits attached thereto, which are too lengthy to be filed electronically, were served on the Clerk of the Court, via hand delivery.

Harvey Bartle, IV
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004
202.739.3000
202.739.3001 (facsimile)

1-WA/2567842.1                                2