UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLACKWATER SECURITY CONSULTING, LLC, a Delaware Limited Liability Company; and BLACKWATER LODGE AND TRAINING CENTER, INC. a Delaware Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>WESTCHESTER SURPLUS LINES INSURANCE COMPANY, a Georgia Corporation; EVANSTON INSURANCE COMPANY, an Illinois Corporation; FIDELITY AND CASUALTY COMPANY OF NEW YORK, a South Carolina Corporation; and LIBERTY INSURANCE UNDERWRITERS, a Massachusetts Corporation,<br><br>Defendants. | Civil Action No. 05 6020<br><br>Electronically Filed<br><br>Assigned to Judge Petrese B. Tucker<br><br>**DEFENDANTS' MOTION FOR LEAVE TO FILE REPLY MEMORANDUM** |

Defendants Evanston Insurance Company ("Evanston"), The Fidelity and Casualty Company of New York ("Fidelity") and Liberty International Underwriters ("Liberty") (the "Moving Defendants") move pursuant to Rule 7 of the Federal Rules of Civil Procedure and the Honorable Petrese B. Tucker's Rules of Practice for leave to file a Reply to Plaintiffs' Opposition to Defendants' Motion to Transfer Venue ("Plaintiffs' Opposition"). Moving Defendants attach a proposed Reply as Exhibit A. Moving Defendants contend that a Reply will clarify questions raised by Plaintiffs' Opposition and address what Moving Defendants believe to be mischaracterizations of fact, law, and procedure.

C786212

Dockets.Justia.com

WHEREFORE, Moving Defendants request that the Court allow them to file the attached Reply.

This the 31st day of May 2006.

| Respectfully submitted, | ROSS, DIXON & BELL, LLP |
|---|---|
| LAVIN, O'NEIL, RICCI, CEDRONE & DISIPIO | */s/ Paul C. Vitrano*<br>William H. Briggs, Jr.<br>Paul C. Vitrano (Bar No. 76759) |
| */s/ Francis P. Burns III*<br>Francis P. Burns III (I.D. No. 27537)<br>190 North Independence Mall West, Suite 500<br>6th & Race Streets<br>Philadelphia, PA 19106<br>215-627-0303 (ext. 7907)<br>215-351-1900 (fax)<br>fburns@lavin-law.com | Erik M. Pritchard<br>2001 K Street, NW<br>Washington, DC 20006-1040<br>(202)662-2000 (telephone)<br>(202) 662-2190 (facsimile)<br>*Attorneys for The Fidelity and Casualty Company of New York* |
| -and- | POST & SCHELL, P.C. |
| HELMS MULLISS & WICKER, PLLC<br>L. D. Simmons II<br>N.C. State Bar No. 12554<br>Brian A. Kahn<br>N.C. State Bar No. 29291<br>201 North Tryon Street<br>Charlotte, North Carolina 28202.<br>Telephone: (704) 343-2000<br>Facsimile: (704) 444.8773<br>brian.kahn@hmw.com<br>ld.simmons@hmw.com<br>*Attorneys for Evanston Insurance Company* | */s/ John C. Sullivan*<br>John C. Sullivan<br>Attorney ID # 32262<br>Signature Validation Code: JCS7648<br>Stacey Z. Jumper<br>Attorney ID # 88537<br>Signature Validation Code: SZJ5395<br>Four Penn Center<br>1600 John F. Kennedy Boulevard<br>Philadelphia, PA 19103-2808<br>(215) 587-1000<br>*Attorneys for Liberty International Underwriters improperly named as Liberty Insurance Underwriters* |

C786212