UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLACKWATER SECURITY CONSULTING, LLC, a Delaware Limited Liability Company; and BLACKWATER LODGE AND TRAINING CENTER, INC. a Delaware Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>WESTCHESTER SURPLUS LINES INSURANCE COMPANY, a Georgia Corporation; EVANSTON INSURANCE COMPANY, an Illinois Corporation; FIDELITY AND CASUALTY COMPANY OF NEW YORK, a South Carolina Corporation; and LIBERTY INSURANCE UNDERWRITERS, a Massachusetts Corporation,<br><br>Defendants. | Civil Action No. 05 6020<br><br>Electronically Filed<br><br>Assigned to Judge Petrese B. Tucker<br><br><br>**O R D E R** |

AND NOW, this _____ day of _____, 2006, upon consideration of the Motion of Defendants, Evanston Insurance Company, The Fidelity and Casualty Company of New York and Liberty International Underwriters, for Leave to File Reply Memorandum to Plaintiffs' Opposition to Defendants' Motion to Transfer Venue, and any response thereto, it is hereby **ORDERED** and **DECREED** that said Motion is **GRANTED.**

BY THE COURT:

_____ J.

C786212