## **CERTIFICATE OF SERVICE**

I, Francis P. Burns III, Esquire, hereby certify that a true and correct copy of the Motion of Defendant for Leave to File Reply Memorandum, was served on May 31, 2006, to all counsel of record identified below, in the manner indicated:

**Via First Class Mail**
Dennis J. Valenza, Esquire
Morgan, Lewis & Bockius, LLP
1701 Market Street
Philadelphia, PA  19102-2921

**Via ECF**
John C. Sullivan, Esquire
Post & Schell, P.C.
Four Penn center
1600 John F. Kennedy Boulevard
Philadelphia, PA  19103

**Via ECF**
Paul C. Vitrano, Esquire
William Briggs , Jr., Esquire
Ross, Dixon & Bell, LLP
2001 K Street NW
Washington, DC  20006-1040

**Via ECF**
Harvey Bartle, IV, Esquire
Paul A. Zevnick, Esquire
Morgan, Lewis & Bockius, LLP
1111 Pennsylvania Avenue, NW
Washington, D.C.  20004

**Via First Class Mail**
Francis J. Deasey, Esquire
James W. Daly, Esquire
Deasey, Mahoney & Bender, Ltd.
1800 John F. Kennedy Boulevard
Suite 1300
Philadelphia, PA  19103

LAVIN, O'NEIL, RICCI, CEDRONE & DISIPIO

*/s/ Francis P. Burns, III*
Francis P. Burns III (I.D. No. 27537)
190 North Independence Mall West, Suite 500
6th & Race Streets
Philadelphia, PA  19106
215-627-0303 (ext. 7907)
215-351-1900 (fax)
fburns@lavin-law.com