BLACKWATER SECURITY CONSULTING, LLC et al v. WESTCHESTER SURPLUS LINES INSURANCE COMPANY et al                                 Doc. 27 Att. 4
Case 2:05-cv-06020-PBT   Document 27-5   Filed 05/31/2006   Page 1 of 2

EXHIBIT 1

Driving Directions from 850 Puddin Ridge Rd, Moyock, NC to 306 E Main St, Elizabeth ...   Page 1 of 2

# MAPQUEST

**Start:** 850 Puddin Ridge Rd
Moyock, NC 27958-8679, US

**End:** 306 E Main St
Elizabeth City, NC 27909-4865, US

**Notes:**

| Directions | Distance |
|---|---|
| **Total Est. Time: 32 minutes    Total Est. Distance: 22.46 miles** | |
| **1:** Start out going NORTHEAST on PUDDIN RIDGE RD toward NC-168. | <0.1 miles |
| **2:** Turn RIGHT onto NC-168. | 7.5 miles |
| **3:** Turn SLIGHT RIGHT onto NC-34 W / SHAWBORO RD. Continue to follow NC-34 W. | 14.5 miles |
| **4:** NC-34 W becomes US-158 W / E ELIZABETH ST. | 0.1 miles |
| **5:** Turn LEFT onto N MARTIN ST. | 0.1 miles |
| **6:** Turn RIGHT onto E MAIN ST. | <0.1 miles |
| **7:** End at 306 E Main St Elizabeth City, NC 27909-4865, US | |
| **Total Est. Time: 32 minutes    Total Est. Distance: 22.46 miles** | |

http://www.mapquest.com/directions/main.adp?do=prt&mo=ma&2si=navt&1gi=0&un=m...   5/30/2006

Dockets.Justia.com



**Start:**
**850 Puddin Ridge Rd**
Moyock, NC 27958-8679, US

**End:**
**306 E Main St**
Elizabeth City, NC 27909-4865, US

 

All rights reserved. Use Subject to License/Copyright
These directions are informational only. No representation is made or warranty given as to their content, road conditions or route usability or expeditiousness. User assumes all risk of use. MapQuest and its suppliers assume no responsibility for any loss or delay resulting from such use.