IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

BLACKWATER SECURITY CONSULTING, LLC, *et al.*,

    *Plaintiffs*,

v.

WESTCHESTER SURPLUS LINES INSURANCE COMPANY, *et al.*,

    *Defendants*.

Civil Action No. 05-6020 (PBT)

**CERTIFICATION OF HARVEY BARTLE, IV
IN SUPPORT OF PLAINTIFF'S OPPOSITION TO CERTAIN DEFENDANTS'
MOTION TO FOR LEAVE TO FILE REPLY MEMORANDUM**

HARVEY BARTLE, IV hereby certifies as follows:

1. I am associated with Morgan, Lewis & Bockius LLP, which represents Plaintiffs Blackwater Security Consulting, LLC, and Blackwater Lodge and Training Center, Inc. (collectively "Blackwater") in the above-captioned action. I am licensed to practice in the courts of the Commonwealth of Pennsylvania, the State of New Jersey, and the District of Columbia, and I am admitted to practice before the United States District Court for the Eastern District of Pennsylvania.

2. I submit this certification in support of Blackwater's Opposition to the Motion to For Leave to File Reply Memorandum of Defendants Evanston Insurance Company ("Evanston"), Fidelity & Casualty Company of New York ("Fidelity"), and Liberty International Underwriters, Inc. ("Liberty").

3. Attached hereto as Exhibit 1 is a true and correct copy of Endorsement MANA 0089 05 02 to Westchester Surplus Lines Insurance Company Policy No. GLW 778197.

4. Attached hereto as Exhibit 2 are true and correct copies of the relevant pages of the 2005 ACE Limited Annual Report.

5. Attached hereto as Exhibit 3 is a true and correct copy of ACE Companies "Ratings by Legal Entity Financial Strength and Credit Ratings" as of May 10, 2006, available at via at http://media.corporate-ir.net/media_files/nys/ace/reports/ratings4.pdf (last visited June 13, 2006).

6. Attached hereto as Exhibit 4 is a true and correct copy of the 2004 A.M. Best Insurance Report for ACE Westchester Specialty Group.

7. I certify under penalty of perjury that the foregoing is true and correct. Executed on June 14, 2006.

_____
Harvey Bartle, IV