## Ratings by Legal Entity
## Financial Strength and Credit Ratings

Financial strength and credit ratings listed below are as of May 10, 2006. For current ratings, ratings qualifiers, and ratings definitions, please contact the relevant rating agency or ACE at investorrelations@ace.bm.

| OVERALL OUTLOOK (except where indicated) | Moody's Stable Outlook (except where indicated) | S&P Stable Outlook (except where indicated) | Fitch Stable Outlook (except where indicated) | AM Best Stable Outlook (except where indicated) |
|---|---|---|---|---|
| **FINANCIAL STRENGTH RATINGS** | | | | |
| **ACE Group** | | | | |
| ACE Group | | A+ | | A+ |
| **ACE Bermuda** | | | | |
| ACE Bermuda Insurance Ltd. | Aa3 | A+ | | A+ |
| Corporate Officers and Directors Assurance Ltd. | | A+ | | |
| ACE European Markets Insurance Limited (Ireland) | | A+ | | A+ |
| ACE European Markets Reinsurance Limited (Ireland) | | A+ | | A+ |
| **ACE Tempest Re** | | | | |
| ACE Tempest Life Reinsurance, Ltd. | | A+ | | A+ |
| ACE Tempest Reinsurance Ltd. | Aa3 | A+ | | A+ |
| **ACE Global Markets** | | | | |
| Syndicate 2488 | | | | |
| Lloyd's ACE Syndicate Performance Rating | A- | | | |
| Lloyd's Overall Market Rating | | A [4] | | A |
| **ACE USA** | | | | |
| ACE American Insurance Co. | A2 | A+ | A+ | A+ |
| ACE Fire Underwriters Insurance Co. | A2 | A+ | A+ | A+ |
| ACE Indemnity Insurance Co. | A2 | A+ | A+ | A+ |
| ACE Property & Casualty Insurance Co. | A2 | A+ | A+ | A+ |
| Bankers Standard Fire & Marine Co. | A2 | A+ | A+ | A+ |
| Bankers Standard Insurance Co. | A2 | A+ | A+ | A+ |
| Indemnity Insurance Co. of North America | A2 | A+ | A+ | A+ |
| Pacific Employers Insurance Co. | A2 | A+ | A+ | A+ |

## Ratings by Legal Entity
## Financial Strength and Credit Ratings

Financial strength and credit ratings listed below are as of May 10, 2006. For current ratings, ratings qualifiers, and ratings definitions, please contact the relevant rating agency or ACE at investorrelations@ace.bm.

| OVERALL OUTLOOK (except where indicated) | Moody's Stable Outlook (except where indicated) | S&P Stable Outlook (except where indicated) | Fitch Stable Outlook (except where indicated) | AM Best Stable Outlook (except where indicated) |
|---|---|---|---|---|
| **ACE USA** | | | | |
| ACE American Lloyd's Insurance Co. | A2 | A+ | A+ | A+ |
| ACE Insurance Co. of Illinois | A2 | A+ | A+ | A+ |
| ACE Insurance Co. of Ohio | A2 | A+ | A+ | A+ |
| ACE Insurance Co. of the Midwest | A2 | A+ | A+ | A+ |
| Atlantic Employers Insurance Co. | A2 | A+ | A+ | A+ |
| Illinois Union Insurance Co. | A2 | A+ | A+ | A+ |
| Westchester Fire Insurance Co. | A2 | A+ | | A+ |
| Westchester Surplus Lines Insurance Co. | A2 | A+ | | A+ |
| **ACE International** | | | | |
| ACE Insurance (Japan) | | A- | | NR-5 |
| ACE Insurance Co. (Puerto Rico) | | | | A+ |
| ACE Insurance Limited (Australia) | | A | | A |
| ACE Insurance Limited (New Zealand) | | A | | A |
| ACE European Group Limited (Europe) | | A+ | | A |
| ACE INA Insurance Co. (Canada) | | A | | A |
| **ACE Financial Services** | | | | |
| ACE Capital Title Reinsurance Co. | Aa3 | | | |
| **Brandywine Holdings** | | | | |
| ACE American Reinsurance Company | B1 [1] | | CCC+ [2] | B- [3] |
| Century Indemnity Co. | Ba3 | CCC+ | B- [2] | B- [3] |
| Century Reinsurance Co. | Ba3 | | CCC+ [2] | B- [3] |





## Ratings by Legal Entity
## Financial Strength and Credit Ratings

Financial strength and credit ratings listed below are as of May 10, 2006. For current ratings, ratings qualifiers, and ratings definitions, please contact the relevant rating agency or ACE at investorrelations@ace.bm.

| OVERALL OUTLOOK (except where indicated) | Moody's Stable Outlook (except where indicated) | S&P Stable Outlook (except where indicated) | Fitch Stable Outlook (except where indicated) | AM Best Stable Outlook (except where indicated) |
|---|---|---|---|---|
| **CREDIT RATINGS** | | | | |
| **ACE Limited** | | | | |
| $500 mil Senior debt due 4/1/07 | A3 | BBB+ | A- | a- |
| $575 mil perpetual preferred stock | Baa2 | BBB- | BBB+ | bbb |
| **ACE INA Holdings Inc.** | | | | |
| (all guaranteed by ACE Limited) | | | | |
| $750 mil commercial paper program | P-2 | A-2 | F2 | AMB-2 |
| $500 mil 5.875% senior unsecured notes due 6/15/14 | A3 | BBB+ | A- | a- |
| $300 mil 8.3% senior unsecured notes due 8/15/06 | A3 | BBB+ | A- | a- |
| $100 mil 8.875% debentures due 8/15/29 | A3 | BBB+ | A- | a- |
| $100 mil 8.875% preferred due 12/31/29 | Baa1 | BBB- | BBB+ | bbb |
| $300 mil 9.7% Capital Securities due 04/01/30 | Baa1 | BBB- | BBB+ | bbb |
| $300 mil 6.7% senior unsecured notes due 5/16/36 | A3 | BBB+ | A- | a- |

(1) Rating will be withdrawn
(2) Rating Watch Negative
(3) Under review with negative implications
(4) Not an ACE operating entity