Print this report

View/Save Report from a New Window

Publication Date: 06/28/2004

Best's Company Report for
WESTCHESTER SURPLUS LINES INSURANCE COMPANY

**Group Affiliation: ACE INA Group**

Roswell, Georgia, United States
1601 Chestnut Street, Philadelphia, Pennsylvania, United States 19103
Mail Address: P.O. Box 41484, Philadelphia, Pennsylvania, United States 19101-1484
Web: www.ace-ina.com

Tel: 215-640-2324　　　　　　　　　　　　　　　　　　　　Fax: 215-640-5592
AMB#: 04433　　　　　　　　　　　　　　　　　　　　　　　NAIC#: 10172
FEIN#: 58-2139927

Report Revision Date: 06/28/2004

# BEST'S RATING

Based on our opinion of the company's Financial Strength and relationship with an affiliated reinsurer, which reinsures virtually all of the company's business, the company is assigned the Best's Rating of its affiliated reinsurer, Westchester Fire Insurance Company, which is A (Excellent). The company is assigned the Financial Size Category of Class X, which is the Financial Size Category of its affiliated reinsurer.

# RATING RATIONALE

The following text is derived from the report of ACE Westchester Specialty Group.

**Rating Rationale:** This rating applies to ACE Westchester Specialty Group led by Westchester Fire Insurance Company, along with reinsured members, Westchester Surplus Lines Insurance Company, a non-admitted carrier and Industrial Underwriters Insurance Company. The rating reflects the group's solid capitalization, favorable operating results, strong management and excellent broker relations. The rating outlook is stable.

The strengths are derived from management's successful operating strategies and the group's strategic role, along with the ACE American Pool, as the U.S. arm of Bermuda-based ACE Limited, a leading worldwide insurer. ACE Limited's significant financial resources and name recognition have enhanced the group's business opportunities as strategic initiatives put into place to grow and rebalance the group's book of business have resulted in significantly increased income over the past three years. Also, the group's capitalization is enhanced by the additional financial flexibility and access to capital through ACE Limited, which maintains consolidated GAAP equity of approximately $8.8 billion. Furthermore, the group's capital is provided additional protection through an adverse development cover with National Indemnity Company, a subsidiary of Berkshire Hathaway, Inc. (NICO) on pre-1997 Westchester business.

Prospectively, management strategies include consistent focus on underwriting profits through careful risk selection and pricing, the use of reinsurance to manage net retained exposures to individual losses and loss accumulations as well as ongoing attention to cost control. Operationally, the ACE Westchester group benefits from cross-selling opportunities as a member of the ACE Limited group. ACE Limited is a leading provider of professional liability, excess liability, property and specialty coverages to Fortune 500 and multinational corporate clients. The group's superior management team provides experience, a disciplined underwriting approach and strong claims management capabilities.

These strengths are partially offset by ongoing competitive market conditions. A.M. Best believes that the group continues to be well positioned to benefit from the opportunities presented with changing market conditions and expects continued favorable operating results.

**Best's Rating: A r**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Outlook: Stable**

# FIVE YEAR RATING HISTORY

| Date | Best's Rating |
|---|---|
| 06/17/04 | A r |
| 06/10/03 | A r |
| 03/14/02 | A r |
| 01/16/01 | A r |
| 08/18/99 | A r |

## KEY FINANCIAL INDICATORS

Statutory Data ($000)

| Period Ending | Direct Premiums Written | Net Premiums Written | Pretax Operating Income |
|---|---|---|---|
| 2000 | 65,844 | 6,861 | -4,529 |
| 2001 | 178,597 | 15,073 | 9,445 |
| 2002 | 504,395 | 47,171 | 18,180 |
| 2003 | 530,247 | 31,280 | 20,103 |
| 2004 | 644,560 | 45,784 | 17,186 |
| 03/2004 | 126,666 | 9,335 | 4,493 |
| 03/2005 | 164,463 | 10,864 | 5,752 |

Statutory Data ($000)

| Period Ending | Net Income | Total Admitted Assets | Policy-holders' Surplus |
|---|---|---|---|
| 2000 | -3,076 | 79,066 | 24,617 |
| 2001 | 7,085 | 141,197 | 30,798 |
| 2002 | 10,822 | 201,819 | 65,283 |
| 2003 | 12,586 | 288,224 | 67,847 |
| 2004 | 12,038 | 367,023 | 65,420 |
| 03/2004 | 3,693 | 313,805 | 74,177 |
| 03/2005 | 3,733 | 380,146 | 68,926 |

| Period Ending | Profitability Comb. Ratio | Inv. Yield (%) | Pretax ROR (%) | Leverage NA Inv Lev | NPW to PHS | Net Lev | Liquidity Overall Liq (%) | Oper. Cash-flow (%) |
|---|---|---|---|---|---|---|---|---|
| 2000 | 310.9 | 6.9 | -99.9 | 3.4 | 0.3 | 2.4 | 148.4 | -32.5 |
| 2001 | 9.2 | 5.4 | 109.8 | 1.7 | 0.5 | 4.0 | 129.9 | 238.4 |
| 2002 | 50.2 | 4.2 | 52.2 | 0.0 | 0.7 | 2.8 | 150.5 | 140.8 |
| 2003 | 82.3 | 3.4 | 53.3 | ... | 0.5 | 3.6 | 136.9 | 139.6 |
| 2004 | 67.7 | 4.2 | 44.3 | 0.1 | 0.7 | 5.0 | 131.8 | 200.9 |
| 5-Yr Avg | 70.6 | 4.5 | 48.8 | ... | ... | ... | ... | ... |
| 03/2004 | 69.3 | XX | 49.7 | XX | 0.4 | 3.5 | 136.5 | 999.9 |
| 03/2005 | 73.7 | XX | 51.7 | XX | 0.7 | 4.9 | 132.0 | 100.7 |

