IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLACKWATER SECURITY CONSULTING, LLC, et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> WESTCHESTER SURPLUS LINES INSURANCE COMPANY, et al., <br><br> *Defendants.* | Civil Action No. 05-6020 (PBT) <br><br><br><br> **ORDER** |

Upon consideration of the motion of Defendants Evanston Insurance Company, Fidelity & Casualty Company of New York, and Liberty International Underwriters, Inc. (collectively "Moving Defendants") for leave to file a reply memorandum, and the opposition of Plaintiffs Blackwater Security Consulting, LLC, and Blackwater Lodge and Training Center, Inc. (collectively "Blackwater") thereto, and the arguments of counsel, if any, and for good cause shown,

It is on this _____ day of _____ 2006,

ORDERED that Moving Defendants' Motion for Leave to File Reply Memorandum is DENIED.

_____
Tucker, J.

1-WA/2583402.1