IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLACKWATER SECURITY CONSULTING, LLC, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>WESTCHESTER SURPLUS LINES INSURANCE COMPANY, *et al.*,<br><br>*Defendants*. | Civil Action No. 05-6020 (PBT) |

## CERTIFICATION OF SERVICE

I hereby certify that on June 14, 2006, true and correct copies of the Opposition Memorandum of Plaintiffs Blackwater Security Consulting, LLC and Blackwater Lodge and Training Center, Inc. (collectively "Blackwater") to the Motion of Defendants Evanston Insurance Company, Fidelity & Casualty Company of New York, and Liberty International Underwriters, Inc. for Leave to File Reply Memorandum, Certification of Harvey Bartle, IV in support of Plaintiffs' Opposition and exhibits attached thereto, and proposed order were served, either electronically or via first class mail postage prepaid on the following:

Francis J. Deasey
Deasey, Mahoney & Bender, Ltd.
1800 John F. Kennedy Blvd.
Suite 1300
Philadelphia, PA 19103-2978

**(Via First Class Mail)**

John C. Sullivan
Post & Schell PC
1600 John F. Kennedy Blvd
Four Penn Center

Paul C. Vitrano
William Briggs
Ross Dixon & Bell, LLP
2001 K St., NW
Washington, DC 20006

**(Via ECF)**

Francis P. Burns, III
Lavin O'Neil Ricci Cedrone & Disipio
190 North Independence Mall West
6th & Race Streets, Suite 500

1-WA/2583700.1

Philadelphia, PA 19103-2808

**(Via ECF)**

L.D. Simmons, II
Helms Mulliss & Wicker PLLC
201 North Tryon Street
Charlotte, NC  28202

**(Via First Class Mail)**

Philadelphia, PA 19106

**(Via ECF)**

Harvey Bartle, IV
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004
202.739.3000
202.739.3001 (facsimile)