IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLACKWATER SECURITY CONSULTING, LLC, a Delaware Limited Liability Company; and BLACKWATER LODGE AND TRAINING CENTER, INC., a Delaware Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>WESTCHESTER SURPLUS LINES INSURANCE COMPANY, a Georgia Corporation; EVANSTON INSURANCE COMPANY, an Illinois Corporation; FIDELITY AND CASUALTY COMPANY OF NEW YORK, a South Carolina Corporation; and LIBERTY INSURANCE UNDERWRITERS, a Massachusetts Corporation,<br><br>Defendants. | CIVIL ACTION<br><br>NO. 2:05-cv-06020-PBT |

### ENTRY OF APPEARANCE

Kindly enter our appearances in connection with the above-captioned matter on behalf of defendant, Fidelity and Casualty Company of New York.

Ronald P. Schiller (Atty. I.D. 41357)
Michael R. Carlson (Atty. I.D. 89937)
DLA Piper US LLP
One Liberty Place, Suite 4900
1650 Market Street
Philadelphia, PA 19103
(215) 656-3330
(215) 606-3330 Facsimile

Attorneys for Defendant,
Fidelity and Casualty Company of New York

Dated: February 23, 2007

## CERTIFICATE OF SERVICE

I, Ronald P. Schiller, certify that on February 23, 2007, a true and correct copy of the foregoing Entry of Appearance was filed electronically and it is available for viewing and downloading from the ECF system; a true and correct copy of same was sent via U.S. first-class mail, postage prepaid as follows:

Dennis J. Valenza, Esquire
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA  19103-2921

Harvey Bartle, IV, Esquire
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW
Washington, DC  20004

*Counsel for Plaintiffs,*
*Blackwater Security Consulting, LLC and*
*Blackwater Lodge and Training Center,*
*Inc.*

Francis J. Deasey, Esquire
James W. Daly, Esquire
Deasey, Mahoney & Bender, Ltd.
1800 John F. Kennedy Blvd., Suite 1300
Philadelphia, PA  19103-2978

*Counsel for Defendant,*
*Westchester Surplus Lines Insurance*
*Company*

Francis P. Burns, III, Esquire
Lavin O'Neil Ricci Cedrone & Disipio
190 North Independence Mall West
6th & Race Streets, Suite 500
Philadelphia, PA  19106

*Counsel for Defendant,*
*Evanston Insurance Company*

John C. Sullivan, Esquire
Post & Schell PC
1600 John F. Kennedy Blvd.
Four Penn Center
Philadelphia, PA  19103-2808

*Counsel for Defendant,*
*Liberty Insurance Underwriters*

Paul C. Vitrano, Esquire
Ross Dixon & Bell, LLP
2001 K Street, NW
Washington, DC  20006

*Counsel for Defendant,*
*Fidelity and Casualty Company of New York*

_____
Ronald P. Schiller