BLACKWATER SECURITY CONSULTING, LLC et al v. WESTCHESTER SURPLUS LINES INSURANCE COMPANY et al    Doc. 31

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLACKWATER SECURITY CONSULTING, LLC, a Delaware Limited Liability Company; and BLACKWATER LODGE AND TRAINING CENTER, INC., a Delaware Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>WESTCHESTER SURPLUS LINES INSURANCE COMPANY, a Georgia Corporation; EVANSTON INSURANCE COMPANY, an Illinois Corporation; FIDELITY AND CASUALTY COMPANY OF NEW YORK, a South Carolina Corporation; and LIBERTY INSURANCE UNDERWRITERS, a Massachusetts Corporation,<br><br>Defendants. | CIVIL ACTION<br><br>Civil Action No. 2:05-cv-06020-PBT |

## ORDER

AND NOW this _____ day of _____, 2007, upon consideration of Defendant Fidelity and Casualty Company of New York's Motion to Substitute Parties, and Memorandum in support thereof, it is hereby **ORDERED** that said Motion is **GRANTED,** and the Continental Insurance Company is substituted as the real party in interest for Fidelity and Casualty Company of New York.

BY THE COURT:

_____
J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLACKWATER SECURITY CONSULTING, LLC, a Delaware Limited Liability Company; and BLACKWATER LODGE AND TRAINING CENTER, INC., a Delaware Corporation, | CIVIL ACTION |
| | Civil Action No. 2:05-cv-06020-PBT |
| Plaintiffs, | |
| v. | |
| WESTCHESTER SURPLUS LINES INSURANCE COMPANY, a Georgia Corporation; EVANSTON INSURANCE COMPANY, an Illinois Corporation; FIDELITY AND CASUALTY COMPANY OF NEW YORK, a South Carolina Corporation; and LIBERTY INSURANCE UNDERWRITERS, a Massachusetts Corporation, | |
| Defendants. | |

## MOTION TO SUBSTITUTE PARTIES AND NOTICE OF HEARING

Defendant Fidelity and Casualty Company of New York hereby moves the Court pursuant to Federal Rules of Civil Procedure 25(c) to substitute the Continental Insurance Company as the real party in interest for Defendant Fidelity and Casualty Company of New York. Defendant submits the attached Memorandum in support of this Motion and Notice of Hearing.

Respectfully submitted,

Ronald P. Schiller/RPS4415
Michael R. Carlson
DLA Piper US LLP
One Liberty Place
1650 Market Street, Suite 4900
Philadelphia, PA 19103-2762
(215) 656-3330

Attorneys for Continental Insurance Company and Continental Insurance Company as Successor by Merger to Fidelity and Casualty Company of New York

Dated: February 27, 2007.

2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLACKWATER SECURITY CONSULTING, LLC, a Delaware Limited Liability Company; and BLACKWATER LODGE AND TRAINING CENTER, INC., a Delaware Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>WESTCHESTER SURPLUS LINES INSURANCE COMPANY, a Georgia Corporation; EVANSTON INSURANCE COMPANY, an Illinois Corporation; FIDELITY AND CASUALTY COMPANY OF NEW YORK, a South Carolina Corporation; and LIBERTY INSURANCE UNDERWRITERS, a Massachusetts Corporation,<br><br>Defendants. | CIVIL ACTION<br><br>Civil Action No. 2:05-cv-06020-PBT |

## MEMORANDUM IN SUPPORT OF MOTION TO SUBSTITUTE PARTIES

F.R.C.P. 25(c) provides:

**RULE 25. SUBSTITUTION OF PARTIES**

\* \* \*

**(c) Transfer of Interest.** In case of any transfer of interest, the action may be continued by or against the original party, unless the court upon motion directs the person to whom the interest is transferred to be substituted in the action or joined with the original party. Service of the motion shall be made as provided in subdivision (a) of this rule.

As of December 31, 2006, and pursuant to the applicable laws of the Commonwealth of Pennsylvania, Fidelity and Casualty Company of New York has been merged into the

Continental Insurance Company. As a result of the merger, Defendant Fidelity and Casualty Company of New York no longer exists and Continental Insurance Company has become legally liable for all of Defendant Fidelity and Casualty Company of New York's liabilities, obligations, debts, and duties.

