# IN THE UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BLACKWATER SECURITY,** &#124;<br>**CONSULTING, LLC, ET AL.** &#124;<br>　　Plaintiffs, &#124;<br>　　　　　　　　　　　　　　&#124;  **CIVIL ACTION NO. 05-CV-6020**<br>　　v. &#124;<br>　　　　　　　　　　　　　　&#124;<br>**WESTCHESTER SURPLUS LINES** &#124;<br>**INSURANCE COMPANY, ET AL.** &#124;<br>　　Defendants. &#124; | |

## ORDER

**AND NOW**, this _____ day of February, 2007, upon consideration of Defendants' Motions for Leave to File Reply Memoranda (Doc. 27, 28), **IT IS HEREBY ORDERED AND DECREED** that Defendants' Motions are **GRANTED**.

Upon consideration of Defendants Evanston, Fidelity, and Liberty's Motion to Transfer Venue (Doc. 20), Plaintiff's responses (Doc. 26 and 29), and related filings (Doc. 22, 27 and 28), **IT IS HEREBY ORDERED AND DECREED** that Defendant's Motion is **DENIED**.

　　　　　　　　　　　　　　　　　　　　　　**BY THE COURT:** _____

　　　　　　　　　　　　　　　　　　　　　　**/s/ Petrese B. Tucker**

　　　　　　　　　　　　　　　　　　　　　　**Hon. Petrese B. Tucker, U.S.D.J.**