IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLACKWATER SECURITY CONSULTING, LLC, a Delaware Limited Liability Company; and BLACKWATER LODGE AND TRAINING CENTER, INC., a Delaware Corporation, <br><br> Plaintiffs, <br><br> v. <br><br> WESTCHESTER SURPLUS LINES INSURANCE COMPANY, a Georgia Corporation; EVANSTON INSURANCE COMPANY, an Illinois Corporation; FIDELITY AND CASUALTY COMPANY OF NEW YORK, a South Carolina Corporation; and LIBERTY INSURANCE UNDERWRITERS, a Massachusetts Corporation, <br><br> Defendants. | CIVIL ACTION <br><br><br> Civil Action No. 2:05-cv-06020-PBT |

### DEFENDANT FIDELITY AND CASUALTY COMPANY'S MOTION FOR ADMISSION *PRO HAC VICE* OF THOMAS T. LOCKE, ESQUIRE

Defendant Fidelity and Casualty Company of New York (hereinafter "Fidelity"), by its counsel, files this application, pursuant to Local Rule of Civil Procedure 83.5.2, for the admission *pro hac vice* of Thomas T. Locke, Esquire, and, in support, thereof, avers as follows:

1. Mr. Locke is a partner in the Washington, D.C. office of Seyfarth Shaw LLP, 815 Connecticut Avenue, N.W., Washington, D.C. 2006-4004. Seyfarth Shaw LLP represents Fidelity in this matter.

2. Mr. Locke is a member in good standing of the bar in the District of Columbia

and has been admitted to practice in the District of Columbia since 1997. He has also been admitted to practice in and is a member in good standing of the bars of the State of Maryland, the U.S. Supreme Court, the U.S. Court of Appeal for the Fourth, Eleventh and District of Columbia Circuits, the United States District Court for the District of Columbia and the United States District Court for the District of Maryland.

      3.      Mr. Locke has not been denied admission or been disciplined by any court.

      4.      Mr. Locke, in the past, has reviewed the Local Rules of this Honorable Court.

      5.      Fidelity respectfully requests that there is good cause for the admission of Mr. Locke *pro hac vice* because Mr. Locke has experience handling other insurance coverage matters in the Commonwealth of Pennsylvania and other jurisdictions.

      6.      Fidelity further respectfully requests that this motion be granted so that Mr. Locke may attend and participate in all matters on its behalf and otherwise engage in pre-trial, trial, and post-trial proceedings in connection with this action.

      7.      This motion is made by Ronald P. Schiller, Esquire, who is a member in good standing of the bar of the Commonwealth of Pennsylvania and State of New York; the United States District Courts for the Eastern District of Pennsylvania, the Middle District of Pennsylvania and the Southern District of New York; and the United States Court of Appeals for the Third Circuit.

WHEREFORE, Defendant Fidelity and Casualty Company of New York respectfully requests that the application for admission *pro hac vice* of Mr. Locke, Esquire, be granted.

                                                Respectfully submitted,

                                          Ronald P. Schiller
                                          Michael R. Carlson
                                          Attorneys for defendant
                                          Columbia Casualty Company
                                          Piper Rudnick LLP
                                          3400 Two Logan Square
                                          18th and Arch Streets
                                          Philadelphia, PA  10103
                                          (215) 656-3300
                                          (215) 656-3301 - Facsimile

Dated: March 9, 2007.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLACKWATER SECURITY CONSULTING, LLC, a Delaware Limited Liability Company; and BLACKWATER LODGE AND TRAINING CENTER, INC., a Delaware Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>WESTCHESTER SURPLUS LINES INSURANCE COMPANY, a Georgia Corporation; EVANSTON INSURANCE COMPANY, an Illinois Corporation; FIDELITY AND CASUALTY COMPANY OF NEW YORK, a South Carolina Corporation; and LIBERTY INSURANCE UNDERWRITERS, a Massachusetts Corporation,<br><br>Defendants. | CIVIL ACTION<br><br>Civil Action No. 2:05-cv-06020-PBT |

## VERIFICATION

I hereby certify that the information contained in my Application for Admission Pro Hac Vice is true and accurate to the best of my knowledge, information, and belief.

_____
Thomas T. Locke
Seyfarth Shaw LLP
815 Connecticut Avenue, N.W.,
Washington, D.C. 2006-4004

Dated: March 8, 2007.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLACKWATER SECURITY CONSULTING, LLC, a Delaware Limited Liability Company; and BLACKWATER LODGE AND TRAINING CENTER, INC., a Delaware Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>WESTCHESTER SURPLUS LINES INSURANCE COMPANY, a Georgia Corporation; EVANSTON INSURANCE COMPANY, an Illinois Corporation; FIDELITY AND CASUALTY COMPANY OF NEW YORK, a South Carolina Corporation; and LIBERTY INSURANCE UNDERWRITERS, a Massachusetts Corporation,<br><br>Defendants. | CIVIL ACTION<br><br>Civil Action No. 2:05-cv-06020-PBT |

## LOCAL COUNSEL ENDORSEMENT

By my signature below, be it known that I hereby consent to the Application for Admission Pro Hac Vice of Mr. Locke in the above-captioned matter and that I will participate in this action as local attorney in the manner required by Local Rule of Civil

Procedure 83.5.2, United States District Court for the Eastern District of Pennsylvania.

                                                Respectfully submitted,

                                                Ronald P. Schiller/RPS4415
                                                Michael R. Carlson
                                                DLA Piper US LLP
                                                One Liberty Place
                                                1650 Market Street, Suite 4900
                                                Philadelphia, PA 19103-2762
                                                (215) 656-3330

                                                Attorneys for Fidelity and Casualty Company of New York

Dated: March __9__, 2007.

## CERTIFICATE OF SERVICE

I, Michael R. Carlson, hereby certify that on March **9**, 2007, a true and correct copy of the foregoing Motion for Admission Pro Hac Vice was filed electronically and it is available for viewing and downloading from the ECF system; a true and correct copy of same was sent via U.S. first-class mail, postage pre-paid, upon the following:

Dennis J. Valenz, Esquire
MORGAN LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103

Francis J. Deasey, Esquire
James W. Daly, Esquire
DEASEY, MAHONEY & BENDER, LTD.
1800 John B. Blvd., Suite 1300
Philadelphia, PA 19103

Paul C. Vitrano, Esquire
ROSS DIXON & BELL, LLP
2001 K Street, NW
Washington, DC 20006

Harvey Bartle, IV, Esquire
MORGAN LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue NW
Washington, DC 20004

Francis P. Burns, III
LAVIN O'NEIL RICCI CEDRONE & DISIPIO
190 North Independence Mall West
6th and Race Streets, Suite 500
Philadelphia, PA 19106

John C. Sullivan, Esquire
POST & SCHELL PC
1600 John F. Kennedy Blvd.
Philadelphia, PA 19103

MRC3515
Michael R. Carlson