## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BLACKWATER SECURITY CONSULTING, LLC, a Delaware Limited Liability Company; and BLACKWATER LODGE AND TRAINING CENTER, INC., a Delaware Corporation, | : : : : : : | **CIVIL ACTION** |
| Plaintiffs, | : : : | Civil Action No. 2:05-cv-06020-PBT |
| v. | : : : | |
| WESTCHESTER SURPLUS LINES INSURANCE COMPANY, a Georgia Corporation; EVANSTON INSURANCE COMPANY, an Illinois Corporation; FIDELITY AND CASUALTY COMPANY OF NEW YORK, a South Carolina Corporation; and LIBERTY INSURANCE UNDERWRITERS, a Massachusetts Corporation, | : : : : : : : : : : | |
| Defendants. | : : : | |

## DEFENDANT FIDELITY AND CASUALTY COMPANY'S MOTION FOR ADMISSION *PRO HAC VICE* OF REBECCA WOODS, ESQUIRE

Defendant Fidelity and Casualty Company of New York (hereinafter "Fidelity"), by its counsel, files this application, pursuant to Local Rule of Civil Procedure 83.5.2, for the admission *pro hac vice* of Rebecca Woods, Esquire, and, in support, thereof, avers as follows:

1.      Ms. Woods is a partner in the Washington, D.C. office of Seyfarth Shaw LLP, 815 Connecticut Avenue, N.W., Washington, D.C. 2006-4004.  Seyfarth Shaw LLP represents Fidelity in this matter.

2.      Ms. Woods is a member in good standing of the bar in the District of Columbia and has been admitted to practice in the District of Columbia since 2000.  She has also been

admitted to practice in and is a member in good standing of the bar of the United States District Court for the District of Columbia.

3.    Ms. Woods has not been denied admission or been disciplined by any court.

4.    Ms. Woods has carefully reviewed the Local Rules of this Honorable Court.

5.    Ms. Woods has experience handling other insurance coverage matters in multiple jurisdictions.

6.    Fidelity respectfully requests that there is good cause for the admission of Ms. Woods *pro hac vice.*

7.    Fidelity further respectfully requests that this motion be granted so that Ms. Woods may attend and participate in all matters on its behalf and otherwise engage in pre-trial, trial, and post-trial proceedings in connection with this action.

8.    This motion is made by Ronald P. Schiller, Esquire, who is a member in good standing of the bar of the Commonwealth of Pennsylvania and State of New York; the United States District Courts for the Eastern District of Pennsylvania, the Middle District of Pennsylvania and the Southern District of New York; and the United States Court of Appeals for the Third Circuit.

-2-

WHEREFORE, Defendant Fidelity and Casualty Company of New York respectfully requests that the application for admission *pro hac vice* of Rebecca Woods, Esquire, be granted.

Respectfully submitted,

Ronald P. Schiller
Michael R. Carlson
Attorneys for defendant
Columbia Casualty Company
Piper Rudnick LLP
3400 Two Logan Square
18th and Arch Streets
Philadelphia, PA 10103
(215) 656-3300
(215) 656-3301 - Facsimile

Dated: March _1_, 2007.

-3-

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| | : CIVIL ACTION |
| BLACKWATER SECURITY CONSULTING, LLC, a Delaware Limited Liability Company; and BLACKWATER LODGE AND TRAINING CENTER, INC., a Delaware Corporation, | : <br> : <br> : <br> : <br> : Civil Action No. 2:05-cv-06020-PBT |
| Plaintiffs, | : <br> : |
| v. | : <br> : |
| WESTCHESTER SURPLUS LINES INSURANCE COMPANY, a Georgia Corporation; EVANSTON INSURANCE COMPANY, an Illinois Corporation; FIDELITY AND CASUALTY COMPANY OF NEW YORK, a South Carolina Corporation; and LIBERTY INSURANCE UNDERWRITERS, a Massachusetts Corporation, | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |
| Defendants. | : <br> : |

## VERIFICATION

I hereby certify that the information contained in my Application for Admission Pro Hac Vice is true and accurate to the best of my knowledge, information, and belief.

_____

Rebecca Woods
Seyfarth Shaw LLP
815 Connecticut Avenue, N.W.,
Washington, D.C. 2006-4004

Dated: March ___, 2007.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| | **CIVIL ACTION** |
| **BLACKWATER SECURITY CONSULTING, LLC, a Delaware Limited Liability Company; and BLACKWATER LODGE AND TRAINING CENTER, INC., a Delaware Corporation,** | |
| | Civil Action No. 2:05-cv-06020-PBT |
| Plaintiffs, | |
| v. | |
| **WESTCHESTER SURPLUS LINES INSURANCE COMPANY, a Georgia Corporation; EVANSTON INSURANCE COMPANY, an Illinois Corporation; FIDELITY AND CASUALTY COMPANY OF NEW YORK, a South Carolina Corporation; and LIBERTY INSURANCE UNDERWRITERS, a Massachusetts Corporation,** | |
| Defendants. | |

## LOCAL COUNSEL ENDORSEMENT

By my signature below, be it known that I hereby consent to the Application for

Admission Pro Hac Vice of Rebecca Woods in the above-captioned matter and that I will

participate in this action as local attorney in the manner required by Local Rule of Civil

Procedure 83.5.2, United States District Court for the Eastern District of Pennsylvania.

Respectfully submitted,

Ronald P. Schiller/RPS4415
Michael R. Carlson
DLA Piper US LLP
One Liberty Place
1650 Market Street, Suite 4900
Philadelphia, PA  19103-2762
(215) 656-3330

Attorneys for Fidelity and Casualty Company of New
York

Dated:  March 9, 2007.

### CERTIFICATE OF SERVICE

I, Michael R. Carlson, hereby certify that on March 9 , 2007, a true and correct copy of

the foregoing Motion for Admission Pro Hac Vice was filed electronically and it is available for

viewing and downloading from the ECF system; a true and correct copy of same was sent via

U.S. first-class mail, postage pre-paid, upon the following:

Dennis J. Valenz, Esquire
MORGAN LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103

Harvey Bartle, IV, Esquire
MORGAN LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue NW
Washington, DC 20004

Francis J. Deasey, Esquire
James W. Daly, Esquire
DEASEY, MAHONEY & BENDER, LTD.
1800 John B. Blvd., Suite 1300
Philadelphia, PA 19103

Francis P. Burns, III
LAVIN O'NEIL RICCI CEDRONE & DISIPIO
190 North Independence Mall West
6th and Race Streets, Suite 500
Philadelphia, PA 19106

Paul C. Vitrano, Esquire
ROSS DIXON & BELL, LLP
2001 K Street, NW
Washington, DC 20006

John C. Sullivan, Esquire
POST & SCHELL PC
1600 John F. Kennedy Blvd.
Philadelphia, PA 19103

MRC3515_____
Michael R. Carlson