# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA (PHILADELPHIA)

| | |
|---|---|
| **BLACKWATER SECURITY CONSULTING, LLC, ET AL**<br><br>    Plaintiff<br><br>v.<br><br>**WESTCHESTER SURPLUS LINES INSURANCE COMPANY, ET AL**<br><br>    Defendants | Civil Action No. 2:05-cv-06020-PBT |

## NOTICE OF:
## WITHDRAWAL AND SUBSTITUTION OF COUNSEL

TO THE CLERK OF THE COURT AND ALL PARTIES:

Please withdraw the appearance of Paul Vitrano of Ross, Dixon and Bell LLP and substitute the appearance of Thomas T. Locke and Rebecca Woods of Seyfarth Shaw, LLP, as counsel for Defendant Fidelity and Casualty Company of New York.

Respectfully submitted,

By:     __RPS4415_____
Ronald P. Schiller
DLA PIPER US LLP
One Liberty Place
1650 Market Street, Suite 4900
Philadelphia, PA  19103
(215) 656-3330 (phone)
(215) 606-3330 (fax)

Thomas T. Locke (*pro hac* pending)
tlocke@seyfarth.com
Rebecca Woods (*pro hac* pending)
rwoods@seyfarth.com
SEYFARTH SHAW LLP
815 Connecticut Avenue, N.W., Ste. 500
Washington, DC  20006-4004
(202) 463-2400 (phone)
(202) 828-5393 (facsimile)

By:     __/s/ Paul Vitrano_____
Paul Vitrano
ROSS, DIXON & BELL LLP
2001 K Street, NW
Washington, DC  20006
(202) 662-2000 (phone)
(202) 662-2900 (facsimile)

Attorneys for defendant,
Fidelity and Casualty Company of
New York

Dated: March 12, 2007

2

**CERTIFICATE OF SERVICE**

      I, Michael R. Carlson, hereby certify that on March 12, 2007, a true and correct copy of the foregoing Notice and Withdrawal and Substitution of Counsel was sent via U.S. first-class mail, postage pre-paid, upon the following:

| | |
|---|---|
| Dennis J. Valenz, Esquire<br>MORGAN LEWIS & BOCKIUS LLP<br>1701 Market Street<br>Philadelphia, PA 19103 | Harvey Bartle, IV, Esquire<br>MORGAN LEWIS & BOCKIUS LLP<br>1111 Pennsylvania Avenue NW<br>Washington, DC 20004 |
| Francis J. Deasey, Esquire<br>James W. Daly, Esquire<br>DEASEY, MAHONEY & BENDER, LTD.<br>1800 John B. Blvd., Suite 1300<br>Philadelphia, PA 19103 | Francis P. Burns, III<br>LAVIN O'NEIL RICCI CEDRONE & DISIPIO<br>190 North Independence Mall West<br>6th and Race Streets, Suite 500<br>Philadelphia, PA 19106 |
| Paul C. Vitrano, Esquire<br>ROSS DIXON & BELL, LLP<br>2001 K Street, NW<br>Washington, DC 20006 | John C. Sullivan, Esquire<br>POST & SCHELL PC<br>1600 John F. Kennedy Blvd.<br>Philadelphia, PA 19103 |

 

                                          MRC3515_____
                                          Michael R. Carlson