IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLACKWATER SECURITY CONSULTING, LLC, a Delaware Limited Liability Company; and BLACKWATER LODGE AND TRAINIING CENTER, INC., a Delaware Corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> WESTCHESTER SURPLUS LINES INSURANCE COMPANY, a Georgia Corporation; EVANSTON INSURANCE COMPANY, an Illinois Corporation; FIDELITY AND CASUALTY COMPANY OF NEW YORK, a South Carolina Corporation; and LIBERTY INSURANCE UNDERWRITERS, a Massachusetts Corporation, <br><br> Defendants. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : NO. 05-6020 <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Liberty International Underwriters hereby discloses the following:

> Liberty International Underwriters is a privately held company in which Liberty Mutual Group Inc. owns 100 percent of the stock. LMHC Massachusetts Holdings Inc. owns 100 percent of the stock of Liberty Mutual Group Inc. Liberty Mutual Holding Company Inc. owns 100 percent of the stock of LMHC Massachusetts Holdings Inc.

Dated: March 15, 2007                    **POST & SCHELL, P.C.**

                                          By:  */s/ John C. Sullivan*

JOHN C. SULLIVAN, ESQUIRE
Attorney ID # 32262
Signature Validation Code: JCS7648
STACEY Z. JUMPER, ESQUIRE
Attorney ID # 88537
Signature Validation Code: SZJ5395
Four Penn Center
1600 John F. Kennedy Boulevard
Philadelphia, PA  19103-2808
(215) 587-1000
***Attorneys for Defendant,***
***Liberty International Underwriters***