## IN THE UNITED STATES DISTRICT COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| **BLACKWATER SECURITY,** | \| | |
| **CONSULTING, LLC, ET AL.** | \| | |
| **Plaintiffs,** | \| | |
| | \| | **CIVIL ACTION NO. 05-CV-6020** |
| **v.** | \| | |
| | \| | |
| **WESTCHESTER SURPLUS LINES** | \| | |
| **INSURANCE COMPANY, ET AL.** | \| | |
| **Defendants.** | \| | |

## ORDER

_____**AND NOW**, this _____ day of March, 2007, upon consideration of the Motion for

Admission of Thomas T. Locke, Esquire as counsel *pro hac vice* for Defendant Fidelity and

Casualty Company of New York ("Fidelity") (Doc. 35), and the Motion for Admission of

Rebecca Woods, Esquire as counsel *pro hac vice* for Fidelity (Doc. 36), **IT IS HEREBY**

**ORDERED and DECREED** that the Motions are **GRANTED**. Thomas T. Locke, Esquire and

Rebecca Woods, Esquire are admitted in this case as counsel *pro hac vice* for Fidelity.


BY THE COURT:

**/S/ Petrese B. Tucker**

_____

Hon. Petrese B. Tucker, U.S.D.J.