# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLACKWATER SECURITY CONSULTING, LLC, *et al.*,<br><br>   *Plaintiffs*,<br><br>   v.<br><br>WESTCHESTER SURPLUS LINES INSURANCE COMPANY, *et al.*,<br><br>   *Defendants*. | Civil Action No. 05-6020 (PBT)<br><br>RULE 7.1 DISCLOSURE STATEMENT |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiffs Blackwater Security Consulting LLC and Blackwater Lodge & Training Center, Inc. state that they are wholly-owned subsidiaries of The Prince Group. No publicly-held corporation owns ten percent (10%) or more of the stock of any of the foregoing entities.

                Respectfully submitted,

Dated: March 20, 2007

                s/ Harvey Bartle, IV
                Dennis J. Valenza
                MORGAN, LEWIS & BOCKIUS LLP
                1701 Market Street
                Philadelphia, Pennsylvania 19103
                215.963.5000
                215.963.5001 (facsimile)

                Paul A. Zevnik
                Howard T. Weir
                Harvey Bartle, IV
                MORGAN, LEWIS & BOCKIUS LLP
                1111 Pennsylvania Avenue, NW
                Washington, D.C. 20004
                202.739.3000
                202.739.3001 (facsimile)