IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 05-6020 (PBT)

**APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)**

I. APPLICANT'S STATEMENT

I, __HOWARD T. WEIR III__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _____, for the $40.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| State where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| District of Columbia | 11/05/1979 | 283036 |
| Alabama State Bar | 09/22/1977 | ASB-0830-E68H |
| | | |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| Court where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| US Court of Appeals Federal Cir | 10/10/1995 | |
| US Supreme Court | 10/01/1984 | |
| US Court of Appeals Ninth Circuit | 04/11/1979 | |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for    Blackwater Security Consulting LLC

(Applicant's Signature)

3/21/07
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Morgan, Lewis & Bockius, 1111 Pennsylvania Avenue, N.W., Washington, D.C. 20004, (202) 739-5195.

Sworn and subscribed before me this
21st Day of March, 2007

Notary Public Carolyn L. Jana
Notary Public District of Columbia
My Commission Expires Oct. 31, 2007

10/04

II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

    The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ____HOWARD T. WEIR III____ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| HARVEY BARTLE, IV | [signature] | 05/01/2004 | 91566 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

MORGAN, LEWIS & BOCKIUS LLP, 1111 Pennsylvania Avenue, N.W., Washington, D.C. 20004

(202) 739-5341

Sworn and subscribed before me this

21st Day of March, 2007

[signature]
Notary Public

Carolyn L. Jana
Notary Public District of Columbia
My Commission Expires Oct. 31, 2007

APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BLACKWATER SECURITY CONSULTING LLC, et al., | : | CIVIL ACTION |
| v. | : | |
| WESTCHESTER SURPLUS LINES INSURANCE COMPANY, et al. | : | NO. 05-6020 (PBT) |

ORDER

AND NOW, this _____ Day of _____, 200_, it is hereby

ORDERED that the application of HOWARD T. WEIR III _____, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____
J.

## CERTIFICATION OF SERVICE

I hereby certify that on March 22, 2007, true and correct copies of the application of Howard T. Weir III, Esquire, to practice in the United States District Court for the Eastern District of Pennsylvania pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in that court was mailed today via first class mail postage prepaid on the following:

Francis J. Deasey
Deasey, Mahoney & Bender, Ltd.
1800 John F. Kennedy Blvd.
Suite 1300
Philadelphia, PA 19103-2978

Thomas T. Locke
Seyfarth Shaw LLP
815 Connecticut Ave NW
Washington, DC 20006-4004

John C. Sullivan
Post & Schell PC
1600 John F. Kennedy Blvd
Four Penn Center
Philadelphia, PA 19103-2808

Ronald P. Schiller
DLA Piper Rudnick Gray Cary LLP
One Liberty Place, Suite 4900
1650 Market Street
Philadelphia, PA 19103

L.D. Simmons, II
Helms Mulliss & Wicker PLLC
201 North Tryon Street
Charlotte, NC 28202

Francis P. Burns, III
Lavin O'Neil Ricci Cedrone & Disipio
190 North Independence Mall West
6th & Race Streets, Suite 500
Philadelphia, PA 19106

1-WA/2722681.1