# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BLACKWATER SECURITY,** | \| |
| **CONSULTING, LLC, ET AL.** | \| |
|     **Plaintiffs,** | \| |
| | \|   **CIVIL ACTION NO. 05-CV-6020** |
|     **v.** | \| |
| | \| |
| **WESTCHESTER SURPLUS LINES** | \| |
| **INSURANCE COMPANY, ET AL.** | \| |
|     **Defendants.** | \| |

## ORDER

**AND NOW**, this _____ day of March, 2007, upon consideration of Defendant Fidelity and Casualty Company of New York's Motion to Substitute Parties (Doc. 31), **IT IS HEREBY ORDERED and DECREED** that the Motion is **GRANTED AS UNOPPOSED**.[1]

**IT IS FURTHER ORDERED** that Continental Insurance Company is substituted as the real party in interest for Fidelity and Casualty Company of New York.

                                                   **BY THE COURT:**

                                                 **/S/ Petrese B. Tucker**
                                                 _____
                                                 **Hon. Petrese B. Tucker, U.S.D.J.**

---

[1] Defendant served its Motion electronically on February 27, 2007. The parties had fourteen (14) days to respond. As of March 21, 2007, no response has been filed.