# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BLACKWATER SECURITY,**     \| <br> **CONSULTING, LLC, ET AL.**    \| <br>      Plaintiffs,               \| <br>                                 \| <br>      v.                               \| <br>                                 \| <br> **WESTCHESTER SURPLUS LINES** \| <br> **INSURANCE COMPANY, ET AL.** \| <br>      Defendants.            \| | **CIVIL ACTION NO. 05-CV-6020** |

## ORDER

       **AND NOW**, this _____ day of March, 2007, upon consideration of Evanston Insurance Company's ("Evanston") Motion for Admission of Counsel Pro Hac Vice (Doc. 18), **IT IS HEREBY ORDERED and DECREED** that the Motion is **GRANTED**. L.D. Simmons, II, Esquire and Brian A. Kahn, Esquire are admitted in this case as counsel *pro hac vice* for Evanston.

                                                              BY THE COURT:

                                                              **/S/ Petrese B. Tucker**

                                                              _____
                                                              Hon. Petrese B. Tucker, U.S.D.J.