UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLACKWATER SECURITY CONSULTING, LLC, and BLACKWATER LODGE AND TRAINING CENTER, INC.<br><br>Plaintiffs,<br><br>v.<br><br>WESTCHESTER SURPLUS LINES INSURANCE COMPANY, EVANSTON INSURANCE COMPANY, CONTINENTAL INSURANCE COMPANY, and LIBERTY INSURANCE UNDERWRITERS,<br><br>Defendants. | Civil Action No. 05 6020<br><br>Electronically Filed<br><br>Assigned to Judge Petrese B. Tucker |

## RULE 7.1 DISCLOSURE STATEMENT FOR EVANSTON INSURANCE COMPANY

Please check one box:

☐      The nongovernmental corporate party, _____, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

X      The nongovernmental corporate party, Evanston Insurance Company, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock: **Evanston Insurance Company is a wholly owned subsidiary of Markel Corporation, a publicly traded company incorporated under the law of Virginia.**

   March 27, 2007   
       Date

                      LAVIN, O'NEIL, RICCI, CEDRONE & DISIPIO

                      By:    /s/ Francis P. Burns III
                      Francis P. Burns III (I.D. No. 27537)
                      Validation of Signature Code: fb418
                      190 North Independence Mall West, Suite 500
                      6th & Race Streets
                      Philadelphia, PA 19106

        215-627-0303 (ext. 7907)
        215-351-1900 (fax)
        fburns@lavin-law.com
            -and-
        HELMS MULLISS & WICKER, PLLC
        L. D. Simmons II
        N.C. State Bar No. 12554
        Brian A. Kahn
        N.C. State Bar No. 29291
        201 North Tryon Street
        Charlotte, North Carolina 28202.
        Telephone: (704) 343-2000
        Facsimile: (704) 444.8773
        brian.kahn@hmw.com
        ld.simmons@hmw.com
        *Attorneys for Evanston Insurance Company*

## **CERTIFICATE OF SERVICE**

I, Francis P. Burns III, Esquire, hereby certify that a true and correct copy of the Defendants' Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) and Memorandum in Support, was also served on March 27, 2007, via United States First Class Mail, postage prepaid, to all counsel of record addressed as follows:

| | |
|---|---|
| Dennis J. Valenza, Esquire<br>Morgan, Lewis & Bockius, LLP<br>1701 Market Street<br>Philadelphia, PA 19102-2921 | John C. Sullivan, Esquire<br>Post & Schell, P.C.<br>Four Penn center<br>1600 John F. Kennedy Boulevard<br>Philadelphia, PA 19103 |
| Ronald P. Schiller, Esquire<br>Michael R. Carlson<br>Piper Rudnick LLP<br>3400 Two Logan Square<br>18th and Arch Streets<br>Philadelphia, PA 10103 | Harvey Bartle, IV, Esquire<br>Morgan, Lewis & Bockius, LLP<br>1111 Pennsylvania Avenue, NW<br>Washington, D.C. 20004 |
| Francis J. Deasey, Esquire<br>James W. Daly, Esquire<br>Deasey, Mahoney & Bender, Ltd.<br>1800 John F. Kennedy Boulevard<br>Suite 1300<br>Philadelphia, PA 19103 | Thomas T. Locke<br>Rebecca Woods<br>Seyfarth Shaw LLP<br>815 Connecticut Ave., NW<br>Washington, DC 20006-4004 |

        _____/s/ Francis P. Burns III_____
        FRANCIS P. BURNS III