BLACKWATER SECURITY CONSULTING, LLC et al v. WESTCHESTER SURPLUS LINES INSURANCE COMPANY et al    Doc. 45

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLACKWATER SECURITY CONSULTING, LLC, a Delaware Limited Liability Company; and BLACKWATER LODGE AND TRAINING CENTER, INC., a Delaware Corporation<br>       Plaintiffs,<br>vs.<br>WESTCHESTER SURPLUS LINES INSURANCE COMPANY, a Georgia Corporation<br>    and<br>EVANSTON INSURANCE COMPANY, an Illinois Corporation<br>    and<br>FIDELITY AND CASUALTY COMPANY OF NEW YORK, a South Carolina Corporation<br>    and<br>LIBERTY INSURANCE UNDERWRITERS, a Massachusetts Corporation<br>       Defendants. | CIVIL ACTION NO. 05-6020 (PBT) |

## **RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant, Westchester Surplus Lines Insurance Company states that it is an indirect subsidiary of a publicly held corporation, ACE, Ltd.

              BY: /s/ Francis J. Deasey (Valid Code FD1214)
                 FRANCIS J. DEASEY, ESQUIRE (Atty. ID 25699)
                 Deasey, Mahoney & Bender, Ltd.
                 1800 John F. Kennedy Boulevard, Suite 1300
                 Philadelphia, PA 19103
                 215-587-9400 (PHONE)/215-587-9456 (FAX)
                 fjdeasey@dmbphila.com

DATED: 3/26/07

Dockets.Justia.com

**CERTIFICATE OF SERVICE**

    I, Francis J. Deasey, Esquire, hereby certify that I have served upon all persons listed below a true and correct copy of Defendant, Westchester Surplus Lines Insurance Company in the above-captioned matter this date by First-Class mail, postage prepaid to all parties listed below:

| | |
|---|---|
| Harvey Bartle, IV, Esquire<br>Morgan, Lewis & Bockius, LLP<br>1111 Pennsylvania Avenue NW<br>Washington, DC 20004<br><br>Francis P. Burns, III, Esquire<br>Lavin O'Neil Ricci Cedrone & Disipio<br>190 North Independence Mall West<br>6TH & Race Streets<br>Suite 500<br>Philadelphia, PA 19106<br><br>Michael Robert Carlson, Esquire<br>Ronald P. Schiller, Esquire<br>DLA PIPER US LLP<br>One Liberty Place, Suite 4900<br>1650 Market Street<br>Philadelphia, PA  19103<br><br>John C. Sullivan, Esquire<br>Post & Schell, P.C.<br>1600 John F. Kennedy Boulevard<br>Four Penn Center<br>Philadelphia, PA 19103-2808 | Thomas T. Locke, Esquire<br>Rebecca A. Woods, Esquire<br>Seyfarth Shaw LLP<br>815 Connecticut Avenue, NW<br>Washington, DC 20006-4004<br><br>Dennis J. Valenza, Esquire<br>Morgan, Lewis & Bockius, LLP<br>1701 Market Street<br>Philadelphia, PA 19103-2921<br><br>Brian A. Kahn, Esquire<br>L.D. Simmons, II, Esquire<br>Helms Mulliss & Wicker PLLC<br>201 North Tryon Street<br>P.O. Box 31247<br>Charlotte, NC 28202 |

                                               By: __s/ Francis J. Deasey (FD1214)_____
                                                       FRANCIS J. DEASEY, ESQUIRE

Dated:  March 26, 2007