APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BLACKWATER SECURITY : CIVIL ACTION
CONSULTING LLC, et al., :
v. :
WESTCHESTER SURPLUS LINES :
INSURANCE COMPANY, et al. : NO. 05-6020 (PBT)

**FILED** MAR 30 2007
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

<u>ORDER</u>

AND NOW, this 27th Day of March, 200_, it is hereby

ORDERED that the application of <u>HOWARD T. WEIR III</u>, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

[X] GRANTED.

[ ] DENIED.

_____ J.

xc: Schiller / Beattle
Burns     Daly
Sulliver  Dosey
Collson   Kahn
Simmons   Locke
Vetenze   Woods
Weil