# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BLACKWATER SECURITY | : | CIVIL ACTION |
| v. | : | NO. 05-6020 |
| WESTCHESTER SURPLUS | : | |

## RULE 16 CONFERENCE

In accordance with Federal Rule of Civil Procedure 16, a **conference** will held before the Honorable Petrese B. Tucker on **June 27, 2007, at 9:30 a.m.** in Room 9613, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

Attached is a Rule 16 Conference Information Report which you are required to complete and forward to the court at the above address at least three (3) days prior to the conference. This report does not have to be officially filed of record.

Counsel must be prepared to address all relevant issues including, but not limited to, the following matters:

(a) Jurisdictional defects, if any;
(b) Time limits for the possible joinder of additional parties and to amend pleadings;
(c) Prospects of amicable settlement;
(d) Progress of Initial Disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure;
(e) Establishing schedules for the remaining pretrial proceedings including discovery, pretrial filings, the exchange of expert reports, etc.;
(f) Filing of dispositive motions;
(g) Setting a firm date for trial.

If trial counsel in this case is on trial in a Court of record at the time of the Rule 16 Conference, another attorney in such trial attorney's office, who should be familiar with the case, is required to appear at the Rule 16 Conference. The Rule 16 Conference will be continued to another date only in exceptional cases.

Encl.
cc: D. Valenza    H. Weir      J. Daly      /s/Alisa Ross
    F. Deasy      M. Carlson
    H. Bartle     J. Sullivan               Alisa Ross
    T. Locke      L. Simmons                Deputy Clerk to Judge Petrese B. Tucker
    F. Burns      B. Kahn                   (267) 299-7619 / (267) 299-7610
Date issued: June 1, 2007                   (267) 299-5072 (fax)

Dockets.Justia.com

**RULE 16 CONFERENCE INFORMATION REPORT**        Conference Date:  June 27, 2007

Civil Action No. 05-6020    JURY TRIAL_____    NON-JURY TRIAL_____

Title of Case: _____

Name of Party You Represent:_____

Party is: plaintiff _____    defendant _____    third-party defendant _____

Name of Trial Counsel: _____

Law Firm: _____

Address: _____

Phone Number (including area code): _____ Fax No. _____

Basis for
Jurisdiction: _____

Proof of Service Filed as to Defendant: Yes _____    No _____

Has self-executing disclosure been completed?  Yes _____    No _____

If not, explain what remains to be completed: _____

What, if any, matters do you wish to bring to the attention of the court at the Rule 16 conference?

_____

Case will be ready for trial on or about: _____

Trial time: a) Estimate of total time to present your case _____
              b) Estimate of total time for the entire trial   _____

Prospect of settlement:  Likely _____    Possible _____    Unlikely _____    Unknown _____
Settlement conference desired?   Now _____    Later _____

Do you elect to proceed before Magistrate Judge Linda K. Caracappa? _____
                                                                    Yes/No

Additional comments: _____

_____

Counsel for _____        Date:  _____