## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLACKWATER SECURITY CONSULTING, LLC, a Delaware Limited Liability Company; and BLACKWATER LODGE AND TRAINING CENTER, INC., a Delaware Corporation, : : : : : | CIVIL ACTION NO.  05-6020 (PBT) |
| Plaintiffs, : : | |
| v. : : | |
| WESTCHESTER SURPLUS LINES INSURANCE COMPANY, a Georgia Corporation; EVANSTON INSURANCE COMPANY, an Illinois Corporation; FIDELITY AND CASUALTY COMPANY OF NEW YORK, a South Carolina Corporation; and LIBERTY INSURANCE UNDERWRITERS, a Massachusetts Corporation, : : : : : | |
| Defendants. | |

TO THE CLERK:

Please enter my appearance on behalf of defendant Fidelity and Casualty Company of New York in the above-captioned matter.

Nicole J. Rosenblum
DLA PIPER US LLP
One Liberty Place
1650 Market Street, Suite 4900
Philadelphia, PA  19103
Tel:  (215) 656-3300
Fax:  (215) 656-3301

Attorney for Fidelity and Casualty Company of New York

Dated:  June 27, 2007

PHIL1\3832636.1

Dockets.Justia.com

## __CERTIFICATE OF SERVICE__

I hereby certify that on this 27th day of June, 2007, a copy of the foregoing Entry of Appearance was filed electronically, and it is available for viewing and downloading from the ECF system.

Nicole J. Rosenblum