# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLACKWATER SECURITY CONSULTING, LLC, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> ACE SURPLUS LINES INSURANCE COMPANY, *et al.*, <br><br> *Defendants*. | Civil Action No. 05-6020 (PBT) |

## NOTICE OF WITHDRAWAL

TO THE CLERK AND ALL PARTIES:

Please withdraw the appearance of Harvey Bartle, IV of Morgan, Lewis & Bockius LLP on behalf of Plaintiffs Blackwater Security Consulting, LLC and Blackwater Lodge and Training Center, Inc.. Plaintiffs will continue to be represented by other counsel from Morgan, Lewis & Bockius LLP who have appeared in this matter.

Respectfully submitted,

Dated:  July 6, 2007

s/ Harvey Bartle, IV
Harvey Bartle, IV
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004
202.739.3000
202.739.3001 (facsimile)

1-WA/2787357.1