IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLACKWATER SECURITY CONSULTING, LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WESTCHESTER SURPLUS LINES INSURANCE CO., et al., <br><br> Defendants. | CIVIL ACTION <br><br><br><br> NO. 05-6020 (PBT) <br><br><br><br> JURY TRIAL DEMANDED |

**ENTRY OF APPEARANCE**

TO THE CLERK OF THE COURT:

    Kindly enter the appearance of Carol C. Carty of Morgan, Lewis & Bockius LLP as co-counsel on behalf of Plaintiffs Blackwater Security Consulting, LLC and Blackwater Lodge and Training Center, Inc. in the above-captioned action.

                                     Respectfully submitted,

                                     */s/ Carol C. Carty*
                                     Dennis Valenza
                                     Carol C. Carty
                                     Morgan, Lewis & Bockius LLP
                                     1701 Market Street
                                     Philadelphia, PA 19103-2921
                                     P: 215.963.5000
                                     F: 215.963.5001

                                     Paul A. Zevnik
                                     Howard T. Weir III
                                     Morgan, Lewis & Bockius LLP
                                     1111 Pennsylvania Avenue, NW
                                     Washington, DC 20004
                                     P: 202.739.3000
                                     F: 202.739.3001

Dated: July 9, 2007                         Attorneys for Plaintiffs

Dockets.Justia.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served upon all counsel of record on July 9, 2007, by electronic filing and/or by mailing, first-class, postage prepaid, a true and correct copy thereof to the following:

Francis J. Deasey, Esq.
Deasey, Mahoney & Bender, Ltd.
1800 John F. Kennedy Blvd.
Suite 1300
Philadelphia, PA 19103-2978

Francis P. Burns, III, Esq.
Lavin O'Neil Ricci Cedrone & Disipio
190 North Independence Mall West
6th & Race Streets, Suite 500
Philadelphia, PA 19106

John C. Sullivan, Esq.
Post & Schell PC
1600 John F. Kennedy Blvd
Four Penn Center
Philadelphia, PA 19103-2808

Ronald P. Schiller, Esq.
DLA Piper Rudnick Gray Cary LLP
One Liberty Place, Suite 4900
1650 Market Street
Philadelphia, PA 19103

L.D. Simmons, II, Esq.
Helms Mulliss & Wicker PLLC
201 North Tryon Street
Charlotte, NC 28202

Thomas T. Locke, Esq.
Seyfarth Shaw LLP
815 Connecticut Ave NW
Washington, DC 20006-4004

_____
Carol C. Carty