IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLACKWATER SECURITY CONSULTING, LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WESTCHESTER SURPLUS LINES INSURANCE CO., et al., <br><br> Defendants. | CIVIL ACTION <br><br><br><br> NO. 05-6020 (PBT) <br><br><br><br><br> JURY TRIAL DEMANDED |

**CERTIFICATION OF DENNIS J. VALENZA
IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT
AGAINST EVANSTON INSURANCE COMPANY**

DENNIS J. VALENZA hereby certifies as follows:

1. I am of counsel with Morgan, Lewis & Bockius LLP, which represents Plaintiffs Blackwater Security Consulting LLC and Blackwater Lodge & Training Center, Inc. in the above-captioned action. I am licensed to practice in the courts of the Commonwealth of Pennsylvania, and I am admitted to practice before the United States District Court for the Eastern District of Pennsylvania.

2. Attached hereto as Exhibit 1 is a true and correct copy of the relevant pages of *Blackwater Security Consulting LLC, et al., v. Nordan*, No. 06-cv-00049-F (E.D.N.C.) ("Petition for Order Directing Arbitration Pursuant to the Federal Arbitration Act" filed Dec. 20, 2006).

3. Attached hereto as Exhibit 2 is a true and correct copy of *Blackwater Security Consulting LLC, et al., v. Nordan*, No. 06-cv-00049-F (E.D.N.C.) (Order Granting Blackwater's Petition to Compel Arbitration filed Apr. 20, 2007).

Dockets.Justia.com

4. Attached hereto as Exhibit 3 is a true and correct copy of the relevant pages of *Nordan v. Blackwater Lodge & Training Center, Inc., et al.*, No. 07-cv-00175 (E.D.N.C.) ("Notice of Removal" filed on May 14, 2007).

5. Attached hereto as Exhibit 4 is a true and correct copy of *Nordan v. Blackwater Lodge & Training Center, Inc.*, No. 07-cv-00175 (E.D.N.C.) (Order Dismissing Action filed June 11, 2007).

6. Attached hereto as Exhibit 5 is a true and correct copy of *Blackwater Security Consulting LLC, et al. v. Nordan*, No. 06-cv-00049-F (E.D.N.C.) (Order Denying Motion for Reconsideration filed May 11, 2007).

7. Attached hereto as Exhibit 6 is a true and correct copy of *Blackwater Security Consulting LLC, et al. v. Nordan*, No. 06-cv-00049-F (E.D.N.C.) (Notice of Appeal).

8. All of the above documents, including those portions not included in this certification, are available via PACER or CM/ECF on the website of the United States District Court for the Eastern District of North Carolina.

9. I certify under penalty of perjury that the foregoing is true and correct.

Executed on July 11, 2007.

_____
Dennis J. Valenza