IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLACKWATER SECURITY CONSULTING, LLC, a Delaware Limited Liability Company; and BLACKWATER LODGE AND TRAINING CENTER, INC., a Delaware Corporation<br><br>       Plaintiffs,<br><br>vs.<br><br>WESTCHESTER SURPLUS LINES INSURANCE COMPANY, a Georgia Corporation<br>     and<br>EVANSTON INSURANCE COMPANY, an Illinois Corporation<br>     and<br>FIDELITY AND CASUALTY COMPANY OF NEW YORK, a South Carolina Corporation<br>     and<br>LIBERTY INSURANCE UNDERWRITERS, a Massachusetts Corporation<br>       Defendants. | CIVIL ACTION NO. 05-6020 |

**ENTRY OF APPEARANCE AND DEMAND FOR JURY TRIAL**

  Kindly enter the appearance of Michael F. Schleigh, Esquire as co-counsel on behalf of Defendant, Westchester Surplus Lines Insurance Company, in the above-captioned matter.

  Defendant, by its undersigned counsel, hereby requests a trial by jury of twelve members plus two alternates.

                BY: /s/ Michael F. Schleigh
                  MICHAEL F. SCHLEIGH, ESQUIRE (Atty. ID 88407)
                  Deasey, Mahoney & Valentini, Ltd.
                  1601 Market Street, Suite 3400
                  Philadelphia, PA 19103
                  215-587-9400 (PHONE)/215-587-9456 (FAX)
                  mschleigh@dmvlawfirm.com

DATED: 07/17/07