UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLACKWATER SECURITY CONSULTING, LLC, a Delaware Limited Liability Company; and BLACKWATER LODGE AND TRAINING CENTER, INC., a Delaware Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>WESTCHESTER SURPLUS LINES INSURANCE COMPANY, a Georgia Corporation; EVANSTON INSURANCE COMPANY, an Illinois Corporation; FIDELITY AND CASUALTY COMPANY OF NEW YORK, a South Carolina Corporation; and LIBERTY INSURANCE UNDERWRITERS, a Massachusetts Corporation,<br><br>Defendants. | CIVIL ACTION NO. 05-CV-06020 |

**ORDER**

AND NOW, this _____ day of _____, 2007, upon consideration of Defendant Liberty International Underwriters' Motion for Summary Judgment and any response thereto, it is hereby ORDERED and DECREED that this motion is GRANTED. The complaint against Liberty International Underwriters is dismissed with prejudice.

**BY THE COURT:**

_____
**Patrese B. Tucker, U.S.D.J.**