## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion for Summary Judgment of Liberty International and Brief in Support thereof was served on this 27th day of July 2007, upon all counsel of record via electronic filing and/or First-Class Mail, postage prepaid:

Dennis J. Valenza, Esquire
Carol C. Carty, Esquire
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103

Howard T. Weir, III
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue NW
Washington, DC 20004

Francis Deasey, Esquire
James W. Daly, Esquire
Michael F. Schleigh, Esquire
DEASEY, MAHONEY & BENDER, LTD.
1800 John F. Kennedy Boulevard, Ste. 1300
Philadelphia, PA 19103

Francis P. Burns, III, Esquire
LAVIN, O'NEIL, RICCI, CEDRONE, & DISIPIO
190 North Independence Mall West
6th and Race Streets
Ste. 500
Philadelphia, PA 19106

L.D. Simmons, II, Esquire
Brian A. Kahn, Esquire
HELMS MULLISS & WICKER
201 North Tryon Street
Charlotte, North Carolina 28231

Nicole J. Rosenblum, Esquire
DLA PIPER RUDNICK GRAY CARY LLP
One Liberty Place
1650 Market Street
Suite 4900
Philadelphia, PA 19103

                                                                                                           /s/ Christopher J. Tellner
                                                 CHRISTOPHER J. TELLNER, ESQUIRE

Dockets.Justia.com