

2004 WL 1427510 (F.D.C.H.)                                                      Page 1
2004 WL 1427510 (F.D.C.H.)


Federal Document Clearing House
Copyright (c) 2004 FDCH e-Media, Inc.

Verbatim Transcript
June 25, 2004


Senate
Armed Services Committee
Committee Hearing


U.S. Senator John Warner (R-VA) Holds a Hearing on Iraq Sovereignty

U.S. SENATE ARMED SERVICES COMMITTEE
HOLDS A HEARING ON IRAQ SOVEREIGNTY
JUNE 25, 2004
SPEAKERS:
U.S. SENATOR JOHN W. WARNER (R-VA)
CHAIRMAN
U.S. SENATOR JOHN MCCAIN (R-AZ)
U.S. SENATOR JAMES M. INHOFE (R-OK)
U.S. SENATOR PAT ROBERTS (R-KS)
U.S. SENATOR WAYNE ALLARD (R-CO)
U.S. SENATOR JEFF SESSIONS (R-AL)
U.S. SENATOR SUSAN M. COLLINS (R-ME)
U.S. SENATOR JOHN ENSIGN (R-NV)
U.S. SENATOR JIM TALENT (R-MO)
U.S. SENATOR SAXBY CHAMBLISS (R-GA)
U.S. SENATOR LINDSEY O. GRAHAM (R-SC)
U.S. SENATOR ELIZABETH DOLE (R-NC)
U.S. SENATOR JOHN CORNYN (R-TX)
U.S. SENATOR CARL LEVIN (D-MI)
RANKING MEMBER
U.S. SENATOR EDWARD M. KENNEDY (D-MA)
U.S. SENATOR ROBERT C. BYRD (D-WV)
U.S. SENATOR JOSEPH I. LIEBERMAN (D-CT)
U.S. SENATOR JACK REED (D-RI)
U.S. SENATOR DANIEL K. AKAKA (D-HI)
U.S. SENATOR BILL NELSON (D-FL)
U.S. SENATOR BEN NELSON (D-NE)
U.S. SENATOR MARK DAYTON (D-MN)
U.S. SENATOR EVAN BAYH (D-IN)
U.S. SENATOR HILLARY RODHAM CLINTON (D-NY)
U.S. SENATOR MARK PRYOR (D-AR)
WITNESSES:
PAUL WOLFOWITZ,
DEPUTY SECRETARY,
DEFENSE DEPARTMENT
RICHARD ARMITAGE,
DEPUTY SECRETARY,
STATE DEPARTMENT
GENERAL RICHARD MYERS,
CHAIRMAN,
JOINT CHIEFS OF STAFF
WARNER: The committee meets today to receive testimony on the
transition to sovereignty in Iraq, now just days away.
We welcome our witnesses: Deputy Secretary of Defense Paul
Wolfowitz, Deputy Secretary of State Richard Armitage, General Richard
B. Myers.
Our witnesses are well-qualified, well-experienced to discuss
this topic, as they've been intimately involved in it now from the

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

2004 WL 1427510 (F.D.C.H.)
2004 WL 1427510 (F.D.C.H.)                                                    Page 2

very beginning. Secretary Wolfowitz, in addition, has just returned
days ago from his most recent trip to the region and made your own
assessment of this transition.
In five days, the sovereignty of Iraq will pass to an interim
Iraq government, as Iraq continues its path to elections in a hopeful
democratic future. The past few months have been very challenging,
how well we all know, from the continuing involving violence against
the coalition military forces, against the new Iraqi government and
against innocent civilians -- their own people. We're reminded that
Iraq remains a very dangerous place.
In addition, we have witnessed evidence of abusive misconduct by
some of a very small number of our troops involved in detention
facilities. Our committee will continue to look into these incidents
and work with the department to ensure that corrective measures are
taken. We cannot allow the misguided actions of a few to tarnish the
honorable efforts and achievements of the vast majority of our
servicepersons in Iraq and around the world.
We're ever mindful of the risks our troops face every day and the
sacrifices made to the families that support them and indeed the
communities that support them. The recent brutal murders of innocent
civilians, including Americans and other foreign nationals in Iraq and
Saudi Arabia, remind us and remind the world of the cruel, depraved
nature of those who oppose us in the global war on terrorism.
Those that have been removed from power in Iraq and Afghanistan
are seeking to delay their inevitable defeat and prevent others from
realizing their hopes for freedom and democracy. We mourn every loss
of life, every loss of limb, and salute those who serve and continue
to face courage in the cause of freedom with the support of their
families and with our support.
The timeliness and importance of this hearing cannot be
overstated. We are at a critical juncture for coalition efforts in
Iraq. The passage, two weeks ago, of a new U.N. Security Council
resolution, 1546, provides the appropriate means to continue our
support for efforts to stabilize and democratize Iraq and to encourage
increased participation by the rest of the international community in
this extraordinary, important endeavor.
As part of this resolution, the U.N. and the new interim
government of Iraq have requested the continued presence of a U.S.-led
multinational force to assist in establishing security and stability
in Iraq so that a democratic political process can continue.
The progress made by our armed forces, together with their
coalition partners, presents an opportunity to fully defeat violence
and terror in Iraq, a nation whose previous ruler had perpetrated
violence and terror on his population, his neighbors, and was a threat
to the world.
The cycle of violence that has gripped this part of the world
must end if we are to win the global war on terrorism and make America
and the world a safer place.
WARNER: Any deviation, any hesitation from our current course
will only embolden those who are intent on fomenting instability and
anarchy and terrorism.
We've achieved, I think, extraordinary successes in a relatively
short period of time. Saddam Hussein and the threat he posed are
gone. A new Iraqi government will soon assume power. Infrastructure
and institutions are being rebuilt. The future is hopeful for the
Iraqi people. How encouraging, this morning, the polls showing the
Iraqi people were posing confidence in this new government.
We must continue to send a strong message of resolve to the
people of Iraq, to our troops, to our coalition partners and to the
rest of the world, that we will stay the course and get the job done.
Continued U.S. commitment to Iraq after the June 30th transition is of
enormous importance to the Iraqi people and to the region. A free,
democratic Iraq means defeat for the forces of terrorism and
instability in Iraq.

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

2004 WL 1427510 (F.D.C.H.)                                              Page 3
2004 WL 1427510 (F.D.C.H.)

Clearly, the recent violence is related to the imminent transfer
of sovereignty. Those who fear democracy are trying to delay its
arrival. Those who incite terror realize their days are numbered.
Opponents of a free, democratic Iraq are desperate and will become
even more desperate, likely, in the days ahead. We will stay the
course.
The president's action is brave and a consistent one. He is
determined we will succeed. We will, and we must. I applaud
President Bush for his consistent efforts, efforts that began in
September 2002 at the United Nations to build and expand the coalition
of nations who have the courage and conviction to fight tyranny and
terror in order to make the region and the world a better place and a
safer place.
Many countries shared in the effort to liberate Iraq. More are
participating in rebuilding Iraq and assisting in building democratic
institutions. Currently, 38 nations are involved in this endeavor.
We all hope more will join.
This is critically important work that deserves the support of
all responsible members of the international community. The entire
world will benefit from a success and freedom in that region. We will
all suffer in the world if we fail to establish our goals.
I welcome the increased participation of the United Nations in
the political transition process and the re-establishment of a U.N.-
assisted mission in Iraq. And we share the president's desire as he
leaves our shores today to go abroad to join those in Turkey in a NATO
conference and to carry with him the message of the prime minister of
Iraq to be that he needs help, his people need help. And I am
encouraged by the initial response of some of the NATO members.
We have many questions that lie ahead. How will multinational
force operations be coordinated with Iraq's security forces and the
interim Iraq government after June 30th? What will be the status of
U.S. and coalition forces in a sovereign Iraq? And how can those
forces be protected from unwarranted or unjustified litigation under
the forthcoming Iraqi law?
What steps remain in the process leading to elections of a
permanent Iraqi government? What will be the status of ongoing
reconstruction activities? What progress has been made in training,
equipping, mentoring and [****] effective Iraqi security forces?
And when will they be ready to assume primary responsibility for the
internal and external defense of their own nation?
What role will U.S. forces play in the detention of prisoners
after the transfer of sovereignty, most importantly including the
custody and interrogation of the high-interest prisoners such as
Saddam Hussein?
Consequently, this hearing today is a full opportunity for this
committee, with those probably best qualified to give us our answers
and give the nation and the world the positions of this country. I
hope our witnesses can provide insights into these issues.
WARNER: Lasting peace and security in Iraq will be achieved when
we establish the conditions for a democratic, economically viable
nation. The first steps to democracy have been taken, and a new
government is preparing to assume the responsibilities and challenges
of freedom and democracy.
This new interim Iraqi government will need the continued support
and commitment of the United States Congress, the American people and
the international community.
Their success will stand as a beacon of hope to others and a
turning point in the war against terrorism and violence.
Senator Levin?
LEVIN: Thank you, Mr. Chairman, and thank you for calling this
important hearing.
Over the last few weeks, we have seen movement in Iraq on
political matters, with the formation of the interim Iraqi government
and the planned transfer of full sovereignty next week.

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

2004 WL 1427510 (F.D.C.H.)
2004 WL 1427510 (F.D.C.H.)                                        Page 4

Although late in coming, there is finally a real diplomatic
effort on the part of the administration to obtain input and support
of the broad international community, as reflected in the unanimous
vote for the United Nations Security Council resolution.
And now we need a major administration effort to enlist Muslim
countries and to enlist NATO to provide needed troops, police and
security personnel.
We have recently seen major setbacks in the security situation in
Iraq, including political assassinations of Iraqi government officials
and car bombings and other attacks which have produced casualties
among U.S. and coalition soldiers and killed scores and seriously
injured hundreds of ordinary Iraqi civilians and security personnel.
The U.S. effort in Iraq is truly a race against time, a race to
establish a sufficient level of security that will allow the political
process to go forward, with the convening of the national conference
in July and the elections of a national assembly in December.
It is a race against time, because the United States appears to
be losing the war for the hearts and minds of the Iraqi people.
According to press reports, a recent poll conducted by the Coalition
Provisional Authority but not released to the public indicated that an
overwhelming 92 percent of Iraqis view the coalition forces as
occupiers, and only 2 percent as liberators. In fact, 55 percent of
the Iraqi people said they would feel safer if U.S. troops left
immediately.
At the same time, it is interesting to note, and discouraging to
note, that 81 percent of the Iraqis polled said that they had an
improved opinion of Muqtada al-Sadr, and 64 percent said the actions
of his militia have made Iraq more unified.
While their opinion of Sadr is improving, their opinions of
Americans are certainly not. Fifty-four percent of Iraqis believe
that all Americans act like those who perpetrated the abuses at Abu
Ghraib.
We have a problem.
There are still more questions than answers concerning Abu Ghraib
and the larger issue concerning the methods of interrogation and the
treatment of detainees in Iraq, Afghanistan and Guantanamo Bay.
LEVIN: Every day, there are more revelations that appear to
involve senior U.S. government officials in decisions that disregard
tenets of the Geneva Conventions.
This has adverse effects on the future well-being of our troops
and on our ability to establish security and stability in Iraq. It
makes it more difficult to attract allies to help us wage a
comprehensive political, economic and military campaign against the
conditions and forces that breed terrorism throughout the world.
There are a large number of unresolved issues surrounding the
ending of the occupation and the evolving relationship with a newly
sovereign Iraqi government. Among those issues, concerning the
operation of the multinational -- are many issues and questions
concerning the operation of the multinational force and its
relationship with Iraqi security forces.
The letters from Secretary Powell and Prime Minister Allawi
annexed to U.N. Security Council Resolution 1546 agree that unity of
command will be achieved through the coordination in the Iraqi
Ministerial Committee for National Security and other coordinating
bodies at national, regional and local levels. We need to understand
from our witnesses today how these coordinating mechanisms will
operate in practice.
The letter from Secretary Powell states that, quote,
"Multinational force must continue to function under a framework that
affords the force and its personnel the status that they need to
accomplish their mission and in which the contributing states have
responsibility for exercising jurisdiction over their personnel." He
further states that, quote, "The existing framework governing these
matters is sufficient for these purposes."

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

2004 WL 1427510 (F.D.C.H.)                                          Page 5
2004 WL 1427510 (F.D.C.H.)


Our witnesses today will hopefully describe specifically how U.S.
soldiers and contractors will be assured legal protections as they
perform their missions in Iraq.
We need to reverse the view of Iraqis and the allied forces as
occupiers. That means that the interim Iraqi government must have
real decision-making power and must also be able to direct
reconstruction resources to projects that have immediate effect on the
daily lives of Iraqis.
The ordinary Iraqi must see the interim government as an entity
that has a positive impact on his or her life and as an entity that
merits support. Then Iraqis will see the insurgents as a threat to
their own well-being rather than as a force against the occupier.
Only an Iraqi government which commands popular support can defeat the
ongoing insurgency.
With support comes intelligence that enables successful action
against the insurgents. With successful action comes security and
further legitimacy for the government. The challenge for the United
States is to support that process in a way that enhances the Iraqi
government's legitimacy and promotes that security.
Thank you.
WARNER: Thank you very much.
Gentlemen, we're under way.
WARNER: Secretary Wolfowitz?
WOLFOWITZ: Mr. Chairman, I've given you a fairly lengthy written
statement which I'd be happy to put in the record...
WARNER: The statements of all witnesses will be placed in the
record.
WOLFOWITZ: Just like to make a few hopefully brief comments
basically about the trip that I just came back from. I went to Iraq
with, among other people, our vice chief of staff for the Army,
General George Casey.
And I want to say I appreciate the very speedy action that you
and your committee took in considering that nomination to nominate
General Casey to be the commander in multinational force Iraq. I
think he's an outstanding officer, and a lot is going to ride on his
shoulders, going forward. So I thank the committee for its speedy
action.
The purpose of my trip was twofold; in part, as always, to visit
our magnificent troops. And I did get to visit all five American
divisions, as well as the British division, and talk to the Polish
commander.
And one can't help but, over and over again, being impressed by
the skill and the resourcefulness and the intelligence and, most of
all, the courage of our men and women who are on the front lines. And
I want to express my appreciation and admiration for them and what
they've done.
I think also this is a good occasion, since the Coalition
Provisional Authority will be out of business in just a few more days,
to express appreciation for the sacrifice that so many civilians and
military have contributed to that effort, also risking their lives
and, unfortunately, in a number of cases, sacrificing their lives for
an enormously important cause.
And I think I'd also particularly like to pay tribute to the
courage of the journalists who cover this war, who, I think, 34 of
them have given their lives.
This is a dangerous theater. It's dangerous just to be there.
It's particularly dangerous to be up there on the front lines. But I
think our troops' morale is fantastic. They believe and know that
they are doing an important job, and they believe that they're
succeeding.
The second purpose of this visit was to lead a multinational
team, including General Casey, including the deputy chief of mission
of our new embassy that will be stood up in Iraq, Ambassador Jim
Jeffrey, my counterpart in the U.K. and a representative of the Polish

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

2004 WL 1427510 (F.D.C.H.)                                                    Page 6
2004 WL 1427510 (F.D.C.H.)

government for extensive discussions with Prime Minister Allawi and his new national security team -- the defense minister, the interior minister and the national security advisor -- to discuss his plans for Iraq's security strategy, his plans for how to defeat this, what he calls correctly, this "evil enemy," and his plans for standing up Iraqi security forces that can win this fight.

Because, in the long run, the key to success here is not American troops; it's Iraqi police, it's Iraqi national guard, it's Iraqi army, it's Iraqis ready to stand up and fight for their own country.

WOLFOWITZ: In fact, by our own count, I might mention that more than 400 Iraqis have already died in the line of duty, alongside our forces, fighting that enemy.

Our impression overall was very positive.

Prime Minister Allawi is a forceful, thoughtful man who very clearly conveyed a sense of strength and determination. That, I think, is what he's conveying to the Iraqi people on a daily basis. He understands that the security problem is the biggest problem facing the Iraqi people, and he's determined, first and foremost, to be able to solve that.

That is the key, in turn, to moving forward to elections, which is the next important step in Iraq's political process.

A recurrent theme in our discussions was the importance of the Iraqi army as a symbol of national strength. The prime minister's made no secret of his disagreement with the earlier decision to disband the army, and I would not be surprised if, at least in some symbolic way, he reverses that.

More importantly, substantively, what he wants to do and what his plan envisions is bringing back significant numbers of officers from the old Iraqi army. It's a process that we had started, but I think it will very much accelerate under his plan.

The general tenor of our discussions was to explain to him and his national security team the efforts that are already under way on the American side, on the coalition side, an effort that's now been consolidated, as I think you know, under a three-star U.S. commander, Lieutenant General Dave Petraeus.

Our goal is to build Iraqi security capacity as rapidly as possible. We were, I will admit, going in, a bit concerned that perhaps the prime minister would have a totally different plan and try to change course 90 degrees or 180 degrees. As General Petraeus himself has said, this is a supertanker, not a speedboat; it can't turn on a dime.

I'm happy to report that the prime minister's plans, I think, mesh quite well with what's already under way, but take it in a somewhat direction, in line with his own ideas about the structure of the armed forces. And, ultimately, I think it will be more ambitious. In that regard, however, we emphasize that our plan already commits most of the resources under the U.S. supplemental appropriation that were dedicated to security forces. Some $3.4 billion of the $18.6 billion, as I think you know, were allocated to security.

WOLFOWITZ: After an initial slow start, a great deal of equipment is now arriving for all levels of Iraqi security forces under that appropriation.

Prime Minister Allawi understands very clearly the importance of prioritization, that you do first things first and second things second. And if there are things you'd like to do that you can't afford, you make sure they're lowest on your priority list.

We also agreed that if we need additional resources, there are, for one thing, the possibility of finding some within the Iraqi budget. It's worth pointing out that Iraq has already committed -- and this is, I think, a significant figure -- $20 billion of its own resources. That's a pretty impressive number. $20 billion of Iraqi resources that have already gone into funding the government and funding reconstruction, including 350,000 teachers, 100,000 doctors,

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

2004 WL 1427510 (F.D.C.H.)                                                    Page 7
2004 WL 1427510 (F.D.C.H.)

more than 2,000 schools, almost 250 hospitals, over a billion dollars
in improving electricity infrastructure. This is all from Iraqi
funds.
And there's more coming in, additional billions, and of course
from oil revenues. And of course that's one of the major targets of
the enemy, is to try to reduce oil production.
But as substantial as those numbers sound, they have to go a very
long way. So I think both of us believe that one of the first places
to go for help in training and equipping Iraqi security forces is to
the international community, including starting with NATO at the
summit coming up in Istanbul.
Prime Minister Allawi has written to the NATO secretary-general
soliciting NATO support in a number of areas, including military
contributions to providing additional forces, particularly for U.N.
security, but importantly for training and equipping Iraqi security
forces.
In my statement, I outlined the priorities he assigns to the
various Iraqi forces: the Iraqi intervention force, the Iraqi special
operations force, the Iraqi National Guard which is based on what we
started to develop as the Iraqi Civil Defense Corps.
The Iraqis explained to us that the Civil Defense Corps -- I
don't know whether it's the Arabic translation or whether it's just
the words themselves, but he said it sounds to people like the fire
department. It's really more like a branch of the army.
WOLFOWITZ: But it's not just a change of name. It will be
organized into a brigade and division structure, with 18 national
guard brigades, which provides one for each province, and six
divisions.
They'd also like to put a corps structure on top of that, but I
think they were persuaded that that's something that can wait.
We don't think the resource requirements for these headquarters
will be enormous, because we're not talking about expeditionary
headquarters of the type that we would deploy. But resources have got
to be taken into account.
From the prime minister's point of view, it's an enormously
important opportunity to bring back clean officers from the old army.
I emphasize that problem that he will face of how to vet out the bad
ones from that barrel, but he's determined to move ahead, and I think
he has the skill and wisdom to do so.
As I indicated, and as Senator Levin alluded to in his statement,
the Iraqis are eager to get additional international contributions,
with the exception that they believe neighboring states should not do
so because of the political issues that raises.
We and they are focused, in particular, on getting additional
international contributions to support the United Nations activities
in Iraqi. We think that is one mission that more countries can and
should be able to contribute to.
I'd like to close -- I started by commenting on the courage of
the Americans who are participating in this effort. I think it's
important to close with a comment about the courage of the Iraqis.
The prime minister, himself, is an incredibly brave man. He was
attacked in 1979 in his apartment in London by one of Saddam's agents.
He was alerted just in time to get his head out of the way of the ax,
but he was nearly chopped in two. He spent a year in the hospital.
His wife was permanently institutionalized from a nervous breakdown
she suffered as a result.
We met with the president of Iraq, a remarkable man named Ghazi
al-Yawer. I think some of you had the opportunity to meet him when he
was in Washington a couple of weeks ago.
He is a leading figure in the Shamar tribe, which is one of the
largest tribes in Iraq, a tribe, by the way, that is a mixture of Shia
and Sunni, which is apparently a not unknown Iraqi phenomena.
His predecessor was assassinated with a car bomb just a month
before -- just about two months ago, and Sheikh Ghazi became the

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

president of the interim Governing Council because his predecessor was murdered.

