# Quadrennial Defense Review Report



February 6, 2006

Case 2:05-cv-06020-PBT    Document 55-14    Filed 07/27/2007    Page 2 of 7

Table of Contents

**PREFACE** .................................................................. v

**INTRODUCTION** ........................................................ 1

**FIGHTING THE LONG WAR** ......................................... 9
    *Afghanistan*. ............................................................ 9
    *Iraq* ..................................................................... 10
    *The Fight Beyond Afghanistan and Iraq*. ............................ 11
    *Humanitarian and Early Preventive Measures* ..................... 12
    *The Department's Role at Home*. .................................... 15
    *Operational Lessons Learned* ......................................... 16

**OPERATIONALIZING THE STRATEGY** ........................... 19
    *Defeating Terrorist Networks* ........................................ 20
    *Defending the Homeland in Depth*. ................................. 24
    *Shaping the Choices of Countries at Strategic Crossroads* ......... 27
    *Preventing the Acquisition or Use of Weapons of Mass Destruction* ... 32
    *Refining the Department's Force Planning Construct for Wartime* ... 35

**REORIENTING CAPABILITIES AND FORCES.** ................... 41
    *Joint Ground Forces* ................................................... 42
    *Special Operations Forces (SOF)* ..................................... 43
    *Joint Air Capabilities*. ................................................. 45
    *Joint Maritime Capabilities* .......................................... 47
    *Tailored Deterrence / New Triad* .................................... 49
    *Combating WMD* ...................................................... 51
    *Joint Mobility*. .......................................................... 53
    *Intelligence, Surveillance, Reconnaissance (ISR)*. ................. 55
    *Achieving Net-Centricity* ............................................. 58
    *Joint Command and Control* ......................................... 59

**RESHAPING THE DEFENSE ENTERPRISE** ....................... 63
    *Toward A New Defense Enterprise* .................................. 65
    *Governance Reforms* .................................................. 65
    *Management and Work Reforms* .................................... 70

**DEVELOPING A 21st CENTURY TOTAL FORCE** ................ 75
    *Reconfiguring the Total Force*. ....................................... 76
    *Building the Right Skills* .............................................. 77
    *Designing an Information Age Human Capital Strategy* ......... 80

**ACHIEVING UNITY OF EFFORT** .................................. 83
    *Strengthening Interagency Operations* ............................. 84
    *Working with International Allies and Partners*. .................. 87
    *Strategic Communication*. ........................................... 91

**CHAIRMAN'S ASSESSMENT OF THE 2006 QUADRENNIAL DEFENSE REVIEW.** .... A-1



THE SECRETARY OF DEFENSE
1000 DEFENSE PENTAGON
WASHINGTON, DC 20301-1000

6 February 2006

The Report of the 2006 Quadrennial Defense Review is herewith submitted.

In the pages that follow, the Department's senior leadership sets out where the Department of Defense currently is and the direction we believe it needs to go in fulfilling our responsibilities to the American people.

The 2006 Quadrennial Defense Review reflects a process of change that has gathered momentum since the release of its predecessor QDR in 2001. Now in the fifth year of this global war, the ideas and proposals in this document are provided as a roadmap for change, leading to victory.

*[signature]*

## DEVELOPING A 21st CENTURY TOTAL FORCE

The Department of Defense is the world's largest employer, directly employing more than three million people. The Department's Total Force – its active and reserve military components, its civil servants, and its contractors – constitutes its warfighting capability and capacity. Members of the Total Force serve in thousands of locations around the world, performing a vast array of duties to accomplish critical missions.

No prudent military commander wants a fair fight, seeking instead to "overmatch" adversaries in cunning, capability and commitment. The selfless service and heroism of the men and women of the well-trained all-volunteer Total Force has been a primary source of U.S. strategic overmatch in confronting the wide range of threats we face and a key to successful military operations over the past several decades. The Total Force must continue to adapt to different operating environments, develop new skills and rebalance its capabilities and people if it is to remain prepared for the new challenges of an uncertain future.

Recent operational experiences highlight capabilities and capacities that the Department must instill in the Total Force to prevail in a long, irregular war while deterring a broad array of challenges. The future force must be more finely tailored, more accessible to the joint commander and better configured to operate with other agencies and international partners in complex operations. It must have far greater endurance. It must be trained, ready to operate and able to make decisions in traditionally non-military areas, such as disaster response and stabilization. Increasing the adaptability of the Total Force while also reducing stress on military personnel and their families is a top priority for the Department. These imperatives require a new strategy for shaping the Department's Total Force, one that will adjust policies and authorities while introducing education and training initiatives to equip civilian and military warfighters to overmatch any future opponent.

The Department and Military Services must carefully distribute skills among the four elements of the Total Force (Active Component, Reserve Component, civilians and contractors) to optimize their contributions across the range of military operations, from peace to war. In a reconfigured Total Force, a new balance of skills must be coupled with greater accessibility to people so that the right forces are available at the right time. Both uniformed and civilian personnel must be readily available to joint commanders.



Photo by Photographer's Mate 3rd Class Rebecca J. Moat, U.S. Navy.

An officer assigned to Navy hospital ship USNS Mercy explains her rank insignia to Indonesian military and civilian nurses after instructing them in cardiopulmonary resuscitation (CPR). USNS Mercy operated off the coast of Sumatra, Indonesia, providing assistance to international relief organizations; it hosted medical teams operating ashore in areas affected by the Indian Ocean tsunami.