BLACKWATER SECURITY CONSULTING, LLC et al v. WESTCHESTER SURPLUS LINES INSURANCE COMPANY et al. Doc. 55 Att. 14

Case 2:05-cv-06020-PBT    Document 55-15    Filed 07/27/2007    Page 1 of 25

## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| BLACKWATER SECURITY CONSULTING, LLC, *et al.*,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>WESTCHESTER SURPLUS LINES INSURANCE COMPANY, *et al.*,<br><br>    *Defendants*. | Civil Action No. 05-6020 (PBT) |

## BLACKWATER'S INITIAL DISCLOSURES PURSUANT TO
## FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)

Plaintiffs Blackwater Security Consulting LLC and Blackwater Lodge & Training Center, Inc. (collectively, "Blackwater") provide the following initial disclosures in compliance with Fed. R. Civ. P. 26(a)(1). These disclosures are based on information reasonably available to Blackwater as of the present date. Blackwater will, as provided in Fed. R. Civ. P. 26(e), modify, supplement, or amend these disclosures as warranted based on discovery and Blackwater's development of its case.

**A.    Individuals Likely To Have Discoverable Information That Blackwater Will Use To Support Its Claims.**

| <u>No.</u> | <u>Name and Address</u> | <u>Subject(s)</u> |
|---|---|---|
| 1. | Thomas A. Powell<br><br>c/o Clifford Higby, Esq.<br>Bryant & Higby<br>833 Harrison Avenue<br>P.O. Box 860<br>Panama City, FL 32402-0860 | The circumstances surrounding the death of decedents as alleged in the *Nordan* Complaint. |

Dockets.Justia.com

| No. | Name and Address | Subject(s) |
|---|---|---|

P: 850.763.1787
F: 850.785.1533

2. Justin L. McQuown

c/o Ralph J. Caccia, Esq.
William C. Crenshaw, Esq.
Don R. Berthiaume, Esq.
Powell Goldstein, LLP
901 New York Avenue, NW
Third Floor
Washington, DC 20001-4413

c/o Patricia L. Holland, Esq.
Rachel Beaulieu Esposito, Esq.
Cranfill, Sumner & Hartzog
P.O. Box 27808
Raleigh, NC 27611-7808
P: 919.863.8708; 919.828.5100
F: 919.828.2277

The circumstances surrounding the death of decedents as alleged in the *Nordan* Complaint.

3. John Potter

c/o Ross & Miner P.C.
327 E. Fireweed Lane, Suite 201
Anchorage, AK 99503
P: 907-276-5307

The circumstances surrounding the death decedents as alleged in the *Nordan* Complaint.

4. Steven Capace
Prince Group
1650 Tysons Blvd, Suite 800
McLean, Virginia 22102
(571) 663-9530

The circumstances surrounding Blackwater's communications with its insurers regarding the tender of the *Nordan* Complaint.

5. Gary Jackson
Blackwater Security Consulting LLC
550 Puddin Ridge Road
Moyock, North Carolina 27958

The circumstances surrounding Westchester Surplus Lines Insurance Company's May 18, 2005 correspondence to Blackwater.

6. Keith Phillips
ACE Westchester Specialty Group Claims
500 Colonial Center Parkway, Suite 200
P.O. Box 100008
Rosewell, Georgia
(678) 795-4081

The circumstances surrounding the coverage determination of Westchester Surplus Lines Insurance Company with regard to the *Nordan* Complaint.

| No. | Name and Address | Subject(s) |
|---|---|---|
| 7. | Paul D. Coates<br>Pinto, Coates, Kyre & Brown, PLLC<br>3203 Brassfield Road<br>Greensboro, North Carolina 27410<br>(336) 282 8848 | The circumstances surrounding Westchester Surplus Lines Insurance Company's May 18, 2005 correspondence to Blackwater. |
| 8. | Joyce Williams<br>Claim Specialist, CNA<br>CNA Plaza, 333 S. Wabash, 13-South<br>Chicago, Illinois 60685<br>(312) 822-3679 | The circumstances surrounding the coverage determination of Contintental Insurance Company's, formerly known as Fidelity & Casualty Company of New York ("CNA"),  with regard to the *Nordan* Complaint. |
| 9. | Jeffrey N. Williamson<br>CNA<br>CNA Plaza<br>CNA Surety Corporation<br>333 South Wabash Avenue; 13-South<br>Chicago, Illinois 60685 | The circumstances surrounding the coverage determination of CNA with regard to the *Nordan* Complaint. |
| 10. | William H. Briggs, Jr.<br>Ross, Dixon & Bell LLP<br>2001 K Street NW<br>Washington, D.C. 20006<br>(202) 662-2000 | The circumstances surrounding the coverage determination of CNA with regard to Blackwater's claims for coverage, and CNA's agreement to provide coverage under the Workers Compensation coverage part of policy DBA 22 390 1731 that CNA issued to Blackwater. |
| 11. | Jeremy A. Stephanson<br>Wilson, Elser, Moskowitz, Edelmen & Dicker LLP<br>120 North LaSalle Street<br>Chicago, Illinois 60602<br>(312) 704-0550 | The circumstances surrounding Evanston Insurance Company's coverage determination with regard to the *Nordan* Complaint. |
| 12. | Loren S. Cohen<br>Wilson, Elser, Moskowitz, Edelmen & Dicker LLP<br>120 North LaSalle Street<br>Chicago, Illinois 60602<br>(312) 704-0550 | The circumstances surrounding Evanston Insurance Company's coverage determination with regard to the *Nordan* Complaint. |
| 13. | Tony Glenn<br>Vice President, Claims<br>Liberty International Underwriters, Inc. | The circumstances surrounding Liberty International Underwriters coverage determination with regard to the *Nordan* |

| No. | Name and Address | Subject(s) |
|-----|------------------|------------|
|     | 55 Water Street, 18th Floor<br>New York, New York 10041 | Complaint. |
| 14. | Individuals identified through on-going<br>discovery | |

**B.    Copies Of, Or Description By Category And Location Of, All Documents That Blackwater May Use To Support Its Claims.**

The following documents and things may be used by Blackwater to support its claims. To the extent not publicly available electronically or already filed with the Court in this matter, these documents are in the possession of or available to Howard T. Weir, Morgan, Lewis & Bockius LLP, 1111 Pennsylvania Avenue NW, Washington, D.C. 20004 and/or at Blackwater's corporate headquarters.

1.    All documents and filings, including exhibits, in the action captioned *Nordan v. Blackwater Security Consulting, LLC*, No. 05-cv-00048 (E.D.N.C.). All of these documents and filings are available to the public via the United States District Court for the Eastern District of North Carolina's electronic filing system. A copy of the docket for that case, as of July 1, 2007, is attached hereto. To the extent that there are future public filings in that matter, Blackwater reserves the right to rely upon those filings to support its claims.

