

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLACKWATER SECURITY CONSULTING, LLC, a Delaware Limited Liability Company; and BLACKWATER LODGE AND TRAINING CENTER, INC., a Delaware Corporation<br>Plaintiffs,<br>vs.<br>WESTCHESTER SURPLUS LINES INSURANCE COMPANY, a Georgia Corporation<br>and<br>EVANSTON INSURANCE COMPANY, an Illinois Corporation<br>and<br>CONTINENTAL INSURANCE COMPANY<br>and<br>LIBERTY INSURANCE UNDERWRITERS, a Massachusetts Corporation<br>Defendants. | CIVIL ACTION NO. 05-6020 (PBT) |



### STIPULATION FOR EXTENSION OF TIME
### IN CONNECTION WITH SUMMARY JUDGMENT MOTIONS

It is hereby stipulated and agreed by and between the undersigned counsel that the time within which Response Briefs, Reply Briefs and Sur Reply Briefs must be filed shall be extended as follows:

| | |
|---|---|
| Response Brief of Defendants to Plaintiffs' Motion for Summary Judgment (25 pages) | August 10, 2007 |
| Reply Brief of Plaintiffs (10 pages) | August 31, 2007 |
| Sur Reply Brief of Defendants (10 pages) | September 12, 2007 |

No prior extensions have been granted to any of the parties in connection with Plaintiffs' Motion for Summary Judgment.

BY: Carol Choate Carty (Valid. Code ccc3595)
CAROL CHOATE CARTY, ESQUIRE
DENNIS J. VALENZA, ESQUIRE
Morgan, Lewis & Bockius
1701 Market Street,
Philadelphia, PA 19103
Attorney for Plaintiff

BY: /s/ Ronald P. Schiller (Valid. Code RPS4415
Ronald P. Schiller
DLA Piper
One Liberty Place
1650 Market Street, Suite 4900
Philadelphia, PA 19103
Attorney for Continental Insurance Company

RECEIVED
AUG 02 2007
TUCKER PETRESE B.

BY: /s/ Francis P. Burns, II (Valid. Code fb418)
FRANCIS P. BURNS, III, ESQ. (Atty. ID 27537)
Lavin, O'Neil, Ricci, Cedrone & Disipio
190 N. Independence Mall West
6th and Race Streets, Suite 500
Philadelphia, PA 19106
Attorney for Defendant, Evanston Insurance Company

BY: /s/ John C. Sullivan (Valid. Code JCS7648)
JOHN C. SULLIVAN, ESQUIRE
Post & Schell, P.C.
1600 John F. Kennedy Boulevard
Four Penn Center
Philadelphia, PA 19103
Attorney for Defendant, Liberty Insurance Underwriters

BY: /s/ Francis J. Deasey (Valid. Code FD1214)
FRANCIS J. DEASEY, ESQUIRE (Atty. ID 25699)
Deasey, Mahoney & Bender, Ltd.
1601 Market Street, 34th Floor
Philadelphia, PA 19103
215-587-9400 (PHONE)/215-587-9456 (FAX)
fjdeasey@dmvlawfirm.com
Attorney for Defendant, Westchester Surplus Lines Insurance Company

DATED: 8/3/07

APPROVED BY:

_____
J.