UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLACKWATER SECURITY CONSULTING, LLC, a Delaware Limited Liability Company; and BLACKWATER LODGE AND TRAINING CENTER, INC. a Delaware Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>WESTCHESTER SURPLUS LINES INSURANCE COMPANY, a Georgia Corporation; EVANSTON INSURANCE COMPANY, an Illinois Corporation; FIDELITY AND CASUALTY COMPANY OF NEW YORK, a South Carolina Corporation; and LIBERTY INSURANCE UNDERWRITERS, a Massachusetts Corporation,<br><br>Defendants. | Civil Action No. 05 6020<br><br>Electronically Filed<br><br>Assigned to Judge Petrese B. Tucker<br><br>**DEFENDANT EVANSTON INSURANCE COMPANY'S ANSWER TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE DUTY TO DEFEND AND EVANSTON INSURANCE COMPANY'S CROSS-MOTION FOR SUMMARY JUDGMENT** |

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendant Evanston Insurance Company ("Evanston") responds to Plaintiffs' motion for partial summary judgment on the duty to defend and cross-moves for summary judgment in its favor. A supporting memorandum, cases and a Proposed Order accompany the filing of this motion.[1]

Evanston respectfully submits that it is entitled to summary judgment in its favor because the evidence on record shows no genuine issue of material fact exists and Evanston is entitled to judgment as a matter of law. Under the terms of Professional Liability Policy No, EO 819173, issued by Evanston to Plaintiffs, Evanston has no duty to defend or indemnify Plaintiffs in

---

[1] Evanston also relies upon the following exhibits to the Declaration of Andrew Howell ("Howell Decl."), submitted in support of Blackwater's Motion for Partial Summary Judgment against Evanston Insurance Company):
(a) Evanston's Policy, no. EO819173 (Howell Decl., Exh. A); (b) the Complaint in the underlying action captioned *Nordan v. Blackwater Security Consulting LLC, et al.,* 05 CVS 000173, pending in the Superior Court of North Carolina, Wake County (Howell Decl., Exh. B); and (c) the February 23, 2005 declination letter sent to Blackwater on Evanston's behalf (Howell Decl., Exh. E.). In addition, Evanston relies upon the Howell Decl. at ¶ 2.

connection with the underlying action captioned *Nordan v. Blackwater Security Consulting LLC, et al.,* 05 CVS 000173, pending in the Superior Court of North Carolina, Wake County. Evanston also asks that the court grant summary judgment on Blackwater's claim of bad faith in Count IV of its complaint.

Comparing the facts alleged in the complaint in the *Nordan* Complaint with the terms of the Policy, no possibility of coverage exists. The Policy bars coverage for claims brought by or in the right of Blackwater's contractors or subcontractors. The *Nordan* Complaint is a wrongful death lawsuit filed in the right of four deceased Blackwater contractors. Therefore, Evanston has no duty to defend Blackwater. In the absence of a duty to defend, there can be no duty to indemnify. In the absence of a duty to defend or indemnify, there can be no bad faith. Evanston relies upon and incorporates the attached Memorandum of Law, in support thereof.

WHEREFORE, Defendant Evanston Insurance Company respectfully request that this Court enter the accompanying proposed Order pursuant to Fed. Civ. P. 56.

                       Respectfully submitted,

                       LAVIN, O'NEIL, RICCI, CEDRONE & DISIPIO

                       By:  /s/ Francis P. Burns III (Valid. code fb418)
                       Francis P. Burns III
                       State Bar No. 27537

                       190 North Independence Mall West, Suite 500
                       6th & Race Streets
                       Philadelphia, PA  19106
                       (215) 627-0303 (ext. 7907)
                       (215) 351-1900 (fax)
                       fburns@lavin-law.com

                                -and-

<table>
<tr><td></td><td>HELMS MULLISS & WICKER, PLLC<br>L. D. Simmons, II<br>N.C. State Bar No. 12554<br>201 North Tryon Street<br>Charlotte, North Carolina 28202.<br>Telephone: (704) 343-2000<br>Facsimile: (704) 444-8773<br>ld.simmons@hmw.com</td></tr>
<tr><td>Dated August 10, 2007</td><td>*Attorneys for Evanston Insurance Company*</td></tr>
</table>