UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLACKWATER SECURITY CONSULTING, LLC, a Delaware Limited Liability Company; and BLACKWATER LODGE AND TRAINING CENTER, INC. a Delaware Corporation,<br><br>  Plaintiffs,<br><br>v.<br><br>WESTCHESTER SURPLUS LINES INSURANCE COMPANY, a Georgia Corporation; EVANSTON INSURANCE COMPANY, an Illinois Corporation; FIDELITY AND CASUALTY COMPANY OF NEW YORK, a South Carolina Corporation; and LIBERTY INSURANCE UNDERWRITERS, a Massachusetts Corporation,<br><br>  Defendants. | Civil Action No. 05 6020<br><br>Electronically Filed<br><br>Assigned to Judge Petrese B. Tucker |

## **CERTIFICATE OF SERVICE FOR ANSWER AND CROSS-MOTION**

I hereby certify that a true and correct copy of Defendant Evanston Insurance Company's Answer to Blackwater's Motion for Summary Judgment, Cross-Motion for Summary Judgment and Supporting Memorandum of Law were served this date, by the method indicated below:

_____   Depositing a copy hereof, postage prepaid, in the United States Mail, addressed to the attorney for each said party as follows:

_____   Depositing a copy hereof with a nationally recognized overnight courier service, for overnight delivery, addressed to the attorney for each said party as follows:

<u>XXX</u>   By electronic filing, sent by email to the attorney for each said party as follows:

Dockets.Justia.com

| | |
|---|---|
| Dennis J. Valenza, Esquire<br>Carol Choate Carty, Esquire<br>Morgan, Lewis & Bockius, LLP<br>1701 Market Street<br>Philadelphia, PA  19103<br>Attorneys for Plaintiff | John C. Sullivan, Esquire<br>Post & Schell, P.C.<br>1600 John F. Kennedy Boulevard<br>Four Penn Center<br>Philadelphia, PA  19103<br>Attorneys for Defendant, Liberty Insurance Underwriters |
| Francis J. Deasey, Esquire<br>Michael F. Schleigh, Esquire<br>Deasey, Mahoney & Bender, Ltd.<br>1601 Market Street, 34th Floor<br>Philadelphia, PA  19103<br>Attorney for Defendant, Westchester Surplus Lines Insurance Company | Howard T. Weir, III, Esq.<br>Paul A. Zevnick, Esquire<br>Morgan, Lewis & Bockius, LLP<br>1111 Pennsylvania Avenue, NW<br>Washington, D.C.  20004<br>Attorneys for Plaintiff |

Ronald P. Schiller
DLA Piper
One Liberty Place
1650 Market Street, Suite 4900
Philadelphia, PA  19103
Attorneys for Continental Insurance Company

This the 10<u>th</u> day of August 2007.

/s/ Francis P. Burns III (Valid. code fb418)
Francis P. Burns III
State Bar No. 27537
190 North Independence Mall West, Suite 500
6th & Race Streets
Philadelphia, PA  19106
(215) 627-0303 (ext. 7907)
(215) 351-1900 (fax)
fburns@lavin-law.com
Attorneys for Evanston Insurance Company