BLACKWATER SECURITY CONSULTING, LLC et al v. WESTCHESTER SURPLUS LINES INSURANCE COMPANY Doc. 60 Att. 11

# EXHIBIT 8

Dockets.Justia.com

# DEASEY, MAHONEY & BENDER, LTD.

ATTORNEYS AT LAW - PROCTORS IN ADMIRALTY

FRANCIS J. DEASEY
HARRY G. MAHONEY
JAMES W. DALY†
GERALD J. VALENTINI‡
JANE A. NORTH†
HENRI MARCEL†
CARLA P. MARESCA†○
ADAM J. PANTANO†
CRAIG M. STRAW
WARD A. RIVERS†
CHRISTOPHER C. NEGRETE
STEPHEN J. PARISI†
CHRISTOPHER T. HUBER
PATRICIA E. McENTEER
MICHAEL J. HINKLE†
TROY D. SISUM†
JENNIFER B. HUNTER†
CHRISTOPHER G. MAVROS†
AMY V. McTIGHE†
ZACHARY B. COOPER†

SUITE 1300
1800 JOHN F. KENNEDY BOULEVARD
PHILADELPHIA, PA 19103-2978
215-587-9400
FACSIMILE: 215-587-9456

DIRECT EMAIL: FJDEASEY@DMBPHILA.COM
VOICE-MAIL EXTENSION #134

NEW JERSEY OFFICE
80 TANNER STREET
HADDONFIELD, NJ 08033-2419
856-429-6331
FACSIMILE: 856-429-6562

OF COUNSEL:
FRANK C. BENDER
WILLIAM R. DEASEY
1951-1993
JAMES G. BARNES
1988-1997
† ALSO MEMBER NJ BAR
‡ ALSO MEMBER CA BAR
○ ALSO MEMBER NY BAR

March 27, 2006

Howard Weir, Esquire
Morgan, Lewis & Bockius, LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

Re: **Blackwater Security Consulting, LLC, et al. v. Westchester Surplus Lines Insurance Company (WSLIC), et al.**
**Our File No. 500.22215**

Dear Howard:

This will serve as a follow-up to my correspondence to you of February 7, 2006 regarding the above-captioned matter (a copy of which is enclosed herewith for your convenience). In my February 7, 2006 correspondence I requested certain information concerning the defense costs incurred in connection with the Nordan lawsuit. I reiterate my request for this information at this time. If you foresee any problem with complying with my request for this information, kindly contact me upon receipt of this correspondence so we may discuss this further.

Thank you for your anticipated cooperation in this regard.

Very truly yours,

DEASEY, MAHONEY & BENDER, LTD.

BY: _____
FRANCIS J. DEASEY, ESQUIRE

FJD/mr
Enclosure