# EXHIBIT 10

# DEASEY, MAHONEY & BENDER, LTD.

FRANCIS J. DEASEY
HARRY G. MAHONEY
JAMES W. DALY†
GERALD J. VALENTINI‡
JANE A. NORTH†
HENRI MARCEL†
CARLA P. MARESCA†○
ADAM J. PANTANO†
WARD A. RIVERS†
CHRISTOPHER C. NEGRETE
STEPHEN J. PARISI†
PATRICIA E. McENTEER
MICHAEL J. HINKLE†
TROY D. SISUM†
JENNIFER B. HUNTER†
CHRISTOPHER G. MAVROS†
ELYSE G. CRAWFORD
THOMAS C. GALLAGHER†
ANDREW B. ADAIR

ATTORNEYS AT LAW - PROCTORS IN ADMIRALTY
SUITE 1300
1800 JOHN F. KENNEDY BOULEVARD
PHILADELPHIA, PA 19103-2978
215-587-9400
FACSIMILE: 215-587-9456

DIRECT EMAIL: FJDEASEY@DMBPHILA.COM
VOICE-MAIL EXTENSION #134

NEW JERSEY OFFICE
80 TANNER STREET
HADDONFIELD, NJ 08033-2419
856-429-6331
FACSIMILE: 856-429-6562

MEDIA OFFICE
P.O. BOX 666
MEDIA, PA 19063

OF COUNSEL:
FRANK C. BENDER
WILLIAM R. DEASEY
1951-1993
JAMES G. BARNES
1988-1997
† ALSO MEMBER NJ BAR
‡ ALSO MEMBER CA BAR
○ ALSO MEMBER NY BAR

August 22, 2006

Howard Weir, Esquire
Morgan, Lewis & Bockius, LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

Re: **Blackwater Security Consulting, LLC, et al. v. Westchester Surplus Lines Insurance Company, et al.**
**Our File No. 500.22215**

Dear Howard:

My apologies for not forwarding the executed Confidentiality Agreement to you sooner. However, I was on trial in Texas for several weeks and just returned to my office. In any event, I am enclosing herewith a copy of the signed Confidentiality Agreement executed on behalf of Westchester.

In connection with your request for payment, please be advised that I have forwarded the invoices to WSLIC for their review. However, as you will note from my February 7, 2006 correspondence to you, I not only requested complete copies of all invoices for defense costs incurred to date but also requested a breakdown of the following:

(1) the services provided by the law firm and the reason why the law firm was retained in connection with the <u>Nordan</u> lawsuit; and

(2) any agreements and or letters of retention entered into between the various law firms and Blackwater, et al.

PAGE NO. 2  TO: Howard Weir, Esquire
August 22, 2006

In reviewing the invoices forwarded to me I note the following law firms were retained in connection with the <u>Nordan</u> lawsuit:

(1) Crowell, Moring;
(2) Thickler, Garelick & Associates, LLP;
(3) Powell, Goldstein, LLP;
(4) Crenfell, Sumner & Hartzog, LLP;
(5) Ellis & Winters, LLP;
(6) Bryant & Higby Chartered;
(7) Wilei, Rein and Felding, LLP;
(8) Greenberg, Traurig; and
(9) Smith, Anderson, Blount, Dorset, Mitchell & Gernigan.

Kindly provide the information requested above at your earliest convenience. Also, please be advised that this information may need to be shared with counsel for Fidelity, who is presently defending one or more of the Blackwater Defendants under a Reservation of Rights. However, before the information is shared with counsel for Fidelity, I will obtain their signature on a Confidentiality Agreement.

Should you have any questions regarding any of the above, kindly contact the undersigned.

Very truly yours,

DEASEY, MAHONEY & BENDER, LTD.

BY: _____
FRANCIS J. DEASEY, ESQUIRE

FJD/mr
Enclosure