BLACKWATER SECURITY CONSULTING, LLC et al v. WESTCHESTER SURPLUS LINES INSURANCE COMPANY Doc. 60 Att. 14
Case 2:05-cv-06020-PBT   Document 60-15   Filed 08/10/2007   Page 1 of 3

# EXHIBIT 11

Dockets.Justia.com

# DEASEY, MAHONEY & BENDER, LTD.

FRANCIS J. DEASEY
HARRY G. MAHONEY
JAMES W. DALY†
GERALD J. VALENTINI‡
JANE A. NORTH†
HENRI MARCEL†
CARLA P. MARESCA†○
ADAM J. PANTANO†
WARD A. RIVERS†
CHRISTOPHER C. NEGRETE
STEPHEN J. PARISI†
PATRICIA E. McENTEER
MICHAEL J. HINKLE†
TROY D. SISUM†
JENNIFER B. HUNTER†
CHRISTOPHER G. MAVROS†
ELYSE G. CRAWFORD
THOMAS C. GALLAGHER†
ANDREW B. ADAIR

ATTORNEYS AT LAW - PROCTORS IN ADMIRALTY
SUITE 1300
1800 JOHN F. KENNEDY BOULEVARD
PHILADELPHIA, PA 19103-2978
215-587-9400
FACSIMILE: 215-587-9456

DIRECT EMAIL:  FJDEASEY@DMBPHILA.COM
VOICE-MAIL EXTENSION #134

NEW JERSEY OFFICE
80 TANNER STREET
HADDONFIELD, NJ 08033-2419
856-429-6331
FACSIMILE: 856-429-6562

MEDIA OFFICE
P.O. BOX 666
MEDIA, PA 19063

OF COUNSEL:
FRANK C. BENDER
WILLIAM R. DEASEY
1951-1993
JAMES G. BARNES
1988-1997
† ALSO MEMBER NJ BAR
‡ ALSO MEMBER CA BAR
○ ALSO MEMBER NY BAR

October 3, 2006

Howard Weir, Esquire
Morgan, Lewis & Bockius, LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

Re:   **Blackwater Security Consulting, LLC, et al. v. Westchester Surplus Lines Insurance Company, et al.**
      **Our File No. 500.22215**

Dear Howard:

This will acknowledge receipt of your correspondence of September 29, 2006. While we have finished our initial review of the defense expenses previously submitted to us, several questions remain unanswered. First, there is no explanation why there was need for lead litigation counsel, who together billed in excess of 1.3 million dollars. Second, there is no explanation as to why there was a need for Special Defense Base Act counsel, particularly in view of the fact that each of the Defendants were afforded separate counsel and there was lead litigation counsel involved also. Finally, there is no explanation as to why Defendants Justin McQuown and Tom Powell needed separate counsel.

Before WSLIC can consider payment of any defense expenses these questions need to be answered. However, in addition to the foregoing a review of the submitted invoices reveals tremendous overlap in the services being rendered by several of the law firms. Once the foregoing questions have been answered, we will be in a position to address the concerns regarding the overlap of services rendered by several of the law firms. I will approach WSLIC with your suggestion of a meeting and advise of their response thereto.

PAGE NO. 2

TO  Howard Weir, Esquire
October 3, 2006

    Should you have any questions regarding any of the above, kindly contact me at your convenience. Otherwise, I would appreciate answers to these questions at your earliest possible convenience.

    Very truly yours,

    DEASEY, MAHONEY & BENDER, LTD.

    BY: _____
    FRANCIS J. DEASEY, ESQUIRE

FJD/mr