# EXHIBIT 12

Dockets.Justia.com

# DEASEY, MAHONEY & BENDER, LTD.

FRANCIS J. DEASEY
HARRY G. MAHONEY
JAMES W. DALY†
GERALD J. VALENTINI‡
JANE A. NORTH†
HENRI MARCEL†
CARLA P. MARESCA†o
ADAM J. PANTANO†
WARD A. RIVERS†
CHRISTOPHER C. NEGRETE
STEPHEN J. PARISH†
PATRICIA E. McENTEER
MICHAEL J. HINKLE†
TROY D. SISUM†
JENNIFER B. HUNTER†
CHRISTOPHER G. MAVROS†
ELYSE G. CRAWFORD
THOMAS C. GALLAGHER†
ANDREW B. ADAIR
KIMBERLY M. FRASCELLA
SHERYL L. BROWN

ATTORNEYS AT LAW - PROCTORS IN ADMIRALTY
SUITE 1300
1800 JOHN F. KENNEDY BOULEVARD
PHILADELPHIA, PA 19103-2978
215-587-9400
FACSIMILE: 215-587-9456

DIRECT EMAIL: FJDEASEY@DMBPHILA.COM
VOICE-MAIL EXTENSION #134

February 26, 2007

NEW JERSEY OFFICE
80 TANNER STREET
HADDONFIELD, NJ 08033-2419
856-429-6311
FACSIMILE: 856-429-6562

MEDIA OFFICE
P.O. BOX 666
MEDIA, PA 19063

OF COUNSEL:
FRANK C. BENDER
WILLIAM R. DEASEY
1951-1993
JAMES G. BARNES
1988-1997
† ALSO MEMBER NJ BAR
‡ ALSO MEMBER CA BAR
o ALSO MEMBER NY BAR

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
Blackwater Security Consulting, LLC
Blackwater Lodge and Training Center, Inc.
550 Puddin Ridge Road
Moyock, North Carolina 27958
**Attention: Gary Jackson, President**

      Re:    **Nordan, et al. v. Blackwater Security Consulting, LLC**
              **WSLIC Policy No. GLW-778197**

Dear Mr. Jackson:

On behalf of Westchester Surplus Lines Insurance Company (WSLIC), we wish to update you regarding WSLIC's position regarding Blackwater's request for reimbursement of attorneys' fees and expenses incurred in the Nordan litigation. Previously, by letter dated May 18, 2005, WSLIC agreed to undertake reimbursement for reasonable defense costs pursuant to the policy and in conjunction with other carriers that may have coverage which may apply to the Nordan claim. Subsequently, Blackwater has presented WSLIC with law firm invoices and met with counsel for WSLIC and Fidelity and Casualty Company of New York ("CNA") on December 13, 2006 to discuss issues with respect to the submitted invoices.

Based on information received from Blackwater and its counsel at the December 13, 2006 meeting, WSLIC wishes to advise Blackwater that WSLIC will not reimburse Blackwater for the invoices submitted by the law firm of Flicker & Garelick for the following reason. It is WSLIC's understanding that Flicker & Garelick was retained to serve as special "Defense Base Act" counsel. In this connection, it is WSLIC's understanding that Flicker & Garelick is principally involved in the compensation proceeding before the Defense Base Act ("DBA") administrative law judge. As we advised at the December meeting, the compensation claims under the DBA before the administrative law judge have never been submitted to WSLIC for consideration. We advised Blackwater's counsel that if Blackwater wished to submit these

PAGE NO.          2          TO          Gary Jackson, President
                                          February 26, 2007

claims to WSLIC for consideration, they should do so. At that time, WSLIC will determine whether the DBA claims before the administrative law judge are covered claims under the WSLIC policy referred to above.

WSLIC will not reimburse Blackwater for the invoices submitted by the law firm of Crowell & Moring. Based upon the information obtained at the December meeting, it is WSLIC's understanding that Crowell and Moring is serving as "special litigation counsel" and, in this role, has filed Amicus Briefs on behalf of the Defense Contractor's Industry. Please be advised that the WSLIC policy referred to above does not provide coverage to the Defense Contractor's Industry. Rather, the WSLIC policy referred to above provides coverage to Blackwater Security Consulting, LLC, et al. pursuant to the terms and conditions of the WSLIC policy. For this reason, WSLIC respectfully declines Blackwater's request for reimbursement of attorneys' fees and expenses associated with the retention of the Crowell and Moring law firm.

