# EXHIBIT 13

Dockets.Justia.com

# DEASEY, MAHONEY & BENDER, LTD.

FRANCIS J. DEASEY
HARRY G. MAHONEY
JAMES W. DALY†
GERALD J. VALENTINI‡
JANE A. NORTH†
HENRI MARCEL†
CARLA P. MARESCA†◦
ADAM J. PANTANO†
WARD A. RIVERS†
CHRISTOPHER C. NEGRETE
STEPHEN J. PARISII
PATRICIA E. McENTEER
MICHAEL J. HINKLE†
TROY D. SISUM‡
JENNIFER B. HUNTER†
CHRISTOPHER G. MAVROS†
ELYSE G. CRAWFORD
THOMAS C. GALLAGHER†
ANDREW B. ADAIR
KIMBERLY M. FRASCELLA

ATTORNEYS AT LAW - PROCTORS IN ADMIRALTY
SUITE 1300
1800 JOHN F. KENNEDY BOULEVARD
PHILADELPHIA, PA 19103-2978
215-587-9400
FACSIMILE: 215-587-9456

DIRECT EMAIL: FJDEASEY@DMBPHILA.COM
VOICE-MAIL EXTENSION #134

NEW JERSEY OFFICE
80 TANNER STREET
HADDONFIELD, NJ 08033-2419
856-429-6331
FACSIMILE: 856-429-6562

MEDIA OFFICE
P.O. BOX 666
MEDIA, PA 19063

OF COUNSEL:
FRANK C. BENDER
WILLIAM R. DEASEY
1951-1993
JAMES G. BARNES
1988-1997
† ALSO MEMBER NJ BAR
‡ ALSO MEMBER CA BAR
◦ ALSO MEMBER NY BAR

February 26, 2007

Howard T. Weir, Esquire
Morgan, Lewis & Bockius, LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

Re:   **Blackwater Security Consulting, LLC, et al. v. Westchester Surplus Lines
        Insurance Company, et al.
        Our File No. 500.22215**

Dear Howard:

In furtherance of our telephone conversation of Wednesday, February 21, 2007 and our meeting in your office on December 13, 2006, I write to request certain information in connection with Blackwater's request for reimbursement of attorneys' fees and expenses. As we discussed, I have not received the additional packet of law firm invoices which we discussed at the December meeting. I understand that Harvey Bartle sent these invoices in January. Unfortunately, we have no record of receiving them. In any event, I understand that Harvey Bartle is resending them to us via Federal Express. I thank you for your cooperation in this regard.

Also at the December meeting we requested the retention agreements entered into between Blackwater and any of the firms engaged by Blackwater in defense of the Nordan litigation. Kindly provide these agreements to us at your earliest convenience. We also requested any joint defense agreements. Kindly provide these agreements to us at your earliest convenience.

Concerning the retention of separate counsel for the individual Blackwater Defendants, Blackwater's general counsel stated at the December meeting that there was a real or potential conflict of interest in lead litigation counsel representing these individuals. At the December meeting I requested further information in connection with the alleged conflict of interest. I ask that you forward an explanation as to the alleged conflict of interest so that WSLIC may determine whether retention of separate counsel is necessary under the circumstances.

PAGE NO.    2          TO·          Howard T. Weir, Esquire
                                    February 26, 2007

        Finally, as we discussed, WSLIC is in the process of reviewing the invoices submitted
thus far and will be in a position to advise Blackwater of its position regarding reimbursement in
the near future.  Upon receipt of the additional law firm invoices, WSLIC will complete its
review of these invoices and provide Blackwater with its position regarding reimbursement
promptly.

        As always, I thank you for your continuing cooperation in this regard.

                                    Very truly yours,

                                    DEASEY, MAHONEY & BENDER, LTD.

                                    By: _____
                                        FRANCIS J. DEASEY, ESQUIRE

FJD/mr