## CERTIFICATE OF SERVICE

I, Francis J. Deasey, Esquire, hereby certify that I have served upon all persons listed below a true and correct copy of Defendant, Westchester Surplus Lines Insurance Company's Response to Plaintiffs' Motion for Partial Summary Judgment on the Duty to Defend Against Westchester Surplus Lines Insurance Company and Cross Motion for Additional Discovery Pursuant To F.R.Civ.P. 56(f) in the above-captioned matter this date by electronic mail to all parties listed below:

CAROL CHOATE CARTY, ESQUIRE
DENNIS J. VALENZA, ESQUIRE
Morgan, Lewis & Bockius
1701 Market Street,
Philadelphia, PA  19103
Attorney for Plaintiff

HOWARD T. WEIR, III, ESQUIRE
Morgan, Lewis & Bockius
1111 Pennsylvania Avenue NW
Washington, D.C. 20004
Attorney for Plaintiff

FRANCIS P. BURNS, III, ESQ.
Lavin, O'Neil, Ricci, Cedrone & Disipio
190 N. Independence Mall West
6th and Race Streets, Suite 500
Philadelphia, PA  19106
Attorney for Defendant, Evanston Insurance Company

LUKE QUINLAN, ESQUIRE
L.D. SIMMONS, II, ESQUIRE
Helms, Mulliss & Wicker, PLLC
201 North Tryon Street
P.O. Box 31247
Charlotte, NC  28202
Attorney for Defendant, Evanston Insurance Company

JOHN C. SULLIVAN, ESQUIRE
Post & Schell, P.C.
1600 John F. Kennedy Boulevard
Four Penn Center
Philadelphia, PA  19103
Attorney for Defendant, Liberty Insurance Underwriters

REBECCA WOODS, ESQUIRE
Seyfarth Shaw LLP
815 Connecticut Avenue, NW
Washington, DC  20006-4004
Attorney for Continental Insurance Company

ROANLD P. SCHILLER, ESQUIRE
MICHAEL R. CARLSON, ESQUIRE
DLA Piper US LLP
One Liberty Place Suite 4900
1650 Market Street
Philadelphia, PA  19103

Date: 8-10-07     BY:     /s/ Francis J. Deasey (Valid Code FD1214)