BLACKWATER SECURITY CONSULTING, LLC et al v. WESTCHESTER SURPLUS LINES INSURANCE COMPANY et al                                    Doc. 61 Att. 4

# EXHIBIT C

**PRINCE GROUP LLC**
1660 International Drive
Suite 470
McLean, VA 22102
Tel: 571-633-9530
Fax: 571-633-9535

January 6, 2005

**By E-Mail and Federal Express**

Ms. Heather Chapple
Outdoor Insurance Group
400 N. Woodlawn; Suite 100
Wichita, KS 67208

Mr. Jack Heyboer
HUB International Midwest
245 Central Ave
P.O. Box 1319
Holland, MI 49422-1319

Roger Ellickson
Ms. Donna Sprags
CNA
CNA Plaza 32S
Chicago, IL 60685

    Re:    **Westchester Surplus Lines Ins. Co. (GLW 778197)**
              **Liberty Ins. Underwriters (LQ1-B71-200233-014)**
              **Evanston Insurance Company (Policy EO814817)**
              **Fidelity and Casualty of New York (DBA Policy #223901731, et al.)**

Dear Sirs and Madames:

On behalf of Blackwater Security Consulting LLC and Blackwater Lodge and Training Center, Inc. (collectively, "Blackwater"), notice is hereby provided of a Complaint that appears to have been filed on January 5, 2005 in the General Court of Justice Superior Court Division, Wake County, North Carolina (the "Complaint"), a copy of which is attached hereto. As of today, Blackwater has not been served with the Complaint.

The lawsuit has been filed on behalf of the families of the four Blackwater Security independent contractors who were murdered by Iraqi insurgents in Fallujah, Iraq on March 31, 2004. The four (4) individuals were: Stephen Scotten Helvenston, Michael Richard Teague, Jerko Gerald Zovko, Wesley-John Kealoha Batalona. Notice of the incident had been provided to each of you by letter dated on or about April 1, 2004. All personnel were covered by Defense Base Act Insurance through CNA Insurance Company.

1

**PRINCE GROUP LLC**
1660 International Drive
Suite 470
McLean, VA 22102
Tel: 571-633-9530
Fax: 571-633-9535

Please forward this notice immediately to each Insurer and kindly provide me with confirmation that such notice has been sent. Please advise if there is anything further that I am required to do at this point, including filing anything directly with the Insurance Companies.

Should you have any questions or if you need any further information, please do not hesitate to call.

Sincerely,

/s/ steven capace
Steven F. Capace

Enc.