UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLACKWATER SECURITY CONSULTING, LLC, a Delaware Limited Liability Company; and BLACKWATER LODGE AND TRAINING CENTER, INC., a Delaware Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>WESTCHESTER SURPLUS LINES INSURANCE COMPANY, a Georgia Corporation; EVANSTON INSURANCE COMPANY, an Illinois Corporation; FIDELITY AND CASUALTY COMPANY OF NEW YORK, a South Carolina Corporation; and LIBERTY INSURANCE UNDERWRITERS, a Massachusetts Corporation,<br><br>Defendants. | CIVIL ACTION NO. 05-CV-06020 |

### DECLARATION OF CHRISTOPHER J. TELLNER

I, Christopher J. Tellner, upon oath depose and state as follows:

1.  I am an associate with the law firm of Post & Schell, P.C. I make this Declaration in support of the Reply Brief of Law of Defendant Liberty International Underwriters in Support of its Motion for Summary Judgment as to Coverage Issue. I have personal knowledge of all of the facts set forth in this Declaration.

2.  I have attached as Exhibit A a true and correct copy of the speech of President George W. Bush ("President Bush"), 2002 WL 31317102 (Oct. 16, 2002).

3.  I have attached as Exhibit B a true and correct copy of the State of the Union Address of President Bush (Jan. 28, 2003).

4. I have attached as Exhibit C a true and correct copy of the speech of President Bush (March 19, 2003).

5. I have attached as Exhibit D a true and correct copy of the speech of President Bush (March 23, 2003).

6. I have attached as Exhibit E a true and correct copy of the speech of President Bush (March 25, 2003).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

/s/ *Christopher J. Tellner*
Christopher J. Tellner

Executed on August 20, 2007