## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLACKWATER SECURITY CONSULTING, LLC, a Delaware Limited Liability Company; and BLACKWATER LODGE AND TRAINING CENTER, INC., a Delaware Corporation<br><br>                             Plaintiffs,<br><br>          vs.<br>WESTCHESTER SURPLUS LINES INSURANCE COMPANY, a Georgia Corporation<br>          and<br>EVANSTON INSURANCE COMPANY, an Illinois Corporation<br>          and<br>FIDELITY AND CASUALTY COMPANY OF NEW YORK, a South Carolina Corporation<br>          and<br>LIBERTY INSURANCE UNDERWRITERS, a Massachusetts Corporation<br>                      Defendants. | CIVIL ACTION NO. 05-6020 |

## ORDER

AND NOW, this _____ day of _____, 2007, upon consideration of Plaintiffs'

Motion for Partial  Summary Judgment On The Duty to Defend Against Westchester Surplus

Lines Insurance Company, and Westchester Surplus Lines Insurance Company's Response

thereto and Cross-Motion for Limited Discovery Pursuant to F.R.Civ.P. 56(f), and additional

briefing filed by the parties, it is hereby ORDERED that:

1.      Plaintiffs' Motion for Partial Summary Judgment On The Duty to Defend Against

Westchester Surplus Lines Insurance Company is DENIED; and

2.       Summary judgment is GRANTED *sua sponte* in favor of Westchester Surplus

Lines Insurance Company; and

Dockets.Justia.com

3.      The Court declares as matter of law that Westchester Surplus Lines Insurance

Company ("WSLIC") owes no defense or indemnity under Commercial General Liability

Insurance Policy No. GLW-778197 issued to Blackwater Lodge & Training Center, Inc. for the

policy period January 23, 2004 through January 23, 2005 (the "WSLIC Policy") with respect to

any of the claims in the action entitled **Nordan v. Blackwater Security Consulting, LLC, et**

**al.**, originally filed in the Superior Court, Wake County, North Carolina (the "Nordan

Complaint") and the related litigation (the "Nordan Litigation") with respect to which Plaintiffs

seek defense and indemnity under the WSLIC Policy.  The Court finds the following exclusions

eliminate any defense or indemnity obligation under the WSLIC Policy with respect to the

Nordan Complaint and the Nordan Litigation:

        A.      Professional Services exclusion (Endorsement form CG 21 16 07 98);

and/or

        B.      Use of Auto exclusion (Section 1, Coverage A., Exclusion g. "Aircraft,

Auto, or Watercraft").


                                        _____
                                        THE HONORABLE PETRESE B. TUCKER