UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLACKWATER SECURITY CONSULTING, LLC, a Delaware Limited Liability Company; and BLACKWATER LODGE AND TRAINING CENTER, INC., a Delaware Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>WESTCHESTER SURPLUS LINES INSURANCE COMPANY, a Georgia Corporation; EVANSTON INSURANCE COMPANY, an Illinois Corporation; FIDELITY AND CASUALTY COMPANY OF NEW YORK, a South Carolina Corporation; and LIBERTY INSURANCE UNDERWRITERS, a Massachusetts Corporation,<br><br>Defendants. | CIVIL ACTION NO. 05-CV-06020 |

### ORDER

AND NOW, this _____ day of _____, 2007, upon consideration of Defendant Liberty International Underwriters' Motion to Strike the Sur Reply of Plaintiffs Blackwater Security Consulting, LLC and Blackwater Lodge and Training Center, Inc. to the Reply of Liberty International Underwriters in support of the Motion for Summary Judgment by Liberty International Underwriters, and any response thereto, it is hereby ORDERED and DECREED that this motion is GRANTED. The Sur Reply of Plaintiffs (Dkt. No. 70) filed against Liberty International Underwriters is struck with prejudice.

**BY THE COURT:**

_____
**Petrese B. Tucker, U.S.D.J.**

Dockets.Justia.com