UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLACKWATER SECURITY CONSULTING, LLC, a Delaware Limited Liability Company; and BLACKWATER LODGE AND TRAINING CENTER, INC., a Delaware Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>WESTCHESTER SURPLUS LINES INSURANCE COMPANY, a Georgia Corporation; EVANSTON INSURANCE COMPANY, an Illinois Corporation; FIDELITY AND CASUALTY COMPANY OF NEW YORK, a South Carolina Corporation; and LIBERTY INSURANCE UNDERWRITERS, a Massachusetts Corporation,<br><br>Defendants. | CIVIL ACTION<br><br>NO. 05-CV-06020 (PBT) |

## SUPPLEMENTAL BRIEF IN SUPPORT OF THE MOTION FOR SUMMARY JUDGMENT ON BEHALF OF LIBERY INTERNATIONAL UNDERWRITERS

John C. Sullivan, Esquire
Pa. I.D. No. 32262
Post & Schell, P.C.
Four Penn Center
1600 John F. Kennedy Boulevard
Philadelphia, PA 19103
(215) 587-1000
*Attorneys for Defendant, Liberty International Underwriters improperly named as Liberty Insurance Underwriters*

This brief is submitted on behalf of Defendant, Liberty International Underwriters ("Liberty") in support of its motion for summary judgment against Plaintiffs, Blackwater Security Consulting, LLC and Blackwater Security Training Center, Inc. ("Blackwater") (Dkt. No. 55) that Blackwater is not entitled to insurance coverage for the claims asserted by the plaintiffs in the *Nordan* action ("Decedents") because those claims are excluded from coverage as a result of the War/Terrorism exclusion contained in Liberty's commercial umbrella insurance policy, no. LQ1-B71-200233-014 ("Liberty policy").

Liberty's summary judgment motion is based on Liberty's claim that the Decedents' deaths were "caused by, arising from or related in any way, directly or indirectly, to . . . 'War and Military Action' which includes without limitation . . . War, including undeclared or civil war, . . . Insurrection, rebellion, [or] revolution . . . ." *See* Tellner Decl., Ex. 18, LIU-BSC-000028 (Dkt. No. 55). In its Sur-Reply in opposition to Liberty's motion, Blackwater claimed that the Iraq War does not qualify as a "war." (Dkt. No. 70) Liberty submits this supplemental brief in order to bring to the Court's attention recent admissions by Blackwater that the armed conflict in Iraq is a war, which admissions support Liberty's motion for summary judgment.

On October 2, 2007, after the last brief on Liberty's motion was filed, Erik Prince, President of Blackwater, gave sworn testimony before the House of Representatives Committee on Oversight and Government Reform. When discussing Blackwater's tenure in Iraq, Mr. Prince declared, "This is war." A true and correct copy of the relevant portions of Erik Prince's testimony is attached hereto to the Declaration of Christopher J. Tellner ("Tellner Decl.") as Exhibit A. (Tellner Decl., Ex. A, 8, 24.) Representative Dan Burton asked, "You're in a war zone?" Mr. Prince replied, "Yes, sir." (*Id.*, 17.) Mr. Prince testified further that Blackwater's services ran "the full gamut of contracting and contract management in the stabilization section

or stabilization phase of the Iraq War . . . ." (*Id.*, 14.) Before his testimony, Mr. Prince submitted a statement to the Committee through counsel, recognizing the Iraq insurgents as enemies:

> We also write today to ask that the Committee and its Members refrain from asking questions during the hearing that might reveal sensitive operational and technical information that could be utilized by our country's implacable enemies in Iraq. . . . Operational details and individual identities could be of use to enemy insurgents in Iraq and to other terrorists.

(Tellner Decl., Ex. B.)

In light of these admissions and the substantial record already submitted by Liberty, Blackwater's argument that War/Terrorism exclusion does not apply—*i.e.*, that the deaths of the Decedents were not "caused by, arising from or related in any way, directly or indirectly, to . . . War"—is insupportable. For all of the foregoing reasons, Liberty is entitled to summary judgment in its favor.

Dated: October 11, 2007                    **POST & SCHELL, P.C.**


By:   */s/ John C. Sullivan*
      JOHN C. SULLIVAN, ESQUIRE
      Attorney ID # 32262
      Signature Validation Code: JCS7648
      CHRISTOPHER J. TELLNER, ESQUIRE
      Attorney ID # 204204
      Signature Validation Code: CJT6757
      Four Penn Center
      1600 John F. Kennedy Boulevard
      Philadelphia, PA  19103-2808
      (215) 587-1000
      *Attorneys for Defendant,*
      *Liberty International Underwriters*
      *improperly named as Liberty Insurance*
      *Underwriters*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Supplemental Brief in support of the Motion for Summary Judgment of Liberty International Underwriters was served on this 11th day of October 2007, upon all counsel of record via electronic filing and/or First-Class Mail, postage prepaid:

Dennis J. Valenza, Esquire
Carol C. Carty, Esquire
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103

Howard T. Weir, III
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue NW
Washington, DC 20004

Francis Deasey, Esquire
James W. Daly, Esquire
Michael F. Schleigh, Esquire
DEASEY, MAHONEY & BENDER, LTD.
1800 John F. Kennedy Boulevard, Ste. 1300
Philadelphia, PA 19103

Francis P. Burns, III, Esquire
LAVIN, O'NEIL, RICCI, CEDRONE, & DISIPIO
190 North Independence Mall West
6th and Race Streets
Ste. 500
Philadelphia, PA 19106

L.D. Simmons, II, Esquire
Brian A. Kahn, Esquire
HELMS MULLISS & WICKER
201 North Tryon Street
Charlotte, North Carolina 28231

Nicole J. Rosenblum, Esquire
DLA PIPER RUDNICK GRAY CARY LLP
One Liberty Place
1650 Market Street
Suite 4900
Philadelphia, PA 19103

/s/ Christopher J. Tellner
CHRISTOPHER J. TELLNER, ESQUIRE