UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLACKWATER SECURITY CONSULTING, LLC, a Delaware Limited Liability Company; and BLACKWATER LODGE AND TRAINING CENTER, INC., a Delaware Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>WESTCHESTER SURPLUS LINES INSURANCE COMPANY, a Georgia Corporation; EVANSTON INSURANCE COMPANY, an Illinois Corporation; FIDELITY AND CASUALTY COMPANY OF NEW YORK, a South Carolina Corporation; and LIBERTY INSURANCE UNDERWRITERS, a Massachusetts Corporation,<br><br>Defendants. | CIVIL ACTION NO. 05-CV-06020 |

## DECLARATION OF CHRISTOPHER J. TELLNER

I, Christopher J. Tellner, upon oath depose and state as follows:

1.  I am an associate with the law firm of Post & Schell, P.C. I make this Declaration in support of the Supplemental Brief of Defendant Liberty International Underwriters in Support of its Motion for Summary Judgment as to Coverage Issue. I have personal knowledge of all of the facts set forth in this Declaration.

2.  I have attached as Exhibit A a true and correct copy of relevant portions of the testimony of Blackwater CEO, Erik Prince (Oct. 2, 2007).

3.  I have attached as Exhibit B a true and correct copy of a letter from Blackwater, via its counsel Stephen M. Ryan of the law firm McDermott Will & Emery, to the Honorable

1

2

Henry A. Waxman, Chairman, House Committee on Oversight and Government Reform (Sept., 24, 2007).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

/s/ *Christopher J. Tellner*
Christopher J. Tellner

Executed on October 11, 2007

2