IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLACKWATER SECURITY CONSULTING, LLC, a Delaware Limited Liability Company; and BLACKWATER LODGE AND TRAINING CENTER, INC., a Delaware Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>WESTCHESTER SURPLUS LINES INSURANCE COMPANY, a Georgia Corporation; EVANSTON INSURANCE COMPANY, an Illinois Corporation; FIDELITY AND CASUALTY COMPANY OF NEW YORK, a South Carolina Corporation; and LIBERTY INSURANCE UNDERWRITERS, a Massachusetts Corporation,<br><br>Defendants. | CIVIL ACTION<br><br>NO. 05-6020 (PBT)<br><br>Hon. Petrese B. Tucker |

## NOTICE OF APPEARANCE/JURY DEMAND

Kindly enter the appearance of Stephen A. Cozen, Esquire, Eric D. Freed, Esquire and C. Tyler Havey, Esquire on behalf of Defendant, Westchester Surplus Lines Insurance Company ("WSLIC:") in the above captioned matter.

COZEN O'CONNOR

BY: _____
Stephen A. Cozen

BY: _____
Eric D. Freed

BY: _____
C. Tyler Havey
1900 Market Street
Philadelphia, PA  19103
Telephone:  (215) 665-2000
Facsimile:  (215) 665-2013
scozen@cozen.com
efreed@cozen.com
thavey@cozen.com

Attorneys for WSLIC

Dated:  December 5, 2007

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served upon all counsel of record on December 5, 2007, by electronic filing and/or by mailing, first-class, postage prepaid, a true and correct copy thereof to the following:

Dennis J. Valenza, Esq.
Carol C. Carty, Esq.
Morgan, Lewis & Brockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
*Attorneys for Blackwater Security Consulting, LLC, Blackwater Lodge and Training Center, Inc.*

Howard T. Weir, III, Esq.
Morgan Lewis & Bockius
1111 Pennsylvania Avenue NW
Washington, DC 20004
*Attorney for Counter Defendant, Blackwater Security Consulting, LLC*

Ronald P. Schiller, Esq.
Michael Robert Carlson, Esq.
DLA Piper Rudnick Gray Cary LLP
One Liberty Place, Suite 4900
1650 Market Street
Philadelphia, PA 19103
*Attorneys for Continental Insurance Company*

Thomas T. Locke, Esq.
Seyfarth Shaw LLP
815 Connecticut Ave NW
Washington, DC 20006-4004
*Attorney for Continental Insurance Company*

Francis P. Burns, III, Esq.
Lavin O'Neil Ricci Cedrone & Disipio
190 North Independence Mall West
6th & Race Streets, Suite 500
Philadelphia, PA 19106
*Attorney for Evanston Insurance Company*

L.D. Simmons, II, Esq.
Brian a. Kahn, Esq.
Helms Mullis & Wicker PLLC
201 North Tryon Street
Charlotte, NC 28202
*Attorney for Evanston Insurance Company*

Francis J. Deasey, Esq.
James W. Daly, Esq.
Michael F. Schleigh, Esq.
Deasey, Mahoney & Valentini, Ltd
1601 Market Street, Suite 3400
Philadelphia, PA 19103
*Attorneys for Westchester Surplus Lines Insurance Company*

John C. Sullivan, Esq.
Post & Schell PC
1600 John F. Kennedy Boulevard
Four Penn Center
Philadelphia, PA 19103-2808
*Attorney for Liberty Insurance Underwriters*

_____
Stephen A. Cozen