BLACKWATER SECURITY CONSULTING, LLC et al v. WESTCHESTER SURPLUS LINES INSURANCE COMPANY et al    Doc. 77

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLACKWATER SECURITY CONSULTING, LLC, et al.,<br><br>     Plaintiffs,<br><br>v.<br><br>WESTCHESTER SURPLUS LINES INSURANCE CO., et al.,<br><br>     Defendants. | CIVIL ACTION<br><br>NO. 05-6020 (PBT)<br><br>Hon. Petrese B. Tucker<br><br>JURY TRIAL DEMANDED |

## STIPULATION OF DISMISSAL OF ALL CLAIMS
## BETWEEN PLAINTIFFS AND EVANSTON INSURANCE COMPANY

It is hereby stipulated and agreed by and between the undersigned attorneys for plaintiffs Blackwater Security Consulting, LLC and Blackwater Lodge and Training Center, Inc. (collectively, "Plaintiffs") and defendant Evanston Insurance Company ("Evanston"), that any and all claims asserted by the Plaintiffs against Evanston in the above-captioned action, and any and all claims asserted by Evanston against the Plaintiffs, shall be and are hereby dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

| | |
|---|---|
| _/s/ Carol C. Carty_ | _/s/ L.D. Simmons, II_ |
| Dennis J. Valenza, Esq.<br>Carol C. Carty, Esq.<br>Morgan, Lewis & Bockius LLP<br>1701 Market Street<br>Philadelphia, PA 19103-2921 | L.D. Simmons, II, Esq.<br>Luke Quinlan, Esq.<br>Helms Mulliss & Wicker PLLC<br>201 North Tryon Street<br>Charlotte, NC 28202 |
| Attorneys for Plaintiffs | Attorneys for Evanston Insurance Company |
| Dated: December 10, 2007 | Dated: December 14, 2007 |

Dockets.Justia.com

# CERTIFICATE OF SERVICE

I, Francis P. Burns III, Esquire, hereby certify that on December 14, 2007, the attached Stipulation of Dismissal was served upon all counsel of record by electronic filing and/or by first-class mail to the following:

Francis J. Deasey, Esq.
Michael F. Schleigh, Esq.
Deasey, Mahoney & Valentini
1601 Market Street, Suite 3400
Philadelphia, PA 19103
*Attorneys for Westchester Surplus Lines Insurance Company*

Stephen A. Cozen, Esq.
Eric Freed, Esq.
C. Tyler Havey, Esq.
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103
*Attorneys for Westchester Surplus Lines Insurance Company*

John C. Sullivan, Esq.
Post & Schell PC
1600 John F. Kennedy Blvd
Four Penn Center
Philadelphia, PA 19103-2808
*Attorneys for Liberty Insurance Underwriters*

Ronald P. Schiller, Esq.
DLA Piper Rudnick Gray Cary LLP
One Liberty Place, Suite 4900
1650 Market Street
Philadelphia, PA 19103
*Attorneys for Continental Insurance Company*

L.D. Simmons, II, Esq.
Helms Mulliss & Wicker PLLC
201 North Tryon Street
Charlotte, NC 28202

Thomas T. Locke, Esq.
Seyfarth Shaw LLP
815 Connecticut Ave NW
Washington, DC 20006-4004

Howard T. Weir, III, Esquire
Paul A. Zevnick, Esquire
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW
Washington, DC 2004
*Attorneys for Plaintiff*

Dennis J. Valenza, Esquire
Carol C. Carty, Esquire
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19102-2921
*Attorneys for Plaintiff*

//s// Francis P. Burns III  (Valid. Code fb418)
Francis P. Burns III, Esquire
Lavin O'Neil Ricci Cedrone & Disipio
190 North Independence Mall West
6th & Race Streets, Suite 500
Philadelphia, PA 19106
*Attorneys for Evanston Insurance Company*