**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| BLACKWATER SECURITY CONSULTING, LLC, a Delaware Limited Liability Company; and BLACKWATER LODGE AND TRAINING CENTER, INC., a Delaware Corporation<br><br>Plaintiffs,<br><br>vs.<br><br>WESTCHESTER SURPLUS LINES INSURANCE COMPANY, a Georgia Corporation<br>and<br>EVANSTON INSURANCE COMPANY, an Illinois Corporation<br>and<br>FIDELITY AND CASUALTY COMPANY OF NEW YORK, a South Carolina Corporation<br>and<br>LIBERTY INSURANCE UNDERWRITERS, a Massachusetts Corporation<br><br>Defendants. | CIVIL ACTION NO. 05-6020 |

## **WITHDRAW OF APPEARANCE**

Kindly withdraw the appearances of Francis J. Deasey, Esquire and Michael F. Schleigh, Esquire as co-counsel on behalf of Defendant, Westchester Surplus Lines Insurance Company, in the above-captioned matter.

                                              BY:  /s/ Francis J. Deasey (FJD1214)
                                                      /s/ Michael F. Schleigh (MFS9874)
                                                     FRANCIS J. DEASEY, ESQUIRE   (Atty. ID 25699)
                                                   MICHAEL F. SCHLEIGH, ESQUIRE (Atty. ID 88407)
                                                   Deasey, Mahoney & Valentini, Ltd.
                                                   1601 Market Street, Suite 3400
                                                 Philadelphia, PA 19103
                                                 215-587-9400 (PHONE)/215-587-9456 (FAX)
                                                 mschleigh@dmvlawfirm.com

DATED:    1/28/08

# CERTIFICATE OF SERVICE

I, Michael F. Schleigh, Esquire, hereby certify that I have served upon all persons listed below a true and correct copy of ***Withdrawal of Appearance of the firm of Deasey, Mahoney & Valentini, Francis J. Deasey, Esquire and Michael F. Schleigh, Esquire*** on behalf of ***Defendant, Westchester Surplus Lines Insurance Company*** in the above-captioned matter this date by First-Class mail, postage prepaid to all parties listed below:

| | |
|---|---|
| Harvey Bartle, IV, Esquire<br>Morgan, Lewis & Bockius, LLP<br>1111 Pennsylvania Avenue NW<br>Washington, DC 20004<br><br>Francis P. Burns, III, Esquire<br>Lavin O'Neil Ricci Cedrone & Disipio<br>190 North Independence Mall West<br>6TH & Race Streets<br>Suite 500<br>Philadelphia, PA 19106<br><br>Ronald P. Schiller, Esquire<br>Michael Robert Carlson, Esquire<br>DLA PIPER US LLP<br>One Liberty Place, Suite 4900<br>1650 Market Street<br>Philadelphia, PA 19103<br><br>John C. Sullivan, Esquire<br>Post & Schell, P.C.<br>1600 John F. Kennedy Boulevard<br>Four Penn Center<br>Philadelphia, PA 19103-2808 | Thomas T. Locke, Esquire<br>Rebecca A. Woods, Esquire<br>Seyfarth Shaw LLP<br>815 Connecticut Avenue, NW<br>Washington, DC 20006-4004<br><br>Dennis J. Valenza, Esquire<br>Morgan, Lewis & Bockius, LLP<br>1701 Market Street<br>Philadelphia, PA 19103-2921<br><br>Brian A. Kahn, Esquire<br>L.D. Simmons, II, Esquire<br>Helms Mulliss & Wicker PLLC<br>201 North Tryon Street<br>P.O. Box 31247<br>Charlotte, NC 28202 |

By:    /s/ Michael F. Schleigh        
       MICHAEL F. SCHLEIGH, ESQUIRE

Dated: 1/28/08