BLACKWATER SECURITY CONSULTING, LLC et al v. WESTCHESTER SURPLUS LINES INSURANCE COMPANY		Doc. 80 Att. 24

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLACKWATER SECURITY CONSULTING, LLC, a Delaware Limited Liability Company; and BLACKWATER LODGE AND TRAINING CENTER, INC., a Delaware Corporation,<br><br>　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>WESTCHESTER SURPLUS LINES INSURANCE COMPANY, a Georgia Corporation; EVANSTON INSURANCE COMPANY, an Illinois Corporation; FIDELITY AND CASUALTY COMPANY OF NEW YORK, a South Carolina Corporation; and LIBERTY INSURANCE UNDERWRITERS, a Massachusetts Corporation,<br><br>　　　　　　　　Defendants. | CIVIL ACTION<br><br><br>NO. 05-6020 (PBT)<br><br><br>Hon. Petrese B. Tucker |

## **O R D E R**

　　AND NOW, this _____ day of _____, 2008, upon consideration of Defendant, Westchester Surplus Lines Insurance Company's Motion for Leave to a File Supplemental Memorandum of Law and Proposed Written Discovery, and any response thereto, it is hereby ORDERED that the motion be and hereby is GRANTED. It is further ORDERED as follows:

　　1.　Westchester Surplus Lines Insurance Company's Supplemental Memorandum of Law and Proposed Written Discovery are hereby accepted by the Court and are deemed filed as of the date of this Order; and

　　2.　For purposes of its pending Motion for Leave to Take discovery Pursuant to F.R.Civ.P. 56(f) (Dkt. Nos. 60, 69) only, Westchester Surplus Lines Insurance Company's application to take discovery is deemed withdrawn, without prejudice, to the limited extent it

Dockets.Justia.com

seeks discovery pertaining to the amount, reasonableness and/or necessity of the costs, fees and expenses which Plaintiffs, Blackwater Security Consulting, LLC and Blackwater Lodge and Training Center, Inc. may ultimately seek to have reimbursed in this action.

**BY THE COURT:**

_____
Hon. Petrese B. Tucker, U.S.D.J.