IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLACKWATER SECURITY CONSULTING, LLC, a Delaware Limited Liability Company; and BLACKWATER LODGE AND TRAINING CENTER, INC., a Delaware Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>WESTCHESTER SURPLUS LINES INSURANCE COMPANY, a Georgia Corporation; EVANSTON INSURANCE COMPANY, an Illinois Corporation; FIDELITY AND CASUALTY COMPANY OF NEW YORK, a South Carolina Corporation; and LIBERTY INSURANCE UNDERWRITERS, a Massachusetts Corporation,<br><br>Defendants. | CIVIL ACTION<br><br>NO. 05-6020 (PBT)<br><br>Hon. Petrese B. Tucker |

## PRAECIPE TO FILE INADVERTENTLY OMITTED EXHIBIT

TO THE CLERK OF COURT:

On Friday, March 7, 2008, Westchester Surplus Lines Insurance Company ("WSLIC") filed a Motion for Leave to file a Supplemental Memorandum of Law and Written Discovery which is now item #80 on the docket. The Declaration of Eric D. Freed, Esquire was filed in support of WSLIC's Motion for Leave to file a Supplemental Memorandum of Law and Proposed Discovery and is item #81 on the docket. Exhibit "A" to Mr. Freed's Declaration was inadvertently omitted at the time of filing. Accordingly, this Praecipe attaches Exhibit "A" to said Declaration.

_____
Stephen A. Cozen

March 10, 2008