IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLACKWATER SECURITY CONSULTING, LLC, a Delaware Limited Liability Company; and BLACKWATER LODGE AND TRAINING CENTER, INC., a Delaware Corporation,<br><br>                      Plaintiffs,<br><br>v.<br><br>WESTCHESTER SURPLUS LINES INSURANCE COMPANY, a Georgia Corporation; EVANSTON INSURANCE COMPANY, an Illinois Corporation; FIDELITY AND CASUALTY COMPANY OF NEW YORK, a South Carolina Corporation; and LIBERTY INSURANCE UNDERWRITERS, a Massachusetts Corporation,<br><br>                      Defendants. | CIVIL ACTION<br><br><br>NO. 05-6020 (PBT)<br><br><br>Hon. Petrese B. Tucker |

## **PRAECIPE TO FILE INCOMPLETELY IMPORTED PDFs**

TO THE CLERK OF COURT:

On Friday, March 7, 2008, the undersigned counsel filed a Motion for Leave to File a Supplemental Memorandum of Law and Written Discovery ("motion") on behalf of Westchester Surplus Lines Insurance Company ("WSLIC"), which is entry #80 on the docket. Attached as Exhibit "C" to the motion are proposed Requests for Admission. Exhibit "C" has numbered exhibits attached to it, including, but not limited to, the following: Exhibit "1," an agreement for security services dated March 12, 2004; Exhibit "4," an independent contractor service agreement dated February 1, 2004; and Exhibit "5," an independent contractor service agreement dated March 10, 2004. Because each of the foregoing numbered exhibits exceeded 3.5 MB (the size limitation imposed by the court for PDFs), each such PDF was split into sub-parts of one (1) megabyte or smaller. Subsequent to the March 7, 2008 filing, the undersigned counsel

discovered a technical error in the PDF splitting with regard to Exhibits 1, 4 and 5 to Exhibit C, in that same were missing pages and were therefore incomplete. These incomplete exhibits are currently items 80-8, 80-19 and 80-22 on the docket.

True and correct, complete copies of same are attached hereto.

_____
Stephen A. Cozen

March 10, 2008

## CERTIFICATE OF SERVICE

I hereby certify that the Praecipe to File Inadvertently Omitted Exhibit and Praecipe to File Incompletely Imported PDFs were served upon all counsel of record on March 10, 2008, by electronic filing to the following:

Dennis J. Valenza, Esq.
Carol C. Carty, Esq.
Morgan, Lewis & Brockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
*Attorneys for Blackwater Security Consulting, LLC, Blackwater Lodge and Training Center, Inc.*

John C. Sullivan, Esq.
Post & Schell PC
1600 John F. Kennedy Boulevard
Four Penn Center
Philadelphia, PA 19103-2808
*Attorney for Liberty Insurance Underwriters*

Ronald P. Schiller, Esq.
Michael Robert Carlson, Esq.
DLA Piper Rudnick Gray Cary LLP
One Liberty Place, Suite 4900
1650 Market Street
Philadelphia, PA 19103
*Attorneys for Continental Insurance Company*

Thomas T. Locke, Esq.
Seyfarth Shaw LLP
815 Connecticut Ave NW
Washington, DC 20006-4004
*Attorney for Continental Insurance Company*

Francis P. Burns, III, Esq.
Lavin O'Neil Ricci Cedrone & Disipio
190 North Independence Mall West
6th & Race Streets, Suite 500
Philadelphia, PA 19106
*Attorney for Evanston Insurance Company*

L.D. Simmons, II, Esq.
Brian a. Kahn, Esq.
Helms Mullis & Wicker PLLC
201 North Tryon Street
Charlotte, NC 28202
*Attorney for Evanston Insurance Company*

_____
Stephen A. Cozen