IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLACKWATER SECURITY CONSULTING, LLC, et al., | CIVIL ACTION |
| Plaintiffs, | NO. 05-6020 (PBT) |
| v. | Hon. Petrese B. Tucker |
| WESTCHESTER SURPLUS LINES INSURANCE CO., et al., | *Filed Electronically* |
| Defendants. | JURY TRIAL DEMANDED |

### STIPULATION ENLARGING PLAINTIFFS' TIME TO RESPOND TO DEFENDANT WESTCHESTER SURPLUS LINES INSURANCE COMPANY'S MOTION FOR LEAVE TO FILE A SUPPLEMENTAL MEMORANDUM OF LAW AND WRITTEN DISCOVERY

It is hereby stipulated and agreed by and between the undersigned attorneys for plaintiffs

Blackwater Security Consulting, LLC and Blackwater Lodge and Training Center, Inc. ("Plaintiffs") and

defendant Westchester Surplus Lines Insurance Co. ("Westchester") that the Plaintiffs need not respond

to Westchester's Motion for Leave to File a Supplemental Memorandum of Law and Written Discovery,

which Westchester filed in the above-captioned action on March 7, 2008, until April 4, 2008.

Dennis J. Valenza, Esq.
Carol C. Carty, Esq.
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921

Attorneys for Plaintiffs

Dated: March 14, 2008

Stephen A. Cozen, Esq.
Eric D. Freed, Esq.
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103

Attorneys for Defendant Westchester
Surplus Lines Insurance Company

Dated: March 14, 2008

IT IS SO ORDERED:

_____
The Honorable Petrese B. Tucker

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served upon all counsel of record on

March 17, 2008, by electronic case filing and by mailing, first-class, postage prepaid, a true and

correct copy thereof to the following:

Stephen A. Cozen, Esq.
Eric D. Freed, Esq.
Cozen O'Connor LLP
1900 Market Street
Philadelphia, PA 19103

*Counsel for Defendant Westchester Surplus*

John C. Sullivan, Esq.
Post & Schell PC
1600 John F. Kennedy Blvd
Four Penn Center
Philadelphia, PA 19103-2808

*Counsel for Defendant Liberty Int'l Underwriters*

Thomas T. Locke, Esq.
Seyfarth Shaw LLP
815 Connecticut Ave NW
Washington, DC 20006-4004

*Counsel for Defendant Continental Ins. Co.*

Ronald P. Schiller, Esq.
DLA Piper Rudnick Gray Cary LLP
One Liberty Place, Suite 4900
1650 Market Street
Philadelphia, PA 19103

*Counsel for Defendant Continental Ins. Co.*

Carol C. Carty