IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLACKWATER SECURITY CONSULTING, LLC, et al.,<br><br>               Plaintiffs,<br><br>    v.<br><br>WESTCHESTER SURPLUS LINES INSURANCE CO., et al.,<br><br>               Defendants. | CIVIL ACTION<br><br>NO. 05-6020 (PBT)<br><br>Hon. Petrese B. Tucker<br><br>*Filed Electronically* |

## STIPULATION REGARDING WESTCHESTER'S MOTION FOR LEAVE

It is hereby stipulated and agreed by and between the undersigned attorneys for plaintiffs Blackwater Security Consulting, LLC and Blackwater Lodge and Training Center, Inc. ("Plaintiffs") and defendant Westchester Surplus Lines Insurance Co. ("Westchester") that the Plaintiffs need not respond to Westchester's Motion for Leave to File a Supplemental Memorandum of Law and Written Discovery ("Motion") filed in the above-captioned action on March 7, 2008, unless and until either Plaintiffs or Westchester informs the Court in writing that a mediation will not be held or that the mediation has failed. If the Court receives such written notice from either the Plaintiffs or Westchester, the Plaintiffs will then have two (2) weeks from the date of receipt of such notice to file its Response to the Motion.

| | |
|---|---|
| _____<br>Dennis J. Valenza, Esq.<br>Carol C. Carty, Esq.<br>Morgan, Lewis & Bockius LLP<br>1701 Market Street<br>Philadelphia, PA 19103-2921<br>*Attorneys for Plaintiffs* | _____<br>Stephen A. Cozen, Esq.<br>Eric D. Freed, Esq.<br>Cozen O'Connor<br>1900 Market Street<br>Philadelphia, PA 19103<br>*Attorneys for Defendant Westchester Surplus Lines Insurance Company* |
| Dated: April 14, 2008 | Dated: April 14, 2008 |

IT IS SO ORDERED: _____
                                      **The Honorable Petrese B. Tucker**

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served upon all counsel of record listed below on April 14, 2008 by electronic case filing and/or electronic mail:

Stephen A. Cozen, Esq.
Eric Freed, Esq.
Cozen O'Connor LLP
1900 Market Street
Philadelphia, PA 19103

*Counsel for Defendant Westchester*

Thomas T. Locke, Esq.
Seyfarth Shaw LLP
815 Connecticut Ave NW
Washington, DC 20006-4004

*Counsel for Defendant Continental Ins. Co.*

John C. Sullivan, Esq.
Post & Schell PC
1600 John F. Kennedy Blvd
Four Penn Center
Philadelphia, PA 19103-2808

*Counsel for Defendant Liberty Int'l Underwriters*

Ronald P. Schiller, Esq.
DLA Piper Rudnick Gray Cary LLP
One Liberty Place, Suite 4900
1650 Market Street
Philadelphia, PA 19103

*Counsel for Defendant Continental Ins. Co.*

_____
Carol C. Carty