BLACKWATER SECURITY CONSULTING, LLC et al v. WESTCHESTER SURPLUS LINES INSURANCE COMPANY et al    Doc. 87

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLACKWATER SECURITY CONSULTING, LLC, a Delaware Limited Liability Company; and BLACKWATER LODGE AND TRAINING CENTER, INC., a Delaware Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>WESTCHESTER SURPLUS LINES INSURANCE COMPANY, a Georgia Corporation; EVANSTON INSURANCE COMPANY, an Illinois Corporation; FIDELITY AND CASUALTY COMPANY OF NEW YORK, a South Carolina Corporation; and LIBERTY INSURANCE UNDERWRITERS, a Massachusetts Corporation,<br><br>Defendants. | CIVIL ACTION<br><br>NO. 05-6020 (PBT)<br><br>Hon. Petrese B. Tucker |

## NOTICE OF APPEARANCE

Kindly enter the appearance of Eric D. Freed, Esquire on behalf of Defendant, Westchester Surplus Lines Insurance Company ("WSLIC:") in the above captioned matter.

COZEN O'CONNOR

BY: _____
Eric D. Freed
1900 Market Street
Philadelphia, PA 19103
Telephone: (215) 665-2000
Facsimile: (215) 665-2013
efreed@cozen.com

Attorneys for WSLIC

Dated: April 16, 2008

Dockets.Justia.com

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed electronically and is available for viewing and downloading from the ECF system. Service upon all counsel of record was made on the 16th day of April 2008, by electronic filing, to the following:

Dennis J. Valenza, Esq.
Carol C. Carty, Esq.
Morgan, Lewis & Brockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
*Attorneys for Blackwater Security Consulting, LLC, Blackwater Lodge and Training Center, Inc*

Howard T. Weir, III, Esq.
Morgan Lewis & Bockius
1111 Pennsylvania Avenue NW
Washington, DC 20004
*Attorney for Counter Defendant, Blackwater Security Consulting, LLC*

Ronald P. Schiller, Esq.
Nicole J. Rosenblum, Esq.
Michael Robert Carlson, Esq.
DLA Piper Rudnick Gray Cary LLP
One Liberty Place, Suite 4900
1650 Market Street
Philadelphia, PA 19103
*Attorneys for Continental Insurance Company*

Thomas T. Locke, Esq.
Rebecca Woods, Esq.
Seyfarth Shaw LLP
815 Connecticut Ave NW
Washington, DC 20006-4004
*Attorney for Continental Insurance Company*

John C. Sullivan, Esq.
Post & Schell PC
1600 John F. Kennedy Boulevard
Four Penn Center
Philadelphia, PA 19103-2808
*Attorney for Liberty Insurance Underwriters*

_____
Eric D. Freed