

# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BLACKWATER SECURITY,
CONSULTING, LLC, ET AL.
**Plaintiffs,**

v.

WESTCHESTER SURPLUS LINES
INSURANCE COMPANY, ET AL.
**Defendants.**

CIVIL ACTION NO. 05-CV-6020

FILED
JUN 3 0
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

## ORDER

AND NOW, this 30th day of June, 2008, upon consideration of correspondence from Plaintiffs and Defendant Westchester Surplus Lines, **IT IS HEREBY ORDERED and DECREED** that the parties shall appear for a status conference before the Honorable Petrese B. Tucker in room 9613 United States Courthouse, 601 Market Street, Philadelphia, PA, 19106, on **Thursday, August 7, 2008 at 11:00 a.m.** The Court shall delay entering a decision on Plaintiffs' Motion for Partial Summary Judgment against Defendant Westchester (Doc. 52) pending the status conference.

BY THE COURT:

*Petrese B. Tucker*
**Hon. Petrese B. Tucker, U.S.D.J.**