

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLACKWATER SECURITY CONSULTING, LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>WESTCHESTER SURPLUS LINES INSURANCE CO., et al.,<br><br>Defendants. | CIVIL ACTION<br><br>NO. 05-6020 (PBT)<br><br>Hon. Petrese B. Tucker<br><br>*Filed Electronically*<br><br>JURY TRIAL DEMANDED |

**STIPULATION ENLARGING PLAINTIFFS' TIME TO RESPOND
TO DEFENDANT WESTCHESTER SURPLUS LINES INSURANCE
COMPANY'S MOTION FOR LEAVE TO FILE A SUPPLEMENTAL
MEMORANDUM OF LAW AND WRITTEN DISCOVERY**

It is hereby stipulated and agreed by and between the undersigned attorneys for plaintiffs Blackwater Security Consulting, LLC and Blackwater Lodge and Training Center, Inc. ("Plaintiffs") and defendant Westchester Surplus Lines Insurance Co. ("Westchester") that the Plaintiffs need not respond to Westchester's Motion for Leave to File a Supplemental Memorandum of Law and Written Discovery, which Westchester filed in the above-captioned action on March 7, 2008, until April 4, 2008.

_____
Dennis J. Valenza, Esq.
Carol C. Carty, Esq.
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921

Attorneys for Plaintiffs

Dated: March 14, 2008

IT IS SO ORDERED:

_____
Stephen A. Cozen, Esq.
Eric D. Freed, Esq.
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103

Attorneys for Defendant Westchester
Surplus Lines Insurance Company

Dated: March 14, 2008

_____
The Honorable Petrese B. Tucker