# IN THE UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BLACKWATER SECURITY,** | &#124; |
| **CONSULTING, LLC, ET AL.** | &#124; |
| **Plaintiffs,** | &#124; |
| | &#124;  **CIVIL ACTION NO. 05-CV-6020** |
| **v.** | &#124; |
| | &#124; |
| **WESTCHESTER SURPLUS LINES** | &#124; |
| **INSURANCE COMPANY, ET AL.** | &#124; |
| **Defendants.** | &#124; |

## ORDER

**AND NOW**, this _____ day of July, 2008, upon consideration of correspondence from Plaintiffs and Defendant Westchester Surplus Lines, **IT IS HEREBY ORDERED and DECREED** that the status conference before the Honorable Petrese B. Tucker in room 9613 United States Courthouse, 601 Market Street, Philadelphia, PA, 19106, on Thursday, August 7, 2008 at 11:00 a.m. has been **re-scheduled** for **Tuesday, September 5, 2008 at 11:30 a.m.** The Court shall delay entering a decision on Plaintiffs' Motion for Partial Summary Judgment against Defendant Westchester (Doc. 52) pending the status conference.

**BY THE COURT:**

/s/ Petrese B. Tucker

_____
**Hon. Petrese B. Tucker, U.S.D.J.**