(*) Data reflected within all tables of this report has been compiled from the company-filed statutory statement. Within several financial tables of this report, this company is compared against the Professional Surplus Lines Writers.

## BUSINESS REVIEW

The following text is derived from the report of ACE Westchester Specialty Group.

Since being acquired by Bermuda-based ACE Limited, ACE Westchester is part of one of the largest global insurance organizations in the world and ranks among the twenty largest commercial lines insurance organizations in the U.S. ACE Westchester specializes in the wholesale distribution of excess and surplus lines property, inland marine, casualty and professional

lines products and also provides coverage for agriculture business and specialty programs.

Current operations managed by ACE Westchester are organized into two business units offering highly specialized products and services: ACE Westchester Specialty Division and ACE Programs Division. The ACE Westchester Specialty Division focuses on wholesale distribution of excess, surplus and specialty property, inland marine, casualty and professional lines products. In addition, the ACE Programs Division provides insurance coverage to commercial, specialty homeowners and agriculture markets.

**Direct Premium Writings By Product Lines:** Direct Premiums written at the last year end totaled ($000) $ 644,560, and were distributed as follows: Allied Lines, $ 134,986; Fire, $ 125,118; Oth Liab Occur, $ 157,073; Oth Liab Cl-Made, $ 36,939; Prod Liab Occur, $ 61,282; Earthquake, $ 50,037; Inland Marine, $ 58,332; Comm'l Auto Liab, $ 14,685; All Other, $ 6,108.

**Major 2004 Direct Premium Writings By State ($000):** California, $ 156,231 (24.2%); Florida, $ 93,224 (14.5%); Texas, $ 68,728 (10.7%); Illinois, $ 42,235 (6.6%); New Jersey, $ 27,492 (4.3%); 42 other jurisdictions, $ 256,356 (39.8%); Aggregate Alien, $ 293 (0.0%).

# FINANCIAL PERFORMANCE

The following text is derived from the report of ACE Westchester Specialty Group.

**Overall Earnings:** Returns on revenue and returns on policyholders surplus for the group have been strong for the past several years. The results of the past two years have additionally benefited from favorable market conditions. Since being acquired by ACE Limited, the group's steady increases in returns have outpaced peer group performance with five year average returns significantly higher than industry peers. A.M. Best expects the group's operating results to remain solid given the group's tight underwriting and pricing disciplines, conservative balance sheet rather well protected against pre-1997 adverse development through the NICO reinsurance cover, and the sound use of ongoing reinsurance placed with high quality reinsurers.

## PROFITABILITY ANALYSIS

| Period Ending | Company | | | | Industry Composite | | | |
|---|---|---|---|---|---|---|---|---|
| | Pretax ROR (%) | Return on PHS(%) | Comb. Ratio | Oper. Ratio | Pretax ROR (%) | Return on PHS(%) | Comb. Ratio | Oper. Ratio |
| 2000 | -99.9 | -12.4 | 310.9 | 180.9 | 14.9 | -12.4 | 108.9 | 81.8 |
| 2001 | 109.8 | 26.1 | 9.2 | -27.6 | 3.7 | -0.6 | 113.7 | 83.4 |
| 2002 | 52.2 | 22.6 | 50.2 | 42.5 | 9.7 | 4.2 | 95.0 | 79.6 |
| 2003 | 53.3 | 18.9 | 82.3 | 70.0 | 20.8 | 19.3 | 95.3 | 82.3 |
| 2004 | 44.3 | 18.1 | 67.7 | 42.5 | 15.2 | 12.1 | 94.6 | 82.9 |
| 5-Yr Avg | 48.8 | 16.8 | 70.6 | 50.3 | 14.5 | 4.8 | 98.3 | 82.1 |
| 03/2004 | 49.7 | XX | 69.3 | 48.3 | XX | XX | XX | XX |
| 03/2005 | 51.7 | XX | 73.7 | 49.0 | XX | XX | XX | XX |

**Underwriting Income:** the group's combined ratios have been at or significantly below 100% for several years, the result of strict underwriting discipline, tight oversight of the claim process and a strong focus on minimizing administrative expenses. The results of the past two years have additionally benefited from favorable market conditions, with the slight increase in combined ratio in 2003 over 2002 resulting from a shift in the mix of business. A.M. Best believes that the group continues to be well positioned to benefit from the opportunities presented with changing market conditions and expects continued favorable operating results.