In <u>Kanaji v. Philadelphia Child Guidance Center of Children's Hospital</u>, 2001 WL 708898, *1 (E.D. Pa. June 20, 2001), the United States District Court for the Eastern District of Pennsylvnia recognized that corporate mergers constitutes a "transfer of interest" under Rule 25(c):

> *It is undisputed that PCGC merged into Children's Hospital in January 2001 and defendant has not suggested that the merger has substantively affected this lawsuit in any way. Such a substitution of corporate defendants to reflect a post-complaint merger is appropriate.* See Fed.R.Civ.P. 25(c) (permitting substitution of parties when there has been a "transfer of interest"); Luxliner P.L. Export, Co. v. RDI/Luxliner, Inc., 13 F.3d 69, 71 (3d Cir.1993) *("transfer of interest" for purposes of Rule 25(c) occurs "when one corporation becomes the successor to another by merger or other acquisition of the interest" of the original corporate party).* See also Virgo v. Riviera Beach Assocs., Ltd., 30 F.3d 1350, 1358 (11th Cir.1994) (allowing substitution of one corporate defendant for another after asset purchase); DeVilliers v. Atlas Corp., 360 F.2d 292, 297 (10th Cir.1966) (***Rule 25(c) substitution proper to reflect merger***). The court will permit substitution of Children's Hospital for PCGC as the proper defendant in this action.

<u>Id.</u> (*emphasis* added). <u>See also</u>, <u>Arch v. American Tobacco Co., Inc.</u>, 984 F.Supp. 830, 840 (E.D. Pa. 1997) ("As a matter of law, a corporation succeeds to the liabilities of another corporation…where two or more corporations combine through merger or consolidation and the corporation or corporations that are merged cease to exist.")

Based upon the foregoing, the merger of Defendant Fidelity and Casualty Company of New York into the Continental Insurance Company, and F.R.C.P. 25(c), Defendant Fidelity and Casualty Company of New York respectfully moves the Court to substitute the Continental

2

Insurance Company as the real party in interest for Defendant Fidelity and Casualty Company of New York.

                                            Respectfully submitted,

                                            Ronald P. Schiller/RPS4415
                                            Michael R. Carlson
                                            DLA Piper US LLP
                                            One Liberty Place
                                            1650 Market Street, Suite 4900
                                            Philadelphia, PA  19103-2762
                                            (215) 656-3330

                                            Attorneys for Continental Insurance Company and
                                            Continental Insurance Company as Successor by
                                            Merger to Fidelity and Casualty Company

Dated: February 27, 2007.

3

## NOTICE OF HEARING

To:

Dennis J. Valenz, Esquire
MORGAN LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103

Francis J. Deasey, Esquire
James W. Daly, Esquire
DEASEY, MAHONEY & BENDER, LTD.
1800 John B. Blvd., Suite 1300
Philadelphia, PA 19103

Paul C. Vitrano, Esquire
ROSS DIXON & BELL, LLP
2001 K Street, NW
Washington, DC 20006

Harvey Bartle, IV, Esquire
MORGAN LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue NW
Washington, DC 20004

Francis P. Burns, III
LAVIN O'NEIL RICCI CEDRONE & DISIPIO
190 North Independence Mall West
6th and Race Streets, Suite 500
Philadelphia, PA 19106

John C. Sullivan, Esquire
POST & SCHELL PC
1600 John F. Kennedy Blvd.
Philadelphia, PA 19103

Pursuant to F.R.C.P. Rule 25, please take notice that, if this Motion to Substitute Parties is opposed, on April 1, or as soon thereafter as counsel can be heard, the undersigned will bring the above motion for a hearing before the Honorable Petrese B. Tucker.

_/s/ Ronald P. Schiller_
Ronald P. Schiller
Michael R. Carlson
DLA PIPER US LLP
One Liberty Place
1650 Market Street, Suite 4900
Philadelphia, PA 19103-2762
(215) 656-3330

## CERTIFICATE OF SERVICE

I, Michael R. Carlson, certify that on February 27, 2007, a true and correct copy of the foregoing Motion to Substitute and Notice of Hearing was filed electronically and it is available for viewing and downloading from the ECF system; a true and correct copy of same was sent via first class mail, postage pre-paid, upon the following:

Dennis J. Valenz, Esquire
MORGAN LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA  19103

Francis J. Deasey, Esquire
James W. Daly, Esquire
DEASEY, MAHONEY & BENDER, LTD.
1800 John B. Blvd., Suite 1300
Philadelphia, PA  19103

Paul C. Vitrano, Esquire
ROSS DIXON & BELL, LLP
2001 K Street, NW
Washington, DC  20006

Harvey Bartle, IV, Esquire
MORGAN LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue NW
Washington, DC  20004

Francis P. Burns, III
LAVIN O'NEIL RICCI CEDRONE & DISIPIO
190 North Independence Mall West
6th and Race Streets, Suite 500
Philadelphia, PA  19106

John C. Sullivan, Esquire
POST & SCHELL PC
1600 John F. Kennedy Blvd.
Philadelphia, PA  19103

_____
Michael R. Carlson