We met with the deputy prime minister, a man named Barham Salih, who many of us, I think, have known for a long time. He was, back in 2002, the target of an assassination attempt by AL Qaida-associated killers who had apparent connections to Iraqi intelligence.

We visited the Marines in Fallujah and met a young Marine private 1st class who had been wounded in action and whose life had been saved by the heroism of five Iraqi Civil Defense Corps members who put their own lives in danger to rescue that Marine.

And I could go on. But most movingly of all, we met this very dynamic, impressive young Iraqi Kurdish woman, who was our interpreter up in Mosul. Her sister was assassinated just a few weeks ago because she was working for the Americans. And my military assistant who knew her from when he was with the 101st Division up north asked her, "Why do you keep doing this," and she said, "Because my father told me you must never retreat in the face of evil."

These people are staring evil in the face. They know what their enemies want to do. They're standing up with enormous courage. They're counting on our support and our help, but they're prepared to face death in the face because they understand what the stakes are. This enemy has one, and one only, skill, and that is killing and destroying mostly innocent people. That's its strength, but I think it's also its weakness, because the overwhelming majority of Iraqis want peace and security and the opportunity to build a new Iraq that this enemy is trying to frustrate.

And that, Mr. Chairman, is why I'm convinced that they can step up to this job, they will step up to this job; that the plan that the president laid out a few weeks ago, moving first to a sovereign government on July 1st, is a plan that leads to Iraqi self-government and Iraqi self-defense, which is the key to victory in this which is an incredibly important fight.

I thank the committee for the support you continue to give our troops. I think they're enormously appreciative of the kind of help they get from back here. They deserve every bit of it, and I express my thanks and gratitude.

WARNER: Thank you, Mr. Secretary. I'm pleased to advise you that General Casey, who appeared before this committee in that very seat yesterday, was confirmed by the Senate last night.

WOLFOWITZ: That's very nice news. Thank you.

WARNER: I also advise my colleagues that the bipartisan leadership agreed to let this committee go to conference immediately. Secretary Armitage?

ARMITAGE: Mr. Chairman, Mr. Levin, thank you for the opportunity this morning. At one point in my professional life, I spent a good deal of time before this committee. So it's nice to be home. But having had that experience in the past, I realize that your patience is in inverse proportion to the length of my opening statement.

(LAUGHTER)

So I'm here to try to answer questions that you have. That's my job. And I'll look forward to the opportunity.

WARNER: Thank you for that very well-informed opening statement.

(LAUGHTER)

All right, General, pick up the ball.

MYERS: Mr. Chairman, I'm going to be kind of in the middle between these two gentlemen.

But thank you, Mr. Chairman, Senator Levin and members of the committee, for your continuing support of our men and women in uniform, particularly at this critical time, including your efforts leading to the passage of the 2005 Defense Authorization Bill. We thank you very much.

In my view, this is an historic moment. Iraq becomes a fully sovereign nation next week, an important milestone on a clear path

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

toward democracy and freedom.
MYERS: We're very encouraged by Prime Minister Allawi's words
and his actions. As Secretary Wolfowitz said, he is committed to an
effective partnership between Iraq security forces and the
multinational forces, and has forcefully and publicly expressed his
gratitude to the coalition for their sacrifices to help liberate the
people of Iraq.
Mr. Allawi wants the coalition to stay and help. The Iraqi
government wants the coalition to stay and help. And they understand
that we're going to be partners in the effort to promote security in
Iraq and allow for a freely elected government.
The new interim government has been very aggressive in
establishing the organizations and the processes required to make that
partnership work effectively. Under United Nations Security Council
Resolutions 1511 and 1546, the coalition has the authority and the
protection we need to stay and carry out this important phase of our
mission.
This clearly is a pivotal moment for Iraq, and I believe the
violent extremists who want Iraq to fail understand that very, very
well. I'm sure you all remember the Zarqawi letter that we picked up
in January. In it, he said that the insurgents were frustrated, that
they were failing this race against time, and that they'd have to
resort to even more brutal and destructive measures to stop the march
of freedom.
The violence of the last few months shows that the insurgents are
afraid their time is running out. They know that they have a lot to
lose.
I expect the increased violence against the coalition, against
Iraqi citizens will continue past the 30 June transfer of sovereignty.
Despite these challenges, I believe that we are on the right path,
helping Iraqis become fully capable of providing for their own
security.
With the help of the coalition, Iraqi security forces are
becoming better-equipped, better-trained and better-led. And next
week, they'll have absolutely no doubt they're fighting for their own
country. That's an enormous step forward.
Our vision for Iraq's future remains fixed. The dedication and
professionalism of our service men and women remains fixed. The
resolve of the American people and that of our allies must also remain
fixed. That resolve is key to our success and key to the morale of
our fighting men and women.
Your steadfast support has been and is also very, very crucial.
So I thank you again for your continued support.
Thank you, Mr. Chairman.
WARNER: Thank you very much, General.
Our colleagues will now proceed to the first round of six minutes
each.
And may I most respectfully ask the colleagues the following. I
went back to look at some of the records of our previous hearings, and
in certain instances where questions are asked by senators, the
witnesses simply have not been given the opportunity to fully respond
to the question. As such, the record becomes of less value to those
who look to these proceedings for answers.
WARNER: So I urge all senators, in propounding their questions,
to respect the right of the witness to have a reasonable amount of
time in which to answer the question.
I'll start off with you, Secretary Wolfowitz. I thought your
opening statement and your trip indicated what I perceived as a ray of
optimism.
All of us are agreed on one thing, and that is, as soon and the
sooner the Iraqi government-to-be and the Iraqi people swing behind
their own cause to seek freedom, it's for the better.
Now, we focus so much on the violence in the streets, as
occasioned by weapons and fighting. But there's another violence out

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

2004 WL 1427510 (F.D.C.H.)                                              Page 10
2004 WL 1427510 (F.D.C.H.)

there, and that's the violence coming largely from beyond the borders
of Iraq in the form of the media distorting the actual gains that have
been made, distorting, I think, the views of the people who seek to
have freedom.
What are we doing, particularly as this new government takes
over, to help the government maintain a freedom of the press but, at
the same time, get their story out, such that their new leadership can
be better understood by the people and by the world, and the gains
that are being made by the courage of many -- not just the soldiers
and the coalition forces, but some of the Iraqi people, most of the
Iraqi people -- can be recognized?
The sooner that comes to play, I think the sooner we can expect
to see a downturn in this violence.
WOLFOWITZ: It's a critically important question, and I think
everyone recognizes that this battle is in no small measure an
information battle, and the enemy is actually very skilled at shaping
the story, getting its story out. And lies run faster than the truth,
and that is part of the challenge here.
But the very fact of an Iraqi government assuming sovereignty is
a huge step forward in this battle, because we will no longer be
burdened with a considerably weighty label of being an occupying
power. That, I think, has hurt us badly. I think it is one of the
factors contributing to some of those statistics that Senator Levin
quoted at the beginning.
WOLFOWITZ: Iraqis wanted to be liberated; they did not want to
be occupied. And that label hurts us.
We'll also be helped by the fact that Iraqis will be up in the --
you can already see it. The fact that the prime minister is a
spokesman is a huge step forward. The fact that the prime minister is
a man who goes and visits sites where the enemy has sabotaged oil or
goes...
WARNER: I agree on that. But what are we doing to implement the
delivery of that message in a free and open way to those people?
Time and time again in our hearings, we've emphasized the need to
help facilitate the distribution of the accurate facts, not just the
distortions that come from abroad.
WOLFOWITZ: Senator, we're working on it. We are providing
resources to them. We enable them to stand up this TV network, al
Iraqiya, which seems to have a pretty good viewership.
I think, again, it's going to be improvement the more the Iraqis
shape the content of it, because they know much better what kind of
message to get out.
We have al Hurra, and I think Secretary Armitage can talk about
that.
And one last thing, before I turn it over to him. I think it was
Robert Kaplan had a column in the Wall Street Journal recently -- I'd
be happy to put it in the record -- where he comments on the fact that
we're fighting an information-age war with industrial-age information
procedures.
And I am struck, and I think this committee has seen it on any
number of issues that you look into, we have a system that moves
information very slowly up to the top, sometimes for good reasons of
protecting the rights of people who might be accused, sometimes just
because we're very careful. But the enemy isn't.
WARNER: Let me proceed.
Basically, the same questions you, Mr. Secretary. You must
recognize that the importance, really the force multiplier of getting
a good, positive message out and inspiring the Iraqi people into a
greater measure of courage.
Also I'd like to know exactly, as Ambassador Bremer, who's done,
I think, a tough job as well as anyone can do it, steps down, what
will be the differences between the evolution of Bremer going down and
retiring and Negroponte stepping up as the new ambassador? How will
it be different? And how have you designed this new charter and

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

2004 WL 1427510 (F.D.C.H.)
2004 WL 1427510 (F.D.C.H.)                                                   Page 11

embassy to meet this increasing challenge of the insurgency in the
streets?
ARMITAGE: Thank you, Mr. Chairman.
As Paul indicated, the first thing and, I think, the most
important thing we're going to do is be less visible. And that's
already started.
And that less visibility, I hate to quote polls, but the dreadful
polls that Senator Levin correctly quoted, I think, are offset today
by the polls that show that 68 to 73 percent of the Iraqi people have
a favorable opinion of this interim government. So the word is
starting to get out. And I think it's more credible in Iraq because
it's word that's coming out of Iraqi mouths.
When John Negroponte arrives 1 July in Baghdad, he's not going to
be Jerry Bremer II. He's going to be an ambassador. He'll be the
first American ambassador to a free Iraq. He'll join 49 other
embassies who have ambassadors.
Now, he'll be an ambassador with a lot of money in his pocket,
thanks to the U.S. Congress and the generosity of the people of
America. He will have a very good and close relationship with George
Casey. So he'll be an ambassador that has a lot of sway (ph), but he
will be an ambassador. And it's an important concept.
And that's the first point we're trying to get out to the Iraqi
people: CPA is over; we're in.
In our manning for the new embassy, sir, we've budgeted for 34
people to be involved in press, as press training, press advising.
ARMITAGE: Obviously, USAID will have a rather major role in
continuing press training. There will be upgrades necessary for some
of the broadcast systems of Iraq. We've got our own, as Paul
indicated, with al Hurra. And AL Arabiya is doing fairly well these
days -- Iraqiya -- doing fairly well.
So I think that part of that corner has been turne. But it's
been turned more because Iraqis are talking and we're not.
WARNER: All right.
MYERS: Chairman, on the security part, what we're doing
specifically is, we're going to replace Mark Kimmitt, who has been the
spokesman, along with Dan Senor, on the security side, and generally
on CPA issues. But on the security side, we're going to replace
General Kimmitt with another general.
But his role is not to be out in front of the press. As
Secretary Armitage said, we want Iraqis speaking. So his role will be
more in mentorship and in making sure that the message gets out to
U.S. troops; it needs to get out to it internally and back here to the
States, but not in a very public way.
So we're going to keep the same apparatus, but we're going to put
a different face on that apparatus.
WARNER: Thank you.
You mentioned in your opening statement that, in your
professional judgment, there are in place now, while it's not the
traditional status of forces agreement that we had hoped for to
protect our troops from any prosecution for their action, you feel
that the current structure and framework is adequate to fully protect
our forces.
MYERS: Mr. Chairman, I do, through multiplicity of means, if you
will.
First of all, the U.N. Security Council resolution that recently
passed is one of those guarantees. The CPA Order 17, which is being
staffed finally and will be in effect, will have effect throughout
this interim government, is also one of those means.
And so, we feel that our forces are protected.
WARNER: That's reassuring.
Secondly, General Casey was here yesterday, and I think quite
appropriately in response to an important question, he said, any
planner would be looking at the ability to augment our force level if
the on-scene commanders were to send back the message, we need more

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

2004 WL 1427510 (F.D.C.H.)                                                    Page 12
2004 WL 1427510 (F.D.C.H.)

forces.
I think his message was very clear, but it has nevertheless
reverberated out there and been sort of viewed by some as the first
call for additional force structure.
Can you address what Casey stated, the accuracy of it, and your
own posture with regard to the adequacy of the current force level in
the face of increasing and perhaps better-coordinated violence and
what the future portends?
MYERS: My understanding of General Casey's comment is that he
was describing a prudent planning process...
WARNER: Correct.
MYERS: ... that any of us would go through...
WARNER: That's right.
MYERS: ... to make sure if the field commander is engaged in a
serious effort, wanted more forces to prosecute that effort.
And that goes on, I must say, that goes on continuously. We have
to look around corners. If we don't look around corners, then we
can't respond to the needs of our combatant commanders.
So that's what I believe General Casey...
WARNER: And that is accurate. And that is prudent. And as you
and I know from our experiences, that should and always is being done
in operations of this nature.
WARNER: But it's now being translated as the first indication
of, perhaps, a call for additional forces.
MYERS: In my latest conversations with General Abizaid -- I
haven't talked to General Casey about this. But in my latest
conversations with General Abizaid, there is no indication that he
needs more forces for the kind of conflict we're seeing right now.
Let me try to describe this. This is not traditional warfare,
where you can count numbers as capability. There's a conventional
element of this. We saw that yesterday, as a matter of fact, where
there were some conventional-like attacks, but small.
Predominantly what is the most effective attack for the
terrorists are terror-type attacks, where individuals attack the
infrastructure, where individuals that want to commit suicide take a
vehicle-borne improvised explosive device next to police stations or
governors' offices or the marketplace and then blow them up.
More forces aren't necessarily going to help in that case. And I
think that's what we see here, is this thought that we're in some sort
of conventional war, when we're in probably the epitome of what would
be asymmetric warfare.
So the 141,000 forces that the U.S. has in there, the 22,000
coalition forces, to this point, General Abizaid and his commanders
think is adequate for the task.
The other part of that, of course, is we have a large Iraqi force
structure that continues to get better, in terms of their training and
equipping and their leadership.
WARNER: Thank you.
WOLFOWITZ: Mr. Chairman, let me also emphasize what General
Myers said about the flexibility of respond, because we know the enemy
is really targeting, the coming weeks and months, they're targeting
the new government as it stands up.
Zarqawi has openly, in a kind of typically overheated rhetoric,
threatened Allawi personally. We know they'd like nothing more than
to shape the minds of Iraqis and Americans that this new government is
a failure. And we know they are going to try to do everything they
can to destabilize the country leading to elections at the end of this
year.
So this is not something you can plan precisely against, because
you're dealing with a thinking, very active, evil enemy.
WOLFOWITZ: And therefore we do need the flexibility that General
Casey and General Myers alluded to, to be able to apply more forces if
we need more forces.
WARNER: Thank you very much.

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

2004 WL 1427510 (F.D.C.H.)                                              Page 13
2004 WL 1427510 (F.D.C.H.)

Senator Levin?
LEVIN: Thank you, Mr. Chairman.
General Myers, General Casey testified that the Coalition
Provisional Authority order, which provides immunity from the Iraqi
legal process for our troops, must be amended to extend beyond June
30th.
Two questions: One, do you agree? And, number two, would any
amendment or any order of the CPA be binding on the new sovereign
government?
MYERS: Senator Levin, my understanding is that the order is
being restaffed, and that will be finished either today or tomorrow.
ARMITAGE: It's finished today. It's gone out to Baghdad, sir.
They'll want to, obviously, make sure that the new government sees it
and is not in opposition to it. There have been discussions
continually about it. But they will not sign off on it. That is not
their role.
LEVIN: Will the new sovereign government have the power to
rescind that order?
ARMITAGE: The new sovereign government, in effect, would. If
they're sovereign, they could ask us to leave and we'd have to leave.
But the combination of the CPA Order 17, as amended, and U.N.
Security Council Resolution 1546 is felt by all to give us sufficient
protections.
LEVIN: And my question, though, is would this new sovereign
government have the power to rescind that order?
MYERS: My understanding is that...
WARNER: Let's get Secretary Armitage's quick answer on that.
MYERS: OK.
ARMITAGE: I want to think about it. I want to get the right
answer rather than a quick answer.
WARNER: Well, since we have six minutes, give us your thoughts
perhaps later after you've had a chance to think about it.
In terms of the...
MYERS: My understanding of this issue is that the CPA orders
cannot be repealed or modified until Iraq's permanent government is in
place to enact legislation. So they stay effective through that
period.
LEVIN: So during the six-month period, or whatever the period is
before the elections are held and there's an elected government, what
you're saying is that we have a legal opinion that the interim
government cannot rescind that order. Is that true?
MYERS: Yes, sir. That's my understanding.
LEVIN: Thank you. Would you provide that opinion for the
record?
MYERS: Yes, sir.
LEVIN: Thank you.
Have we specifically asked, Secretary Armitage, Muslim nations to
provide troops, police...
ARMITAGE: Police?
LEVIN: Troops or police.
ARMITAGE: We have had discussions with Bangladesh and Pakistan
about this, as has the interim government of Iraq with, at least,
Pakistan.
We have not -- we've begun discussions with 13 other nations,
some of whom are Muslim, about providing security for the U.N.
facilities, which was discussed in 1546.
And Prime Minister Allawi said to your colleagues the other day,
when Senator Daschle's delegation visited him, that he'd be working
with the neighbors. He thinks it may be about time to try to
introduce them.
LEVIN: Thank you.
Secretary Wolfowitz, or anybody, what is the status of the
indictment against Sadr? And also, have the officials of the interim
government invited Sadr to participate in the national congress? Does

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

2004 WL 1427510 (F.D.C.H.)
2004 WL 1427510 (F.D.C.H.)

that indictment still stand?
WOLFOWITZ: It definitely still stands.
I don't know about your second question.
ARMITAGE: I don't either. But Prime Minister Allawi, I think,
in the conversation with Mr. Daschle, said that Sadr had to face
jurisprudence.
LEVIN: And had not been invited to participate in the...
ARMITAGE: I didn't know the answer to the second part. I was
responding to the first part.
LEVIN: OK. Apparently, Prime Minister Allawi has indicated that
the government is considering the imposition of a state of emergency
that could include a curfew and a ban on public demonstrations.
But just talking about the curfew, since we, presumably, would
have to enforce it, have we talked to him about that, and do we
support the imposition of a curfew?
WOLFOWITZ: Actually, we have the power to impose curfews, as we
see the necessity in particular places.
This is an example of, I think, exactly the kind of thing that
this consultative mechanism is designed to work out a common policy
on. We've been doing this for 2 1/2 years, really, in Afghanistan
with Karzai. He sometimes wants to do things that we think are
imprudent, and we tell him frequently, "If you do it, you better have
the capability to do it yourself, because we're not obligated to
enforce things that we don't think are appropriate."
I think...
LEVIN: Is that true with Allawi, too?
WOLFOWITZ: I think it's even -- let me put it this way: I think
we have better developed mechanisms already with Allawi than we have
after two years in Afghanistan.
I think it will work well. We have common purposes. He's not
talking about blanket national martial law procedures with extreme
measures. He's basically talking about giving Iraqi police and Iraqi
forces the authorities that we already have under 1546.
LEVIN: Did we discuss that issue specifically with Allawi, as to
what -- before his statement was made about imposing a curfew? Do you
know?
WOLFOWITZ: It didn't come up in our talks.
LEVIN: Secretary Wolfowitz, you have cited both here and, I
believe, recently at the House Armed Services Committee, as evidence
of cooperation between Iraq and AL Qaida, evidence in a sealed
indictment of Osama bin Laden in 1998.
Why do you continue to cite that as evidence of a relationship?
WOLFOWITZ: It's one of many pieces of evidence that suggests
that there was contact of some significance between these two
organizations.
LEVIN: Are you aware of the fact that that indictment has been
modified to exclude that statement?
WOLFOWITZ: And I'm also aware that the cooperating witness who
provided the basis for that indictment was reinterviewed as recently
as a year ago and reaffirmed the story.
WOLFOWITZ: And he's a man that's described even by Richard
Clarke as one of the keys to our understanding of AL Qaida.
LEVIN: My question, though, are you aware of the fact the
indictment has been modified to exclude that reference?
WOLFOWITZ: The subsequent open indictment of bin Laden did not
include that. That's right after the 1998 embassy bombings.
LEVIN: My question is, why do you continue, then, to cite an
indictment which has been modified to exclude the reference that you
continue to make?
WOLFOWITZ: Because I believe that was a statement made by an
important source on AL Qaida that was considered sufficiently credible
and valid to be included in a very serious federal proceeding.
LEVIN: My time's up. Thank you.
WARNER: Senator McCain?