2.    All documents and filings, including exhibits, in the action captioned *Blackwater Security Consulting, LLC v. Nordan*, No. 06-cv-00049 (E.D.N.C.). All of these documents and filings are available to the public via the United States District Court for the Eastern District of North Carolina's electronic filing system. A copy of the docket for that case, as of July 1, 2007, is attached hereto. To the extent that there are future public filings in that matter, Blackwater reserves the right to rely upon those filings to support its claims.

4

3.    All documents and filings, including exhibits, in the action captioned *Blackwater Security Consulting, LLC v. Nordan*, No. 07-cv-00175 (E.D.N.C.). All of these documents and filings are available to the public via the United States District Court for the Eastern District of North Carolina's electronic filing system. A copy of the docket for that case, as of July 1, 2007, is attached hereto. To the extent that there are future public filings in that matter, Blackwater reserves the right to rely upon those filings to support its claims.

4.    The complaint captioned *Nordan v. Blackwater Security Consulting LLC, et al.,* 05 CVS 000173, originally filed in the Superior Court of North Carolina, Wake County.

5.    The agreements entered into between Blackwater and the *Nordan* decedents named in *Nordan v. Blackwater Security Consulting LLC, et al.,* 05 CVS 000173, originally filed in the Superior Court of North Carolina, Wake County.

6.    An agreement underlying the security mission the *Nordan* decedents were performing at the time of their deaths.

7.    Correspondence between Blackwater, or its representatives, and its insurers, Westchester Surplus Lines Insurance Company, CNA, Evanston Insurance Company, and Liberty International Underwriters, or their representatives, regarding insurance coverage for the *Nordan* Complaint.

8.    Insurance agreements entered into by Blackwater and defendants Westchester Surplus Lines Insurance Company, CNA, Evanston Insurance Company, and Liberty International Underwriters, respectively.

## C.    Computation of Damages

At present, Blackwater has paid and incurred $3,948,229.68 in unreimbursed costs and fees related to its defense of the allegations of the *Nordan* Complaint and related litigation and

5

arbitration. And, Blackwater continues to pay and incur such costs as the underlying litigation and arbitration is ongoing. The invoices related to these costs and fees contain information protected by the attorney/client privilege and work product doctrines. Until there is a protective order entered governing the use and disclosure of those invoices, Blackwater exercises its right under Fed. R. Civ. P. 26(a)(1)(C), not to produce such documents for inspection and copying under Fed. R. Civ. P. 34.

**D.    Insurance Agreements**

Blackwater is not presently aware of any insuring agreements, other than those at issue in this action, that may be liable to satisfy part or all of a judgment which may be entered in this action or to indemnify or reimburse for payments made to satisfy the judgment.


Dated:  July 16, 2007

Dennis J. Valenza
Carol C. Carty
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, Pennsylvania 19103
215.963.5000
215.963.5001 (facsimile)

Paul A. Zevnik
Howard T. Weir
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004
202.739.3000
202.739.3001 (facsimile)

CLOSED, Jury Trial

**U.S. District Court**
**EASTERN DISTRICT OF NORTH CAROLINA (Western Division)**
**CIVIL DOCKET FOR CASE #: 5:05-cv-00048-FL**

| | |
|---|---|
| Nordan, et al v. Blackwater Security, et al | Date Filed: 01/24/2005 |
| Assigned to: Chief Judge Louise Wood Flanagan | Date Terminated: 08/11/2005 |
| Demand: $10,000 | Jury Demand: Plaintiff |
| Case in other court: 05-02033 | Nature of Suit: 790 Labor: Other |
|           05-02034 | Jurisdiction: Federal Question |
| Cause: 28:1441 Notice of Removal | |

**Plaintiff**

**Richard P. Nordan**
*as Ancillary Administrator for the*
*separate Estates of Stephen S.*
*Helvenston, Mike R. Teague, Jerko*
*Gerald Zovko and Wesley J.K. Batalona*

represented by **David F. Kirby**
Kirby & Holt
P. O. Box 31665
Raleigh, NC 27622-2065
919-881-2111
Fax: 919-781-8630
Email: dkirby@kirby-holt.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William B. Bystrynski**
Kirby & Holt, LLP
3201 Glenwood Ave., Suite 100
Raleigh, NC 27612
919-881-2111
Fax: 919-781-8630
Email: bbystrynski@kirby-holt.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Estate of Stephen S. Helvenston**

represented by **David F. Kirby**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William B. Bystrynski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Estate of Mike R. Teague**

represented by **David F. Kirby**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William B. Bystrynski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Estate of Jerko Gerald Zovko**          represented by **David F. Kirby**
                                          (See above for address)
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

                                          **William B. Bystrynski**
                                          (See above for address)
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Estate of Wesley J.K. Batalona**          represented by **David F. Kirby**
                                          (See above for address)
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

                                          **William B. Bystrynski**
                                          (See above for address)
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Blackwater Security Consulting, LLC**          represented by **Kirk G. Warner**
                                          Smith Anderson Blount Dorsett
*a Delaware Limited Liability Company*          Mitchell & Jernigan
                                          P. O. Box 2611
                                          Raleigh, NC 27602-2611
                                          919-821-1220
                                          Fax: 821-6800
                                          Email: kwarner@smithlaw.com
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

                                          **Mark A. Ash**
                                          Smith Anderson Blount Dorsett
                                          Mitchell & Jernigan
                                          2500 Wachovia Capitol Center
                                          Raleigh, NC 27601

919-821-1220
Fax: 821-6800
Email: mash@smithlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Blackwater Lodge & Training**                represented by  **Kirk G. Warner**
**Center, Inc.**                                               (See above for address)
*a Delaware corporation*                                       *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Mark A. Ash**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Defendant**

**Justin L. McQuown**                          represented by  **Patricia L. Holland**
*an individual*                                                Cranfill Sumner & Hartzog
                                                               P.O. Box 27808
                                                               Raleigh, NC 27611-7808
                                                               919-863-8708
                                                               Fax: 828-2277
                                                               Email: plh@cshlaw.com
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Rachel Beaulieu Esposito**
                                                               Cranfill, Sumner & Hartzog
                                                               P. O. Box 27808
                                                               Raleigh, NC 27611-7808
                                                               919-828-5100
                                                               Fax: 919-828-2277
                                                               Email: rke@cshlaw.com
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Defendant**