At the December meeting WSLIC also learned that Blackwater has retained lead and local counsel for the individual Defendants, Justin McQuown and Tom Powell. WSLIC questioned the necessity for retention of separate counsel for these individuals and was advised that there was a real or potential conflict of interest necessitating the retention of separate counsel. At the December meeting, WSLIC requested additional information in order to analyze the necessity for the retention of separate counsel. To date, this information has not been forthcoming. WSLIC once again renews its request for information supporting Blackwater's decision to retain separate counsel to represent the individual Defendants, McQuown and Powell. Until this information is forthcoming, WSLIC hereby reserves its right to deny Blackwater's demand for reimbursement for fees and expenses incurred in connection with the retention of separate counsel for the individual Defendants referred to herein.

Please be advised that WSLIC incorporates by reference herein its Reservation of Rights of May 18, 2005 and specifically reserves all rights pursuant to the terms, conditions, definitions and provisions of the WSLIC policy referred to above and applicable law. All such rights are specifically reserved including, but not limited, to the right to deny and/or disclaim and/or limit coverage in the future.

                                          Very truly yours,


                                          **DEASEY, MAHONEY & BENDER, LTD.**


                                          By
                                          FRANCIS J. DEASEY, ESQUIRE

FJD/mr
cc:    Howard T. Weir, Esquire

**U.S. Postal Service** ™
**CERTIFIED MAIL**™ **RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To _Gary Jackson, Pres_
Street, Apt. No.; or PO Box No. _Blackwater_
City, State, ZIP+4 _R VA K_

7006 3450 0002 5944 4797

PS Form 3800, August 2006                    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Blackwater Security Consulting, LLC
Blackwater Lodge & Training
  Center, Inc.
550 Puddin Ridge Road
Moyock, North Carolina 27958
Attention: Gary Jackson, Pres.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Sharon Puca_     ☐ Agent
                    ☐ Addressee

B. Received by ( Printed Name)     C. Date of Delivery
_Sharon Puca_                      _3/5/07_

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7006 3450 0002 5944 4797

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

**Certified Mail Provides:**

- A mailing receipt
- A unique identifier for your mailpiece
- A record of delivery kept by the Postal Service for two years

*Important Reminders:*

- Certified Mail may ONLY be combined with First-Class Mail® or Priority Mail®.
- Certified Mail is *not available* for any class of international mail.
- NO INSURANCE COVERAGE IS PROVIDED with Certified Mail. For valuables, please consider Insured or Registered Mail.
- For an additional fee, a *Return Receipt* may be requested to provide proof of delivery. To obtain Return Receipt service, please complete and attach a Return Receipt (PS Form 3811) to the article and add applicable postage to cover the fee. Endorse mailpiece "Return Receipt Requested". To receive a fee waiver for a duplicate return receipt, a USPS® postmark on your Certified Mail receipt is required.
- For an additional fee, delivery may be restricted to the addressee or addressee's authorized agent. Advise the clerk or mark the mailpiece with the endorsement *"Restricted Delivery"*.
- If a postmark on the Certified Mail receipt is desired, please present the article at the post office for postmarking. If a postmark on the Certified Mail receipt is not needed, detach and affix label with postage and mail.

**IMPORTANT: Save this receipt and present it when making an inquiry.**
PS Form 3800, August 2006 *(Reverse)* PSN 7530-02-000-9047

---

UNITED STATES POSTAL SERVICE

| | First-Class Mail<br>Postage & Fees Paid<br>USPS<br>Permit No. G-10 |

• Sender: Please print your name, address, and ZIP+4 in this box •

Francis J. Deasey, Esquire
Deasey, Mahoney & Bender, Ltd.
1800 John F. Kennedy Boulevard
Suite 1300
Philadelphia, PA  19103

 500-22215

Blackwater