## UNDERWRITING EXPERIENCE

| Year | Net Undrw Income ($000) | Loss Ratios | | | Expense Ratios | | | Div. Pol. | Comb Ratio |
|---|---|---|---|---|---|---|---|---|---|
| | | Pure Loss | LAE | Loss & LAE | Net Comm | Other Exp. | Total Exp. | | |
| 2000 | -9,374 | 293.1 | -29.6 | 263.5 | 8.3 | 39.2 | 47.4 | ... | 310.9 |
| 2001 | 6,299 | -33.8 | 19.6 | -14.2 | 5.1 | 18.3 | 23.4 | ... | 9.2 |
| 2002 | 15,579 | 17.6 | 18.2 | 35.8 | 8.3 | 6.1 | 14.3 | ... | 50.2 |
| 2003 | 8,176 | 66.8 | -7.4 | 59.4 | 6.1 | 16.7 | 22.9 | ... | 82.3 |
| 2004 | 11,123 | 31.0 | 16.2 | 47.2 | 7.3 | 13.2 | 20.5 | ... | 67.7 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 5-Yr Avg | | ... | 41.6 | 8.4 | 50.0 | 7.2 | 13.4 | 20.6 | 0.0 | 70.6 |
| 03/2004 | 2,717 | 9.2 | 40.1 | 49.3 | XX | XX | 20.0 | ... | 69.3 |
| 03/2005 | 3,003 | 38.7 | 8.5 | 47.2 | XX | XX | 26.4 | ... | 73.7 |

**Investment Income:** The group's investment strategy has produced yields favorable relative to industry norms for several years and has significantly benefited the group's operating returns. The group's investment strategy is fairly conservative, with nearly 93% of total invested assets in long term bonds at December 31, 2003.

## INVESTMENT INCOME ANALYSIS ($000)

| | Company | | Unrealized |
|---|---|---|---|
| | Net Inv | Realized Capital | Capital |
| Year | Income | Gains | Gains |
| 2000 | 4,865 | 507 | -180 |
| 2001 | 3,162 | 689 | 160 |
| 2002 | 2,669 | 43 | 20 |
| 2003 | 4,624 | -159 | ... |
| 2004 | 9,763 | 1,401 | ... |
| 03/2004 | 1,900 | 1,377 | ... |
| 03/2005 | 2,750 | -846 | -1 |

| | Company | | | Industry Composite | |
|---|---|---|---|---|---|
| | Inv Inc Growth | Inv Yield | Total Return | Inv Inc Growth | Inv Yield |
| Year | (%) | (%) | (%) | (%) | (%) |
| 2000 | 22.7 | 6.9 | 7.4 | -47.3 | 4.6 |
| 2001 | -35.0 | 5.4 | 6.9 | -1.6 | 5.0 |
| 2002 | -15.6 | 4.2 | 4.3 | 9.7 | 4.8 |
| 2003 | 73.3 | 3.4 | 3.3 | 15.7 | 4.4 |
| 2004 | 111.2 | 4.2 | 4.8 | 0.8 | 3.6 |
| 5-Yr Avg | 146.2 | 4.5 | 4.9 | -33.6 | 4.4 |
| 03/2004 | XX | XX | 1.6 | XX | XX |
| 03/2005 | XX | XX | 0.7 | XX | XX |

## INVESTMENT PORTFOLIO ANALYSIS

| Asset Class | 2004 Inv Assets ($000) | % of Invested Assets 2004 | 2003 | Annual % Chg |
|---|---|---|---|---|
| Long-Term bonds | 262,895 | 97.9 | 81.4 | 57.8 |
| Other Inv Assets | 5,655 | 2.1 | 18.6 | -85.1 |
| Total | 268,550 | 100.0 | 100.0 | 31.3 |

## 2004 BOND PORTFOLIO ANALYSIS

| Asset Class | % of Total Bonds | Mkt Val to Stmt Val(%) | Avg. Maturity (Yrs) | Class 1 - 2 (%) | Class 3 - 6 (%) | Struc. Secur. (%) | Struc. Secur. (% of PHS) |
|---|---|---|---|---|---|---|---|
| Governments | 32.9 | 1.5 | 4.0 | 100.0 | ... | ... | ... |
| States, terr & poss | 16.6 | 0.1 | 8.3 | 100.0 | ... | 50.4 | 33.8 |
| Corporates | 50.5 | 0.4 | 4.9 | 100.0 | ... | 33.3 | 67.7 |
| Total all bonds | 100.0 | 0.7 | 5.1 | 100.0 | ... | 25.2 | 101.5 |

# CAPITALIZATION

The following text is derived from the report of ACE Westchester Specialty Group.

**Capital Generation:** The group's level of internal capital generation has been solid since being acquired by ACE Limited. Strong underwriting results along with investment income from the group's fixed income portfolio have supported this growth. The group has made dividend payments to its parent company for several years. Over the past five years, dividend payments to the parent company, net of capital contributions received, have totaled $90 million and are expected to continue in the foreseeable future. As a member of the well capitalized ACE Limited group, however, ACE Westchester also has access to additional capital from its parent, as necessary, to support growth. A.M. Best believes that the group continues to be well positioned to benefit from the opportunities presented with changing market conditions, resulting in performance that supports capital growth.