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

2004 WL 1427510 (F.D.C.H.)                                                    Page 15
2004 WL 1427510 (F.D.C.H.)

MCCAIN: Thank you, Mr. Chairman.
I thank the witnesses for being here today.
And I do think we have some good news in this poll that the Iraqi
people are now strongly supporting their new leadership. And I think
this provides us with an opportunity, a window of opportunity.
And I wonder if the witnesses agree that the next few months are
absolutely critical in this whole scenario. Would you agree,
Secretary Armitage?
ARMITAGE: Of course, Senator.
MCCAIN: Secretary Armitage, we are also in a situation,
including the events yesterday, of a degree of sophistication and
level of, if you want to call it terrorist attacks which are
remarkable both in their efficiency and in their number of casualties.
Would you agree?
ARMITAGE: Yes, I do.
MCCAIN: So we're not where we had envisioned we would be after
our significant military victory, right?
ARMITAGE: That's correct, Senator.
MCCAIN: What went wrong?
ARMITAGE: We've spoken to this. One, I think we underestimated
the enemy, and we didn't destroy him in our initial attack, and he
melted away, and we're seeing him again. That's number one.
I think, number two, we didn't reckon correctly with the extent
to which Iraq had become a criminal society in any attempts to evade
sanctions and everything else that had happened, particularly in the
last 12 years.
And number three, I think we underestimated the degree to which
this enemy had a central nervous system. And I think the attacks the
other day show that it does have a central nervous system.
MCCAIN: Do you agree that we didn't have sufficient troops?
ARMITAGE: No, I don't, Senator.
MCCAIN: You don't agree? And I wonder why not?
ARMITAGE: In a department, we defer to military judgment on
what's sufficient troops. Any views of this we had during the run-up
to the war were expressed fully, and we felt we got our full say.
MCCAIN: Which was?
ARMITAGE: Which was we wanted to make sure we had sufficient
force and sufficient points of entry to defeat this enemy, and we were
convinced that we did.
MCCAIN: We had sufficient number of troops, Secretary Wolfowitz?
WOLFOWITZ: I think, with respect to the issue that Secretary
Armitage corrected identified, which is this enemy didn't surrender on
April 9th, Saddam continued to fight until he was captured, Zarqawi
continues to fight to this day, the killers that supported his regime
for 35 years continue to fight, there was no surrender, there hasn't
been yet...
MCCAIN: So we didn't...
(CROSSTALK)
MCCAIN: It's interesting, I asked it about the troops question
to you...
WOLFOWITZ: I'm trying to answer.
MCCAIN: It's interesting, things didn't turn out as we had
anticipated they would, yet we didn't do anything wrong. That's very
interesting.
WOLFOWITZ: Senator, I...
MCCAIN: Go ahead.
WOLFOWITZ: I don't believe that -- let me say three points.
Number one, I don't believe, and our commanders don't believe,
that more troops would have enabled us to find these people where they
were hiding. The problem has been finding them. They are very good
at hiding. That's been the problem.
Number two, there has been a concern -- and part of our problem
is this appearance of an occupation force -- that a much bigger force
would have increased that appearance.

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

2004 WL 1427510 (F.D.C.H.)                                                              Page 16
2004 WL 1427510 (F.D.C.H.)

MCCAIN: So which brings us...
WOLFOWITZ: And third, if I can agree with you for a moment, I
think that it probably is the case that if we had had more American
troops down in the Najaf-Karbala area over the last period of time
we're talking about, six or eight months, Mr. Sadr might not have
gotten out of control the way he did. So that is one place where it
might have made a difference.
MCCAIN: Which brings us to Fallujah. We agreed that somehow
that we -- after announcing that we would go in and attack and capture
those individuals who killed and dismembered the bodies of four
American citizens, we then made an agreement with the militias there
that they would control Fallujah, they would turn over the
perpetrators of that crime, other terrorists and significant weapons.
Has any of that happened?
WOLFOWITZ: Virtually none of that has happened. What we have
achieved is a certain degree of calm in Fallujah, which may help in
the rest of the country.
There is some indication that there are beginning to be some
splits within Fallujah, particularly between Iraqis and foreigners,
and some degree of Iraqis turning on the foreigners. And there is a
considerable concern that Fallujah might -- this is on the negative
side -- be a place where the enemy is hiding.
And we talked about this with the prime minister. I think we're
all agreed that the current status quo in Fallujah isn't acceptable,
and Fallujah's not a model for the rest of the country. So we need to
move forward on that.
WOLFOWITZ: I don't know, General Myers, if you want to...
MYERS: I absolutely agree with that. We have not met any of the
conditions that we initially set and that you outlined, Senator
McCain.
And we've had, in the last several days, to go after foreign
fighters in Fallujah with 500-pound bombs; we think, in both cases,
successfully.
MCCAIN: But if I could just interrupt there, but the reason for
not going into Fallujah was to prevent civilian casualties, so now
we're dropping 500-pound bombs.
MYERS: But these were very precise, and the collateral damage
was essentially zero, upon site exploitation. So, we're very careful
how we do that.
If I can go back to your original question...
MCCAIN: Sure.
MYERS: ... that Secretary Armitage answered, part of the
thinking that went into the plan for the original combat in Iraq was
that we made the decision -- and you could have gone several different
ways -- but we made the decision that we wanted this to be as humane a
combat operation as war can be. That was a decision we made.
And so, certain factors are emphasized over others if you're
going to do that. And one of them was speed and precision and to let
regular Iraqi divisions, while destroying equipment and some of their
people, if they melted away, well, then let them melt away, because
they were conscripts, after all.
So if there's a blame here, it was making some assumptions on how
the Iraqi people would react to that. And, I would submit, we were
probably too gracious in our victory, in hindsight.
But that was the -- the philosophy going in was that we were
going to liberate Iraq, not conquer Iraq.
And, clearly, things started to change, as those former regime
elements -- and I still maintain a very small segment of the
population, plus the foreign fighters, can have a disproportionate
impact because of the methods they use, where they don't care about
the loss of innocent lives.
So that's where we have evolved to.
MCCAIN: Well, I may have to leave some of this to the
historians. But it's interesting that very little mistakes were made,

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

2004 WL 1427510 (F.D.C.H.)                                                  Page 17
2004 WL 1427510 (F.D.C.H.)

and yet we find over 100 people killed and wounded in coordinated
attacks all over Iraq.

MCCAIN: And clearly some of this is being orchestrated out of
Fallujah. As Secretary Armitage said, this is a central nervous
system. But we didn't make any mistakes.

My time has expired.

WARNER: Thank you very much, Senator McCain.

Senator Kennedy?

KENNEDY: Thank you, Mr. Chairman.

And, Secretary Wolfowitz, I appreciate your comments about the
courage of the Iraqi leaders. I'm one of those who had the chance to
meet President Yawer when he was over here, and he's an impressive
figure. And I think when we see the determination of those
individuals to try and lead the country, it does impress all of us.
Let me just go back and review part of the bidding about where we
are and then I'll ask a couple of specific questions.

We're now -- really, I'm following up with Senator McCain. We've
had 844 Americans who paid the ultimate price; 5,270 soldiers have
been wounded. We have lost 25 in my own state of Massachusetts. The
war costing us about $4.7 billion every month.

We have the kind of pressures that are put on in a particular
unit, MPs group, from Massachusetts, New Hampshire and Maine. They
were mobilized December 5, 2002; sent to Iraq in April 2003 for six
months. They were extended once, extended again -- thought they were
going for six months, going 18 months. Eventually, they hope to come
back in August, demobilize in October.

The uncertainty of how long these troops, American troops, are
going to be over there, given not only the American troops themselves,
the regular Army, but the Reserve and the Guard, is a matter of great
concern.

And given the fact that we've had the U.N. resolutions, we have
the new sovereignty coming up at the end of June, we have elections
for the interim government that's going to establish the constitution,
ratification nationwide and the constitution elections following that,
American families want to know what the impact of all this is going to
be on their service men and women, about their children.

I remember when you were here at the time of your hearing before
our committee on confirmation, this is your quote.

KENNEDY: When you were asked about whether the guidelines should
apply to future military action, you said, "I think it has to be
something where we have a strategy for success, that we have a way of
achieving our goals and completing the mission, and not ending up in
something that is an unending commitment with no way out."

You were asked this week, the Armed Services Committee, about
what's going to be the indication at the end. You say, "There is an
end. The end is when the Iraqis are governing their own country."

Well, when are we going to know success? Are we going to know
success when there are elections? Are we going to know that there's
success when we have reconstruction? How much security is going to be
success?

How are the American people going to know when there's success?
Are we going to just wait until the president says, "We've got success
now, and we're going to start rotating out"?

How do we know that? How do we know we're not just ending up
with an unending commitment with no way out?

WOLFOWITZ: I don't think it is an unending commitment with no
way out, but I don't think you can predict these things, any more than
you could predict the timetable for success in Germany at the end of
World War II or the timetable for success in Korea after the end of
that war.

Of course, the biggest problem here is that the war hasn't ended,
the enemy hasn't given up.

Part of success is going to be when that enemy is either defeated
or some of them may just decide actually in a formal or semi-formal

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

2004 WL 1427510 (F.D.C.H.)                                              Page 18
2004 WL 1427510 (F.D.C.H.)

way to come in and join the new Iraq.
But I think there's a clear path to success, because there are so
many Iraqis who do want to stand up for their country. By the tens of
thousands, they're prepared to risk their lives to defend their
country.
KENNEDY: I want to give you...
WOLFOWITZ: I think the most important milestone here is going to
be, particularly with respect to those families of service men and
women, when the Iraqis are in the front line and the Iraqis, if
casualties still have to be taken, are taking the bulk of the
casualties. That'll be a huge milestone.
KENNEDY: Well, this is what we want to know, because we got 90
percent of the troops and 95 percent of the killed and wounded, what
are the benchmarks? You're back there -- you have children that are
over there. What are the benchmarks?
KENNEDY: What should the American people want to benchmark this?
How do they know that the plan is successful? How do they know it's
not deteriorating?
We've got to have some benchmarks that are out there rather than
the general kind of comments. They want some benchmarks to know.
They knew in World War II. They knew that after D-Day. Sure, they
had the Battle of the Bulge but they were moving ahead on it. They
knew certainly in the battle against Japan. They understood that.
Korea, more complicated, and Vietnam.
But people had an understanding of what the benchmarks were.
They knew with the Second World War with the progress in North Africa.
What happened in Western Europe?
The American people want to know, Mr. Secretary, what are the
benchmarks? What are the things that they can watch on television,
read in the newspaper, and say, "Look, that's real progress, that
means my son or daughter is going to come on home"?
WOLFOWITZ: I think the kind of benchmark I mentioned in the
beginning, of Iraqis who were courageous enough, like these five civil
defense corps soldiers, to rescue an American who was wounded. I
think, more and more, they're going to see capable Iraqi security
forces taking on more and more demanding missions.
But, you know, let's also keep some historical perspective. The
Marshall Plan, as we all know, was initiated in 1948, a full three
years after the end of World War II. And it was kind of a Hail Mary
pass to rescue Europe from what looked like a totally failing,
collapsing situation.
I mean, you can ask for benchmarks. We're working on benchmarks.
The president laid out five clear benchmarks a couple of weeks ago,
namely one that we're about to achieve, which is the standing up of
the sovereign government; the second, standing up of the Iraqi
security forces; the third, progress on reconstruction; the fourth,
introduction of international forces through the U.N. resolution; and
finally, elections at the end of this year, the beginning of next
year.
Those are pretty important benchmarks. If we can achieve all of
them in the next six months, we'll be doing very well.
KENNEDY: My time is up.
Some would think that we've already got a Marshall Plan over in
Iraq right now, with the amount of economic aid and reconstruction
that we have provided.
WOLFOWITZ: And a great deal is happening, Senator.
WARNER: Thank you very much, Senator Kennedy.
Senator Roberts?
ROBERTS: Gentlemen, thank you for being here this morning.
Thank you for your perseverance and your service.
I'm going to be repetitive today. I think the most crucial
ingredient with regard to our effort in Iraq is our resolve, theirs
and more especially ours. Over the past several months, that resolve
has been tested, and I think we've only seen an increase in the number

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

2004 WL 1427510 (F.D.C.H.)                                                    Page 19
2004 WL 1427510 (F.D.C.H.)

and severity of such challenges, more especially with the full
offensive that we see today.

ROBERTS: Now, we have the deadline for sovereignty now only five
days away. I think it's absolutely critical that the administration
and especially those of us in the Congress make it clear to the
American people exactly what the transfer means with regard to our
continued presence.

And I know you all mentioned, and I think members of this
committee are extremely concerned about the information and the battle
for the proper kind of information in that part of the world, in that
part of the region and, more especially, in Iraq. I'm concerned about
it in this country.

This really dates me, but in the 1940s, there was a song that my
dad and mom enjoyed. It was called "Accentuate the Positive,
Eliminate the Negative, and Don't Mess with Mr. In-Between." It seems
to me that we have too many in this country who are accentuating the
negative and eliminating the positive and making sure the U.S. is not
in between. And I don't think that's possible at this particular
time.

And so with the challenges to our resolve, no doubt some will
point to the transfer of sovereignty, as Senator Kennedy has just
indicated, as a justification for an exit from Iraq.

And what I want you to do -- what would be the specific
implications of such an exit? Explain to the country exactly the
downside of an early exit and what could happen, in regards to our
national security and then also in regard to the region.

WOLFOWITZ: I think a precipitous exit like that would be an
enormous victory for terrorism and for terrorists, and it would turn
Iraq into a base and a sanctuary from which they could proceed to
attack Saudi Arabia, which is already under attack and attack in
Europe and in the United States.

They understand that this is the fight. They're putting
everything they can into trying to defeat us.

ROBERTS: So this is a global effort.

WOLFOWITZ: It is absolutely connected to a global effort, yes,
sir.

KENNEDY: Would the senator just yield since he mentioned my
name?

ROBERTS: Yes, I'd be happy to yield.

KENNEDY: I did not suggest a cut-and-run policy. I asked about
benchmarks. And I don't want to be associated with the remarks about
what would happen if we just pulled out our troops. That was clearly
not my statement. That would be a distortion and misrepresentation of
my position.

I know the senator didn't mean that, but I want the record to
reflect this.

ROBERTS: I thank the senator for his contribution. It saved me
30 seconds.

Who are these guys? Let's use the Butch Cassidy, Sundance Kid
question. And, Secretary Armitage, you said the central nervous
system.

ROBERTS: I just heard on the news this morning that Muqtada al-
Sadr and his army are laying down the arms against the coalition
forces and saying, "We're going to rise up against the Sunni
extremists."

We've got those still loyal oil to the former regime, we have the
foreign fighters, we have the extremists.

What level of coordination among these diverging groups are you
seeing? Who are these guys now?

ARMITAGE: Look, I don't think anyone in this administration yet
can tell you with a great deal of accuracy who they are and how many
they are.

ROBERTS: Well, I have some concerns about that, because the
chairman of the Intelligence Committee...

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

2004 WL 1427510 (F.D.C.H.)                                    Page 20
2004 WL 1427510 (F.D.C.H.)

ARMITAGE: Well, I'm raising it with you, sir...
ROBERTS: Yes, OK, I'm sorry, I'm not giving you an opportunity.
ARMITAGE: I'm raising it with you because you sit on another
committee, and you understand what I'm saying.
I said one of our mistakes was that we didn't understand there
was a central nervous system. Well, clearly, there is.
And how many are former regime elements, and how many are Zarqawi
and his evil-doers? I can't say. I don't think any of my colleagues
can say. We don't know.
And how many are disaffected youth who, either to make a little
money or just for the pure excitement of it, get in on the game? I
can't tell you.
ROBERTS: Well, I hope we can. We have a thousand people now
stood up in the Iraqi intelligence operation, 5,000 people with a new
Iraqi intervention force.
If we do not have the proper intelligence -- and, yes, I am the
chairman of the Intelligence Committee -- it worries me that we will
not have the ability to really predict and protect not only our
troops, but be successful.
We found Saddam by finally getting down to the clans and the
families. And my hope is that, when we go through the vetting and we
go through the training and we go through the equipment, in regards to
the Iraqis, they will still have that kind of capability.
Do we see any real progress in that area?
ARIMTAGE: Yes, my view, Senator -- and Paul would probably want
to make a comment -- is that we're making a bet here, and the bet is
that the Iraqis are going to fight more enthusiastically for Iraq than
they fight for occupiers. And that's a bet we're all buying into.
And I buy it. I think they are, because they do know how to fight.
And we are seeing some changes, and others can talk about it, in
regards to Iraqis helping us, giving us information, things of that
nature. And hence, you have a precision strike on Fallujah, on a
particular place in Fallujah.
So I think things in that regard are going to turn out a little
better than we might suspect.
ROBERTS: I hope that's the case.
ARMITAGE: However, I think...
ROBERTS: There are certainly countries -- I have one more
question and very limited time.
There are certain countries in the region that would like to see
our efforts in Iraq fail, namely Iran. You know these folks.
ROBERTS: As we transfer the sovereignty to the Iraqis, what are
the most significant concerns you have in this regard? What would
happen in the region if, in fact, we were not successful?
And I've asked that of the secretary, but in your travels, more
especially in regards to those who would like to see us fail, what are
you most significant concerns?
ARMITAGE: Biggest concern is that Iranian money will go and buy
mullahs in the south of Iraq and use that money to be able to thwart
us.
The best news in this regard is that the leading Shia cleric in
Iraq, al-Sistani, does not seem to have any affection for Iranian-
style theocracy.
ROBERTS: My time is up, Mr. Chairman.
And I thank the panel. And persevere, gentlemen.
WARNER: Thank you very much, Senator Roberts.
Did each of the witnesses feel they had adequate time to...
ARMITAGE: I'm sure the question will come around again.
WARNER: Senator Lieberman?
LIEBERMAN: Thanks, Mr. Chairman.
Thanks to the witnesses. Thanks for what you've done over the
last couple of years to bring us to where we are today. It's been a
long, tough slog, to use a familiar word.
But I do think today, June 25th, five days from the transfer of

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

2004 WL 1427510 (F.D.C.H.)
2004 WL 1427510 (F.D.C.H.)                                               Page 21

authority, there is a lot for America and the American people to be
proud of and a lot for the Iraqis and the Iraqi people to be proud of
and optimistic about.
I mean, the fact is, we have lost American lives, we spent a lot
of our own treasure, and it is important to remember that it's not for
conquest, it's not for imperial, colonial plunder, it is for security
and for a principle that has driven American history from the
beginning, which is freedom and democracy.
And the fact is that Saddam Hussein, a brutal dictator who
possessed weapons of mass destruction, used them, who supported
terrorism, who responded to wrongdoing by his people -- and I've seen
this with my own eyes in the films that many of us have seen -- cut
off their head, their tongue, their hands -- is gone and in jail.
And in place is an interim Iraqi government, not yet elected, but
broad enough to, by the latest public opinion polling in Iraq, enjoy
the support of two-thirds of the Iraqi people in a very difficult
security context.
So we've come some way.
LIEBERMAN: And they're going to take over on June 30th. And
then it's going to be a different kind of battle. Because after
Saddam was gone, this did become a different kind of battle. It
became, in my opinion, the major battleground in the war against
terrorism, because the foreign fighters swarmed in there, they joined
with the Saddam loyalists.
And now you've got these jihadists or some Iraqis against
America. You've got jihadists and Saddam loyalists against an Iraqi
government, as you said, Secretary Armitage.
And that's the choice for the Iraqi people. Do they want to go
forward with self-government and a better life for themselves? OR do
they want to yield to these forces? And do we, who will bring back if
you can imagine it, a government that's going to be part Saddam
Hussein and part Taliban -- because that's what the enemy fighters are
all about here.
So I think we've done something difficult. Look, I can be
critical of things that were not done. I have been critical of things
that were not done or could have been done a lot better. But I think
we're in a tough situation. We've made some extraordinary progress.
And those who have given their lives have given them for a noble
cause, a cause that's as critical to American security as most any I
can think of that we've fought over the centuries.
I want to ask about the central nervous system that you referred
to. Is it your opinion, Secretary Armitage, that there is a
coordination, to the best of our knowledge, between the Saddam
loyalists, the people that fell back and the foreign fighters?
ARMITAGE: I'm not sure I'm totally confident. We've seen some
intelligence that indicates that they do hook up.
I think there is a central nervous system to the Zarqawi network.
I found rather remarkable yesterday the timing, et cetera, of the car
bombs in several different locations, which indicates to me a certain
degree of command and control.
Now, I don't think it's the command and control we traditionally
think about in our own military, but someone's giving general orders
and other people are following them. I think that's fairly clear.
And I think, as my colleagues have stated up here, that as we
move forward until 30 June, I think these fellows who attacked
yesterday are going to reload and try again. And as we move toward
the elections in December and January, they're really going to
exercise themselves.
LIEBERMAN: I agree. So the point I draw from this is that
clearly there was a lot of controversy, as one of the exchanges
between Secretary Wolfowitz and I believe it was Senator Levin
indicate about the extent of cooperation between Saddam Hussein regime
and AL Qaida earlier.
LIEBERMAN: It seems to me that the foreign fighters, including