**Thomas Powell**
*an individual*
*TERMINATED: 04/12/2005*

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 01/24/2005 | 1 | Notice of Removal from Wake Co. Superior Court (05-CVS-000173) - Plaintiff alleges Wrongful Death and Fraudulent Misrepresentation in Contract. (State court pleadings attached including: complaint, summons, motion & order granting motion for pro hac vice, discovery documents |

| | | |
|---|---|---|
| | | and affidavits) - Asking compensatory and punitive damages and costs. JURY DEMAND by plaintiff. (ll) (Entered: 01/26/2005) |
| 01/24/2005 | | Filing Fee Paid; FILING FEE $ 150.00 RECEIPT # 105 20261 (ll) (Entered: 01/26/2005) |
| 01/24/2005 | 2 | Notice of attorney appearance for Blackwater Security, Blackwater Lodge & Training by Fred Fielding, Barbara Van Gelder, Margaret A. Ryan and Scott M. McCaleb of Washington, DC. (ll) (Entered: 01/26/2005) |
| 01/26/2005 | | (ll) (Entered: 01/26/2005) |
| 01/26/2005 | 3 | Motion by Blackwater Security, Blackwater Lodge & T, Justin L. McQuown, Thomas Powell to dissolve ex parte state court orders permitting notice of deposition. 1c: to Chief Judge Flanagan. (dr) (Entered: 01/27/2005) |
| 01/26/2005 | 4 | Memorandum by Blackwater Security, Blackwater Lodge & T, Justin L. McQuown, Thomas Powell in support of [3-1] to dissolve ex parte state court orders permitting notice of deposition. (dr) (Entered: 01/27/2005) |
| 01/31/2005 | 5 | Motion by Blackwater Security, Blackwater Lodge & Training Center to dismiss to Rule 12(b)(6) & 9(b) of the F.R.C.P. (dr) (Entered: 02/03/2005) |
| 01/31/2005 | 6 | Memorandum by Blackwater Security, Blackwater Lodge & T in support of [5-1] motion to dismiss to Rule 12(b)(6) & 9(b) of the F.R.C.P. w/attachments. (dr) (Entered: 02/03/2005) |
| 02/01/2005 | 7 | Notice of attorney appearance for Justin L. McQuown by Patricia L. Holland, Rachel Beaulieu Esposito (dr) Modified on 02/07/2005 (Entered: 02/07/2005) |
| 02/01/2005 | 8 | Motion by Justin L. McQuown to dismiss pursuant to Rule 12(b)(6) of the F.R.C.P. (dr) (Entered: 02/07/2005) |
| 02/01/2005 | 9 | Memorandum by Justin L. McQuown in support of [8-1] motion to dismiss pursuant to Rule 12(b)(6) of the F.R.C.P. (dr) (Entered: 02/07/2005) |
| 02/03/2005 | 10 | Order denying [3-1] motion to dissolve ex parte state court orders permitting notice of deposition. signed by Chief Judge Louise W. Flanagan. cys dist. (dr) Modified on 02/03/2005 (Entered: 02/03/2005) |
| 02/03/2005 | 11 | Response by Justin L. McQuown to [3-1] motion to dissolve ex parte state court orders permitting notice of deposition. 1c: to Cheif Judge Flanagan. (dr) (Entered: 02/07/2005) |
| 02/11/2005 | 12 | Motion by Richard P. Nordan, Estate of Helvenston, Estate of Teague, Estate of Zovko, Estate of Batalona to remand (dr) (Entered: 02/14/2005) |
| 02/11/2005 | 13 | Memorandum by Richard P. Nordan, Estate of Helvenston, Estate of Teague, Estate of Zovko, Estate of Batalona in support of [12-1] motion to remand. (dr) (Entered: 02/14/2005) |

| | | |
|---|---|---|
| 02/11/2005 | 14 | Affidavit of Marc P. Miles Re: [12-1] motion to remand (dr) (Entered: 02/14/2005) |
| 02/11/2005 | 15 | Notice of attorney appearance pursuant to Local Rule 83.1 for Richard P. Nordan, Estate of Helvenston, Estate of Teague, Estate of Zovko, Estate of Batalona by Daniel J. Callahan, Brian J. McCormack, and Marc P. Miles (dr) (Entered: 02/14/2005) |
| 02/22/2005 | 16 | Memorandum by Richard P. Nordan, Estate of Helvenston, Estate of Teague, Estate of Zovko, Estate of Batalona in opposition to [5-1] motion to dismiss to Rule 12(b)(6) & 9(b) of the F.R.C.P. (dr) (Entered: 02/24/2005) |
| 02/22/2005 | 17 | Document filed by plaintiff Richard P. Nordan, plaintiff Estate of Helvenston, plaintiff Estate of Teague, plaintiff Estate of Zovko, plaintiff Estate of Batalona titled: Plaintiff's Evidentiary Objections to Evidence submitted by Blackwater Defendants in support of their motion to dismiss (dr) (Entered: 02/24/2005) |
| 02/22/2005 | 18 | Affidavit of Marc P. Miles Re: [16-1] opposition memorandum and request for Judicial Notice. (dr) (Entered: 02/24/2005) |
| 02/22/2005 | 19 | Memorandum by Richard P. Nordan, Estate of Helvenston, Estate of Teague, Estate of Zovko, Estate of Batalona in opposition to [8-1] motion to dismiss pursuant to Rule 12(b)(6) of the F.R.C.P. (dr) (Entered: 02/24/2005) |
| 03/07/2005 | 20 | Memorandum by Justin L. McQuown in opposition to [12-1] motion to remand. (dr) (Entered: 03/10/2005) |
| 03/07/2005 | 21 | Memorandum by Blackwater Security, Blackwater Lodge & Training Center in opposition to [12-1] motion to remand w/attachments. (dr) Modified on 03/10/2005 (Entered: 03/10/2005) |
| 03/07/2005 | 22 | Declaration of Keith Flicker Re: [21-1] opposition memorandum (dr) (Entered: 03/10/2005) |
| 03/07/2005 | 23 | Declaration Gary C. Jackson Re: [21-1] opposition memorandum (dr) (Entered: 03/10/2005) |
| 03/07/2005 | 24 | Declaration of David V. Jackson Re: [21-1] opposition memorandum. (dr) (Entered: 03/10/2005) |
| 03/11/2005 | 25 | Reply by Blackwater Security, Blackwater Lodge & T to response to [5-1] motion to dismiss to Rule 12(b)(6) & 9(b) of the F.R.C.P. (dr) (Entered: 03/14/2005) |
| 03/11/2005 | 26 | Reply by Justin L. McQuown to response to [8-1] motion to dismiss pursuant to Rule 12(b)(6) of the F.R.C.P. (dr) (Entered: 03/15/2005) |
| 03/17/2005 | 27 | Document filed by plaintiff Richard P. Nordan, plaintiff Estate of Helvenston, plaintiff Estate of Teague, plaintiff Estate of Zovko, plaintiff Estate of Batalona titled: Plf's evidentiary objections to evidence submitted by Blackwater def's in support of their opposition to the |