## CAPITAL GENERATION ANALYSIS ($000)

| | Source of Surplus Growth | | |
|---|---|---|---|
| Year | Pretax Operating Income | Total Inv. Gains | Net Contrib. Capital |
| 2000 | -4,529 | 327 | ... |
| 2001 | 9,445 | 849 | ... |
| 2002 | 18,180 | 63 | 25,000 |
| 2003 | 20,103 | -159 | -5,000 |
| 2004 | 17,186 | 1,401 | ... |
| 5-Yr Total | 60,385 | 2,482 | 20,000 |
| 03/2004 | 4,493 | 1,377 | ... |
| 03/2005 | 5,752 | -846 | ... |

| | Source of Surplus Growth | | |
|---|---|---|---|
| Year | Other, Net of Tax | Change in PHS | PHS Growth (%) |
| 2000 | 949 | -3,253 | -11.7 |
| 2001 | -4,113 | 6,181 | 25.1 |
| 2002 | -8,758 | 34,485 | 112.0 |
| 2003 | -12,380 | 2,564 | 3.9 |
| 2004 | -21,014 | -2,426 | -3.6 |
| 5-Yr Total | -45,316 | 37,550 | ... |
| 03/2004 | 460 | 6,330 | 9.3 |
| 03/2005 | -1,401 | 3,505 | 5.4 |

**Overall Capitalization:** ACE Westchester maintains a very comfortable capital adequacy position as evidenced by its current BCAR score of 224. While the group's premium leverage is in line with the levels maintained by its peer group, gross and net loss reserve leverage is higher than the peer group averages. Ceded leverage is also above that of the group's peers. However, capital is protected by the NICO reinsurance cover which provides coverage for adverse loss development and uncollectible reinsurance. The potential recovery is equal to 75% of $1 billion excess of carried loss reserves of $721 million at December 31, 1996. At December 31, 2003, the remaining limit on the NICO reinsurance cover is $600 million. A.M. Best expects the group's overall capitalization to continue to grow as management's successful business strategies continue to produce superior operating results.

## QUALITY OF SURPLUS ($000)

| | | % of PHS | | Dividend Requirements | | |
|---|---|---|---|---|---|---|
| Year | Year-End PHS | Cap Stk/ Contrib. Cap. | Other | Un-assigned Surplus | Stock-holder Divs | Div to POI (%) | Div to Net Inc. (%) |
| 2000 | 24,617 | 71.5 | ... | 28.5 | ... | ... | ... |
| 2001 | 30,798 | 57.2 | ... | 42.8 | ... | ... | ... |
| 2002 | 65,283 | 65.3 | ... | 34.7 | ... | ... | ... |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2003 | 67,847 | 62.8 | ... | 37.2 | -5,000 | 24.9 | 39.7 | |
| 2004 | 65,420 | 65.1 | ... | 34.9 | ... | ... | ... | |
| 03/2004 | 74,177 | 57.4 | ... | 42.6 | ... | ... | ... | |
| 03/2005 | 68,926 | 61.8 | ... | 38.2 | ... | ... | ... | |

## LEVERAGE ANALYSIS

| | Company | | | | Industry Composite | | | |
|---|---|---|---|---|---|---|---|---|
| Year | NPW to PHS | Reserves to PHS | Net Lev | Gross Lev | NPW to PHS | Reserves to PHS | Net Lev | Gross Lev |
| 2000 | 0.3 | 1.5 | 2.4 | 5.9 | 0.4 | 0.8 | 1.4 | 2.7 |
| 2001 | 0.5 | 0.9 | 4.0 | 10.4 | 0.4 | 0.7 | 1.8 | 3.4 |
| 2002 | 0.7 | 0.5 | 2.8 | 9.5 | 0.8 | 0.7 | 2.5 | 4.3 |
| 2003 | 0.5 | 0.7 | 3.6 | 11.8 | 0.7 | 1.0 | 2.6 | 4.2 |
| 2004 | 0.7 | 0.8 | 5.0 | 17.1 | 0.7 | 1.0 | 2.4 | 3.9 |
| 03/2004 | 0.4 | 0.6 | 3.5 | XX | XX | XX | XX | XX |
| 03/2005 | 0.7 | 0.8 | 4.9 | XX | XX | XX | XX | XX |

Current BCAR: 152.2

## PREMIUM COMPOSITION & GROWTH ANALYSIS

| Period Ending | DPW ($000) | (% Chg) | GPW ($000) | (% Chg) |
|---|---|---|---|---|
| 2000 | 65,844 | 59.7 | 68,260 | 69.8 |
| 2001 | 178,597 | 171.2 | 182,500 | 167.4 |
| 2002 | 504,395 | 182.4 | 506,297 | 177.4 |
| 2003 | 530,247 | 5.1 | 530,437 | 4.8 |
| 2004 | 644,560 | 21.6 | 649,565 | 22.5 |
| 5-Yr CAGR | ... | 73.3 | ... | 74.5 |
| 5-Yr Change | ... | 999.9 | ... | 999.9 |
| 03/2004 | 126,666 | 9.9 | 127,841 | 11.0 |
| 03/2005 | 164,463 | 29.8 | 164,990 | 29.1 |

| Period Ending | NPW ($000) | (% Chg) | NPE ($000) | (% Chg) |
|---|---|---|---|---|
| 2000 | 6,861 | 219.9 | 3,742 | 67.9 |
| 2001 | 15,073 | 119.7 | 8,604 | 129.9 |
| 2002 | 47,171 | 212.9 | 34,822 | 304.7 |
| 2003 | 31,280 | -33.7 | 37,747 | 8.4 |
| 2004 | 45,784 | 46.4 | 38,831 | 2.9 |
| 5-Yr CAGR | ... | 84.4 | ... | 77.1 |
| 5-Yr Change | ... | 999.9 | ... | 999.9 |
| 03/2004 | 9,335 | -22.1 | 9,040 | -29.9 |
| 03/2005 | 10,864 | 16.4 | 11,132 | 23.1 |