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

2004 WL 1427510 (F.D.C.H.)                                          Page 22
2004 WL 1427510 (F.D.C.H.)

Zarqawi, who's allied with AL Qaida, and the Saddam remnants is
growing increasingly clear.
I want to go to another topic, because those poll numbers about
the interim Iraqi government are very encouraging. And the most
important thing we can do to solidly them, it seems to me, is not only
maintaining the security; in some ways, just as important is the
civilian reconstruction, making sure that the Iraqis get jobs, that
the electricity is on, that the water's flowing.
Last year, Congress approved an $18.6 billion reconstruction aid
package. According to the CPA, only about $3.7 billion of that
package had been spent as of June 1st. I know CPA was under the DOD,
Department of Defense.
I want to ask, Secretary Wolfowitz, what slowed the expenditure
of those funds and delayed the 2,300 projects the money was planned to
support?
And then, Secretary Armitage, as the State Department now takes
over on July 1st, what plans do you have to accelerate the
implementation of that reconstruction money?
WOLFOWITZ: Senator Lieberman, I think the basic answer comes
down to the rather elaborate and I, guess, I think, necessary
procedures that we build into the contracting process to make sure
that there's fair and open competition and it produces what the
program managers call an S curve, where you don't get very much done
for a while, and then suddenly the dam starts to break. And my
understanding is, the dam is starting to break and those numbers are
going to grow very rapidly.
We want to make sure they don't grow so rapidly that Ambassador
Negroponte has nothing left to work with when he gets there. That's a
consideration.
One thing that has been done, it's called the Seven Cities
Project, is to allocate a certain amount from the supplemental to
smaller-scale projects that can be implemented by our division
commanders in seven key cities, including Baghdad. And that is
showing some real results on the ground, even in difficult places like
Sadr City.
ARMITAGE: In preparation for this, I've got later numbers.
They're not much better, but obligated out of the $18.4 billion is
$5.29 billion, which is about 29 percent of the '04 IRF money. So
it's a little better than what you suggested, but your point is dead-
on.
Admiral Nash came back last week, who's been running this for the
CPA, and I think he came up and saw some of the -- at least staff of
this committee and others, and he did indicate that the ramp is quite
a bit steeper now, and he thought we'd be moving up rather rapidly.
ARMITAGE: What we've done to make this change is through
consultations with primarily the Appropriations Committee staffs. And
I've met with Chairman Kolbe in the House about this. We're trying to
put together something we're calling an Iraqi Reconstruction
Management Office under the ambassador.
We're putting a 10-day time period on any changes that we want.
From the time the ambassador wants to reallocate money, put it toward
a project, the turnaround for our entire bureaucracy is 10 days.
I'm the bellybutton in charge. So you will have somebody to
point to. And that will also, we think, it will also push the process
along.
When John Negroponte gets out there, we figure he'll have between
$8 billion and $9 billion dollars that is not obligated. And we know
he's going to have some different opinions from the present CPA
opinions. And we're working out procedures with Appropriations
Committee staff to change the way we make changes to the 2207 Report,
which is required each quarter.
LIEBERMAN: That's very encouraging, particularly to know that
you're assuming that personal responsibility, because if I can put it
this way, in response to the metaphor you used, Secretary Armitage,

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

2004 WL 1427510 (F.D.C.H.)                                           Page 23
2004 WL 1427510 (F.D.C.H.)


I've always considered you to be one tough, impressive bellybutton.
(LAUGHTER)
ARMITAGE: Well, a big bellybutton.
(LAUGHTER)
MYERS: Mr. Chairman?
WARNER: Yes?
MYERS: I would like to talk about the threat for just a minute,
because my views might be slightly different than others expressed in
this room today, if I could just talk about the threats that we're
seeing.
We have no intelligence that shows the linkage between these
various groups. We looked for it. We simply don't have it.
You can deduce, because you had many attacks yesterday that all
occurred, some of them in Mosul, almost simultaneous, but throughout
Iraq, attacks that appeared to be coordinated. I mean, you can just
look at it and say, well, there has to be some coordination.
The level of coordination, though, is unknown. And I ask about
this all of the time, because this is crucial to understanding the
threat we're fighting.
One of the things you have to keep in mind, that the former
regime elements and Zarqawi, while they may have the same near-term
goals of ridding Iraq of the coalition, their long-term goals couldn't
be more different.
MYERS: And it's hard for me to believe -- but this is what we
need intelligence to tell us -- that there is very close cooperation
between those two groups, because they have two very different visions
of the future. One is Sunni extremism, going back to a 7th century
caliphate, and the other is the Baathist Party coming back to life in
Iraq.
And so, I would just say, I have not seen any evidence, other
than what we see with our eyes, in terms of actions, whether it's the
central nervous system or some other method of coordination.
And it's a critical question, and frankly, the intelligence
community, as far as I know, will not give you an answer, because they
can't give me an answer.
LEIBERMAN: Mr. Chairman, if I may, real briefly...
WARNER: Yes, please proceed.
LIEBERMAN: ... just to respond and say that I appreciate what
you've said, that there's not clear evidence showing a linkage, but I
would just raise this question.
Although these are different groups with different aims, might
this not be a case where the enemy of my enemy is my friend? In other
words, they have a common purpose, which is to stop right now the
Iraqi self-government from occurring, to weaken us -- in fact, to
defeat us, in some sense -- to get us to retreat and therefore to win
a battle in the larger war that both of them are involved in. And
that might bring them together temporarily until they have to deal
with who's going to control Iraq.
WARNER: Secretary Armitage, did you want to comment on the
general's statement? Because I don't want to...
ARMITAGE: No, I gave you my opinion, that it seems to me that
there was some sophistication in the attacks that led me to believe --
I've been around a little bit -- that there is more of a central
nervous system. I don't argue with General Myers. You asked for my
opinion; I gave it to you, sir.
MYERS: I'd say that's how it looks. And I'd say that near-term
aims could be similar, the enemy of my friend and so forth. But I
think, long term, they're not compatible.
But we need to know a lot more, I guess is what I'm saying. And
I'm not comfortable standing here...
WARNER: This question of coordination or lack thereof is a
central issue, and I hope that we do not conclude this hearing on a
note -- although we may have respectful different perspectives on it,
and if that's the case, so be it.

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

2004 WL 1427510 (F.D.C.H.)                                    Page 24
2004 WL 1427510 (F.D.C.H.)

Senator Allard?
WOLFOWITZ: Mr. Chairman, I'd just say I think there may be more
than one central nervous system, and there may be a loose coordination
between them.
I mean, Zarqawi clearly coordinates an organization of some size.
And clearly, the old regime people have been coordinating with each
other for years. And that's, I think, why we see some patterns in
certain things the enemy does.
The question that's been raised here is, how much do they
coordinate with one another?
WOLFOWITZ: And that's hardly something they open up to us very
much.
But I think the basic point is their immediate aim, which is the
overriding one, which is to defeat us. And just as we and Stalin had
enormously different visions of the future in World War II, but it
didn't prevent us from understanding first things first, I'm afraid,
for this enemy, we're the first thing to get out of there.
WARNER: All right. Thank you very much, gentlemen.
Senator Allard?
ALLARD: Mr. Chairman, thank you.
I want to reflect back a little bit, you know, when Saddam
Hussein went into the Persian Gulf conflict, I mean, we set him back.
Things kind of sort of stagnated. And then when we decided to take
action, it must have been about a year and three months or so now,
going into Iraq with a full force, I think a lot of good things have
happened.
And my view is that things are better off now than they were
before we went into Iraq, and that actually things were deteriorating
in Iraq just before we went in. And I'm wondering if the panel could
talk about that a little bit.
I had a lot of questions about the insurgency. And obviously, I
think we pretty well discussed that.
And then also I wondered if the panel would talk a little bit
about the demographics. I mean, there's been TV shows written about
the large number of young males in Saudi Arabia, for example, that are
unemployed. Do we have that same demographics in Iraq or not? And
what is driving that demographics?
And I wondered if we could have some discussion on both of those
questions, starting, first of all, with the first question, which is,
how are we today compared to what it was when we first went in? And
then give us some good facts. And then also, what is happening -- and
the second question would be the demographics question.
ARMITAGE: I'll try real quickly.
These are rather unsatisfactory to me, this first answer I'm
going to give you, because those who have are better off and those who
don't have are obviously not. The haves right now, in terms of Iraq:
more people have access to water; more people have access to phones;
more people have access to hospitals now than was the case under the
Saddam regime, particularly if you're a Shia. So there are all those
indicators. There's more electricity going forward.
Now, why I say that's an unsatisfying answer is because power
generation, et cetera, are good targets for the enemy. So what's true
today could be false temporarily tomorrow.
But I think on almost every measure in that regard, we're much
better off.
It is the security, however, which the Iraqi people point to
every single day as their overriding concern, and their fear when
their sons leave their home and their daughters leave home whether
they'll return or not.
ARMITAGE: So I think you can have a lot of measurements for
people being better off, but if we can't get the handle on security, I
think we all agree, we're not going to be able to say to the Iraqi
people, "You're better off overall."
Second, on the demographics, there's a lot of, I think, not

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

controversy, but disagreement or misunderstanding of the unemployment
in Iraq. It's quite high. And there are a lot of young men,
particularly former army young men, who are out of work right now.
The estimates are between 28 percent of the working population is
unemployed to as high as 60 percent, which I disregard. CPA is
telling is 28 to 30 percent of people are unemployed, which is
unacceptable.
ALLARD: Secretary Wolfowitz?
WOLFOWITZ: I agree with -- I think, Secretary Armitage stated
quite clearly.
I think it might be worth saying that that word "insurgency" sort
of implies this is something that rose up after we got there, whereas
I think I've said earlier we're, to an astonishing degree, dealing
with people who just didn't surrender on April 9th and continue to
fight.
But let me hasten to say, part of their strength comes from the
fact that they have a lot of money and they can hire those unemployed
young men. And there are, unfortunately, large numbers.
So that's why we believe that, in addition to going after the
several thousand -- I mean, I would be misleading you to suggest we
have an idea of a number, but it's in the thousands. We don't think
it's in the tens of thousands.
So the real hardcore killers are a decided minority of this
country, but they have money and they can hire people to take shots at
us. And that's a significant part of the problem.
ALLARD: Do they get paid more...
WOLFOWITZ: The third area, if I might just say, in terms of
dissatisfaction and how it affects security, is that -- and we see it
in towns and cities where we're able to get reconstruction work going,
the population gets more faith about what we're there to do and more
willingness to share intelligence and information with us. It's that
40 to 50 percent of the population that might be considered fence-
sitters that are absolutely critical to win over.
ARMITAGE: Senator Allard, if I could, as you'd say up here,
revise and extend my remarks, I just want to add something.
I think, perhaps, the most significant indicator of how we're
better off in Iraq is the quality and the caliber of the people that
are participating in the IIG and the courage that they have.
ARMITAGE: I mean, two of the former members of the IGC were
killed, and no one turned away, no one dropped out of the game. And
now the IIG, under tremendous and personal attacks, they're standing
up there. And that has to be something that says something about
Iraqi courage and resilience.
And I think we can point to the fact that there are people of
courage like that, men and women, in Iraq as a sign we're better off.
ALLARD: General Myers?
MYERS: I would only say that it's already been discussed in the
committee that the 30th of June will probably be the best thing we can
do for security in Iraq, when Iraqis feel that, and as the polls show,
they have a legitimate government that is sovereign and that they can
fight for Iraq, and that there is no confusion, no cloud about this
being an occupation.
And I would also say that this all goes hand in hand, as I think
the other witnesses have already said -- you can't progress in
security alone. You've got to have the economic piece, the political
piece, which is the 30 June piece, the nearest part that we can look
forward to. And then you have to have the security piece. And they
all have to march forward together.
ALLARD: The other thing -- I want to drill (ph) down the
demographics. We've got apparently a large population of males that
are uneducated, unemployed in Iraq.
Isn't there a role for some of our allies, or even countries like
France and Germany, for example, who have fairly large Muslim
populations, to get those men in some sort of an educational program,

2004 WL 1427510 (F.D.C.H.)                                                    Page 26
2004 WL 1427510 (F.D.C.H.)

so they can get some vocational training, goals or whatever? Isn't
there a role there for that? Is this something everybody is ignoring?
Or are we trying to address that population?
It seems to me that they're the ones of fighting age, and they're
the ones with spare time, and they're the ones that we seem to be
competing for, as far as this insurgency issue is concerned.
ARMITAGE: I can give you a partially satisfactory answer, I
think. I've got the figures that we would cite as the number of
Iraqis we employ in the various projects, and actually they're quite
impressive. But not having been out, myself, for three to four
months, I'm not confident that I've really got my hands around it.
But I will provide those for the record.
In terms of our allies, as you recall, about $13 billion was
pledged at the donors conference, and about a billion of that has been
dispersed. Some of it is in -- in fact, the great majority of it, is
in projects that employ people.
ARMITAGE: I do not, however, know specifically of their
vocational training programs that any of our foreign friends have
undertaken. I'll provide it for the record, Senator Allard.
Thank you.
WARNER: Thank you very much, Senator.
Senator Reed?
REED: Secretary Wolfowitz, in your recent discussions with Prime
Minister Allawi, did you discuss his proposal for martial law?
WOLFOWITZ: We didn't discuss it specifically, no, Senator.
REED: I would think that that would be an item of intense
interest, since he's announced his intentions. In fact, reports today
in the press suggest that plans are being undertaken for types of
increased national security provisions or some other euphemism.
And you did not discuss it at all?
WOLFOWITZ: We didn't discuss it specifically, unless my memory
is failing me here.
But we -- let me be clear. We talked a lot about the need for
close consultation on a range of sensitive military issues, including
our offensive operations. And a declaration of martial law by him
would clearly be such a policy consideration that would require
consultation with the mechanisms that Ambassador Negroponte will be
running when he is there.
But let me be clear, because I said this earlier, he's not
talking about, as I understand it, declaring martial law on a national
level. He talked about special measures in specific areas where there
are problems, measure like curfews, which we already have the
authority to impose.
And, I think, it's giving Iraqi security forces in those areas
the kind of authority that coalition forces have already. It's
obviously something that will be subject to the coordination of the
Iraqi government.
REED: Do you have a position whether martial law, limited, as
you described, would be necessary at this time, based upon your
extensive experience and personal travels?
WOLFOWITZ: It would depend on the location and the circumstances
in the locations.
And what is meant by martial law, Senator?
REED: Well, I would presume curfews, checkpoints, eliminating
free assembly, eliminating political opponents who might be contrary
to the...
WOLFOWITZ: Well, that's not martial law. And that's out of
bounds, the thing you just mentioned.
What I believe, and I going with press reports here, was
mentioned were curfews, limitations on assembly and searching houses.
And those happen to be all things that our troops do, as appropriate,
in specific locations.
WOLFOWITZ: We're dealing with an extremely dangerous security
situation. You realize that. And the enemy is taking extreme

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

2004 WL 1427510 (F.D.C.H.)
2004 WL 1427510 (F.D.C.H.)                                           Page 27

measures to destabilize civil order. And such measures as curfews and
searching houses and establishing checkpoints are measures that have
to be taken in particular areas. We're doing it ourselves already.
REED: Well, one of the issues that was raised in this whole
discussion of martial law is the capacity of the Iraqi security forces
to do it themselves. I noticed that they are not ready yet for
employment, and it would invariably, I think, draw in United States
forces, either in a supporting role or even in a primary role.
Is that your conclusion, too?
WOLFOWITZ: We retain control over our forces. They retain
control over theirs. The purpose of consulting is where we may
undertake actions that affect them or vice versa.
We've been doing this for a long time in Afghanistan with
President Karzai. He, at times, wants to do things which might be
perfectly within his prerogative to do, but we will tell him, "If you
can do it with your own forces, your own capability, you're entitled
to do that. But we're under no obligation to enforce something that
you simply decide you want to do."
The same thing would happen in Iraq. If Prime Minister Allawi
decides that it is appropriate to have martial law in some area and we
think not, it's going to be up to him with his own forces to be able
to enforce that.
REED: Well, Mr. Secretary, I think, listening to all of you
gentlemen this morning, I'm confused about the strategy. The strategy
seems to be: Let the Iraqis do it, that we have to put Iraqi face on
this.
Yet they don't have the capability to do it alone. The
suggestion that they can carve out pieces of the country, put their
security forces in, even if we disapprove, I think is not reflective
of the situation on the ground.
And what you're describing is also perhaps a potential for
strategic paralysis, where they want to do something, we don't want to
do something.
And I think the poster for that is, of course, Fallujah. Mr.
Secretary, you were here several weeks ago, reading an impassioned
letter for a young Marine that said this is the next Bellawood; we're
going to finish it today. Of course, a few days later we turned it
over to someone who looked remarkably like Saddam Hussein as the
general to control it. And you've indicated today that's still a
situation that's out of control.
There just doesn't seem to be a strategy that's going to work.
WOLFOWITZ: Senator Reed, I think the strategy is clear, which is
not to change things overnight, because you can't change situations
like this overnight, but to build their capacity over time and as
rapidly as possible.
WOLFOWITZ: And the important thing, as Secretary Armitage
referred to a few minutes ago, we have incredibly courageous Iraqi
leaders who are determined to succeed here, who have indicated in all
manner of ways that they are committed to a free Iraq, a democratic
Iraq, but also understand the nature of the enemy that they're
confronting. And their own lives are on the line in doing this.
It's the nature of coalition warfare -- and this is a coalition
between the multinational force and the Iraqis -- that you have to
come to some compromises about at least some coordination of policy.
And I think we are in agreement that the Fallujah situation needs
to be changed. But we didn't change our approach to Fallujah because
the Iraqis might veto what we might do. We changed our approach to
Fallujah because, after consulting with the Iraqis, it was concluded
that the effects of continuing with large-scale military operations in
Fallujah would be sufficiently negative in the rest of the country,
that it was better to go with this compromise to see what results it
would produce and then proceed from there.
ARMITAGE: Senator Reed, if I may, the context of the Fallujah
decision is important, because we were trying to stand up and assist

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

the efforts of Lakhdar Brahimi to get an interim government. And this was the Fallujah activity and the heavy military involvement by the United States that was very much interfering with our ability to put together what I think all hands would agree is a pretty impressive interim government of Iraq, sir.

REED: Thank you, Mr. Chairman.

WARNER: Thank you very much, Senator Reed.

Senator Sessions?

SESSIONS: Thank you, Mr. Chairman. I believe we've had a valuable hearing this morning.

You know, I'd just like to ask one thing about, sometimes the media and sometimes what we in Congress and what our commentators say, what kind of impact that might have on our success, our troops and the potential success for the people of Iraq.

One of the things that's concerned me -- we've had a number of hearings with regard to the terrible abuses that occurred in Abu Ghraib prison, but the evidence, the policy directives, the memorandums, the commands that we've seen that were sent to those guards indicate clearly they were not told to do any of these things, and it exceeded any powers they may have had, and they were in violation. They're being prosecuted, General Myers, as you indicated earlier, and they're being disciplined for that.