| | | |
|---|---|---|
| | | motion to remand. (dr) (Entered: 03/24/2005) |
| 03/17/2005 | 28 | Reply by Richard P. Nordan, Estate of Helvenston, Estate of Teague, Estate of Zovko, Estate of Batalona to response to [12-1] motion to remand. (dr) (Entered: 03/24/2005) |
| 03/17/2005 | 29 | Reply by Richard P. Nordan, Estate of Helvenston, Estate of Teague, Estate of Zovko, Estate of Batalona to response to [12-1] motion to remand. (dr) (Entered: 03/24/2005) |
| 03/21/2005 | 30 | Document filed by defendant Blackwater Security, defendant Blackwater Lodge & Training Center titled: Opposition to plf's objections to evidence on the motion to remand. (dr) (Entered: 03/24/2005) |
| 03/24/2005 | | Motion(s) submitted: [12-1] motion to remand submitted, [8-1] motion to dismiss pursuant to Rule 12(b)(6) of the F.R.C.P. submitted, [5-1] motion to dismiss to Rule 12(b)(6) & 9(b) of the F.R.C.P. submitted to Chief Judge Flanagan for consideration. (dr) (Entered: 03/24/2005) |
| 04/12/2005 | 31 | Notice of voluntary dismissal. NOTICE IS HEREBY GIVEN that pursuant to F.R.C.P. 41(a)(1)(i), Plf voluntarily dismisses the above-captioned action against def. Thomas Powell *ONLY* without prejudice. (dr) (Entered: 04/14/2005) |
| 06/20/2005 | 32 | Document filed by defendant Blackwater Security, defendant Blackwater Lodge & Training titled: Notice of Subsequently Decided Authority and Clarification of Removal Notice. 1c: to Chief Judge Flanagan (dr) (Entered: 06/20/2005) |
| 06/28/2005 | 33 | Response by Richard P. Nordan in opposition to [32-1] Notice of Subsequently Decided Authority and Objection to Clarification of Removal Notice. 1c: Chief Judge Flanagan. (ll) (Entered: 07/01/2005) |
| 07/01/2005 | 34 | Reply by Blackwater Security, Blackwater Lodge & Training to response to plf's objection to def's clarification of removal notice & objection to plf's argument on subsequent authority. (dr) (Entered: 07/06/2005) |
| 07/08/2005 | | Case file updated & resubmitted to chambers. (dr) (Entered: 07/08/2005) |
| 08/11/2005 | 35 | Order granting [12-1] motion to remand, denying [8-1] motion to dismiss pursuant to Rule 12(b)(6) of the denying [5-1] motion to dismiss to Rule 12(b)(6) & 9(b) of the F.R.C.P. The court GRANTS plf's motion to remand. The court DENIES AS MOOT def's motions to dismiss brought under F.R.C.P. 12(b)(6) and 9(b). This case is hereby REMANDED to the Superior Court of Wake County, North Carolina. The Clerk is DIRECTED to serve a copy of this order on the Clerk of Superior Court of Wake County, North Carolina signed by Chief Judge Louise W. Flanagan, USDJ. cys dist. (dr) (Entered: 08/11/2005) |
| 08/11/2005 | 36 | Judgment for Estate of Batalona, Estate of Zovko, Estate of Teague, Estate of Helvenston, Richard P. Nordan against Justin L. McQuown, Blackwater Lodge & T, Blackwater Security IT IS ORDERED, ADJUDGED and DECREED that the court GRANTS plaintiff's motion to remand, pursuant to 28 U.S.C. 1447(c). Where the court lacks subject |

|  |  | matter jurisdiction over this action, the court DENIES AS MOOT defendants' motions to dismiss brought under F.R.C.P. 12(b)(6) and 9(b). This case is hereby REMANDED to the Superior Court of Wake Co. The Clerk is DIRECTED to serve a copy of this order on the Clerk of Superior Court of Wake Co signed by Cheif Judge Louise W. Flanagan, USDJ. cys dist. (dr) (Entered: 08/11/2005) |
|---|---|---|
| 08/11/2005 |  | Case closed non-perm. (dr) (Entered: 08/11/2005) |
| 08/30/2005 | 37 | Notice of appeal by Blackwater Lodge & T, Blackwater Security (rp) (Entered: 09/09/2005) |
| 08/30/2005 |  | USCA appeal fees received: APPEAL FEE $ 255.00 RECEIPT # 104 20538 (rp) (Entered: 09/09/2005) |
| 08/31/2005 |  | Notice of appeal & case file forwarded to appeals clerk in Raleigh. (dr) (Entered: 08/31/2005) |
| 09/09/2005 |  | Notice of Appellate Action to USCA and counsel re: [37-1] appeal by Blackwater Security, Blackwater Lodge & T Appeal Pkg. mailed consisting of Dkting Statement, Transm. Sheet and Index (rp) (Entered: 09/09/2005) |
| 09/09/2005 | 38 | Notice of appeal by Justin L. McQuown (rp) (Entered: 09/13/2005) |
| 09/09/2005 |  | USCA appeal fees received: APPEAL FEE $ 255.00 RECEIPT # 104 20613 (rp) (Entered: 09/13/2005) |
| 09/13/2005 |  | Notice of Appellate Action to USCA and counsel re: [38-1] appeal by Justin L. McQuown Appeal Pkg. mailed consisting of Dkting Statement, Transm. Sheet and Index (rp) (Entered: 09/13/2005) |
| 09/21/2005 |  | Notice of Docketing ROA from USCA Re: [38-1] appeal by Justin L. McQuown USCA NUMBER: 05-2033 Case Manager: Lisa Jernigan (rp) (Entered: 09/21/2005) |
| 09/21/2005 |  | Notice of Docketing ROA from USCA Re: [37-1] appeal by Blackwater Security, Blackwater Lodge & T USCA NUMBER: 05-2034 Case Manager: Lisa Jernigan (rp) (Entered: 09/21/2005) |
| 09/22/2005 |  | Certificate to USCA and counsel re: [38-1] appeal, [37-1] appeal certifying that the record in this case is complete for purposes of the appeal. Cy. to Judge (rp) (Entered: 09/22/2005) |
| 09/28/2005 |  | certificate received at the 4CCA on 9/23/05 (rp) (Entered: 09/28/2005) |
| 09/28/2005 | 39 | Order the court consolidates these cases for purposes of briefing and oral argument signed by Patricia S. Connor. (rp) (Entered: 09/28/2005) |
| 12/21/2005 | 40 | ORDER of USCA as to 37 Notice of Appeal filed by Blackwater Security Consulting, LLC,, Blackwater Lodge & Training Center, Inc.,, 38 Notice of Appeal filed by Justin L. McQuown - THE COURT CONSOLIDATES THE ABOVE CASES FOR FURTHER APPELLATE ACTION. (Deputy Clerk, LL) (Entered: 12/21/2005) |