**Reserve Quality:** Conservative reserves are recorded by the group and reserves held on accident years since 1998 have developed redundantly in total by $8 million from original loss reserve values. Reserves held at year-end 2002 developed redundantly in 2003 by $34 million, the net effect of redundancies recognized for accident years 1996 and prior and for 2001 and 2002, somewhat offset by deficiencies recognized for accident years 1997 through 2000. The $35 million redundancy adjustment to prior accident year reserves in 2003 was the net effect of a $42 million redundancy in special property lines, a $13 million deficiency associated with assumed non-proportional reinsurance and a $5 million net redundancy for all other lines.

The group has established reserve levels for emerging environmental and asbestos claims that are consistent with industry standards given its paid loss activity. Based on Footnote 32 disclosure data, ACE Westchester reported $245 million and $171 million of gross and net A&E reserves, respectively, of which approximately two-thirds relates to asbestos exposures. This net

figure is exclusive of the cession to NICO under the pre-1997 accident year adverse development reinsurance agreement. The group's current A&E reserve position, which was strengthened in the current year, provides for a three year survival ratio of 21.3 x based on its historical paid loss activity related to these liabilities, which is stronger than many of its commercial umbrella lines peers. More importantly, the group is protected by the NICO reinsurance cover which provides coverage for adverse loss development and uncollectible reinsurance. The potential recovery is equal to 75% of $1 billion excess of carried reserves of $721 million at December 31, 1996. At December 31, 2003 the remaining limit on NICO's 75% participation in the reinsurance cover was $600 million. The NICO cover is expected to minimize any earnings drag caused by adverse development arising out of A&E reserves.

## LOSS & ALAE RESERVE DEVELOPMENT: CALENDAR YEAR ($000)

| Calendar Year | Original Loss Reserves | Developed Reserves Thru 2004 | Develop. to Orig.(%) | Develop. to PHS (%) | Develop. to NPE (%) | Unpaid Reserves @ 12/2004 | Unpaid Resrv. to Dev.(%) |
|---|---|---|---|---|---|---|---|
| 1999 | 23,427 | 25,640 | 9.4 | 7.9 | 999.9 | 11,757 | 45.9 |
| 2000 | 34,507 | 28,182 | -18.3 | -25.7 | 739.3 | 12,307 | 43.7 |
| 2001 | 23,886 | 23,855 | -0.1 | -0.1 | 277.2 | 12,768 | 53.5 |
| 2002 | 33,901 | 29,110 | -14.1 | -7.3 | 88.0 | 21,652 | 74.4 |
| 2003 | 42,674 | 37,160 | -12.9 | -8.1 | 94.1 | 30,915 | 83.2 |
| 2004 | 48,154 | 48,154 | ... | ... | 124.0 | 48,154 | 100.0 |

## LOSS & ALAE RESERVE DEVELOPMENT: ACCIDENT YEAR ($000)

| Accident Year | Original Loss Reserves | Developed Reserves Thru 2004 | Develop. to Orig.(%) | Unpaid Reserves @12/2004 | Acc Yr. Loss Ratio | Acc Yr. Comb Ratio |
|---|---|---|---|---|---|---|
| 1999 | 631 | 1,812 | 187.2 | 649 | 101.0 | 124.2 |
| 2000 | 8,627 | 1,483 | -82.8 | 550 | 64.5 | 112.0 |
| 2001 | 4,430 | 3,320 | -25.1 | 461 | 63.9 | 87.3 |
| 2002 | 15,687 | 11,827 | -24.6 | 8,884 | 43.7 | 58.0 |
| 2003 | 18,009 | 11,878 | -34.0 | 9,263 | 38.5 | 61.4 |
| 2004 | 17,239 | 17,239 | ... | 17,239 | 60.0 | 80.4 |

## CEDED REINSURANCE ANALYSIS ($000)

| | Company | | | | Industry Composite | | |
|---|---|---|---|---|---|---|---|
| Year | Ceded Reins Total | Business Retention (%) | Rein Rec to PHS (%) | Ceded Reins to PHS (%) | Business Retention (%) | Rein Rec to PHS (%) | Ceded Reins to PHS(%) |
| 2000 | 84,962 | 10.1 | 227.8 | 345.1 | 46.9 | 94.8 | 125.7 |
| 2001 | 197,607 | 8.3 | 426.8 | 641.6 | 33.4 | 111.5 | 160.9 |
| 2002 | 438,147 | 9.3 | 366.7 | 671.2 | 40.8 | 129.3 | 179.8 |
| 2003 | 561,070 | 5.9 | 494.3 | 827.0 | 38.9 | 113.0 | 167.9 |
| 2004 | 794,542 | 7.1 | 872.5 | 999.9 | 43.0 | 107.9 | 147.2 |