SESSIONS: Secretary Wolfowitz, isn't it true that we need to be careful that when we make criticisms of our military and our government, and the policy that we have, we need to found those on true facts; we don't need to exaggerate the problems we have? We had a real problem. We certainly don't need to exaggerate it.

And how did that impact our success potential in Iraq?

WOLFOWITZ: Well, as we said earlier, we are, in no small measure, in an information war, and the enemy is very good at spreading lies. I think we have to be very careful, especially where we're talking about something like this, to make sure that we have our facts right.

It is a great strength of this country, and I felt it was appreciated in Iraq, that unlike not only the previous government in Iraq, but most governments that they're familiar with, we don't condone abuse, we don't tolerate abuse. We, in fact, expose it when it happens, and we punish it. And that, I think they're noticing, is a very different way of proceeding.

But I think it's also important, without minimizing the abuses or minimizing our horror at the abuses, not to loosely characterize things that were done that were not done.

SESSIONS: Well, I know it complicates the lives and the work of our people and could even put them at risk.

And we had recently seven prisoners who had been prisoners under Saddam Hussein, who did nothing more than deal in currency, apparently, at some point, American currency, in the course of their business. And I think many of them were in Abu Ghraib, and they had their hands chopped off.

And when I asked about the abuse by Americans in the prison system at the press conference I attended, one of the Iraqis that lost his hand said, "Well, the Americans, it's not their policy. They criticized it. They're conducting investigations, and they're punishing people who did wrong."

And that's a lot different from Saddam Hussein, who wanted a video -- and we saw the video -- he wanted a video to make sure that he personally saw these punishments being carried out. So it's a big change has occurred in Iraq, and I wanted to make that point.

SESSIONS: One of the things that strikes me and that we've said here earlier as so important is the courage of the leaders of Iraq. Prime Minister Allawi appeared recently when that horrible bombing attack occurred that killed, I believe it was, 13 people who were waiting to sign up to be policeman in Iraq, to fight terrorism. And within hours or within an hour, he was on the scene, right

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

there, and made these comments, which I thought was important. He
said, "'It's a cowardly attack aimed at the stability of Iraq, aimed
the people of Iraq,' Allawi said, sweat glistening from his forehead.
'The government of Iraq is determined to go ahead and confront the
enemy. Justice will prevail.'"
Is that the kind of thing -- to me, that's the kind of thing
we've got to have.
I believe he also responded to the attack on the oil pipeline.
Secretary Armitage, do you have any thoughts about this kind of
event and how important it is?
ARMITAGE: Well, it, I think, goes hand and glove with what I was
suggesting about less invisibility. When our two excellent spokesmen,
General Kimmitt or Mr. Senor, would make that same announcement, it
doesn't carry near the import of a prime minister standing out there,
as you suggest, with sweat on his brow, saying, "This is against
Iraqis. This is against us. This is not about occupiers. You're
killing us."
I think it also says something, by the way, that the 13 people
who were killed in the mentioned explosion were trying to sign up in
what is probably the most dangerous occupation in Iraq these days,
that of a policeman. Why? Clearly because the police ultimately are
going to be what provides local and neighborhood security, which then
provides security for a whole city, which provides security for a
whole district. And the terrorists know that; that's why they're
targeting these guys.
WOLFOWITZ: Senator Sessions, I think there's a connection
between the two things you commented on. One was the horrors of the
old regime, and the other is the courage of the people in standing up
to build a new Iraq.
I think one of the things that inspires their courage is the
recognition of how horrible the past was and what a horrible future
the terrorists and their Saddamist allies would like to bring Iraq
back to.
WOLFOWITZ: I think I said it earlier, the terrorists' great
strength is their ability to kill and destroy in horrible ways. But
it's also their great weakness. They offer no positive vision for the
country.
And I go back to what that father of that impressive young
interpreter I mentioned in my opening comments whose sister was
assassinated by the enemy because she was working with us. And when
asked why do you still work with us after that, and she said, "My
father told me, you mustn't retreat in the face of evil," the Iraqis
understand the evil of the past. It causes a lot of problems. It's,
in some ways, a tortured country. But I think it also produces a
great deal of courage to stand up in the face of it.
SESSIONS: Well, I thank all of you for the work and the
commitment you have given to this. I do believe that we're at a point
where we've got to be there. We've got to be strong. And they've got
to know that they have our support and that we're not going to cut and
run.
And then, I think they'll step up, and that they'll continue to
step up. And I'm pleased to see people are signing up to be
policemen, even though they are being targeted. That's also a very
good indication.
Thank you, Mr. Chairman.
WARNER: And, Senator, we thank you for bringing back some of
those historical benchmarks as we look at today's problems.
Senator Ben Nelson?
BEN NELSON: Thank you, Mr. Chairman.
And thank you all for your service, your commitment and for being
here with us today. We appreciate it.
For some time now, I've been an advocate and a proponent, in
particular, for more NATO involvement. And I know that you all share
the interest in internationalizing, on a greater basis, the effort in

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

2004 WL 1427510 (F.D.C.H.)                                                              Page 30
2004 WL 1427510 (F.D.C.H.)

Iraq.
And last month, I sent Secretary Powell a letter stating this,
and suggested that for the U.S. government to be asking, for the
administration to be asking for NATO's support, may not be putting the
best foot forward, particularly as it related to the president
speaking to President Chirac most recently.
I have felt, and I continue to feel, that the best proponent for
that NATO involvement, the best petitioner, would be Prime Minister
Allawi. And now I understand the president is taking the prime
minister's letter to NATO right now to ask for that support.
Once again, if we're going to take the training wheels off, we
need to talk about sovereignty. And, in this sense, I'm more
interested in that they appear to be the petitioner rather than a
puppet.
BEN NELSON: And so I wonder how we believe we're going to get
the right kind of result, how we're going to get a "yes" when we've
been getting, in some cases polite, in some cases a little less polite
"noes" so far.
And I would leave it up to either of you, Secretary Armitage or
Secretary Wolfowitz, to respond.
ARMITAGE: Senator Nelson, I'll give it a go.
The prime minister's letter was, of course, to Secretary General
Jaap de Hoop Scheffer of NATO, which, I think, puts him right in the
spot that you were suggesting to Secretary Powell: Go to NATO, let
NATO and the secretary-general bring this forward.
In my understanding, that is the discussion that the secretary-
general wants to have. We are, obviously, going to support it. I
don't think we can...
BEN NELSON: But we're a fairly expensive courier too, aren't we?
ARMITAGE: Well, we are couriers, but the president's going to be
there anyway...
BEN NELSON: OK
ARMITAGE: ... so he'll speak up.
Both Paul and I have spoken in Brussels to the NAC about these
matters, not putting ourselves in the position of being the
[****]. We wanted to just have the discussion about what the
equities were in Iraq.
And if we're successful, and that is a democratic country, you've
just changed the Middle East in a way that was unfathomable four years
ago, and trying to get NATO friends interested in this.
I believe they are. We've had several discussions with the
secretary-general. He is going to carry the water at Istanbul. But
we're certainly not going to shy away from supporting him fully.
We've made our views known on this.
BEN NELSON: Mr. Secretary?
WOLFOWITZ: It's worth pointing out that 15 of the 33 coalition
partners are NATO allies, and some 18,000 NATO troops are serving
alongside us in Iraq today, not as NATO, but in their national
capacities, and quite heroically. And I think some 100 coalition
soldiers have lost their lives in this fight already, to date.
It is the case that NATO's capacity has been whittled down
enormously over the last 10 years, and we're finding that our allies
are stretched pretty thin just to support what they are already
committed to in Afghanistan.
And we're working with them. We're hoping for more. We're
hoping particularly that some who haven't contributed yet, like the
French and the Germans, might be able to contribute to the U.N.
protection mission in Iraq.
BEN NELSON: And we are looking for that, in some capacity,
training security forces...
WOLFOWITZ: Exactly.
BEN NELSON: ... rather than providing operational forces.
WOLFOWITZ: Well, and that's exactly what I wanted to say,
because the prime minister has later emphasized that our NATO allies

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

2004 WL 1427510 (F.D.C.H.)                                                    Page 31
2004 WL 1427510 (F.D.C.H.)

have a lot of capacity to train and equip Iraqi forces. And that
could be a very helpful contribution that doesn't put additional
strain on their own forces.
BEN NELSON: But on the basis of perception versus reality, it
just struck me that if we're going -- you can't be partially sovereign
any more than you're sort of unique. It seems to me that it would
have been better for Prime Minister Allawi to go and become the
petitioner and make his presence known in that request.
ARMITAGE: If I may, my understanding is Foreign Minister Zebari
is going to fulfill that role...
BEN NELSON: He's not taking the letter apparently.
ARMITAGE: Pardon me?
BEN NELSON: But he's not carrying the letter?
ARMITAGE: No, the letter's been sent. Every NATO member has it;
we have it. But he's going to fulfill that role.
There's a question about whether the prime minister, at this
crucial time of turnover, should be out of the country. I would argue
no. And that's why he's not there.
BEN NELSON: I see.
WOLFOWITZ: Senator Nelson, I don't think we're the ones carrying
the letter. My understanding is the letter went on Monday by whatever
courier system from the prime minister directly to the secretary-
general.
BEN NELSON: All right, thank you.
My other question is, as we -- and I understand the analogy about
a bet, but I hope we're not into a gamble de jour, as we move forward.
We look at Fallujah, we expected laying down of the arms, that we
would be liberators not occupiers, that the number of troops that we
took to accomplish our mission were based on certain assumptions.
We may not have secured the ammunition dumps. I know it's a very
difficult task, but we didn't do that. Now, we're facing IED
explosive devices. We didn't keep the peace in order to win the
peace, because law and order broke down at certain points.
You know, do we have a backup, just in case the security efforts
that we expect to get from the Iraqi people fighting for themselves
doesn't materialize the way we believe and hope and maybe bet that it
will?
WOLFOWITZ: Senator, I think you always have to be prepared to
adjust, and especially adjust the schedule.
WOLFOWITZ: And we acknowledge that it's been slower, partly
because of our own procedures on our side, getting some equipment in
the hands of Iraqi forces, for example.
I think we will meet that schedule. And I think if we don't, we
just have to, I think, be prepared to be a little more patient.
I think the ultimate goal is an Iraq that is governed by Iraqis
and defended by Iraqis. That's really the only formula for success.
And I think it's worked in many other places over the last 50 years.
I think it can work there.
ARMITAGE: If I may, Senator Nelson, I think it's interesting to
note that, even with the horror of the beheadings and the terrible
tragedies there, that some of our coalition partners have actually
extended their mandates with overwhelming votes in their parliaments
-- the Italians, for instance, the Dutch.
BEN NELSON: The Koreans.
ARMITAGE: The Koreans, who went ahead in the face of this.
So I apologize for even using betting terminology. I didn't mean
to be so frivolous.
BEN NELSON: No, I understand.
ARMITAGE: But we are making the assumption, and I believe a good
assumption, that Iraqis will fight for Iraq in a way, with more
enthusiasm than they fight for what's seen as an occupying power.
BEN NELSON: Thank you.
Thank you, Mr. Chairman.
WARNER: Senator Dayton?

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

2004 WL 1427510 (F.D.C.H.)                                                    Page 32
2004 WL 1427510 (F.D.C.H.)

DAYTON: Thank you, Mr. Chairman. I agree with the sentiments
that have been expressed by my colleagues on both sides of the aisle
here, that it's imperative that we succeed in Iraq both in reality and
national and international perception.
And I'm concerned because -- and this parallels some of the other
questions that have been asked, but I want to go into it again,
because our troops have been heroically performing there for over a
year. They have won the victories that the president initially said
were the primary reasons for this war. You know, they toppled
Saddam's Hussein. They eliminated or captured him, his sons and most
of his henchmen. They determined conclusively that there are no
weapons of mass destruction that threaten our security.
It seems to me that now our mission, and therefore the
preconditions for our success, in Iraq have been expanded.
The president said, at his speech at the War College last month
-- here's a quote: "Our agenda is freedom and independence, security
and prosperity for the Iraqi people."
How long is it realistically going to take before we could
imagine that we would see Iraq achieve that level of progress?
DAYTON: Either Secretary Wolfowitz, Secretary Armitage.
I mean, we need (ph) more policy than military.
WOLFOWITZ: I think it's important to keep some historical
perspective here. First of all, we were absolutely clear from the
beginning that we had to win the peace as well as win the war.
And we are still fighting the war. I would not say the majority
of Saddam's henchmen have been defeated. Unfortunately, they're a
significant part of the enemy that we're facing, and they're still out
there.
And Saddam himself didn't surrender until he was captured, and
his close associate, Izzat Ibrahim al-Douri, hasn't surrendered yet.
He's probably funding terrorism...
DAYTON: Top henchman, I stand corrected.
WOLFOWITZ: Well, no, it's actually some of the more junior ones
who are the real professional killers, like the members of this
Mukhabarat unit called the M14. It's the so-called anti-terrorism
unit -- excuse me, it's George Orwell at work. They specialize in
kidnappings, hijackings, bombings and assassinations. And they're
still doing bombings and assassinations.
So the enemy is still out there. It is an evil enemy. The Iraqi
people know what an evil enemy it is, and they know what evils it did
in the past.
The key to winning here is building Iraqi capacity. We hope we
can do it faster than in Germany at the end of World War II. But I
mentioned earlier, it wasn't until 1948 that we suddenly -- I mean,
suddenly we came in with the Marshall Plan because we saw Europe going
down the tube. It's been decades in Korea, and I'm not -- I hope it's
not decades in Iraq.
But patience is important here, I think, particularly because --
and it's a kind of paradox -- the more patient we are, the less we'll
have to wait. The more people are convinced that we're not leaving --
and I welcome Senator Kennedy's comment earlier. I hope everyone on
the enemy's side and our side in Iraq understands Americans are not
cutting and running.
DAYTON: Mr. Secretary...
WOLFOWITZ: ... Iraqis are not cutting and running. And the
sooner everybody understands that, the sooner at least the less
hardcore enemy will say, "OK. I give up," especially if this
government can find ways to peel off the less-evil-doers and kind of
bring them back...
DAYTON: Mr. Secretary, I don't know anybody here who's talking
about cutting and running. And I really, you know...
(CROSSTALK)
DAYTON: Let me make my comment, please. We're put in this
position, and words are used by either colleagues or the

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

administration, you know, that we lack resolve, we're cutting and
running, we're going to be defeated. I'm saying we won -- our forces,
our troops heroically won victories they were sent for.
And there are 140,000 of them over there now, and their families
are back in Minnesota and other states. And, sir, they're not
patient. And I don't think it's realistic to expect them to be
patient. And I talked with a lot of the men and women who served over
there who are back in Minnesota. They're proud of what they did, and
no one's complaining about being there, really, in the bottom of the
corps (ph). But they're not patient to come home.
And they shouldn't have to be, sir, because these are matters of
policy. And that's why I really am offended that when we ask the
challenging questions here, even more by some of our colleagues who
were accused of not supporting our troops. I support our troops. I
want to bring them home safely as soon as possible, with their victory
secured. And I know you do, too. But I want to...
WOLFOWITZ: Senator...
(CROSSTALK)
DAYTON: No, I'm not done.
We have a responsibility to the American people and especially to
the families of those who are serving over there and to those who are
serving there themselves to be straight with them about what we've put
them in there for at this point now and when we expect to have them
come home.
I asked General Casey yesterday. Then I'll give you a chance to
respond, sir. I'm sorry, Senator Clinton asked General Casey how long
he thought we were going to be keeping this current force level; the
140,000 is what he identified. And he said, as the chairman pointed
out, for planning purposes, they're talking about keeping that force
level there through February of 2007. That's a long time from now.
Is that we've really got ourselves into here, that kind of force
state for that period of time?
WOLFOWITZ: Senator Dayton, first of all, I share your impatience
to win this thing. And we are very impatient when it comes to things
like building up Iraqi security forces, because that's how we're going
to win.
I only meant -- and believe me, I was welcoming the fact that
nobody that hear in responsible positions is talking about cutting and
running. And I think it's very important that that message is clear
to all Iraqis.
What General Casey talked about is a planning assumption, which
is to say you figure out how you will manage if that's the way things
turn out. It's not a prediction. I think anyone would be kind of
foolish to make predictions. I don't think General Casey was.
I mean, Bosnia, which was a much simpler situation, turned out to
be longer than it was predicted initially. We've made steady progress
there. It's eight years later, and we're about to finally end that
mission.
WOLFOWITZ: Korea and Europe, which were really high-stakes
missions, like this one, have lasted a long time.
I'm most impatient though, sir, not at the numbers issue, but at
getting Iraqis in the front lines so that they are the ones who are
doing the fighting. And if our troops are there, at least they can be
there in relative safety in a supporting role.
That, I think, is what we're working for. That is General
Abizaid's strategy, as we could lay it out for you in a classified
session. It's to put us in the supporting role and the Iraqis in the
front row.
It's working in some places. It's working up in Mosul. It seems
to be working down in Basra. We'd like to see it working all over the
country.
DAYTON: Well, my time's up. I just want to clarify one point,
if I may, because I met with some Iraqi citizens in Minnesota last
weekend, half of whom are now American citizens and others here

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

2004 WL 1427510 (F.D.C.H.)
2004 WL 1427510 (F.D.C.H.)                                        Page 34

legally. And they said that -- a couple of them had been in Iraq just
recently, and one of them, in particular, in Baghdad, in the last
several weeks.
He said that the electricity situation in Baghdad is now
typically eight hours on, 16 hours off, and sometimes it's worse than
that. Is that accurate?
WOLFOWITZ: I can't speak to his precise numbers. The sabotage
levels are very high, and that produces a lot of shortages.
Actually, the production is up. It's now considerably up over
what it was pre-war. Demand is also up. I mean, when you fly over
Baghdad, you see every roof just covered with satellite dishes, and
people are buying air conditioners that they never had before.
The supply is growing, but the demand is growing as well.
DAYTON: My question, Mr. Secretary, is that an accurate
statement of the condition in Baghdad -- eight hours on, 16 hours off?
WOLFOWITZ: I'd have to check. I don't think it's that bad, but
there are a lot of blackouts.
(CROSSTALK)
DAYTON: ... provide that response for the record, if you don't
have it accurately.
WOLFOWITZ: General Myers...
MYERS: Well, I don't have it accurately, but there has been
terrific sabotage against transformers and power lines in recent days.
Prior to that, we had produced more electricity than Iraq has
ever seen in its history. And now, the ability to distribute that is
impacted by the attacks on the infrastructure.
We have mitigation efforts under way right now to mitigate that.
DAYTON: Having been there in the summer, that is close to the
situation. Whatever the circumstances, I realize there are those
sabotages going on -- refrigeration, air conditioning and running
water. And, you know, the population, that's one of the reasons
they're not happy.
WARNER: Thank you very much, Senator.
I want to make sure that on the issue of bringing the troops
back, each of the witnesses had adequate opportunity to reply to
Senator Dayton's question.
ARMITAGE: Just if I may, bringing the troops back will be a
function of security, so I defer to my colleagues.
But this is the Armed Services Committee. I think it's fair also
to commend, in addition to the 140,000 heroic troops who serve, the
hundreds of diplomats who serve and, by the way, don't carry guns and
have served and will continue to serve there. They are your citizens
as well, and they're our sons and daughters as well.
And I know this is not a committee that normally talks about
diplomats, but I represent them now, so I appreciate the opportunity
to put that in.
WARNER: Thank you, Secretary.
Yes, General?
DAYTON: And we appreciate their service.
WARNER: Just a minute, Senator Dayton. Let's just let the panel
finish.
General Myers?
MYERS: Mr. Chairman and Senator Dayton, I would just add that
we're going to do prudent, worst-case planning, which may have been
what General Casey referred to. I didn't hear his comments. But
we're going to continue to do that, so we can continue to source and
provide the kind of predictability that some units haven't had. And
so we've got to do that.
But nobody is predicting the force levels right now. General
Abizaid has said he needs several months after the interim government
stands up and then he's going to take a look at where we are.
DAYTON: I want to be very clear. General Casey said this was
planning, not making predictions...
MYERS: Right. Good.