| | | |
|---|---|---|
| 01/31/2006 | 41 | ORDER of USCA as to 37 Notice of Appeal filed by Blackwater Security Consulting, LLC,, Blackwater Lodge & Training Center, Inc., 38 Notice of Appeal filed by Justin L. McQuown, - THE COURT GRANTS THE MOTION FOR CONSOLIDATION. (Deputy Clerk, LL) (Entered: 01/31/2006) |
| 08/30/2006 | 42 | Published Opinion from Fourth Circuit Court of Appeals. APPEAL DISMISSED; PETITION FOR WRIT OF MANDAMUS DENIED; MOTION TO STRIKE DENIED AS MOOT. (Deputy Clerk - DR, ) (Entered: 08/30/2006) |
| 10/18/2006 | 43 | USCA JUDGMENT as to 37Notice of Appeal filed by Blackwater Security Consulting, LLC, Blackwater Lodge & Training Center, Inc. 38Notice of Appeal filed by Justin L. McQuown. (Deputy Clerk - DR, ) (Entered: 10/27/2006) |
| 10/18/2006 | 44 | MANDATE of USCA as to 37Notice of Appeal filed by Blackwater Security Consulting, LLC, Blackwater Lodge & Training Center, Inc. 38Notice of Appeal filed by Justin L. McQuown. (Deputy Clerk - DR, ) (Entered: 10/27/2006) |
| 10/18/2006 | 45 | ORDER of USCA on Bill of Costs. (Deputy Clerk - DR, ) Modified on 10/27/2006 (Deputy Clerk - DR, ). (Entered: 10/27/2006) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 07/04/2007 15:52:33 | | | |
| **PACER Login:** | ml0900 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 5:05-cv-00048-FL |
| **Billable Pages:** | 4 | **Cost:** | 0.32 |

APPEAL, STAYED, USMJ_Webb

### U.S. District Court
### EASTERN DISTRICT OF NORTH CAROLINA (Northern Division)
### CIVIL DOCKET FOR CASE #: 2:06-cv-00049-F

| | |
|---|---|
| Blackwater Security Consulting, LLC et al v Nordan | Date Filed: 12/20/2006 |
| Assigned to: Judge James C. Fox | Jury Demand: None |
| Case in other court: 4th Circuit, 7-1508 | Nature of Suit: 190 Contract: Other |
| Cause: 09:1 U.S. Arbitration Act | Jurisdiction: Diversity |

**Petitioner**

**Blackwater Security Consulting, LLC**      represented by **Kirk G. Warner**
Smith Anderson Blount Dorsett
Mitchell & Jernigan
P. O. Box 2611
Raleigh, NC 27602-2611
919-821-1220
Fax: 821-6800
Email: kwarner@smithlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark A. Ash**
Smith Anderson Blount Dorsett
Mitchell & Jernigan
2500 Wachovia Capitol Center
Raleigh, NC 27601
919-821-1220
Fax: 821-6800
Email: mash@smithlaw.com
*ATTORNEY TO BE NOTICED*

**Petitioner**

**Blackwater Lodge & Training**      represented by **Kirk G. Warner**
**Center, Inc.**                                          (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark A. Ash**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Respondent**

**Richard P. Nordan**      represented by **David S. Coats**
Bailey & Dixon

CM/ECF - NCED - Docket Report                                                    Page 2 of 6

P. O. Box 1351
Raleigh, NC 27602
919-828-0731
Fax: 828-6592
Email: dcoats@bdixon.com
*ATTORNEY TO BE NOTICED*

**William B. Bystrynski**
Kirby & Holt, LLP
3201 Glenwood Ave., Suite 100
Raleigh, NC 27612
919-881-2111
Fax: 919-781-8630
Email: bbystrynski@kirby-holt.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/20/2006 | 1 | COMPLAINT *for Petition for Arbitration* against Richard P. Nordan ( Filing fee $ 350 receipt number 280513.), filed by Blackwater Security Consulting, LLC, Blackwater Lodge & Training Center, Inc.. (Attachments: # 1 Civil Cover Sheet # 2 Exhibit A# 3 Exhibit B# 4 Exhibit C# 5 Exhibit D# 6 Errata E# 7 Exhibit F# 8 Exhibit G# 9 Exhibit H# 10 Exhibit I# 11 Summons)(Warner, Kirk) (Entered: 12/20/2006) |
| 12/21/2006 | 2 | Summons Issued as to Richard P. Nordan. (Deputy Clerk - JWS, ) (Entered: 12/21/2006) |
| 12/21/2006 | 3 | SUMMONS Returned Executed by Blackwater Security Consulting, LLC, Blackwater Lodge & Training Center, Inc.. Richard P. Nordan served on 12/21/2006, answer due 1/10/2007. (Warner, Kirk) (Entered: 12/21/2006) |
| 12/21/2006 | | NOTICE OF DEFICIENCY - Failure to File Financial Disclosure Statement as to Blackwater Security Consulting, LLC, Blackwater Lodge & Training Center, Inc.. Pursuant to Fed. R. Civ. P. 7.1 and Local Civil Rule 7.3, all parties must file a corporate affiliate/financial interest disclosure statement. A negative statement is required if a party has no disclosures to make. The disclosure statement must be on a form provided by the clerk. This form is available at the clerks office and on the courts website. (Deputy Clerk - JA, ) (Entered: 12/21/2006) |
| 12/21/2006 | 4 | CORPORATE DISCLOSURE STATEMENT filed pursuant to FRCP 7.1. (Warner, Kirk) (Entered: 12/21/2006) |
| 01/10/2007 | 5 | NOTICE of Appearance by William B. Bystrynski on behalf of Richard P. Nordan (Bystrynski, William) (Entered: 01/10/2007) |
| 01/10/2007 | 6 | MOTION to Dismiss by Richard P. Nordan. (Bystrynski, William) Modified on 1/11/2007 to remove the response deadline entered by counsel (Deputy Clerk - SE, ). (Entered: 01/10/2007) |
| | | |