## 2004 REINSURANCE RECOVERABLES ($000)

| | Paid & Unpaid Losses | IBNR | Unearned Premiums | Other Recov* | Total Reins Recov |
|---|---|---|---|---|---|
| US Affiliates | 108,297 | 112,997 | 196,165 | ... | 417,459 |
| Foreign Affiliates | 8,011 | 4,979 | 2,582 | ... | 15,572 |
| US Insurers | 48,413 | 202,504 | 51,952 | ... | 302,869 |
| Pools/Associations | ... | 396 | ... | ... | 396 |
| Other Non-US | 49,280 | 158,332 | 44,357 | ... | 251,969 |
| Total (ex US Affils) | 105,704 | 366,211 | 98,891 | ... | 570,806 |
| Grand Total | 214,001 | 479,208 | 295,056 | ... | 988,265 |

* Includes Commissions less Funds Withheld

**Investment Leverage:** The group's non-investment grade bond leverage is high compared to its peers over the past three years due to a high yield bond strategy instituted at the beginning of the period. The group's high yield bonds are diversified by industry and issuer and include financial covenants that provide early warning signs of financial deterioration. The group currently does not have any material exposure to any single large investment and has positioned its portfolio to afford it the flexibility to take advantage of favorable yield curve opportunities. The group's investment strategy has produced yields favorable relative to industry norms for several years and has significantly benefited the group's operating returns. Total long term bonds constituted 93% of the group's total invested assets at December 31, 2003.

## INVESTMENT LEVERAGE ANALYSIS (% OF PHS)

| Year | Class 3-6 Bonds | Real Estate/ Mtg. | Company Other Invested Assets | Common Stocks | Non-Affl Inv. Lev. | Affil Inv. | Industry Composite Class 3-6 Bonds | Common Stocks |
|---|---|---|---|---|---|---|---|---|
| 2000 | 1.3 | ... | 2.1 | ... | 3.4 | ... | 0.8 | 19.8 |
| 2001 | 1.6 | ... | 0.1 | ... | 1.7 | ... | 1.2 | 17.5 |
| 2002 | ... | ... | 0.0 | ... | 0.0 | ... | 1.9 | 16.6 |
| 2003 | ... | ... | ... | ... | ... | ... | 1.3 | 18.1 |
| 2004 | ... | ... | 0.1 | ... | 0.1 | ... | 1.6 | 17.4 |

# LIQUIDITY

The following text is derived from the report of ACE Westchester Specialty Group.

Cash provided from premiums, investment income and portfolio maturities are reasonably predictable and normally exceed liquidity requirements for payments of claims and expenses. However, since the timing of available cash cannot always be matched precisely to commitments, imbalances may arise when demands for cash exceed cash on hand. Furthermore, a demand for cash may arise as a result of the group taking advantage of attractive investment opportunities and the group is expected to continue paying dividends to its parent. The group has been able to respond to these circumstances by maintaining an adequate supply of marketable securities which can be liquidated to meet temporary cash needs. In addition, as a member of the ACE Limited group, ACE Westchester's financial flexibility is enhanced by the parent's access to extensive financial resources.

## LIQUIDITY ANALYSIS

| Year | Company Quick Liq (%) | Current Liq (%) | Overall Liq (%) | Gross Agents Bal to PHS(%) | Industry Composite Quick Liq (%) | Current Liq (%) | Overall Liq (%) | Gross Agents Bal to PHS(%) |
|---|---|---|---|---|---|---|---|---|
| 2000 | 19.6 | 112.9 | 148.4 | 55.0 | 42.5 | 152.0 | 194.0 | 8.7 |
| 2001 | 27.7 | 81.9 | 129.9 | 111.6 | 34.5 | 133.9 | 168.4 | 11.0 |
| 2002 | 43.9 | 77.9 | 150.5 | 75.1 | 33.6 | 122.9 | 155.1 | 16.3 |
| 2003 | 77.2 | 147.6 | 136.9 | 79.7 | 34.0 | 118.5 | 154.3 | 14.6 |
| 2004 | 44.1 | 142.0 | 131.8 | 89.4 | 35.3 | 131.2 | 156.8 | 12.9 |
| 03/2004 | XX | 89.4 | 136.5 | 78.8 | XX | XX | XX | XX |
| 03/2005 | XX | 92.9 | 132.0 | 86.0 | XX | XX | XX | XX |

## CASH FLOW ANALYSIS ($000)

| Year | Company Underw Cash Flow | Oper Cash Flow | Net Cash Flow | Underw Cash Flow(%) | Oper Cash Flow(%) | Industry Composite Underw Cash Flow(%) | Oper Cash Flow(%) |
|---|---|---|---|---|---|---|---|
| 2000 | -12,219 | -8,915 | -9,677 | -99.9 | -32.5 | 92.2 | 111.2 |
| 2001 | 31,393 | 33,000 | 7,621 | 242.9 | 238.4 | 76.7 | 118.7 |
| 2002 | 12,883 | 10,623 | 16,161 | 160.4 | 140.8 | 136.7 | 152.3 |
| 2003 | 21,029 | 22,658 | 10,983 | 144.3 | 139.6 | 219.3 | 203.8 |
| 2004 | 32,430 | 36,428 | -33,655 | 197.3 | 200.9 | 191.9 | 193.0 |
| 03/2004 | 44,836 | 43,740 | -33,601 | -99.9 | 999.9 | XX | XX |

| 03/2005 | -134 | 180 | -793 | 99.3 | 100.7 | XX | XX |

## HISTORY

This company was incorporated on June 30, 1971 in Hawaii as Industrial Insurance Company of Hawaii, Ltd., and began business on September 1, 1971. On November 30, 1994 the company redomesticated to Georgia by merger and changed its name to Westchester Surplus Lines Insurance Company.