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

2004 WL 1427510 (F.D.C.H.)                                                    Page 35
2004 WL 1427510 (F.D.C.H.)

DAYTON: And, Mr. Secretary, I share your view about the
diplomats and others who are performing heroically there as well.
ARMITAGE: And we're going to be there for a lot longer than
2007. Our planning is way out there.
WARNER: All right. Thank you very much, gentlemen.
Now we'll go to Senator Akaka.
AKAKA: Thank you very much, Mr. Chairman.
Secretary Wolfowitz, this past Tuesday, at a House Armed Service
Committee hearing, you were asked about mistakes made in Iraq. In
your answer, you mentioned that you believed a mistake was made by not
having the funding flexibility to fuel Iraqi security forces faster,
and that it has taken too long to get equipment but it is finally
arriving.
You stated, and I'll quote, "If we had been a little less fussy
about competitive contracting and a little more eager to get guns and
radios in the hands of Iraqi police, it could have been done faster,"
unquote.
AKAKA: I must tell you that that statement troubles me.
Congress has appropriated billions of dollars in support of DOD's
efforts in Iraq. And I believe the real problem is inconsistent
administrative oversight and a lack of a systematic control on the
part of the department.
My question is, can you please explain further what you meant
when you said that if we had been a little less fussy about the
competitive contracting?
WOLFOWITZ: I don't think I really mean that we should have been
less fussy. I think we have very elaborate procedures for letting
contracts.
And, for example, one critical contract that was for equipping
Iraqi security forces was awarded. It took some time to award it,
because of all the procedures that we have to go through to do a
request for proposal and all of the things that go with it. And then
it was appealed.
And when it was appealed -- "fussy" is the wrong word -- the
lawyers told us you can't now go and use Iraqi funds to purchase the
same things because that would be seen as going around the appeals
process. So we added another couple of months, I think, before that
was resolved.
When you talked to our commanders, they say the money that we get
through the commanders' emergency reserve program that comes straight
to us is bid competitively. It's bid at a local level. It's bid
without all of the large contracting apparatus that seems to grow, as
you go up the food chain. And they get, I think, very good value for
the money, and it is done competitively.
So we should be fussy about how money is spent, particularly the
American taxpayer money. But I think sometimes our procedures are
cumbersome, and they're oriented more toward peacetime economic
development programs and don't recognize that, in wartime, these kinds
of projects are every bit as important as tank, ammunition, and we
find a way to do those things more expeditiously. That's really all I
meant, Senator.
AKAKA: As you know, in my questioning of our hearings, I've been
almost exclusively asking about contractors. And so, I'm concerned
about contracting and...
WOLFOWITZ: You're right to be.
AKAKA: I also have a follow-up question on contracting practices
in Iraq. The recent prison abuse scandal has highlighted that there
are many private contractors working in Iraq.
Can you tell me, is the department administering some sort of
tracking mechanism of all of these contracted personnel? And if so,
who in the department is responsible for maintaining and tracking both
American-contracted employees as well as contracted employees from
other countries?
WOLFOWITZ: There are many, many different categories of

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

2004 WL 1427510 (F.D.C.H.)                                                    Page 36
2004 WL 1427510 (F.D.C.H.)

contractors. And let me try -- and General Myers or Secretary
Armitage might have a different view. Contractors that work for the
U.S. military, we have certain responsibilities for, both for their
conduct and for their protection.
There are a large number of other contractors that work in Iraq.
They are there basically on their own, under obligations of Iraqi law.
They are largely responsible for their own security.
There is, I guess you might say, a middle ground where there are
contractors which are in that latter category, but they're executing
important reconstruction projects, many of them, in fact, funded out
of our congressionally appropriated supplemental.
And their security is a matter, in the first instance, of their
responsibility, but it is a matter of concern for us. And our
military commanders try to establish communications with those
contractors so that, in emergencies, we can hopefully back them up.
Obviously, the tragedy that happened with the four Blackwater
contractors in Fallujah is an example of where we weren't able to help
them, unfortunately.
General Myers, do you want to add to that?
MYERS: No, I think going forward, after 30th June, that the
amenity that will be afforded to the U.S. armed forces will also be
afforded to contractors that are working for the United States
government, as well as foreign liaison personnel.
And so they are going to be protected as long as they are
performing the duties they were contracted to perform, and that they
will continue to have the inherent right of self-defense, all of the
contractors that are performing in Iraq.
MYERS: It's also true that the multinational force will have the
authority post-30 June to protect contractors. And it will be up to
the commander of the multinational force, General Casey, now that he's
being confirmed, and the contractors to work out where that will
occur.
AKAKA: Thank you for your responses.
My time has expired. But let me say that I have been
particularly concerned about the line of command and the way in which
the contractors come under that line. So we will be talking about
that later.
Thank you very much, Mr. Chairman.
WARNER: We thank you very much, Mr. Akaka.
Senator Bayh.
BAYH: Thank you, Chairman.
And, gentlemen, thank you. These hearings are important, but so
are you other responsibilities. And I'm well aware that it takes some
time to prepare for these things. So your trial by ordeal is about
concluded.
I have three questions. First, I would like to touch upon the
stakes in the struggle in which we are engaged and the consequences to
our nation's security if we are ultimately not successful; secondly,
how we hope to win; and, finally, what contributions toward our
success we can expect from the Iraqis in the nearer term.
First, as you're well aware, there were differences of opinion
about embarking upon this course of action, but we're there now.
And I'd like, in particular, to get your opinions about two
things: First, if we were to withdraw precipitously, would those who
are adverse to the interests of the United States of America, in all
likelihood, after a period of violence, seize control of Iraq? That's
number one.
And number two, have these people articulated any positive agenda
for that country? Do they have political demands, or are they simply
opposed to the democracy and freedom we are attempting to create
there?
So, that's another way of saying, is there any alternative to a
struggle to try to suppress them, because they have no positive agenda
that they are pursuing in the political process?

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

BAYH: So, number one, are our adversaries likely to seize
control of the country if we do not persevere? And secondly, do they
have any positive agenda, is there any grounds for negotiation, or is
this simply a struggle that we must persevere in and ultimately
succeed?
WOLFOWITZ: I think you used the word "precipitously," and I
think that's the key. Ultimately, and hopefully sooner rather than
later, we hope, in fact, we can significantly reduce our presence and
our role. But it has to be keyed not to a particular date, it has to
be keyed to the building of Iraqi capacity.
I think it is remarkable the extent to which this enemy offers no
positive vision at all. I mean, we have a group of death worshipers,
on the one hand, in Mr. Zarqawi and his people who believe in blowing
themselves up so they can blow up other people, and we have the
killers from the old regime who have been doing that sort of torture
and chopping off of hands and cutting of tongues that Senator Sessions
referred to earlier for several decades.
And I think that is -- and I'll say it again -- I think that's
why so many Iraqis are prepared to stand up and fight for what they
call -- very often the phrase seems to be "a new Iraq." I think it
means a free Iraq, it means things that we Americans, I think will
like, but for them it's a new Iraq, and it's the newness that's
important. And it has to be their country.
And I think our great strategic advantage is that the enemy
offers nothing.
BAYH: It seems to me we're involved here as a test of the
perseverance and the staying power of the American public. And the
reason for my question is, I anticipated your answer, it seems to me
that there is no positive agenda on the part of our adversaries, and
in fact they would be hostile to the interests of the United States of
America. And I think it's important for the American people to be
aware of that, because that will obviously factor into their support
for the cause upon which we've embarked.
General?
(CROSSTALK)
MYERS: Senator Bayh, if I may, you asked what the stakes are,
and I think the stakes go far beyond Iraq. I think Iraq is very
important, and I think it has all the potential that Secretary
Armitage said, but this goes back to a question that was asked
earlier, where we showed U.S. resolve in 1983 in Beirut in a certain
manner. We did it later on in Somalia. We did it after the Cole
attack.
MYERS: We did it after Khobar Towers.
This adversary is -- their aim is -- it's an extremist movement
-- their aim is to go back to the 7th century and establish a
caliphate for Muslim nations.
That is the threat. That is a very extreme threat. That is
bigger than Iraq, but Iraq is a crucial battleground for them because
what they're counting on is the same sort of reaction they saw in
1983, the same sort of reaction they've seen every time we've been
tested.
And then it goes to the question that Senator Sessions talked
about, which is the test of wills and resolve. This is clearly a test
of wills. It's clearly a test of our patience. I think it's
absolutely essential to our national security.
As the military adviser to the president and National Security
Council, I personally don't think there's been a greater threat to our
national security than this type of extremism. Through a few
perpetrators on September 11th, 2001, it was 19 individuals that
brought down the World Trade Center, killed 3,000 individuals, and hit
the Pentagon and killed several hundred more.
BAYH: It's important for the American people to know what the
stakes are, both on the upside, as Secretary Armitage mentioned...
MYERS: Couldn't be higher...

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

2004 WL 1427510 (F.D.C.H.)                                                        Page 38
2004 WL 1427510 (F.D.C.H.)

BAYH: ... concerning democracy, but also on the downside, if we
are ultimately not successful.
MYERS: Could not be higher, in my opinion.
ARMITAGE: If you'll allow me?
BAYH: Yes. And then I do want to get to my second question.
But please, no, please go ahead.
ARMITAGE: What has happened in the last couple of weeks in the
Middle East is rather amazing. You've had Arab League, you've had the
OIC, the Islamic Conference -- Organization of Islamic Countries --
come out and put a forward, very positive view -- forward-looking,
very positive view of the new Iraqi government.
Now, why do I underline this? That government is not yet
democratic, but the whole aim of that government is to get a democracy
in the Middle East by December or January of 2005. And you put that
together with what came out of the G-8 in terms of what is now being
called modernization in the greater Middle East, which is another word
for reform, and you've got some real movement that could be thwarted
in the Middle East, in general, if we don't follow through and if
we're not successful.
BAYH: Thank you, Mr. Secretary.
My second and now final question has to do with how do we win.
We've established here that our adversaries are not engaged in the
political process. They reject civil society. They have a view that
they would like to impose akin to the dark ages.
BAYH: And it seems to me unlikely that at least in the
foreseeable future, we will be able to kill them all.
So how do we ultimately win this?
And here's the point that I'd like to get to: It seems to me
that ultimately it's the Iraqi people themselves that need to reject
these extreme elements and themselves make the conditions within which
they flourish no longer existent in that society.
Things are fairly good in the north. With some exceptions, they
are fairly good in the south.
So am I correct in saying what we're really talking about here is
the Sunni part of the country?
Which gets to my question. What will it take to enlist the
Sunnis in the cause of building a democratic, stable Iraq.
And, as has been mentioned by some of my colleagues: What are
the benchmarks that we're seeking to -- how will we know that we're
making progress with the Sunnis, and the Sunnis themselves rejecting
these sorts of extremist elements in their own midst?
Because I'm assuming without the Sunnis ultimately coming on
board, it's going to be very difficult to establish the kind of
security, given the asymmetry here, that we're going to need for a
democracy to be successful?
ARMITAGE: You're dead right, got to have them on board.
I believe one of the things that has been accomplished by the
Iraqi interim government that really helped calm part of the Sunni
population down was the number of Sunnis who participate and the
level. You saw one of them, the president, who happens to be a
leading tribal sheik as well.
So the first element of bringing them on board is to make sure
that they understand that they have a future in the new Iraq and they
won't be disenfranchised. That's number one.
Number two: They've got to see that some Sunnis do hold
positions of legitimate and real power, which I think they see.
Number three: We've got to do a better job. And one of the
mistakes that I have testified with Paul about, that I think we made
is we didn't empower the tribal sheiks to a higher degree earlier on.
So we've got to continue that.
Four: We have to continue to bring down the unemployment in the
Sunni areas, which our military commanders, I think, are doing a
fantastic job by use of the CERP funds.
So all of the elements are there. And they are coming together.

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

2004 WL 1427510 (F.D.C.H.)
2004 WL 1427510 (F.D.C.H.)

Now, will they, Senator, I don't know. I think so.
WOLFOWITZ: I would add, I mean, I think Saddam practiced almost
equal opportunity oppression. I mean, he killed enormous numbers of
Sunnis as well.
And I think part of our problem, throughout the country and
particularly in Sunni areas, is people don't like to be occupied. In
fact, I think it was General Mattis had a mayor out near Fallujah, who
was a Sunni, said to him, "In my heart, I want you to leave tomorrow.
WOLFOWITZ: "In my head, I know I need you for a while longer."
I met up in Mosul with this very courageous governor who on April
9th, when they were under attack from the enemy, stood his ground
through the night in the government house. And while the police were
unreliable, the Civil Defense Corps people and the Facilities
Protection Service people stood their ground. They were able to fight
off the enemy knowing that we were there to help as needed, but they
didn't need us. It's a wonderful story. And this man is a Sunni
Arab.
I think having them have their own government, their own country,
and getting us out of the situation of making them an occupied country
I think will help, particularly -- it'll help with everyone, but I
think particularly with the Sunni Arabs.
BAYH: Last thing I'd say -- and, Mr. Chairman, thank you for
your forbearance -- General, I would assume that the -- since I'm on,
as Senator Roberts, Warner and others, are on both the Intelligence
and the Armed Services Committee -- I would assume that another
indicator will be the intelligence flow that we're getting that enable
us to conduct some of these pinpoint strikes in Fallujah and in places
like that, the extent to which Sunnis and others are saying, "Look,
here's where the bad guys are. We don't want them in our midst
anymore. Help us eradicate them."
MYERS: Absolutely essential, and absolutely has to be part of
it, Senator. You're right.
And what, I think, General Casey will work on very hard --
because we've already started with his predecessor -- and that is how
do we share information. I mean, we got to be able to move
information around very quickly in this type of a threat environment.
And so there's some structural things that need to be done, as
well. And we've got to be willing to share. They've got to be
willing to share. So far, the Iraqis have been very willing to share
information with us. And we need more of that type of help.
Absolutely.
BAYH: Thank you very much, gentleman.
WARNER: Thank you very much, Senator. Particularly that last
question that goes to the heart of what we're trying to work with.
Senator Pryor?
PRYOR: Thank you, Mr. Chairman.
Secretary Wolfowitz, I'd like to focus, if I could, for a minute
on Mr. Zarqawi. I'd like to ask if he is or is not AL Qaida.
And the reason I'm asking this is in today's New York Times --
I'll quote it. It says, "Intelligence officials say it is not clear
if Mr. Zarqawi is an associate or a rival of Mr. bin Laden." And then
it goes on to talk about he's shown a propensity to target Shiite
Muslims whereas apparently Osama bin Laden is trying to unify the Arab
world -- or the Muslim world. But I'd like to get your thoughts on is
he or is he not AL Qaida?
WOLFOWITZ: I think the relationship between him and bin Laden is
murky. He was running a terrorist training camp in Afghanistan under
the Taliban when bin Laden was in charge. He seems to have an
association that goes back some ways.
WOLFOWITZ: That's why we talk about him as associated, though,
rather than -- he obviously shows a streak of independence.
He's not just an anti-Iraqi terrorist, he's done terrorist
actions in Jordan. In fact, he was involved in the millennium plot in
Jordan back in the year 2000.

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

2004 WL 1427510 (F.D.C.H.)                                              Page 40
2004 WL 1427510 (F.D.C.H.)

He's been involved -- I think we're pretty certain about this --
in plots in Georgia, in the former Soviet Union, in London, in Paris.
I mean, this is a worldwide terrorist with probably his own ambitions.
I think the important point is, he's a killer.
PRYOR: And he's on the loose in Iraq.
WOLFOWITZ: Yes.
PRYOR: Now, I understand that we're in an open session here, and
I'm sensitive to that, and if you can't comment, I'd like to follow up
in a different forum. But did we have a chance to take Zarqawi out of
the equation in the early days of the campaign in Iraq, maybe even
before we started in the war phase of Iraq?
WOLFOWITZ: There's some legends around about maybe we had a
chance, that we could have gotten him in August of 2002, I guess. I
don't think that's true.
There was a major strike on the facility in northeastern Iraq
with which he's associated at the beginning of the war, and a
considerable number of this Ansar al-Islam group, which again I think
is separate, but affiliated -- separate from either Zarqawi or Al
Qaida. A lot of them were killed, and some important intelligence was
collected. But we don't think Mr. Zarqawi was there at the time.
PRYOR: And, General Myers, you agree with that?
MYERS: Yes. I don't think we have enough information to make
that judgment. We know he was affiliated to some degree with Ansar
al-Islam, who had this enclave in northeastern Iraq, but his exact
whereabouts, when and where, we were never certain of that.
PRYOR: That's fair enough.
Secretary Armitage, recently you were quoted as saying, quote,
"The U.N. Security Council resolution will make it very clear that
this is a fully sovereign Iraqi government. We will only be in Iraq
under U.N. mandate, with the invitation of the government of Iraq.
They have invited us in. They can invite us out. And that seems to
me to be pretty sovereign."
I'd like to follow up with answer that you gave to Senator
Levin's question early on in this hearing. And specifically, are you
saying in response to Senator Levin's question, are you saying that
the interim government has no authority to ask us to leave Iraq?
ARMITAGE: No, I said quite the contrary. I said the interim
government, as a matter of fact, could ask us to leave Iraq, and we
would leave.
PRYOR: OK.
I'm sorry, I think General Myers maybe said that the current
iteration of government there kind of binds the interim government.
And I don't know of the legal issues there. But is there a difference
of opinion between State and Defense on this question?
WOLFOWITZ: No, there's no difference of opinion. I think what
General Myers was referring to was the fact that the legislation that
is a product of the Coalition Provisional Authority continues in
force, under this sovereign government.
WOLFOWITZ: There are certain procedures under which it can
introduce its own decrees and change things and, particularly with
respect to things like negotiating agreements with foreign countries,
that comes in when there's an elected government in January.
But the basic point of sovereignty, which Ambassador Armitage
referred to, it's the fact, but let's also say it very clearly,
they've said now more times than I can count, "We need you. Please
stay." And it's a fairly theoretical discussion right now.
PRYOR: But it may be theoretical, but just let me ask the
question, if they ask us to leave, will we leave?
WOLFOWITZ: We've made that clear repeatedly.
ARMITAGE: Made it clear.
PRYOR: That we will leave, if asked.
And do we have a plan for that? Do we have a plan for withdrawal
in the event that they do ask us to leave?
WOLFOWITZ: We don't think they're going to ask us to leave,

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

2004 WL 1427510 (F.D.C.H.)                                                    Page 41
2004 WL 1427510 (F.D.C.H.)


Senator Pryor.
PRYOR: But that's not my question. Do we have a plan?
WOLFOWITZ: If we thought it was a realistic possibility, we'd
develop a plan. If it were to happen, we would develop a plan.
PRYOR: So as we currently sit here, we don't have a plan?
And I know they haven't asked us yet, but I'm just asking have we
done any planning for that eventuality?
WOLFOWITZ: No, I don't think so.
PRYOR: Last thing is, I wanted ask about -- and I know Senator
Clinton would like to ask, so I'm going to try to make this brief --
there's been a lot of discussion in the media, at least, about Chalabi
and what's going on there. I'm not sure that we've had a chance in
this committee to really hear in the last couple weeks because we've
been so tied up on the floor with defense authorization on the floor.
And, Mr. Secretary, if you'd like to offer any comments on
Chalabi, I just thought you may want to have a chance to do that right
now.
WOLFOWITZ: Not sure what kind of comment you're looking for.
PRYOR: Well...
WOLFOWITZ: I mean, there are intelligence issues that I think
are, frankly, the purview of another committee and would require a
closed session. He's one of many Iraqi opposition figures with whom
we've worked over many years. In fact, Mr. Allawi is another. The
Deputy Prime Minister Barham Salih is yet another.
Contrary to what I continue to read in newspapers, we do not have
favorites. We very much believe in the Iraqi people picking their own
leaders, and that means you can't have favorites.
PRYOR: And, Mr. Armitage, any comment on Mr. Chalabi?
ARMITAGE: Well, our own, at the Department of State relationship
with Mr. Chalabi has been well-documented. It was quite rocky. So
I've got no new information on him.
PRYOR: Thank you.
WARNER: Thank you very much, Senator.
Senator Dole?
DOLE: Thank you, Mr. Chairman.
First, I wanted to thank each of you gentlemen for your
tremendous service to our country.
DOLE: Secretary Wolfowitz, I find it ludicrous that anyone would
suggest that no relationship existed between Saddam Hussein and
terrorists.
Senator Lieberman stated the case very succinctly by saying that
the war in Iraq is the central battleground in the war on terror.
And yet, polls show evidence that Americans are not making this
connection.
The media has made an obsession about denying AL Qaida had any
link to Iraq.
You've made references to several other terrorist groups,
including Abu Ibrahim and his professional killer group that was
harbored by Saddam, and making bombs today to kill Americans.
Iraq was one of the five states on the original "Patterns of
Global Terrorism" list compiled by the State Department, as I
understand, in 1979, which cited Saddam as a major sponsor of various
terrorists groups, including the PLO, Hamas and the Abu Nidal
organization.
Would you not agree that Iraq was a breeding ground for terror
under Saddam Hussein?
WOLFOWITZ: I think it was. Yes, Senator Dole.
DOLE: Do you not agree that the removal of Saddam Hussein and
his evil regime was a positive step in the overall war on terror.
WOLFOWITZ: I absolutely think it was. And it's a step, though,
that we have to finish winning that fight, and we have to finish
winning the peace in Iraq.
DOLE: A Marine officer in a Washington Times article was quoted
as follows: "The problem is that there's no identification system, so