| 01/10/2007 | 7 | Memorandum in Support re 6 MOTION to Dismiss *or in the Alternative, Motion to Stay* filed by Richard P. Nordan. (Bystrynski, William) (Entered: 01/10/2007) |
| 01/10/2007 | 8 | CORPORATE DISCLOSURE STATEMENT filed pursuant to FRCP 7.1. (Bystrynski, William) (Entered: 01/10/2007) |
| 01/10/2007 | 9 | NOTICE by Richard P. Nordan *Request for Judicial Notice* (Attachments: # 1 Request for Judicial Notice# 2 Exhibit B through G to Request for Judicial Notice# 3 Exhibit H to Request for Judicial Notice) (Bystrynski, William) (Entered: 01/10/2007) |
| 01/10/2007 |  | NOTICE OF CORRECTION re: 6 Motion to Dismiss. The response deadline entered by counsel will be removed from this entry. Counsel is reminded that they are not to enter any possible response or reply deadlines when e-filing their documents. (Deputy Clerk - SE, ) (Entered: 01/11/2007) |
| 01/18/2007 | 10 | REPLY to Response to Motion re 6 MOTION to Dismiss *AND IN FURTHER SUPPORT OF PETITION* filed by Blackwater Security Consulting, LLC, Blackwater Lodge & Training Center, Inc.. (Attachments: # 1 Exhibit 1)(Warner, Kirk) (Entered: 01/18/2007) |
| 01/18/2007 | 11 | Declaration re 10 Reply to Response to Motion *TO DISMISS AND IN FURTHER SUPPORT OF PETITION* by Blackwater Security Consulting, LLC, Blackwater Lodge & Training Center, Inc., Blackwater Security Consulting, LLC, Blackwater Lodge & Training Center, Inc. filed by Blackwater Security Consulting, LLC, Blackwater Lodge & Training Center, Inc., Blackwater Security Consulting, LLC, Blackwater Lodge & Training Center, Inc.. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F)(Warner, Kirk) (Entered: 01/18/2007) |
| 01/23/2007 | 12 | NOTICE of Appearance for non-district counsel Michael P. Socarras Filed by local counsel Kirk G. Warner on behalf of Blackwater Security Consulting, LLC, Blackwater Lodge & Training Center, Inc. (Warner, Kirk) (Entered: 01/23/2007) |
| 02/28/2007 |  | ***Motions Submitted to Senior Judge James C. Fox: 6 MOTION to Dismiss (Deputy Clerk - SE, ) (Entered: 02/28/2007) |
| 04/20/2007 | 13 | ORDER denying 6 Motion to Dismiss. Blackwater's petition for order directing arbitration is ALLOWED (DE #1) and the parties are ORDERED to proceed with arbitration; this action is STAYED pending completion of the required arbitration. Signed by Judge James C. Fox on 4/20/2007. CC:counsel. (Deputy Clerk - SE, ) (Entered: 04/20/2007) |
| 04/20/2007 |  | Case Stayed pursuant to the court's order at DE #13, pending arbitration. (Deputy Clerk - SE, ) (Entered: 04/20/2007) |
| 05/04/2007 | 14 | Emergency MOTION for Reconsideration *as Court Lacks Subject Matter Jurisdiction* by Richard P. Nordan. (Kirby, David) (Entered: 05/04/2007) |
| 05/04/2007 | 15 | AFFIDAVIT re 14 Emergency MOTION for Reconsideration *as Court* |

| | | |
|---|---|---|
| | | *Lacks Subject Matter Jurisdiction* by Richard P. Nordan. (Attachments: # 1 Exhibit A, B, C# 2 Exhibit D, E, F, G, H, I)(Kirby, David) (Entered: 05/04/2007) |
| 05/04/2007 | 16 | Memorandum in Support re 14 Emergency MOTION for Reconsideration *as Court Lacks Subject Matter Jurisdiction* filed by Richard P. Nordan. (Kirby, David) (Entered: 05/04/2007) |
| 05/04/2007 | 17 | MOTION to Expedite *Hearing/Motion to Shorten Time to Respond* by Richard P. Nordan. (Kirby, David) (Entered: 05/04/2007) |
| 05/04/2007 | 18 | Memorandum in Support re 17 MOTION to Expedite *Hearing/Motion to Shorten Time to Respond* filed by Richard P. Nordan. (Kirby, David) (Entered: 05/04/2007) |
| 05/04/2007 | | Motions Submitted to Senior Judge Fox: 14 Emergency MOTION for Reconsideration *as Court Lacks Subject Matter Jurisdiction*, 17 MOTION to Expedite *Hearing/Motion to Shorten Time to Respond* (Deputy Clerk - SE, ) (Entered: 05/04/2007) |
| 05/04/2007 | 19 | NOTICE of Appearance by David S. Coats on behalf of Richard P. Nordan. (Coats, David) (Entered: 05/04/2007) |
| 05/04/2007 | 20 | MOTION Relief from Order by Richard P. Nordan. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C - Part 1# 4 Exhibit C - Part 2# 5 Exhibit D# 6 Exhibit E# 7 Exhibit F)(Coats, David) (Entered: 05/04/2007) |
| 05/04/2007 | 21 | AFFIDAVIT *of William B. Bystrynski* by Richard P. Nordan. (Coats, David) (Entered: 05/04/2007) |
| 05/04/2007 | 22 | AFFIDAVIT *of Richard P. Nordan* by Richard P. Nordan. (Coats, David) (Entered: 05/04/2007) |
| 05/04/2007 | 23 | Memorandum in Support *of Richard P. Nordan's Motion for Relief from Judgment* filed by Richard P. Nordan. (Coats, David) (Entered: 05/04/2007) |
| 05/08/2007 | 24 | ORDER granting in part and denying in part 17 Motion to Expedite. Petitioners are DIRECTED to respond to Respondent's motion for reconsideration at DE #14 on or before 5/10/07. Signed by Judge James C. Fox on 5/7/2007. CC:counsel. (Deputy Clerk - SE, ) (Entered: 05/08/2007) |
| 05/08/2007 | 25 | MOTION for Order to Show Cause *and Request for Expedited Consideration* by Blackwater Security Consulting, LLC, Blackwater Lodge & Training Center, Inc.. (Warner, Kirk) (Entered: 05/08/2007) |
| 05/08/2007 | 26 | Memorandum in Support re 25 MOTION for Order to Show Cause *and Request for Expedited Consideration* filed by Blackwater Security Consulting, LLC, Blackwater Lodge & Training Center, Inc.. (Attachments: # 1 Exhibit A Part 1# 2 Exhibit A Part 2# 3 Exhibit A Part 3# 4 Exhibit A Part 4)(Warner, Kirk) (Entered: 05/08/2007) |
| | | |