Capital paid up is $2,750,000, comprising 55,000 common shares at $50 par value each. All authorized shares are issued and outstanding.

## MANAGEMENT

All of the outstanding capital stock is owned by ACE USA, Inc. (formerly known as Westchester Specialty Group, Inc.). The later is a wholly-owned subsidiary of ACE Holdings Inc., which is a wholly-owned subsidiary of ACE Limited. ACE Limited acquired ownership of the company and its parent on January 5, 1998 from Talegen Holdings, Inc., an indirect wholly-owned subsidiary of Xerox Corporation, Stamford, Connecticut.

**Officers:** Chairman of the Board, Brian E. Dowd; President, Dennis A. Cosby; Executive Vice Presidents, John M. Berger, Randolph D. Carey, David J. Lupica, Kathleen K. Morrison, Allen J. Sanderson; Vice President and Treasurer, Francis W. McDonnell; Vice Presidents, William N. Curcio, Robert J. Gaffney, William P. Garrigan, Geoffrey G. Gregory, John J. Lupica, James W. MacDonald, Paul G. O'Connell, Ed K. Ota, Jr., Susan M. Rivera, Joseph Stagliano, Charles E. Stauber, John P. Taylor, Edward D. Zaccaria; Secretary, George D. Mulligan.

**Directors:** John M. Berger, Rondolph D. Carey, William N. Curcio, Brian E. Dowd (Chairman), Richard C. Franklin, Robert J. Gaffney, William P. Garrigan, Geoffrey G. Gregory, John J. Lupica, David J Lupica, James W. MacDonald, Francis W. McDonnell, Kathleen K. Morrison, Paul G. O'Connell, Ed K. Ota, Jr., Susan M. Rivera, James B. Runyan, Otis L. Sanders, William V. Schmaltz, Charles E. Stauber, Edward D. Zaccaria.

## REGULATORY

An examination of the financial condition was made as of December 31, 2003 by the Insurance Department of Georgia. An annual independent audit of the company is conducted by PricewaterhouseCoopers, LLP. An annual evaluation of reserves for unpaid losses and loss adjustment expenses is made by Paul G. O'Connell, FCAS, MAAA, Executive Vice President and Chief Actuary, ACE INA.

## TERRITORY

The company is licensed in Georgia. It also operates on a surplus lines or non-admitted basis in the District of Columbia, Puerto Rico, AL, AK, AZ, AR, CA, CO, CT, DE, FL, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MI, MS, MO, MT, NE, NV, NJ, NM, NY, NC, ND, OH, OK, OR, PA, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI and WY.

## REINSURANCE PROGRAMS

The following text is derived from the report of ACE Westchester Specialty Group.

Reinsurance agreements are inforce on all lines of business to manage net retained loss on individual policies and accumulations of net policy losses. TRIA coverage is retained at 10% after satisfying the TRIA event deductible.

On casualty lines, quota share reinsurance is purchased for primary general liability business. Treaty excess of loss and quota share reinsurance is purchased to maintain maximum net limits of $4.5 million per policy for umbrella and $6 million per policy for high excess business with attachments of $25 million or higher..

Property business is protected with excess of loss reinsurance that reduced net limits to $1.16 million per risk. Property catastrophe reinsurance is purchased to cover 95% of loss and expense to the 100-year PML net of per risk recoveries, in excess of a $50 million retention. An additional $200 million SuperCat layer is purchased to cover property catastrophe loss in excess of the

100-year PML.

Westchester entered into a stop-loss agreement with National Indemnity which provides protection against adverse development and uncollectible reinsurance. The potential recovery is equal to 75% of $1 billion excess of carried loss reserves of $721 million at December 31, 1996. At December 31, 2003 the remaining limit on NICO's 75% participation in the reinsurance cover was $600 million.