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

it is not out of the ordinary for a target to either not have an ID or
to have several IDs with different names. Terrorists could easily be
moving from town to town using several different names and
appearances."
Secretary Armitage, do you know if the Iraqi government has a
plan to implement any form of registration or identification program?
And, General Myers, how are our multinational forces able to
identify friend from foe or identify Iraqi forces from civilians or
from insurgents?
ARMITAGE: Senator Dole, there have been discussion with the new
government about a national ID that may even have a chip embedded in
it. The discussions haven't progressed, to my knowledge,
far enough along to be able to talk what the cost would be and how
we'd go about this.
But, yes, we've got to find some way to register people.
DOLE: General Myers?
MYERS: In terms of identifying the enemy from innocent
civilians, it's very difficult in Iraq, because the enemy hides
amongst the civilians and will put civilians in front of their
formations very often.
So the way they identify them is, those who have the guns, those
who are firing back, they have the inherent right of self-defense of
course.
And then, when we have very good intelligence and precise
intelligence, then we can go precisely after them, whether it's U.S.
forces or our coalition friends and partners.
But it's a difficult job in Iraq, just because they are not
adhering to any tenet of the Geneva Convention. At this point,
they're all dressed like everybody else.
DOLE: Secretary Wolfowitz, were you about to answer on that
question?
WOLFOWITZ: Well, I just wanted to say, we discussed that subject
specifically with Prime Minister Allawi when I was in Iraq. And he
believes, what we're calling biometric IDs of some form would be very,
very helpful in improving the security situation; so do our
commanders, by the way.
I don't mean to interrupt your questions. But could I say
something? I mean, I think it's important, in looking at this overall
issue of the relationship between the Iraqi regime and terrorists of
various kinds, and you correctly point out there are various kinds, in
fact, Abu Ibrahim, whom you mention, is a recognized Palestinian
explosives expert who has been in Iraq for, I think, the better part
of the last couple decades.
His organization, called the 15 May Organization, was basically
just a branch of the Iraqi intelligence. And this year coalition
forces conducted a raid in the vicinity of Mosul that disrupted a
bomb-making shop that is attributed to his work.
So it's been a killer regime that works with killers of various
kinds.
And the question I want to put in perspective is: What is the
standard of proof?
I mean, we seem at times to be going back to the idea that
fighting terrorism is a law enforcement operation. And until you can
prove involvement beyond a reasonable doubt, you shouldn't do
anything.
And I would go back to what we heard repeatedly and still hear
sometimes from the 9/11 commission about the need to connect the dots
here, and the fact that there was ambiguous information before
September 11th, that in hindsight I think most of us wish we might
have done Operation Enduring Freedom in Afghanistan three years
earlier instead of in 2001.
WOLFOWITZ: It's a very difficult subject, and there's enormous
uncertainty. Intelligence is not legal proof. It presents
contradictory facts. You have to assess them. You have to weigh

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

2004 WL 1427510 (F.D.C.H.)                                                    Page 43
2004 WL 1427510 (F.D.C.H.)

them. And then you have to attach probabilities to them.
But for me, and I think for many other people, the level of
tolerance that we could have for states supporting terrorism in the
way that Saddam was supporting terrorism just changed dramatically
when we saw what terrorists could do to us on September 11th.
DOLE: Thank you very much.
Let me say, too, that I respect your apology to the media
regarding (OFF-MIKE) comments made about their coverage. However, I
think your comments were taken out of context. And I can relate to
your frustration because press coverage of the war has been skewed.
For example, the coverage of the 9/11 commission, in my view, has
been outrageous.
Now, building on what Senator Sessions mentioned while I was
presiding, between May 4th and yesterday The Washington Post ran 399
stories about Abu Ghraib, and the New York Times ran 437 stories
during the same period. However, the documentary highlighting
atrocities under Saddam Hussein in that same prison received little or
no coverage by the mainstream media.
Can you speak to the significance of that documentary, the Don
North documentary?
WOLFOWITZ: This is the one that talks about the seven Iraqis who
had their hands cut off?
DOLE: That's right.
WOLFOWITZ: I haven't seen it. I've heard about it. I've met
the seven Iraqi businessmen who were picked up in the mid-'90s, I
think because Saddam wanted to be able to blame the state of his
economy on somebody else, and he said it's because these people were
engaged in black market currency activities, and they had their right
arms amputated, all seven of them. They, fortunately, through some
American benefactors, they were taken to Texas and they recently had
artificial limbs provided.
But the shocking thing is that kind of cruelty, that kind of
brutality was mild in Saddam's era. Senator Lieberman, Senator
Sessions and Senator Santorum the other day, I think -- again, I
didn't see it, I've read about it, although it's hard to read about
it, there's been almost no mentioned of it anywhere in the press --
gave a press conference in which, I understand, they showed a four- or
five-minute video that showed the various kinds of things that the
Fedayeen Saddam did to their own people if they were suspected of not
carrying out their missions, one man having his arms broken, somebody
having his tongue cut out.
WOLFOWITZ: You can read about it. It's hideous enough to read
it without seeing it. But it does seem to me that it introduces a
kind of distortion when there's virtually no coverage of that.
This is not to say that we hold ourselves to that standard.
Absolutely not. I mean, what took place in Abu Ghraib, as the
secretary of defense has said, is a body blow. We are investigating
it. We're going to discipline people and punish people appropriately.
But I think unless you really understand just how horrible the
old Iraq was, American people are going to have trouble understanding
the incredible courage with which so many Iraqis are stepping forward
to create and defend a new Iraq.
But that is what gives me great hope.
DOLE: Thank you very much.
Thank you, Mr. Chairman.
WARNER: Thank you, Senator.
Senator Clinton?
CLINTON: Thank you, Mr. Chairman. And I apologize for not being
able to get here earlier. I thank each of our witnesses for once
again appearing before this committee.
Secretary Wolfowitz, you know that on several occasions both I
and others have raised predictions and comments you made before the
action commenced in Iraq. Just as an example, on February 19th, 2003,
on National Public Radio, you said, "We're not talking about the

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

2004 WL 1427510 (F.D.C.H.)                                                                Page 44
2004 WL 1427510 (F.D.C.H.)

occupation of Iraq. We're talking about the liberation of Iraq.
Therefore, when that regime is removed, we will find the Iraqi
population basically welcoming us as liberators"

In your speech before the VFW in March of 2003 you said the Iraqi
people understand what this crisis is about. "Like the people of
France in the 1940s, they view us as their hoped-for liberator. They
know America will not come as a conqueror."

It's not only comments from you, but others in the
administration, such as Vice President Cheney on "Meet the Press,"
March 16th, 2003. "The read we get on the people of Iraq is there is
no question but that they want to get rid of Saddam Hussein, and will
welcome us as liberators when we come to do that."

Were those statements by you and others in the administration
based on intelligence, CIA intelligence, or other intelligence agency
analysis?

WOLFOWITZ: Senator Clinton, the Iraqi people in overwhelming
numbers did welcome us as liberators. If you go back and read the
headlines from any American newspaper on April 9th, April 10th of
people cheering us in the streets of Baghdad and all over the country.
They were dying for liberation.

But two things happened. Saddam and his people didn't quit on
April 9th. They continue to fight. And we acquired this very
burdensome label of being an occupying power. They wanted to be
liberated, not occupied.

And I think that's why what's going to happen on July 1st is so
important, that they will be a free country. They will have their own
government. We will not be the occupiers, we will be supporting that
government.

And the reason -- I think you weren't -- well, you weren't here
when we talked about it -- I was struck during the course of four days
in Iraq at how many Iraqis we encountered who were ready to risk their
lives for this new Iraq.

We met a young Marine private first class in Fallujah whose life
had been saved by five Iraqi Civil Defense Corps members who had put
their own lives at risk to rescue him.

We met with the prime minister, Prime Minister Allawi, who was
almost chopped to death with an ax by one of Saddam's murderers in
1979, and who is still the number one target of Mr. Zarqawi, and whose
life is in danger every day.

The president of Iraq, Ghazi al-Yawer, whose predecessor was
assassinated in a car bomb just a couple of months ago.

And this one particularly moving example, which I'll repeat
because you weren't here, a young Iraqi interpreter working with our
military up in Mosul whose sister was murdered a few weeks ago because
she was working with us. And when the general who was with me, who
knew her from before, asked her why she continued to put her life in
danger this way, she said, "Because my father told me, we mustn't
retreat in the face of evil."

We are confronting an evil enemy. The Iraqi people are
confronting an evil enemy. Those people in overwhelming numbers still
want to be liberated from that enemy.

I think it was a mayor of a town near Fallujah that said to
General Mattis, "In my heart I want you to leave right now, but in my
head I know we need you for a while longer."

I mean, that's the dilemma of this situation, that it's both our
vulnerability and our great strength that we are facing an enemy that
is tenacious, that kills very effectively, that has no scruples about
killing innocents.

WOLFOWITZ: But that is also our strength, because the
overwhelming majority of Iraqis don't want that.

CLINTON: Well, Mr. Secretary, based on that description, in
retrospect, could we have avoided certain of the unfavorable
consequences that you have just described if we had had more force in
the beginning?

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

WOLFOWITZ: Senator Clinton, I think the notion that we'd be
better off with 300,000 troops is wrong. I think, more importantly,
our commanders, both General Franks and General Abizaid, emphatically
think it's wrong.
You know, there were a lot of people, and I happen to have been
one of them, who was pushing General Franks, I think it was in the
November time frame of 2001, saying, "Don't you need more troops in
Afghanistan?" And he was pushing back and saying, "I don't want to
make the same mistake the Soviet Union made." And I think he was
right.
I think the reason we've been as successful as we have in
Afghanistan is we've kept our military presence...
CLINTON: But I'm not asking you about Afghanistan, Mr.
Secretary.
WOLFOWITZ: I'm about to say the same things applies in Iraq.
And General Abizaid will consistently tell people both publicly and
privately he does not want to increase the weight of the American
footprint on the Iraqi people.
It would have been much better if we could have been in there
from the beginning in support of an Iraqi government rather than as an
occupying power. But 300,000 troops, which no commander has ever
remotely come close to asking for, would, in fact, have created more
problems than it would have solved.
There's no reason to think that we would have had any better luck
catching these people where they hide if there was a heavy American
presence -- I mean a heavier American presence. It was pretty heavy.
And what we need is better intelligence. I think one of the keys
to better intelligence is more Iraqis on the frontlines fighting with
us, and that is what we're moving toward.
CLINTON: At some point, Mr. Secretary, will there be any kind of
after-action review by the civilian leadership in the Pentagon with
respect to this mission.
You know, certainly those of us who heard General Shinseki, who
at the time was the Army chief of staff, testify based on his best
knowledge and experience the numbers that were needed, have to
conclude there was, at least, a debate within the professional
military.
CLINTON: Now, how that debate was determined, obviously we have
a regime of civilian leadership, is obviously clear. But I think to
dismiss out of hand testimony we heard with our own ears and testimony
that was very compelling and led to the public embarrassment of a
distinguished soldier is a little bit difficult for us to accept.
WOLFOWITZ: I'm sorry. I don't think to disagree with someone
should be publicly embarrassing. General Shinseki was, in fact,
disagreeing with all of his colleagues on the Joint Chiefs of Staff
and the combatant commander, General Franks.
Isn't that right, General Myers?
MYERS: Actually, we didn't -- as we discussed about troop
strength with then the commander, General Franks, which we did many
times during the planning, during conflict and then for post-conflict,
and then later on with General Abizaid, the issue of more troops never
came before -- never was brought up in our deliberations. Nobody
said, "You need more."
It was General Franks that proposed what he thought was right.
We'd have discussions and talk about it. And then we'd provide our
military advice to the secretary and the deputy secretary. But there
was never a push inside the Joint Chiefs of Staff for more forces.
CLINTON: Thank you, Mr. Chairman.
WARNER: Thank you very much, Senator.
You raised that question which is continually raised about
General Shinseki's figure. And my own independent research on that
reveals that -- I'm not questioning the integrity of that fine officer
-- but I cannot find any trace of the Joint Staff ever discussing a
figure of the magnitude that he mentioned right from that seat you're

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

2004 WL 1427510 (F.D.C.H.)                                                                   Page 46
2004 WL 1427510 (F.D.C.H.)

in, Secretary Armitage, nor in the Army, in its deliberations, a
figure of that nature. If I'm wrong, let somebody show me the
documents that support that anywhere in that building, that figure was
discussed and carefully thought through.
I want to turn to this very important letter that the prime
minister of Iraq sent to the secretary general of NATO and talk a
little bit about NATO, gentlemen.
And if I may say with the greatest respect, it was some 36 years
ago that I walked in the Pentagon and roughly -- exactly, as a matter
of fact, February 1969, and gained my -- in the Navy secretariat --
and got my introduction to that magnificent organization referred to
with the greatest respect of the North Atlantic Treaty alliance. It
had unquestionably been the bulwark against the Cold War.
And today, I have grave, grave concerns. I pick up on your
statement. I copied it down, Secretary Wolfowitz, "NATO's capacity
has been whittled down over the years, and we all recognize that."
Yet, here's this prime minister looking to NATO, as he should,
because the image of NATO today is, I think, resting on its glorious
past, which I cannot find today.
WARNER: And I say that, harsh as it may be.
For example, in my most recent trip here, a couple of weeks ago,
into Afghanistan, and then into Iraq -- as a matter of fact, Senator,
it was one year ago tomorrow that you and I made the first trip of any
senators into Iraq.
My good friend and colleague, we've traveled together many times.
But in Afghanistan I was particularly interested in the work
being done by NATO, and it has been hailed. But I found two points
that concern my greatly, and I talked to the senior officers, and they
were very candid in their responses.
Number one, the NATO forces actively working in Afghanistan
today, largely on reconstruction, each country sends what they call
national caveats with their forces. And those caveats read like when
we used to send our children to school. "Dear teachers, he cannot
have this for lunch, and Johnny must be home by supper."
Forget it. I looked through these caveats, and in large measure
they said the contribution of some of the forces -- not all -- by the
member nations, we're not going to get engaged in the heavy lifting
over in Afghanistan if the going gets tough.
If anybody wants to dispute me, do so.
We cannot constitute a force structure around NATO if we're going
to have on the commander's desk independent sets of orders for the
various components that go into make the overall NATO force.
The growth of the drug industry in Afghanistan is just
exponential. Someone estimated 60 percent, if such a figure can be
worked out, of the gross national product of Afghanistan now is
derivative of the illegal drug trade, much of it in those areas in
which NATO is trying to perform some of its reconstruction.
There's a projection for more and more NATO troops to come in,
and each of the quadrants to be part of their AOR, yet I cannot find
any clear evidence that the member countries of NATO are really in
that planning stage to put those forces into place to result in the
composite picture of NATO's role in Afghanistan.
And now they're called upon to do another mission. And it's
interesting, if you read it, at this critical juncture in our history
we need the urgent help of the international community, and especially
NATO, in the crucial areas of training inside Iraq. That's not
training them back in Brussels.
WARNER: That's not training them back in Mons, or whatever they
might have as the areas, or down in the training areas of Germany.
That said inside. To me, that's quite a bit of infrastructure, quite
a bit of troop commitment.
Now, the combination of this national caveats, the combination --
and I've watched the financial figures over the years. The United
States has kept up its commitment financially, roughly a quarter of

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

the dollar figure, and these other nations have scaled down.
Now, take me on. Tell me I'm wrong. Because I see NATO moving
down a path to that immortal phrase that I sat in a hearing room of
the Armed Services made by Shai Meyer (ph) of the United States Army
when he said, "We're a hollow Army."
NATO will become a hollow force unless some very strong actions
and determination take place by its member nations and take place very
quickly.
Now, how can we expect NATO to perform this mission given the
current status of its inability to live up to commitments in
Afghanistan? How can they take on this additional mission in Iraq?
WOLFOWITZ: I'm afraid I share your concerns, and my colleagues
might want to comment also.
I think, to give credit where it's due, there are quite a few
NATO allies in -- maybe it's not surprising -- it's some of the newer
ones that are out there on the front lines with us in Afghanistan
fighting by all the tough rules of engagement that we have ourselves,
like the Romanian special forces I think have done a great job.
But there is the problem that you mention of rules of engagement.
There are terrific deficiencies in capability. And there is, I think,
a certain lack of political will.
And I'm a great believer in NATO. I think it's remarkable, if
you think about how this alliance has stuck together over half a
century when people said an alliance of democratic countries can't
possibly compete with basically an empire run from the center.
WOLFOWITZ: And we not only competed, we beat them. There's a
lot of strength and viability in common values that we share together.
I worry a little bit, though, that maybe some in Europe think
that they can wall themselves off from the threat that in fact
threatens all of us.
And you mentioned the drug trade in Afghanistan. That's a much
more direct threat to Europe than it is to the United States, although
it is a threat...
WARNER: I agree.
WOLFOWITZ: ... to the stability of the new government in
Afghanistan, and therefore we all have a stake in it.
And I think you can't segment out different aspect of this fight
against global terrorism or think that somehow, to use Winston
Churchill's immortal phrase, "to think that if you feed the crocodile,
he will eat you last."
WARNER: But I want to come back to this letter. What's the
reality and the capability of NATO to move in, Mr. Secretary Armitage?
ARMITAGE: I think I want to take you on...
WARNER: Good.
ARMITAGE: ... if I may. We all have the concern about the
hollowing out of NATO. But then we have to balance it by the
acknowledgement that 36 years ago when you became the secretary of the
Navy, the thought of NATO working out of area was nowhere. It just
wasn't possible. And that wasn't on anybody's mind 15 years ago.
And so they've taken the political step of working out of area.
What they haven't done is taken a funding step of bulking up their
defense mode in such a way that will allow them to have the
capabilities to continually do that.
Having said that, I believe that if NATO as an organization at
Istanbul or after can take on the general mission, then this will give
a lot of political cover to countries to participate. I think that is
significant.
I can't speak to who is more capable on the technical assistance
side, which is not a heavy troop involvement or who might have
equipment laying around that would be applicable to the Iraqi forces.
And that will all be discussed at Istanbul.
WARNER: All right. And I thank...
WOLFOWITZ: And that's an important correction Secretary Armitage
mentioned. There has been some very dramatic changes in NATO's

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

2004 WL 1427510 (F.D.C.H.)                                                      Page 48
2004 WL 1427510 (F.D.C.H.)

willingness to take on those responsibilities. I think what the prime
minister...
WARNER: On the paper, Mr. Secretary.
WOLFOWITZ: Well, right, and I think what the prime minister is
asking for there is not a huge hurdle to clear. And I hope in
Istanbul, in fact, that they will get a significant positive response.
WARNER: It tends to be words, words, panoply sessions and all of
the trappings. And yet, I don't see the hard facts of boots on the
ground, of trainers to go in there and do it under the NATO flag, not
just member nations.
MYERS: Mr. Chairman, the only thing I think I'd add here is
national caveats, very serious business. You could have used the
example in Kosovo. I think it was on our St. Patrick's Day when we
had some disturbances, and certain countries couldn't respond. But
the commander thought they could. But at the moment of crisis they
couldn't.
WARNER: Because of national caveats?
MYERS: Absolutely. And so it put other forces in great danger.
WARNER: Correct.
MYERS: And it put the people or sites that they were trying to
protect in great danger.
So the national caveats piece is something that NATO's going to
have to wrestle with, because when they have the political will to do
a mission, they have to follow up with the wherewithal for the
commanders to perform this mission.
The commander of the multinational brigade in Iraq, the Polish
commander, when I visited with him several months ago, most of his
force structure comes from NATO countries.
And he has ministers of defense an chiefs of defense on the phone
with him telling him what he can and cannot do with those forces. And
that is not the way to be successful in the kind of security situation
we find ourselves in in Iraq or in Afghanistan or in Kosovo.
WARNER: Well, I want to credit General Jones, who has been an
extraordinarily valued adviser to our president and the secretary of
defense and yourself and to the Congress.
And my remarks don't emanate or in any way reflect his views.
But I know he is concerned about these national caveats.
I don't think you have to deal with it. But you darn well just
have to end it.
To another subject: And that is this committee has indicated it
will continue, Mr. Secretary. We're not on any vendetta. We're
simply doing our oversight in this question of the prisoner issues
quickly in Iraq.
We were told the Fay report would be issued. This committee, the
secretary indicated through his spokesman, that this committee would
promptly receive the Fay report.
We now learn that that is going to be delayed while a new layer
is brought in. General Kearns (ph) becomes acting overseer of this.
WARNER: He's a very fine man. I've known him -- extremely
capable individual. Another officer of a higher rank than Fay is to
be brought in to do some work.
But all of these [****] and so forth are lost when we stop
to think day after day these articles come out in the paper just today
about the problems over there. Congress, in my judgment, must be
given the tools, the reports with which to do its proper oversight.
I think we should have had a chapter one, "Fay Part One," and
acknowledged more was to come.
But can you give us -- why don't you outline the accuracy of what
I said? I mean, this intelligence piece of what took place, didn't
take place in that prison structure is kind of the road map to tell
the administration and frankly the Congress, those of us that are
interested in it, where we go next to try and determine what went
wrong and how to see it never, never happens again.
So can you describe to me what is the status of the Fay report?