| 05/09/2007 | | Motions Submitted to Senior Judge Fox: 25 MOTION for Order to Show Cause *and Request for Expedited Consideration* (Deputy Clerk - SE, ) (Entered: 05/09/2007) |
| 05/09/2007 | | Motions Submitted to Senior Judge Fox: 20 MOTION Relief from Order (Deputy Clerk - SE, ) (Entered: 05/09/2007) |
| 05/10/2007 | 27 | Memorandum in Opposition re 14 Emergency MOTION for Reconsideration *as Court Lacks Subject Matter Jurisdiction* filed by Blackwater Security Consulting, LLC, Blackwater Lodge & Training Center, Inc.. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6 Part 1# 7 Errata 6 Part 2# 8 Exhibit 7# 9 Exhibit 8# 10 Exhibit 9# 11 Exhibit 10# 12 Exhibit 11# 13 Exhibit 12# 14 Exhibit 13)(Ash, Mark) (Entered: 05/10/2007) |
| 05/11/2007 | | Remark, forwarded the petitioners response to motion at DE #27 to Senior Judge Fox for his review and consideration. (Deputy Clerk - SE, ) (Entered: 05/11/2007) |
| 05/11/2007 | 28 | ORDER denying 14 Motion for Reconsideration, denying 20 Motion for relief from order, denying 25 Motion for Order to Show Cause. Signed by Judge James C. Fox on 5/11/2007. CC:counsel (Deputy Clerk - SE, ) (Entered: 05/11/2007) |
| 05/16/2007 | 29 | NOTICE of Appearance by Mark A. Ash on behalf of Blackwater Security Consulting, LLC, Blackwater Lodge & Training Center, Inc. (Ash, Mark) (Entered: 05/16/2007) |
| 05/18/2007 | 30 | NOTICE OF APPEAL by Richard P. Nordan. Filing fee $ 455, receipt number 366475. (Kirby, David) (Entered: 05/18/2007) |
| 05/18/2007 | | NOTICE OF CORRECTION re: 30 Notice of Appeal, this is an interlocutory appeal. Counsel can find that event code under Appeal Documents, Notice of Interlocutory Appeal. (Deputy Clerk - SE, ) (Entered: 05/22/2007) |
| 05/22/2007 | 31 | Transmission of Notice of Appeal and Docket Sheet to US Court of Appeals re 30 Notice of Appeal (Deputy Clerk - SE, ) (Entered: 05/22/2007) |
| 06/13/2007 | 32 | USCA Case Number 7-1508 for 30 Notice of Appeal filed by Richard P. Nordan. Case Manager assigned Sharon A. Wiley. (Deputy Clerk - SE, ) (Entered: 06/13/2007) |
| 06/13/2007 | 34 | CERTIFICATE OF RECORD Transmitted to USCA re 30 Notice of Appeal (Deputy Clerk - SE, ) (Entered: 06/13/2007) |

| PACER Service Center |
| --- |
| Transaction Receipt |
| 07/04/2007 15:53:32 |

| PACER Login: | ml0900 | Client Code: | |
|---|---|---|---|
| Description: | Docket Report | Search Criteria: | 2:06-cv-00049-F |
| Billable Pages: | 3 | Cost: | 0.24 |

CM/ECF - NCED - Docket Report

CLOSED, Jury Trial, USMJ Gates

## U.S. District Court
## EASTERN DISTRICT OF NORTH CAROLINA (Western Division)
## CIVIL DOCKET FOR CASE #: 5:07-cv-00175-F

Nordan v. Blackwater Lodge & Training Center, Inc. et al
Assigned to: Judge James C. Fox
Demand: $0
Cause: 28:1331 Fed. Question

Date Filed: 05/14/2007
Date Terminated: 06/13/2007
Jury Demand: Plaintiff
Nature of Suit: 190 Contract: Other
Jurisdiction: Federal Question

**Plaintiff**

**Richard P. Nordan**

represented by **David S. Coats**
Bailey & Dixon
P. O. Box 1351
Raleigh, NC 27602
919-828-0731
Fax: 828-6592
Email: dcoats@bdixon.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Blackwater Lodge & Training Center, Inc.**

represented by **Kirk G. Warner**
Smith Anderson Blount Dorsett
Mitchell & Jernigan
P. O. Box 2611
Raleigh, NC 27602-2611
919-821-1220
Fax: 821-6800
Email: kwarner@smithlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark A. Ash**
Smith Anderson Blount Dorsett
Mitchell & Jernigan
2500 Wachovia Capitol Center
Raleigh, NC 27601
919-821-1220
Fax: 821-6800
Email: mash@smithlaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Blackwater Security Consulting, LLC**     represented by **Kirk G. Warner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark A. Ash**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/14/2007 | 1 | NOTICE OF REMOVAL by Blackwater Lodge & Training Center, Inc., Blackwater Security Consulting, LLC, Blackwater Lodge & Training Center, Inc., Blackwater Security Consulting, LLC from Wake Superior, case number 07CVS7061. ( Filing fee $ 350 receipt number 363049), filed by Blackwater Lodge & Training Center, Inc., Blackwater Security Consulting, LLC, Blackwater Lodge & Training Center, Inc., Blackwater Security Consulting, LLC. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3 Part 1# 4 Exhibit 3 Part 2# 5 Exhibit 3 Part 3# 6 Exhibit 3 Part 4# 7 Exhibit 3 Part 5# 8 Exhibit 4)(Warner, Kirk) (Entered: 05/14/2007) |
| 05/14/2007 | 2 | CORPORATE DISCLOSURE STATEMENT filed pursuant to FRCP 7.1. (Warner, Kirk) (Entered: 05/14/2007) |
| 05/14/2007 | 3 | CORPORATE DISCLOSURE STATEMENT filed pursuant to FRCP 7.1. (Warner, Kirk) (Entered: 05/14/2007) |
| 05/14/2007 | 4 | NOTICE by Blackwater Lodge & Training Center, Inc., Blackwater Security Consulting, LLC re 1 Notice of Removal,, *Civil Coversheet* (Warner, Kirk) (Entered: 05/14/2007) |
| 05/16/2007 | 5 | NOTICE of Appearance by Mark A. Ash on behalf of Blackwater Lodge & Training Center, Inc., Blackwater Security Consulting, LLC (Ash, Mark) (Entered: 05/16/2007) |
| 05/17/2007 | 6 | NOTICE of Appearance for non-district counsel Michael P. Socarras Filed by local counsel Mark A. Ash on behalf of Blackwater Lodge & Training Center, Inc., Blackwater Security Consulting, LLC (Ash, Mark) (Entered: 05/17/2007) |
| 05/18/2007 | 7 | MOTION for Temporary Restraining Order *and Preliminary Injunction and Memorandum in Support* by Blackwater Lodge & Training Center, Inc., Blackwater Security Consulting, LLC. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Text of Proposed Order)(Warner, Kirk) (Entered: 05/18/2007) |
| 05/18/2007 | | Motions Submitted to Senior Judge Fox: 7 MOTION for Temporary Restraining Order *and Preliminary Injunction and Memorandum in Support* (Deputy Clerk - SE, ) (Entered: 05/18/2007) |
| 05/18/2007 | 8 | ORDER Setting Hearing on Motion 7 MOTION for Temporary Restraining Order *and Preliminary Injunction and Memorandum in* |