## BALANCE SHEET ($000)

| ADMITTED ASSETS | 12/31/2004 | 12/31/2003 | 2004 % | 2003 % |
|---|---|---|---|---|
| Bonds | 262,895 | 166,638 | 71.6 | 57.8 |
| Cash & short-term invest | 2,432 | 36,087 | 0.7 | 12.5 |
| Other non-affil inv asset | 81 | ... | 0.0 | ... |
| Total invested assets | 265,407 | 202,725 | 72.3 | 70.3 |
| Premium balances | 59,412 | 54,480 | 16.2 | 18.9 |
| Accrued interest | 3,142 | 1,874 | 0.9 | 0.7 |
| All other assets | 39,061 | 29,146 | 10.6 | 10.1 |
| Total assets | 367,023 | 288,224 | 100.0 | 100.0 |

| LIABILITIES & SURPLUS | 12/31/2004 | 12/31/2003 | 2004 % | 2003 % |
|---|---|---|---|---|
| Loss & LAE reserves | 52,356 | 46,418 | 14.3 | 16.1 |
| Unearned premiums | 23,430 | 16,476 | 6.4 | 5.7 |
| Conditional reserve funds | 23,175 | 9,792 | 6.3 | 3.4 |
| All other liabilities | 202,642 | 147,691 | 55.2 | 51.2 |
| Total liabilities | 301,603 | 220,377 | 82.2 | 76.5 |
| Capital & assigned surplus | 42,613 | 42,613 | 11.6 | 14.8 |
| Unassigned surplus | 22,807 | 25,234 | 6.2 | 8.8 |
| Total policyholders' surplus | 65,420 | 67,847 | 17.8 | 23.5 |
| Total liabilities & surplus | 367,023 | 288,224 | 100.0 | 100.0 |

## SUMMARY OF 2004 OPERATIONS ($000)

| STATEMENT OF INCOME | 12/31/2004 | FUNDS PROVIDED FROM OPERATIONS | 12/31/2004 |
|---|---|---|---|
| Premiums earned | 38,831 | Premiums collected | 65,753 |
| Losses incurred | 12,044 | Benefit & loss related pmts | 21,448 |
| LAE incurred | 6,296 | Net transfers to accounts | ... |
| Undrw expenses incurred | 9,368 | LAE & undrw expenses paid | 11,875 |
| Net underwriting income | 11,123 | Undrw cash flow | 32,430 |
| Net investment income | 9,763 | Investment income | 10,480 |
| Other income/expense | -3,700 | Other income/expense | -3,700 |
| Pre-tax oper income | 17,186 | Pre-tax cash operations | 39,210 |
| Realized capital gains | 1,401 | | |
| Income taxes incurred | 6,549 | Income taxes pd (recov) | 2,782 |
| Net income | 12,038 | Net oper cash flow | 36,428 |

### INTERIM BALANCE SHEET

| ADMITTED ASSETS | 03/31/2005 | | |
|---|---|---|---|
| Cash & short term invest | 1,639 | ... | ... |

| | | | |
|---|---:|---|---|
| Bonds | 263,868 | ... | ... |
| Other investments | 536 | ... | ... |
| Total investments | 266,043 | | |
| Premium balances | 60,143 | ... | ... |
| Reinsurance funds | 49,910 | ... | ... |
| Accrued interest | 1,680 | ... | ... |
| All other assets | 2,369 | ... | ... |
| Total assets | 380,146 | | |

| LIABILITIES & SURPLUS | 03/31/2005 | | |
|---|---:|---|---|
| Loss & LAE reserves | 53,399 | | |
| Unearned premiums | 23,161 | ... | ... |
| Conditional reserve funds | 23,175 | ... | ... |
| All other liabilities | 211,485 | ... | ... |
| Total liabilities | 311,220 | | |
| Capital & assigned surp | 42,613 | | |
| Unassigned surplus | 26,313 | ... | ... |
| Policyholders' surplus | 68,926 | | |
| Total liabilities & surplus | 380,146 | | |

## INTERIM INCOME STATEMENT

| | Period Ended 3/31/2005 | Period Ended 3/31/2004 | Increase/ Decrease |
|---|---:|---:|---:|
| Premiums earned | 11,132 | 9,040 | 2,092 |
| Losses incurred | 4,314 | 834 | 3,480 |
| LAE incurred | 944 | 3,625 | -2,680 |
| Underwriters expenses incurred | 2,872 | 1,864 | 1,008 |
| Net underwriting income | 3,003 | 2,717 | 285 |
| Net investment income | 2,750 | 1,900 | 850 |
| Other income/expenses | ... | -124 | 124 |
| Pre-tax operating income | 5,752 | 4,493 | 1,259 |
| Realized capital gains | -846 | 1,377 | -2,223 |
| Income taxes incurred | 1,174 | 2,178 | -1,004 |
| Net income | 3,733 | 3,693 | 40 |

## INTERIM CASH FLOW

| | Period Ended 3/31/2005 | Period Ended 3/31/2004 | Increase/ Decrease |
|---|---:|---:|---:|
| Premiums collected | 20,399 | 43,407 | -23,009 |
| Benefit & loss related pmts | 17,244 | -3,553 | 20,797 |
| Undrw expenses paid | 3,288 | 2,125 | 1,163 |
| Underwriting cash flow | -134 | 44,836 | -44,969 |
| Investment income | 4,803 | 2,357 | 2,445 |
| Other income/expense | ... | -124 | 124 |

| | | | |
|---|---|---|---|
| Pre-tax cash operations | 4,669 | 47,069 | -42,400 |
| Income taxes pd (recov) | 4,489 | 3,329 | 1,160 |
| Net oper cash flow | 180 | 43,740 | -43,560 |

Copyright © 2006 by A.M. Best Company, Inc. ALL RIGHTS RESERVED.
No part of this report may be reproduced or distributed in any form or by any means, or stored in a database or retrieval system, without the prior written permission of the A.M. Best Company. BCR05122006