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

2004 WL 1427510 (F.D.C.H.)                                                      Page 49
2004 WL 1427510 (F.D.C.H.)

It was to have been in the hands of Congress, early projection, by
now. Could it not be indicated "Fay Report Part One," then a
sequential report to follow, performed by another three star, unnamed
at the moment, who will come in? Give us some clarification here.
WOLFOWITZ: Frankly, Mr. Chairman, I share your frustration
because -- both because you're frustrated, which frustrates me, but
also because we're trying...
WARNER: It's not frustration. It is we want to do a concrete
and a fair and objective job.
WOLFOWITZ: You want to get the facts and we want to get the
facts, and this delays the process. Just so we're clear, and I think
I am clear about this now, what happened was the Fay Report was
commissioned. It's an investigation and it's an investigation with
potential criminal consequences that was commissioned by Lieutenant
General Sanchez to report to him for action as a commander.
And when the view was, well, General Sanchez's conduct has to be
investigated also, then it's obvious you need somebody else in charge
of the investigation.
WOLFOWITZ: That's why General Kern was appointed.
The question that you referred to about whether -- and you and I
talked about this also privately about -- well, can't Fay continue the
investigating part of it? Apparently the Army has decided to appoint
a lieutenant general, Tony Jones, who is now at Fort Monroe, Virginia,
as the new head of the Fay investigation. He is currently the deputy
commanding general and chief of staff of U.S. Army TRADOC at Fort
Monroe.
I will get a briefing from the Army, and if it's appropriate, get
it for you to answer your question: Is there not some way to provide
interim conclusions or interim results?
What I've been told so far by lawyers is that's virtually
impossible in a situation where people are investigating guilt and
innocence of individuals.
But I share your concern. I'm going to try and see if we can't
do better.
WARNER: Well, I'll accept that answer because I feel and I've
said steadfastly in the face of criticism of how the Taguba report was
handled, I asked for that report, and you gave me what you had. And
you had to supplement it.
Our procedures are scrutinized, as they should be. But I think
the department has been very cooperative with this committee as it
regards our needs.
Now, other documents have come into the committee. We had, I
think, the start of an important hearing yesterday, which will have to
be continued, on the International Read Cross and their documentation
as to what took place. We're going to have subsequent hearings on
that, or briefings, at the moment.
So I've made my point, and I accept your response. And I take it
as continuing the cooperation that we've had so that we can just have
the facts -- maybe not the conclusions; we're not looking for the
final conclusions until this whole picture is looked at -- but the
interim steps to rather than just read it day after day in the paper
that dribbles out. We don't know the accuracy of those reports.
All right. Senator Levin...
LEVIN: Sure. Thank you.
WARNER: ... and then I have a question or two to follow.
LEVIN: Mr. Chairman, first relative to the NATO issue, I visited
NATO, met with ambassadors to NATO, urging that they respond and that
they take a role in Iraq. But, first of all, I sense that they needed
a request from an Iraqi government.
LEVIN: They've got that now.
Secondly, though, I also must tell you that I sense some of the
reluctance results from the kind of unilateral approach that the
United States has taken to world challenges in minimizing the
importance of coalitions.

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

I still sense that feeling in NATO. I think we made some
progress now at the U.N., but the feeling sure existed at the U.N.
because of the approach we took to issues and the rhetoric that was
used relative to old Europe, to Germany, to the United Nations prior
to the attack on Iraq.
So, to some extent, the reluctance here represents chickens
coming home to roost, in my book.
But, nonetheless, that's gone. That's past.
And, I must tell you, I think everybody on this committee totally
supports the effort to get NATO involved at least in training inside
of Iraq. It's critically important. It will, hopefully, then lead to
some Muslim nations coming in also.
But, in any event, it is important. There's a consensus here
that supports this effort to get NATO involved. I hope the president
succeeds in getting them involved. It would be very important.
I want to just go back to an issue though, Secretary Wolfowitz,
that we talked about earlier this morning, because I am troubled by
your answer.
On the issue of the Iraq-Al Qaida connection, I'm not talking
here generally about terrorism, which I happen to agree with you,
there's obviously a lot of countries that have supported terrorism,
including Syria, including Iran, including Iraq.
I'm talking about the allegations before the war that there was a
connection between AL Qaida and Iraq, and that the focus on that
allegation became a big part of the rhetoric prior to the war.
And I just want to pursue what you're now saying, rather than
going back. I want to talk about what you are now saying relative to
that connection, because I'm troubled by it. And I want to be direct
with you about it.
This is what you said the other day at the House of
Representatives: The issue of Saddam Hussein's contacts with AL Qaida
and support for AL Qaida, if you go and look at the sealed indictment
that was issued against Osama in Laden in February of 1998 -- and then
you said, this is not me; this is the United States Justice Department
during the Clinton administration -- said, now, you're referring to
this indictment, said that in 1992 and '93, Saddam and AL Qaida came
to an understanding not to attack one another and to provide mutual
support.
You're relying heavily on a U.S. Justice Department indictment.
It's been modified. They've dropped that allegation. It's been
superseded by five other indictments on the same subject which left
out that statement.
And yet, you continue to cite the indictment itself as evidence.
And then when I asked you about that this morning, you went back
to a source, which had been previously relied on by the U.S. attorney.
That source is no longer relied on by the U.S. attorney as a source.
And for you to continue to cite and indictment when that
indictment has been superseded and modified to drop this reference to
the relationship between AL Qaida and Saddam, it seems to me is
disingenuous. And it seems to me that it is misleading.
LEVIN: And I would ask you, are you aware of the fact that that
indictment that your referred to, the U.S. government document, has
been superseded and modified to remove that reference to any
understanding between AL Qaida and Saddam? Are you aware of the fact
that it was superseded?
WOLFOWITZ: Senator Levin, the point is that what cooperating
witness said and which was then, I take it, sworn to as part of the
indictment is consistent with a whole body of evidence which Director
Tenet referred to in his letter -- I don't know if it was to you or
Senator Bayh on the Intelligence Committee -- outlining the various
kinds of cooperation we had seen over the previous decade between Iraq
and AL Qaida.
This is not the only piece of evidence pointing to some agreement
in the early '90s that they would not attack one another anymore.

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

There's other evidence suggesting they talked about mutual
cooperation.
I happen to cite that because it's -- I mean, if we want to go
through an intelligence assessment and put out all the pieces of
information that are there, I'd be happy to do so. The basic point,
which I've said earlier -- I think I said it to Senator Dole -- is I
don't think this is something where you can prove things beyond a
reasonable doubt. You have fragments of evidence. Some of them point
one way. Some of them point another way.
But ultimately, a policy-maker, particularly the president of the
United States, has to decide how much risk he's prepared to run based
on the different possibilities. And this is not a subject on which I
think there's perfect clarity either way.
But I don't think the bar should be set that until we have proof
beyond a reasonable doubt that Saddam Hussein was involved in
September 11th, then until then we shouldn't worry about the
possibility that he may have been a source of support for terrorists.
And Secretary Powell talked about very precisely his connections
with Abu Musab al-Zarqawi that we saw in 2002. And I would say that
everything we've seen in Iraq since the liberation of that country has
demonstrated that there were these connections between Zarqawi and the
old regime. And unfortunately, they've gotten closer.
LEVIN: Mr. Secretary, you can talk about fragments of evidence
and talk about other subjects, but I'm talking about the specific
subject that you rely on again, which is an indictment.
Now, you can go through other fragments and argue them if you
want to, but that's not the issue.
The issue is that you rely again -- and you did it in front of
this committee -- upon a U.S. government, sealed indictment...
WOLFOWITZ: Which was unsealed, of course...
LEVIN: ... now unsealed, which no longer makes the statement
that you say that it made.
WOLFOWITZ: There were subsequent indictments that, I don't know
why...
LEVIN: No, it's superseded. Well, I'm telling you it superseded
the first one. Are you aware of the fact that the subsequent
indictments superseded the one that you cite. Are you aware of that
fact?
WOLFOWITZ: Sir, I'm not a lawyer. I don't know what supersede
means.
LEVIN: Modified, eliminated, reduced, too, the place of, got rid
of. Are you aware of that? It's a very direct question.
WOLFOWITZ: I'm aware that the subsequent indictment connected to
the embassy bombings in East Africa didn't mention that.
LEVIN: OK, then you should not be citing, it seem to me, as
recently as a few days ago, as the clear evidence for some
relationship, which is highly disputed, in which the CIA, by the way,
had very severe doubts about, but nonetheless you should not be citing
that indictment. You, again, you talk about a U.S. government
document to support a conclusion. And that document no longer exists.
It's been superseded. And yet you still cite it. And what troubles
me...
(CROSSTALK)
LEVIN: No, no, let me finish, now. What troubles me is that
pattern of exaggeration is what has created part of the problem here.
We are all together on succeeding now in Iraq. There's not a
difference on that. People can [****] about cutting and running.
Nobody's talking about cutting and running. No one's talking about
Saddam being a monster. He was a monster.
We are talking about evidence that existed relative to the
relationship which was used as the basis, since AL Qaida attacked this
country on 9/11, that alleged relationship between Saddam and AL Qaida
was used as the basis for attacking Iraq.
And when you still cite as evidence something which is not in

2004 WL 1427510 (F.D.C.H.)
2004 WL 1427510 (F.D.C.H.)                                    Page 52

existence anymore, it's been superseded, it troubles me because it's
that pattern of exaggeration which it seems to me has been a
consistent problem for this administration and was a problem relative
to the assessment of intelligence.
WOLFOWITZ: Senator Levin, it's not exaggeration. If anything,
it's understatement.
If we had a closed hearing and we go through all the...
LEVIN: On that indictment?
I just want to focus...
WOLFOWITZ: Can I finish...
LEVIN: I don't want to go into the whole subject. I want to
talk about your reliance on an indictment and you reference to it and
reliance on it.
WOLFOWITZ: Senator, can I answer the question?
LEVIN: Of course you can. But I wish you would address my
question.
WOLFOWITZ: And you said this is the whole reason we went to war.
LEVIN: No, I said it was a focus for our going to war. That was
the principal reason given for our going to war was the relationship
between AL Qaida...
WOLFOWITZ: And that's not true. Our reason for going to war was
to enforce U.N. Security Council Resolution 1441, which had nothing to
do with this issue. In fact, we conceded a great deal of our position
when we went to the United Nations.
The president of the United States went to the United Nations in
September. He had three concerns. One was weapons of mass
destruction, the second was terrorism, and the third was the abuse of
the Iraqi people.
We came down to 1441 which said that if he meets this last and
final chance to come clean on his weapons of mass destruction, then we
will implicitly work the other issues by other means.
And the standard of 1441 wasn't imminent threat. It wasn't large
stockpiles of weapons. It was: Come clean and declare everything you
have and do not obstruct the inspectors.
And I believe David Kay has been very clear, though he says our
intelligence was wrong, he also said Saddam Hussein was in clear
violation of 1441.
That was the reason we went to war, Senator Levin.
LEVIN: Thank you. I have one question for Secretary Armitage,
and I'm done. There's been a lot in the press recently about the
subject which the chairman raised, which had to do with the prison
issue.
The Office of Legal Counsel of the Department of Justice in early
2002 said that the president had the power to determine if the Geneva
Conventions did not apply to the conflict in Afghanistan.
According to the reports, Secretary Armitage, the State
Department legal adviser took issue with this determination, arguing
that it was contrary to the official position of the United States,
quote, "the United Nations and all other states that have considered
this issue," close quote.
Secretary Powell wrote a memorandum to Judge Gonzalez in which he
stated that the Office of Legal Counsel approach would, quote,
"reverse over a century of U.S. policy and practice in supporting the
Geneva Conventions and undermine protections of the law of war for our
troops, both in this specific conflict and in general," close quote.
An article in yesterday's Post indicates the civilian attorneys
in the Department of Defense sided with the Office of Legal Counsel on
this issue while the military lawyers in the Department of Defense
sided with the State Department.
The Washington Post also reported that after this dispute, quote,
"Senior civilians at the Pentagon no longer sought to include the
State Department or the Joint Staff in deliberations about the precise
protections afforded to the detainees by the Geneva Conventions."
LEVIN: My question, Secretary Armitage: Is it true that the

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

2004 WL 1427510 (F.D.C.H.)                                              Page 53
2004 WL 1427510 (F.D.C.H.)

State Department objected to the conclusions of the Department of
Justice and the White House Counsel's Office about the applicability
of the Geneva Conventions to the war in Afghanistan?
ARMITAGE: It is true we had a different opinion, and we
expressed it.
WARNER: Just two quick wrap up items, gentlemen. You've been
most patient. We've had an excellent hearing.
Yesterday, my longtime friend, great colleague, Senator McCain
asked a question to General Casey, and it was asked again this
morning: What went wrong?
And General Casey gave his best response. Each of you have given
your responses today.
A few nights ago, I had the distinct privilege of attending a
dinner and speaking on behalf of General Tommy Franks. And I remember
with great clarity how the Department of Defense, Mr. Secretary, was
forthcoming as that whole plan was put into place, with regard to the
military operations, General Myers, and how we were going to go about
it.
A key part of that operation was the prepositioning of the 4th
Division in the Mediterranean. And on jump-off day, they were to come
down through Turkey and go into the northern region so that the enemy
was taken on from the north and the south.
All of a sudden, Turkey said, no. And that was the end of it.
We had to take those forces and go all the way around down through the
Persian Gulf up into where they finally came into country in the south
when the fighting had been largely completed in that operation.
Had they come down through the north, they would have gone
through that area called the Sunni triangle from which so much of the
insurrection against our forces, primarily subsequent to the major
operations, had taken place.
WARNER: Had that plan of the military been completed as
envisioned and structured, I ask you, General Myers, would not some of
this insurrection, if not a great deal of it, been taken out because
of the movement of our forces, particularly as a heavy mechanized
forces down there, so that part of Iraq could have seen the
determination of the coalition, its weight and its might and its
conviction? Had that not been stopped, might we not have experienced
some of this "What happened" and "Why did it happen" and these tough
answers that we have to face today? Do you share my view?
MYERS: Well, Mr. Chairman, I share your description of the
issue. It's exactly, I think, right on. What I can't predict is what
would have happened. But it's probably as you say, it would have
helped somewhat with the current situation because that was the plan
for the 4th Infantry Division. And it's a, as you know, a very
powerful division.
But I don't now that we will ever know...
WARNER: Well, of course.
WOLFOWITZ: Mr. Chairman, if I could respectfully either disagree
or just say that somewhat is a very small somewhat because think about
Saddam Hussein hiding in a spider hole and what it took to find that
man. We didn't need a big mechanized division to do it, we needed
skilled interrogators pursuing from one place to another. We needed
intelligence.
And actually, what I think would have made a bigger difference in
another American division in there faster would have been a whole
division of free Iraqi forces if we had been able to train them.
WARNER: Well, all right...
WOLFOWITZ: This is important because I think one reason to think
that Iraqi security forces can do well once they're trained and
equipped properly, is they speak the language, they know the terrain,
they will get intelligence in a way that our forces can't do.
WARNER: But repeatedly our officers -- Casey yesterday, General
Myers today, asking "What happened?" Well, somebody ought to mention
that they planned this operation very carefully. And that was an

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

integral part, that strike from the north...
WOLFOWITZ: Yes, you're right about that.
WARNER: ... 4th I,D. went on to heroically fight in the
subsequent insurrection. So there wasn't any question about their
ability. But had they come down through that area, we might have
lessened that problem.
WOLFOWITZ: Lessened for sure. But how much, I guess, is what's
the issue.
MYERS: Right, that's the issue.
WARNER: Secretary Armitage, I'll wrap up with you. And first, a
personal thing. I know that you canceled part of your vacation to
come and attend this important hearing today, for which I, on behalf
of all of the committee and the Senate, thank you because you really
carry a tremendous load in supporting the secretary, one of the most
extraordinary men ever to be secretary of state.
WARNER: And we commend you, sir, for your public service.
But let's wrap up by your describing again the process that will
evolve after the 30th, the sequence of a constitution being developed,
the elections. And in your best judgment, is that going to kind of
remain on schedule?
ARMITAGE: Yes, there are several things moving at once. The
interim government from 1 July until the end of December or January,
is responsible for running the day-to-day government, they are running
the ministries, all of them and for preparing for elections, which
we'd like at the end of the year, January, no later than January.
Simultaneously, the United Nations will be helping prepare the
electoral process, the registering process for this, et cetera.
This month of July there is a preparatory commission being put
together laterally that will form a national conference of about a
thousand people, a thousand notables in Iraq.
And out of those thousand people will be developed an interim
national council of 100 notables. Those people will give advice to
the interim government.
They have some duties. I have them here. They can monitor the
implementation of the laws. They can approve the 2005 Iraqi national
budget. They have the authority to veto executive orders by a two-
thirds majority vote. And should something happen to the presidency,
they can appoint replacements to the presidency council.
Assuming elections in December-January of '05, you will have a
national assembly of 275 people which will be responsible for choosing
a presidency and a prime minister who will then put together a
government.
That government's major duty is to develop a constitution which
will be placed before the Iraqi people for a referendum to which there
will be a fully elected government in Iraq, following that new
constitution. That's the process.
It's ambitious. The U.N. thinks we can get there. We're going
to do our best to try to make the security atmosphere one that's
conducive to holding these elections.
WARNER: Do you anticipate the U.N. will increase its presence in
country and begin to pick up a heavy part of this responsibility to
implement this plan?
ARMITAGE: They will pick up a part of the responsibility.
There's a great reluctance and understandable reluctance on the part
of the U.N. after loss of Sergio de Mello to have a heavy presence
there.
One of the elements of Resolution 1546 makes it very clear that
the U.N. is encouraged to take this vital role. We are going to be
responsible for assisting the U.N. to include convoy, providing fixed
point protection.
To the extent we're doing that and other forces from other
nations aren't doing it, that will detract from our overall ability to
conduct security sweeps, et cetera.
But I think the definition of the word "heavy" lifting they're

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

going to do is one that I'd quarrel with. They'll do some lifting,
but the security situation is what's going to determine for them
whether they increase the number of people in the country.
WARNER: And that security situation is going to be largely
dependent on the coalition forces in indeterminant numbers remaining
there while the internal Iraqi structure of its army and other
security is built up. Am I not correct?
And when you sort of sat over here and replied to some question a
minute or two ago "It's going to be a long time," we're looking over
that entire period that you just outlined now for security forces to
be in place.
ARMITAGE: Well, I suspect, so I cannot give any numbers and I
don't think Paul could either...
WARNER: I'm not asking for the numbers.
ARMITAGE: Yes.
WARNER: I thank you.
ARMITAGE: Thank you.
WARNER: I raised the question of the 4th I.D. because so often in
every hearing, someone talks about the force structure and the level
of force structure. Just remember that weeks before we started, a
whole army division was eliminated for an indeterminate period of time
from that operation.
Thank you very much.
(CROSSTALK)
WOLFOWITZ: Thank you, Mr. Chairman.
END
    U.S. SENATOR JOHN WARNER (R-VA)

    Chair

    Washington, D.C.

 2004 WL 1427510 (F.D.C.H.)

END OF DOCUMENT

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.