|  |  |  |
|---|---|---|
|  |  | *Support*: Motion Hearing set for 5/24/2007 10:00 AM in Wilmington - Courtroom 1 before Judge James C. Fox.. Signed by Judge James C. Fox on 5/18/2007. CC:counsel, B. Bowen, S. Enyart, S. Schwinn(Deputy Clerk - SE, ) (Entered: 05/18/2007) |
| 05/22/2007 | 9 | MOTION to Remand by Richard P. Nordan. (Coats, David) (Entered: 05/22/2007) |
| 05/22/2007 | 10 | Memorandum in Support *of Motion to Remand* filed by Richard P. Nordan. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5)(Coats, David) (Entered: 05/22/2007) |
| 05/22/2007 | 11 | MOTION to Expedite *Hearing or Ruling and Shorten Time to Respond* by Richard P. Nordan. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G)(Coats, David) (Entered: 05/22/2007) |
| 05/22/2007 | 12 | Memorandum in Support *of Motion to Expedite Hearing or Ruling and Shorten Time to Respond* filed by Richard P. Nordan. (Coats, David) (Entered: 05/22/2007) |
| 05/23/2007 | 13 | RESPONSE *to Defendants' Motion for Temporary Restraining Order and Preliminary Injunction* filed by Richard P. Nordan. (Coats, David) (Entered: 05/23/2007) |
| 05/23/2007 | 14 | Memorandum in Opposition re 9 MOTION to Remand filed by Blackwater Lodge & Training Center, Inc., Blackwater Security Consulting, LLC. (Warner, Kirk) (Entered: 05/23/2007) |
| 05/23/2007 | 15 | ORDER granting in part and denying in part 11 Motion to Expedite. Plaintiff's request for an expedited hearing on his motion to remand at DE #9 is ALLOWED. Signed by Judge James C. Fox on 5/23/2007. CC:counsel (Deputy Clerk - SE, ) Modified on 5/23/2007 to correct the previous entry that the court had ruled on DE #9. The court only allowed the request to hear that motion (Deputy Clerk - SE, ). (Entered: 05/23/2007) |
| 05/23/2007 |  | NOTICE OF CORRECTION re: 15 Order on Motion to Remand, Order on Motion to Expedite; the court has not ruled on the motion to remand itself (DE #9). That entry will be deleted from the docket text at DE #15. The court only ALLOWED/GRANTED the request for an expedited hearing on the motion to remand at DE #9. The motion at DE #9 will be addressed as well as the motion at DE #7 at the 5/24/07 hearing before Judge Fox. (Deputy Clerk - SE, ) (Entered: 05/23/2007) |
| 05/23/2007 | 16 | REPLY to Response to Motion re 7 MOTION for Temporary Restraining Order *and Preliminary Injunction and Memorandum in Support* filed by Blackwater Lodge & Training Center, Inc., Blackwater Security Consulting, LLC. (Attachments: # 1 Exhibit 1# 2 Exhibit 2)(Warner, Kirk) (Entered: 05/23/2007) |
| 05/24/2007 | 17 | Minute Entry for proceedings held before Judge James C. Fox : Motion Hearing held on 5/24/2007 re 9 MOTION to Remand filed by Richard P. |

| | | |
|---|---|---|
| | | Nordan,, <u>7</u> MOTION for Temporary Restraining Order *and Preliminary Injunction and Memorandum in Support* filed by Blackwater Security Consulting, LLC, Blackwater Lodge & Training Center, Inc. Counsel for both parties were present for this hearing. Arguments heard in re:jurisdiction and liability in this case. Parties were unable to come to a complete agreement. Stipulation to be filed by the parties on 5/25/07 outlining what they did agree to. Court adjourned at 1:26 p.m. Court Reporter:Stacy Schwinn; Courtroom Deputy:Susan Enyart, Law Clerk:Renee Miller. (Court Reporter Stacy Schwinn.) (Deputy Clerk - SE, ) (Entered: 05/24/2007) |
| 05/25/2007 | <u>18</u> | NOTICE by Blackwater Lodge & Training Center, Inc., Blackwater Security Consulting, LLC *of Filing* (Attachments: # <u>1</u> Exhibit A) (Warner, Kirk) (Entered: 05/25/2007) |
| 05/29/2007 | <u>19</u> | Consent MOTION for Extension of Time to File *and Update on Status of Proposed Stipulation* by Blackwater Lodge & Training Center, Inc., Blackwater Security Consulting, LLC. (Attachments: # <u>1</u> Text of Proposed Order)(Warner, Kirk) (Entered: 05/29/2007) |
| 05/29/2007 | <u>20</u> | RESPONSE in Opposition re <u>9</u> MOTION to Remand *Supplemental* filed by Blackwater Lodge & Training Center, Inc., Blackwater Security Consulting, LLC. (Attachments: # <u>1</u> Exhibit 1)(Warner, Kirk) (Entered: 05/29/2007) |
| 05/30/2007 | <u>21</u> | ORDER granting <u>19</u> Motion for Extension of Time to File. Defendants have up to and including 6/5/07 in which to respond to pltf's complaint and motion for TRO. Signed by Judge James C. Fox on 5/30/2007. CC:counsel (Deputy Clerk - SE, ) (Entered: 05/30/2007) |
| 05/30/2007 | | Remark - advised Judge Fox's chambers of the notice of filing at DE #18 on this date. (Deputy Clerk - SE, ) (Entered: 05/30/2007) |
| 05/31/2007 | <u>22</u> | REPLY to Response to Motion re <u>9</u> MOTION to Remand *Reply to Defendants' Memorandum of Law in Opposition to Plaintiff's Motion to Remand* filed by Richard P. Nordan. (Attachments: # <u>1</u> Exhibit 1)(Coats, David) (Entered: 05/31/2007) |
| 05/31/2007 | | MOTION TO REMAND at <u>9</u> submitted to Senior Judge Fox for his review and consideration. (Deputy Clerk - SE, ) (Entered: 05/31/2007) |
| 06/05/2007 | <u>23</u> | ANSWER to Complaint by Blackwater Lodge & Training Center, Inc., Blackwater Security Consulting, LLC. (Warner, Kirk) (Entered: 06/05/2007) |
| 06/05/2007 | <u>24</u> | Memorandum in Opposition *to Motion for Temporary Restraining Order and Preliminary Injunction* filed by Blackwater Lodge & Training Center, Inc., Blackwater Security Consulting, LLC. (Attachments: # <u>1</u> Exhibit 1# <u>2</u> Exhibit 2) (Warner, Kirk) (Entered: 06/05/2007) |
| 06/13/2007 | <u>25</u> | ORDER that this action is DISMISSED and all pending motions are DENIED as moot. The Clerk of Court is DIRECTED to close this case. Signed by Judge James C. Fox on 6/11/2007. CC:counsel (Deputy Clerk |

| | | - SE, ) (Entered: 06/13/2007) |
|---|---|---|
| 06/13/2007 | 26 | JUDGMENT; IT IS ORDERED AND ADJUDGED that this action is DISMISSED and all pending motions are DENIED as moot. The Clerk of Court is DIRECTED to close this case. Signed by Judge James C. Fox on 6/13/2007. CC:counsel. (Deputy Clerk - SE, ) (Entered: 06/13/2007) |
| 06/26/2007 | | TRANSCRIPT of Proceedings held on May 24, 2007 in Wilmington - Temporary Restraining Order & Prelimnary Injunction before Judge James C. Fox, Senior U.S. Disttrict Judge. Court Reporter: Stacy Schwinn. (1 Vol) (Deputy Clerk - LE, ) (Entered: 06/26/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 07/04/2007 15:52:56 | | | |
| PACER Login: | ml0900 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 5:07-cv-00175-F |
| Billable Pages: | 3 | Cost: | 0.24 |